IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA on behalf of themselves and others similarly situated,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>QUOTEWIZARD.COM, LLC  :<br>:<br>Defendant.  :<br>: | Case No. 1:19-cv-12235-LTS |

**ASSENTED TO NOTICE OF SUPPLEMENTAL FILING**

Plaintiff Joseph Mantha ("Mr. Mantha") submits this notice of supplemental filing to to bring to the Court's attention the recent decision of Judge Gorton in *Rosenberg v. LoanDepot.com et al,* 1:19cv10661 (D.Mass.), ECF Dkt. 50 (1.24.201). Plaintiff submits that the decision is relevant to motions now briefed and pending before the Court at *ECF #15 and #17*. A copy of the opinion is attached. The defendant has assented to this supplemental filing.

PLAINTIFF,
By his attorneys

*/s/ Matthew P. McCue*
Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
(508) 319-3077 *facsimile*
mmccue@massattorneys.net

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

>Edward A. Broderick
>Broderick Law, P.C.
>99 High St., Suite 304
>Boston, MA  02110
>(617) 738-7080
>ted@broderick-law.com
>
>Alex M. Washkowitz
>Jeremy Cohen
>CW Law Group, P.C.
>188 Oaks Road
>Framingham, MA 01701
>alex@cwlawgrouppc.com

## **CERTIFICATION**

Plaintiff's counsel has conferred with counsel for QuoteWizard who has assented the filing of this supplemental notice.

>*/s/ Matthew P. McCue*
>Matthew P. McCue

## **CERTIFICATE OF SERVICE**

I, hereby certify that on February 3, 2020, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

>*/s/ Matthew P. McCue*
>Matthew P. McCue