# EXHIBIT 1

**From:** Kevin Polansky
**Sent:** Tuesday, January 14, 2020 10:41 AM
**To:** Matthew McCue <mmccue@massattorneys.net>
**Cc:** Ted Broderick <ted@broderick-law.com>; Anthony Paronich <anthony@paronichlaw.com>; Alex Washkowitz <alex@cwlawgrouppc.com>; Christine Kingston <christine.kingston@nelsonmullins.com>
**Subject:** RE: Mantha v. QuoteWizard.com, LLC, C.A. No. 1:19-cv-12235-LTS

Matthew,

You can be rest assured that all litigation holds are in place, but asking who they were sent to is in fact a discovery request.

Kevin



**NELSON MULLINS**

**KEVIN POLANSKY   PARTNER**
kevin.polansky@nelsonmullins.com

**ONE POST OFFICE SQUARE | 30TH FLOOR**
**BOSTON, MA 02109**
T 617.217.4720   F 617.217.4710
NELSONMULLINS.COM    VCARD   VIEW BIO

---

**From:** Matthew McCue <mmccue@massattorneys.net>
**Sent:** Tuesday, January 14, 2020 10:37 AM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** Ted Broderick <ted@broderick-law.com>; Anthony Paronich <anthony@paronichlaw.com>; Alex Washkowitz <alex@cwlawgrouppc.com>; Christine Kingston <christine.kingston@nelsonmullins.com>
**Subject:** RE: Mantha v. QuoteWizard.com, LLC, C.A. No. 1:19-cv-12235-LTS

Kevin:  The duty to preserve evidence is not a "discovery request."  I will take your response as a declination and will send a preservation letter to Bandwidth.

Matthew

**From:** Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Sent:** Tuesday, January 14, 2020 10:27 AM
**To:** Matthew McCue <mmccue@massattorneys.net>
**Cc:** Ted Broderick <ted@broderick-law.com>; Anthony Paronich <anthony@paronichlaw.com>; Alex Washkowitz <alex@cwlawgrouppc.com>; Christine Kingston <christine.kingston@nelsonmullins.com>
**Subject:** RE: Mantha v. QuoteWizard.com, LLC, C.A. No. 1:19-cv-12235-LTS

Matthew,

1

Thanks for letting us know your position on the consent issue. I'm sure that will be an issue the court will be interested in. As for your discovery requests, they are premature and we'll address them, if necessary, at the appropriate time.

Kevin



**KEVIN POLANSKY** PARTNER
kevin.polansky@nelsonmullins.com

ONE POST OFFICE SQUARE | 30TH FLOOR
BOSTON, MA 02109
T 617.217.4720   F 617.217.4710
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Matthew McCue <mmccue@massattorneys.net>
**Sent:** Monday, January 13, 2020 3:15 PM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** Ted Broderick <ted@broderick-law.com>; Anthony Paronich <anthony@paronichlaw.com>; Alex Washkowitz <alex@cwlawgrouppc.com>
**Subject:** Mantha v. QuoteWizard.com, LLC, C.A. No. 1:19-cv-12235-LTS

Counsel: We are in receipt of your Rule 11 threat. We look forward to discussing the issue with the Court, if you are so inclined. Our position from the outset is that the client did not consent- and any claim he did so is a fraud. We will not dismiss or withdraw and will proceed with the lawsuit.

To that end, we need to ensure that class records are preserved. Please advise as to whether your client has put a litigation hold on all outbound marketing related text messages. Please also advise as to whether you have placed Bandwidth on notice of the claims and so instructed it similarly to preserve evidence. If you are not so inclined to disclose in this regards, we will proceed with a motion to conduct early discovery, and will so inform the Court.

Regards, Matthew

Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
Web: http://mmccue.massattorneys.net
e-mail: mmccue@massattorneys.net
Office: 508 655 1415
Cell: 508 498 3765



2

**From:** Gerri Robillard [mailto:gerri.robillard@nelsonmullins.com]
**Sent:** Friday, January 10, 2020 7:00 PM
**To:** anthony@paronichlaw.com; Matthew McCue <mmccue@massattorneys.net>; alex@cwlawgrouppc.com; ted@broderick-law.com
**Cc:** Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Subject:** Mantha v. QuoteWizard.com, LLC, C.A. No. 1:19-cv-12235-LTS

Good Afternoon,

On behalf of Attorney Polansky, attached please find correspondence in connection with the above-subject matter. This has also been sent out by overnight mail.

Thank you,
Gerri



# NELSON MULLINS

**GERRI ROBILLARD**  SENIOR ADMINISTRATIVE ASSISTANT
gerri.robillard@nelsonmullins.com
**ONE POST OFFICE SQUARE | 30TH FLOOR**
**BOSTON, MA 02109**
T **617.217.4792**   F **617.217.4710**
**NELSONMULLINS.COM**

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.