**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 1:19-cv-12235-LTS |

**JOINT STATUS REPORT CONCERNING PRESERVATION**
**OF INFORMATION AND DOCUMENTS**

Pursuant to the Court's March 16, 2020 Order [*see* ECF No. 30], Plaintiff Joseph Mantha ("Plaintiff") and Defendant QuoteWizard.com, LLC ("QuoteWizard") (together, the "Parties") hereby respectfully report back to the Court that they have conferred as to the preservation of documents and information relating to this case as follows:

1. QuoteWizard has confirmed that the third party who sent text communications of the type sent to the Plaintiff and putative class members was Drips, LLC, an entity located at 24 N. High Street, 2nd Floor in Akron, Ohio (Drips.com).

2. QuoteWizard has confirmed that it has placed Drips, LLC on notice of this litigation and has instructed Drips, LLC to preserve all evidence relating to the text communications of the type sent to the Plaintiff and putative class members.

3. QuoteWizard has confirmed that Drips, LLC received the preservation instruction. Drips, LLC confirmed it is in possession of records evidencing the text communications to the plaintiff and other putative class members, and other documents, and has agreed to preserve all such documents.

4. QuoteWizard has requested that Plaintiff, consistent with his general discovery obligations, preserve all information and documents concerning Plaintiff's alleged consent to receive the communications at issue, whether stored on his cell phone(s), in his computer(s), or otherwise, as well as any information and documents relating to

his alleged consent that is in his attorneys' possession, custody, or control. Plaintiff has confirmed that he will preserve all documents in his possession or control.

Respectfully submitted,

Joseph Mantha,
By his attorney,

/s/ Matthew P. McCue
Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

QuoteWizard.com, LLC,
By its attorneys,

/s/ Christine M. Kingston
Kevin P. Polansky (BBO #667229)
kevin.polansky@nelsonmullins.com
Christine M. Kingston (BBO #682962)
christine.kingston@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(t) (617)-217-4700
(f) (617) 217-4710

Dated: March 30, 2020

CERTIFICATE OF SERVICE

I, Matthew P. McCue, does hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 30, 2020                                    /s/Matthew P. McCue