UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>              Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>              Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## RULE 16.1 CERTIFICATION

Pursuant to the provisions of 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the plaintiff, Joseph Mantha, and his counsel attest that they have conferred as to the costs of litigation and the potential for alternative dispute resolution as outlined in Local Rule 16.4.

Respectfully submitted,

/s/ *[signature]*
Joseph Mantha,

by his attorneys,

/s/ *Matthew P. McCue*
Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
(508) 319-3077 facsimile
mmccue@massattorneys.net