**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

JOSEPH MANTHA on behalf of                    :
themselves and others similarly situated,     :
                                              :     Case No. 1:19-cv-12235-LTS
    Plaintiff,                            :
                                              :
v.                                            :
                                              :
QUOTEWIZARD.COM, LLC                          :
                                              :
    Defendant.                            :
                                              :
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO COMPEL
VERIZON WIRELESS TO IDENTIFY OWNER OF AN IP ADDRESS**

NOW COMEs the Plaintiff Joseph Mantha ("Plaintiff") who respectfully requests that the

Court compel Verizon Wireless ("Verizon") to respond to a subpoena asking it to identify the

consumer assigned a particular IP address at a particular time. The relief requested by this

motion is not opposed by Quotewizard.com, LLC. In further support, the Plaintiff states as

follows:

1.      This putative class action is based on alleged autodialed calls to phone numbers

assigned to a cellular telephone service made by Quotewizard in violation of the Telephone

Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2.      Quotewizard contends that the Plaintiff consented to receive telemarketing calls

from Quotewizard by visiting a website.

3.      Mr. Mantha denies going to this website or consenting to receive telemarketing

calls from Quotewizard.

4.      Quotewizard claims that a visitor assigned the IP address at 96.242.132.28 on August 5, 2019 consented to the calls at the website in question.

5.      Verizon is the telecommunications company assigned this IP address.

6.      Learning the identity of the individuals assigned this IP address is relevant to both Plaintiff's claims and Quotewizard's defenses.

7.      In an effort to identify the unknown consumer assigned these IP address, a subpoena was sent to Verizon.

8.      In response, Verizon indicated they would not identify the consumers assigned these IP addresses without a Court Order. *See* Exhibit 1.

9.      Telecommunications companies have previously taken a substantively identical position in a TCPA telemarketing putative class action, and after the plaintiff filed a substantially similar motion, which was allowed, the companies complied with the subpoena, including in this District. *See Hopkins v. Modernize, Inc.,* Civil Action No. 4:17-cv-40087, ECF No. 28 (D. Ma. 2018); *Johansen, et. al. v. Nationwide Mutual Insurance Company,* Civil Action No.1:16-cv-03634-TCB, ECF No. 44 (N.D. Ga. 2017).

WHEREFORE, the Plaintiff respectfully requests that the Court compel Verizon to identify the individual or entity associated with the IP address that Quotewizard claims resulted in the telemarketing calls. A proposed Order is attached at Exhibit 2.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.

2

350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW
P. MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

Alex M. Washkowitz
Jeremy Cohen
CW LAW GROUP, P.C.
188 Oaks Road Framingham, MA
01701
alex@cwlawgrouppc.com

Edward A. Broderick
BRODERICK LAW, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com


Dated:  April 28, 2020



CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2020, I electronically transmitted the foregoing to all

counsel of record via the electronic filing system.

By:  */s/ Anthony I. Paronich*
Anthony I. Paronich