**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOSEPH MANTHA on behalf of themselves and others similarly situated, | : : : : |
| Plaintiff, | : Case No. 1:19-cv-12235-LTS |
| | : |
| v. | : |
| | : |
| QUOTEWIZARD.COM, LLC | : |
| | : |
| Defendant. | : |
| _____ / | : |

### [PROPOSED] ORDER

For the reasons set forth in the Plaintiff's Motion to Compel, Verizon is hereby

ORDERED to identify the individual or entity assigned IP address 96.242.132.28 on August 5,

2019.

SO ORDERED this ___ day of _____, 2020.

_____
THE HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE