# Exhibit E

QW LEAD DATA FILE for

| Lead Date | Phone | quote_id |
|---|---|---|
| 08/05/19 | 508- | 67A6D840-E3A7-4907-9790-71757BFB6148 |

**Rev Point Media**

| Consumer Data Field | Consumer Information |
|---|---|
| First Name | Joe |
| Last Name | Mantha |
| Address | |
| Zip Code | 01543 |
| City | Rutland |
| State | MA |
| Phone | 508- |
| Email | |
| Consumer IP Address | 96.242.132.28 |
| Jornaya Lead ID | 8D3524DC-1DD7-ED25-01E8-DEF8A3F4EBFF |
| Form URL & Carrie List URL | http://snappyautoinsurance.com/step2.php?s1=&zip=01543&source=5 |
| Browser/Device: | N/A |

**TCPA Disclosure:** By clicking the "Compare Rates >" button, I hereby consent to receive marketing communications via autodialed and/or pre-recorded calls, including SMS messages, from AutoInsurQuotes.com and one or more of its marketing partners at the phone number provided, including wireless numbers, if applicable. I understand that consent is not a condition to receive quotes or make a purchase. In order to receive quotes without providing consent, please call AutoInsurQuotes.com ® at 1-888-920-8495

**Screenshot:**

