UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH MANTHA, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 19-12235-LTS |
| QUOTEWIZARD.COM, LLC, | ) ) ) | |
| Defendant. | ) ) | |

ORDER ON PENDING DISCOVERY DISPUTES (DOC. NO. 43)

May 20, 2020

SOROKIN, J.

Several discovery disputes regarding non-party subpoenas are pending as set forth in the status report filed by the parties (Doc. No. 43) at the direction of the Court in lieu of motion practice.  The Court appreciates the parties' succinct and helpful presentation of the issues.

Requests 1 and 2 are directed to contracts and other documents describing the relationships among AutoInsurQuotes.com, SnappyAutoinsurance.com, the other entities identified, and any entities that own or control the identified entities.  As drafted, the requests are overbroad.  The Court limits these requests to contracts among the identified entities sufficient to determine whether AutoInsurQuotes.com was a "marketing partner" of Defendant on August 5, 2019.  The contractual agreements are within the scope of discovery, though Defendant may redact prices or rates (e.g. BLANK fee per lead) as well as other confidential business information.  The contracts may only be used in this case and may be designated for attorneys, experts and staff only.

Request 8 is directed to all documents that evidence any connection whatsoever to www.snappyautoinsurance.com and Defendant.  As drafted, the request is overbroad.  The Court

1

limits the request to the relationship between QuoteWizard and www.snappyautoinsurance.com on August 5, 2019 with respect to Plaintiff's individual claim, and as it relates to QuoteWizard's defense of consent.

The Court limits Request 10 to (1) the disclosures given to Plaintiff on August 5, 2019, but encompassing all such disclosures made; and (2) the disclosures that would have been provided to a hypothetical consumer on snappyAutoinsurance.com or AutoInsurQuotes.com on August 5, 2019 who first came to either of these websites on that date and tendered the consent QuoteWizard asserts Plaintiff tendered.

Request 14 is DENIED WITHOUT PREJUDICE as Plaintiff has not explained the purpose or basis for the request.

In the unlikely event that the subpoenaed non-parties have already produced documents beyond those permitted by this ruling, Plaintiff shall not review the documents produced, shall notify Defendant, and the parties shall devise a reasonable procedure limiting disclosures to those permitted by the Court's rulings.

Plaintiff also raises an issue upon which the Court reserved at the Rule 16 conference. Plaintiff may obtain discovery as to the texts made by or on behalf of QuoteWizard to Plaintiff between August 5 and 13, 2019.

In all other respects, the Requests are DENIED.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

2