## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH MANTHA on behalf of themselves and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 1:19-cv-12235-LTS |
| v. | : : | |
| QUOTEWIZARD.COM, LLC | : : | |
| Defendant. | : : : | |
| _____/ | | |

### PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Pursuant to Rule 15(a)(2), the Plaintiff, Joseph Mantha ("Mr. Mantha") petitions this Court to allow his Motion to Amend the Complaint to re-allege that the telemarketing texts at issue in this case were initiated via an automatic telephone dialing system ("ATDS"). For the reasons set forth in the accompanying memorandum, the Motion to Amend should be GRANTED.

### LOCAL RULE 7.1 CERTIFICATION

On June 5, 2020, counsel for the Plaintiff conferred with counsel for the Defendant, who did not consent to the relief requested.

PLAINTIFF,
By his attorneys

*/s/ Matthew P. McCue*
Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

Anthony I. Paronich

PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Alex M. Washkowitz
Jeremy Cohen
CW LAW GROUP, P.C.
188 Oaks Road Framingham, MA 01701
alex@cwlawgrouppc.com

Edward A. Broderick
BRODERICK LAW, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com

Dated:  June 7, 2020

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2020, I electronically transmitted the foregoing to all counsel of record via the electronic filing system.

By:  _/s/ Matthew P. McCue_
Matthew McCue