| | |
|---|---|
| **From:** | Christine Kingston |
| **To:** | rmarion@rogermarion.com |
| **Cc:** | Kevin Polansky; "ted@broderick-law.com"; mmccue@massattorneys.net; anthony@paronichlaw.com |
| **Subject:** | RE: Joseph Mantha v. QuoteWizard.com, LLC |
| **Date:** | Thursday, July 30, 2020 9:43:59 AM |

Roger,

Since we have not heard back and require production of the documents referenced below, please let us know a good date/time for us to conference pursuant to LR 37.1/7.1 in advance of filing a motion to compel the same. [Of course, it's our preference that you produce the documents forthwith in lieu of us pursuing a MTC.] We are available tomorrow if that also works for you.

Thanks,
Christine

**From:** Christine Kingston
**Sent:** Wednesday, July 29, 2020 5:24 PM
**To:** rmarion@rogermarion.com
**Cc:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; 'ted@broderick-law.com' <ted@broderick-law.com>
**Subject:** RE: Joseph Mantha v. QuoteWizard.com, LLC

Roger,

Following up on the below. Can you let us know when we can expect the documents?

Thanks,
Christine

**From:** Christine Kingston
**Sent:** Tuesday, July 28, 2020 5:22 PM
**To:** rmarion@rogermarion.com
**Cc:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; 'ted@broderick-law.com' <ted@broderick-law.com>
**Subject:** Joseph Mantha v. QuoteWizard.com, LLC

Roger,

We understand following Plural's deposition in this case today that Plural will be supplementing its subpoena response to produce:

1. Documents and communications by and between Fenix Media Solutions and Plural concerning Mantha's lead
2. Plural's contract with Fenix
3. Documents and communications between Plural and RevPoint concerning Mantha's lead

These documents are imperative to this case. In light of the fact that Adam Brown's deposition is scheduled for the morning of the 30th, we are requesting that these documents be shared with the persons on this email <u>no later than COB tomorrow</u>.

Thank you,
Christine



**CHRISTINE M. KINGSTON**  **ASSOCIATE**
christine.kingston@nelsonmullins.com

**ONE POST OFFICE SQUARE | 30TH FLOOR**
**BOSTON, MA 02109**

T **617.217.4794**   F **617.217.4710**   C **774.232.2042**

**NELSONMULLINS.COM**   **VCARD**   **VIEW BIO**

Nelson Mullins is continuing to monitor developments related to COVID-19, including guidance from the Centers for Disease Control and various health officials; and federal, state, and local government authorities. The firm has implemented precautionary measures and plans to ensure the continuation of all firm services to clients from both in office and remote work arrangements across our 25 geographically dispersed offices.  Click here to visit the Nelson Mullins Coronavirus Resources page. Information described therein is subject to change.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.