**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12235-LTS |

**JOINT STATUS REPORT AS TO PLAINTIFF'S MOTION TO COMPEL [ECF 78] AS**
**ORDERED BY THE COURT [ECF 81]**

Pursuant to the Court's August 5, 2020 Electronic Order [ECF 81], Plaintiff Joseph Mantha

("Plaintiff") and Defendant QuoteWizard.com, LLC ("QuoteWizard") (together, the "Parties")

hereby respectfully report back to the Court that they have conferred as to the scope of Plaintiff's

Motion to Compel [ECF 78] and the Parties have resolved their dispute.

Respectfully submitted,

Joseph Mantha,
By his attorney,

*/s/ Edward A. Broderick*
Edward A. Broderick
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com

QuoteWizard.com, LLC,
By its attorneys,

*/s/ Christine M. Kingston*
Christine M. Kingston (BBO #682962)
christine.kingston@nelsonmullins.com
Kevin P. Polansky (BBO #667229)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(t) (617)-217-4700
Dated: August 17, 2020                                    (f) (617) 217-4710

CERTIFICATE OF SERVICE

I, Edward A. Broderick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 17, 2020                          */s/ Edward A. Broderick*

2