# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12235-LTS |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO ITS MOTION TO ENFORCE ECF NO. 75 AND FOR SANCTIONS

Now Comes Defendant QuoteWizard.com, LLC ("QuoteWizard") and hereby moves, pursuant to Local Rule 7.1(b)(3), for leave to file a Reply to the Opposition filed by Plaintiff Joseph Mantha [ECF No. 90] to QuoteWizard's Motion to Enforce the July 30, 2020 Order of the Court and for Sanctions [ECF Nos. 82-83].

QuoteWizard requests that the Court grant it leave to file a Reply not exceeding four (4) substantive pages to address points raised in Plaintiff's Opposition, particularly the contention that QuoteWizard did not request the subject information/documents in discovery. The proposed Reply is attached hereto for the Court's reference.

WHEREFORE, QuoteWizard respectfully requests that this Court grant its motion for leave to file the attached Reply.

[*Signatures on Next Page*]

        Respectfully submitted,

        QuoteWizard.com, LLC,
        By its attorneys,

        */s/ Christine M. Kingston*
        Kevin P. Polansky (BBO #667229)
        kevin.polansky@nelsonmullins.com
        Christine M. Kingston (BBO #682962)
        christine.kingston@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        One Post Office Square, 30th Floor
        Boston, MA 02109
        (t) (617)-217-4700
Dated: August 28, 2020        (f) (617) 217-4710

## LOCAL RULE 7.1 CERTIFICATION

I, Christine M. Kingston, hereby certify that, by electronic mail on August 27, 2020, I contacted Plaintiff's counsel requesting Plaintiff's assent to this motion, but I did not hear back before filing.

Dated: August 28, 2020        */s/ Christine M. Kingston*

## CERTIFICATE OF SERVICE

I, Christine M. Kingston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 28, 2020        */s/ Christine M. Kingston*