UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO ITS MOTION FOR A STAY OF COUNT 1**

Now Comes Defendant QuoteWizard.com, LLC ("QuoteWizard") and hereby moves, pursuant to Local Rule 7.1(b)(3), for leave to file a Reply to the Opposition filed by Plaintiff Joseph Mantha [ECF No. 91] to QuoteWizard's Motion to Stay Count 1 pending a ruling in *Facebook, Inc. v. Noah Duguid, et al.*, No. 19-511 (U.S. Supreme Court) ("*Duguid*") [ECF Nos. 86-68].

QuoteWizard requests that the Court grant it leave to file a Reply not exceeding five (5) substantive pages to address points raised in Plaintiff's Opposition, particularly the contention that class records will be destroyed or lost if a stay is granted. The proposed Reply is attached hereto for the Court's reference.

WHEREFORE, QuoteWizard respectfully requests that this Court grant its motion for leave to file the attached Reply.

[*Signatures on Next Page*]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | QuoteWizard.com, LLC,<br>By its attorneys, |
|  | */s/ Christine M. Kingston*<br>Kevin P. Polansky (BBO #667229)<br>kevin.polansky@nelsonmullins.com<br>Christine M. Kingston (BBO #682962)<br>christine.kingston@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>One Post Office Square, 30th Floor<br>Boston, MA 02109<br>(t) (617)-217-4700 |
| Dated: September 4, 2020 | (f) (617) 217-4710 |

## LOCAL RULE 7.1 CERTIFICATION

I, Christine M. Kingston, hereby certify that, by electronic mail on September 3, 2020, I e-mailed Plaintiff's counsel in good faith to determine whether they assented to this motion, but I did not hear back before filing.

Dated: September 4, 2020                                 */s/ Christine M. Kingston*

## CERTIFICATE OF SERVICE

I, Christine M. Kingston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 4, 2020                                 */s/ Christine M. Kingston*