## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## DEFENDANT'S PRIVILEGE DOCUMENT LOG

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby serves the following Privilege Document Log on Plaintiff Joseph Mantha ("Plaintiff"). QuoteWizard has determined that none of the documents referenced below constitute responsive documents to Plaintiff's discovery requests, but is serving this Privilege Document Log solely for the purposes of keeping record of privileged documents in its possession.

| Bates | Date(s) | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| QuoteWizard_Mantha 000012-QuoteWizard_Mantha 000017 | 09/26/2019 | Mike Fishman, RevPoint Media | Matthew Weeks | Email re TCPA Request | Work Product |
| QuoteWizard_Mantha 000018-QuoteWizard_Mantha 000021 | 10/10/2019 | Mike Fishman, RevPoint Media | Matthew Weeks | Email re TCPA Question | Work Product |
| QuoteWizard_Mantha 000022-QuoteWizard_Mantha 000040 | 11/12/2019 | Kevin Polansky, Nelson Mullins | RevPoint Media | Letter re Indemnification Demand | Work Product |
| QuoteWizard_Mantha 000041-QuoteWizard_Mantha 000061 | 12/13/2019 | Kevin Polansky, Nelson Mullins | Sean Moynihan, Klein Moynihan Turco LLP | Letter re follow up to 11/19/2019 Indemnification Demand | Work Product |

| Bates | Date(s) | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| QuoteWizard_Mantha 000062-QuoteWizard_Mantha 000063 | 02/24/2020 | Kevin Polansky, Nelson Mullins | Sean Moynihan, Klein Moynihan Turco LLP | Letter re third Indemnification Demand | Work Product |
| QuoteWizard_Mantha 000064-QuoteWizard_Mantha 000071 | 03/20/2020 | Kevin Polansky, Nelson Mullins | Sean Moynihan, Klein Moynihan Turco LLP | Letter re fourth Indemnification Demand | Work Product |
| QuoteWizard_Mantha 000072-QuoteWizard_Mantha 000073 | 03/27/2020 | Evan T. King, Klein Moynihan Turco LLP | Kevin Polansky, Nelson Mullins | Letter in response to 03/20/2020 Indemnification Demand | Work Product |
| QuoteWizard_Mantha 000074-QuoteWizard_Mantha 000077 | 04/02/2020 | Kevin Polansky, Nelson Mullins | Evan T. King, Klein Moynihan Turco LLP | Letter in response to 3/27/2020 letter re  Indemnification Demand | Work Product |
| QuoteWizard_Mantha 000078-QuoteWizard_Mantha 000099 | 04/02/2020 | Kevin Polansky, Nelson Mullins | Roger K. Marion, Marion & Allen PC for Plural Marketing Solutions, Inc. | Letter re request for documents and litigation hold | Work Product |

Respectfully submitted,

QuoteWizard.com, LLC,
By its attorneys,


*/s/ Kevin P. Polansky*
Kevin P. Polansky (BBO #667229)
kevin.polansky@nelsonmullins.com
Christine M. Kingston (BBO #682962)
christine.kingston@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(t) (617)-217-4700
Dated: May 28, 2020                           (f) (617) 217-4710

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was served on all counsel of record by email.

Dated: May 28, 2020                             */s/ Kevin P. Polansky*