Page 1

1

2    UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF MASSACHUSETTS

4    ----------------------------------------x

5    JOSEPH MANTHA on behalf of

     themselves and others similarly

6    situated,

7                      Plaintiff,

8    v.                      Case no. 1:19-cv-12235

9    QUOTEWIZARD.COM, LLC,

10   Defendant.

11   ----------------------------------------x

12                 12:30 p.m.

                   July 28, 2020

13

14          VIDEOTAPED VIRTUAL DEPOSITION of LEAD

15   INTELLIGENCE INC., by and through MICHAEL FISHMAN,

16   a non-Party in the above entitled matter, pursuant

17   to Subpoena, before Stephen J. Moore, a Registered

18   Professional Reporter, Certified Realtime Reporter

19   and Notary Public of the State of New York.

20

21

22

23

24

25

1                    MICHAEL FISHMAN

2    A P P E A R A N C E S:

3           BRODERICK LAW PC

4                   Attorneys for Plaintiffs

5                   208 Ridge Street

6                   Winchester, MA 01890

7

8           BY:    EDWARD A. BRODERICK, ESQ.

9           NELSON MULLINS RILEY & SCARBOROUGH

10                  Attorneys for Defendant

11                  One Post Office Square

12                  Boston, MA 02109

13

14          BY:    KEVIN POLANSKY, ESQ.

15          KLEIN MOYNIHAN TURCO LLP

16                  Attorneys for RevPoint Media, LLC.

17                  450 Seventh Avenue

18                  New York, NY  10123

19

20          BY:    EVAN KING, ESQ.

21

22

23

24

25

Page 3

1                    MICHAEL FISHMAN

2    EXAMINATION BY                        PAGE

3    MR. BRODERICK                          6      6

4    MR. POLANSKY                          55      8

5

6                E X H I B I T S

7

8    EXBT 19   RevPoint subpoena response   43     15

9              combined

10   EXBT 20   Letter                        49     16

11   EXBT 21   PDF Quotewizard_mantha        49     16

12   EXBT 22   Subpoena response             51     13

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1              MICHAEL FISHMAN

2              THE VIDEOGRAPHER:  We are on the

3      record, the time is approximately 12:33

4      p.m. on Tuesday July 28, 2020.

5              Please note the microphones are

6      sensitive and will pick up whispering and

7      private conversations and cell

8      interference.

9              Please turn off all cell phones or

10     place them away from your computer as they

11     will interfere with the audio.

12             Audio and video recording will

13     continue to take place unless all parties

14     agree to go off the record.

15             This is media unit 1 of the video

16     recorded deposition of Michael Fishman

17     taken by the counsel for the Plaintiff in

18     the matter of Joseph Mantha on behalf of

19     themselves and all others simply situated

20     versus Quotewizard.com LLC.

21             The case is filed in the U.S.

22     District Court for the District of

23     Massachusetts, case number 1:19-CV-12235.

24             The deposition is being held via

25     teleconference.

Page 5

1                    MICHAEL FISHMAN

2              I am Ken Williamson for the firm

3         Veritext New England, I am the

4         videographer.

5              Our court reporter, is Stephen

6         Moore for the firm Veritext New York.

7              Please note I am not authorized to

8         administer an oath, I am not related to

9         any party in this action, nor am I

10        financially interested in the outcome.

11             Counsel, please identify yourselves

12        for the record and please start with the

13        noticing attorney.

14             MR. BRODERICK:  Good morning, Mr.

15        Fishman, I am Edward Broderick, I

16        represent the Plaintiff, Joseph Mantha.

17             MR. POLANSKY:  Good afternoon Mr.

18        Fishman, I am Kevin Polansky and I

19        represent Quotewizard.

20             MR. KING:  Evan King, counsel for

21        RevPoint and counsel for the witness.

22             MR. LANDAU:  Please swear in our

23        witness.

24

25   M I C H A E L     F I S H M A N ,    called as

```
                                              Page 6

 1                      MICHAEL FISHMAN

 2          a witness, having been first duly sworn by

 3          the Notary Public, was examined and

 4          testified as follows:

 5

 6    EXAMINATION BY

 7    MR. BRODERICK:

 8

 9          Q      Mr. Fishman, can you state

10    your -- actually, first let me give you some

11    ground rules.

12                 Have you ever been deposed

13    before, Mr. Fishman?

14          A      I have not.

15          Q      So, just to keep a clear record,

16    and particularly since we are over Zoom, I am

17    going to ask that you let me finish my question

18    entirely, and I will try to do the same and not

19    jump into the middle of your answer because it

20    drives the -- it will drive Mr. Moore crazy

21    trying to take down the record.

22                 Even though he is in that harbor

23    that we can see him sitting in, it gets

24    aggravating.

25          A      Fair enough.
```

Page 7

1                    MICHAEL FISHMAN

2          Q       And can you give me -- state

3   your full name for the record?

4          A       My full name, Michael Alex

5   Fishman.

6          Q       And how long have you worked for

7   RevPoint?

8          A       Approximately eight years.

9          Q       What's your job title there?

10         A       CEO.

11         Q       What did you do before you

12   started at RevPoint?

13         A       I've been in digital marketing

14   ultimately my entire career.

15         Q       And did you found RevPoint, are

16   you the owner as well?

17         A       I am.

18         Q       Do you have partners in the

19   business?

20         A       Not active.

21         Q       What does RevPoint do?

22         A       RevPoint Media is a software and

23   lead acquisition and distribution marketplace.

24         Q       In layman's terms for the

25   non-digital marketer, what does that mean?

1                    MICHAEL FISHMAN

2         A       So, we help facilitate leads

3    that are captured from entities and help

4    distribute them to end service providers.

5         Q       What is the relationship, if

6    any, between RevPoint and Quotewizard.com?

7         A       We were a provider of leads to

8    Quotewizard.

9         Q       You say in the past tense, are

10   you no longer a provider of leads?

11        A       We have not provided them with

12   leads in -- I'm not exactly sure, but in many

13   months.

14        Q       Did you have a contract with

15   Quotewizard?

16        A       Yes, we did.

17        Q       And why did the relationship

18   end?

19                MR. POLANSKY:  Objection.

20                MR. KING:  I object as to form,

21           unless -- when you hear the word

22           objection, unless I instruct you not to

23           answer, you can still answer.

24                THE WITNESS:  Okay, so I can

25           answer, or no?

```
 1                    MICHAEL FISHMAN
 2               MR. KING:  Yes, you can answer.
 3          I'm sorry.
 4          A      I actually don't know exactly
 5    why the relationship ended.
 6          Q      Was it because of this lawsuit,
 7    do you know?
 8               MR. KING:  Objection as to form.
 9               MR. POLANSKY:  Objection.
10          A      That is not my recollection.
11          Q      Is it fair to say that RevPoint,
12    when you were working with Quotewizard you
13    would provide them with potential leads for
14    telemarketing purposes?
15          A      I don't know what the leads --
16    what the purpose of the leads were for
17    Quotewizard.
18               So I don't know that they were
19    used for telemarketing purposes.
20          Q      Okay.
21               But you just sold them leads.
22               Does RevPoint do anything to
23    ensure that leads that it's providing -- did
24    you do anything to ensure that leads you were
25    providing to Quotewizard had -- that the people
```

1                    MICHAEL FISHMAN

2    whose information was being sold had consented

3    to receive calls or texts under the TCPA?

4         A       Our technology verifies that

5    certain criteria is met from the sources, that

6    there is a consent text that is provided along

7    with the lead, and we also in certain

8    circumstances will verify that a -- that a lead

9    ID is passed with or a trusted form certificate

10   is passed with the lead.

11        Q       When you say a lead ID, is that

12   a Jornaya lead ID?

13        A       Yes, correct, a Jornaya lead ID.

14        Q       And trusted form is a different?

15        A       Is a different service.

16        Q       I'm just going to show you, do

17   you have your Exhibit Share set up?

18        A       I do.

19        Q       This is one of the nice things

20   of working with somebody who is in technology,

21   it's a lot easier.

22        Q       Are you designated to testify

23   today on behalf of RevPoint Media LLC?

24        A       I am.

25        Q       And are you the person most

```
                                            Page 11
 1                   MICHAEL FISHMAN
 2    knowledgeable about the lead that was sold to
 3    Quotewizard?
 4            A      Yes.
 5            Q      How much does RevPoint get paid
 6    for a -- how much did you get paid for the lead
 7    related to Joseph Mantha?
 8                   MR. POLANSKY:   Objection.   Before
 9              you answer, I mean is that part of the
10              notices?  The notice that was
11              identified?
12                   I don't see it on the topics of
13              examination.
14                   MR. KING:  Yes, I object as well.
15                   MR. BRODERICK:   I will just take
16              a look here, I've got it open.
17                   Any purchase or sale of Mr.
18              Mantha's purported consent lead by
19              RevPoint Media LLC.
20                   MR. POLANSKY:   Sure, and I
21              understand that to mean whether it was
22              purchased or sold by RevPoint, but not
23              for value.
24                   I mean I don't see what the price
25              of purchasing a lead has anything to do
```

```
                                          Page 12

 1                    MICHAEL FISHMAN
 2          with this case.
 3                    MR. BRODERICK:  Well, I think
 4          it's within the topic.
 5                    Unless you are going to instruct
 6          not to answer I will let the question
 7          stand.
 8                    MR. POLANSKY:  I will object.
 9                    MR. KING:  I will object as well,
10          but I won't instruct.
11                    You can answer.
12          A         I don't even have that in front
13   of me; so I don't know.
14          Q         Do you know what's generally the
15   cost?  I mean you are not getting $100 per
16   lead, I take it?
17          A         I am not getting $100 per lead.
18                    I would say it's drastically
19   lower than that, but I don't know because the
20   pricing per lead is dynamic.
21          Q         Is that set through an API
22   system?
23          A         Yes; through what's called a
24   ping/post.
25          Q         What are the factors on which
```

```
                                              Page 13
```

```
 1                    MICHAEL FISHMAN
 2    your pricing depends?
 3           A       I'm not sure I understand the
 4    question.
 5           Q       Well, you say the pricing is
 6    dynamic.  I assume that there is -- what is the
 7    dynamic in the pricing, I guess is what I'm
 8    asking?
 9           A       Well, that price is determined
10    by Quotewizard, I don't have any understanding
11    of how they are determining pricing.
12           Q       Do you have a set minimum that
13    you are willing to sell a lead for?
14           A       Sometimes; it depends.
15                   I don't know if there was one
16    set in this case, I have no -- that's not a
17    standard practice.
18           Q       Can you give me a ballpark of
19    what the -- when you ping and post, are you
20    pinging and posting only to one potential
21    buyer, or is that posted to many and anyone can
22    bid on it, on the API?
23           A       The ping is sent to multiple
24    buyers, that does not include any PII
25    information.
```

```
                                            Page 14
```

1                    MICHAEL FISHMAN

2                    The post is only sent to one

3    buyer.

4         Q     And that is the buyer who

5    responds with an offer to buy the lead?

6         A     No.  The offer to buy -- there

7    is a bid on a ping, so information is sent,

8    there is a bid.

9                    If the bid is accepted, then the

10   lead is sent in the post and that is the

11   agreement to purchase that lead.

12                   And possibly, by the way,

13   because the post then could be rejected as

14   well.

15        Q     Right.

16                   And just give me a ballpark, are

17   we talking 10 cents a lead or $1 a lead for the

18   Mantha lead?

19                   MR. POLANSKY:  Objection.

20                   MR. KING:  Objection, I think

21        that's kind of explained as best he

22        could, but you can answer.

23        A     I don't know, I wouldn't want to

24   speculate on the price.

25        Q     I'm not going to hold you to a

Page 15

                        MICHAEL FISHMAN

1

2     price, I'm just trying to get a universe.

3          A      I mean it could be -- I would

4     say that 10 cents is probably not realistic and

5     I would say that $30 is not realistic.

6                 But that's a very wide range of

7     potential for pricing.

8          Q      Got it.

9                 What is the relationship between

10    RevPoint and Plural Marketing Solutions, if

11    any?

12         A      Plural was a lead provider into

13    the RevPoint lead marketplace.

14         Q      How long did RevPoint work with

15    Plural?

16         A      I think somewhere around ten

17    months.

18         Q      And when did you stop working

19    with Plural?

20         A      Soon after we learned of this

21    complaint.

22         Q      So, is it fair to say that

23    RevPoint was not involved -- had no connection

24    to the website that -- on which this lead for

25    Mr. Mantha was purportedly created?

```
 1                    MICHAEL FISHMAN
 2         A       Yes, that's fair to say.
 3         Q       And do you have any
 4  understanding of whether Plural was directly
 5  involved with that website?
 6         A       I have no understanding of that.
 7         Q       Okay.
 8                 Who did you -- with whom, if
 9  anyone, did you work at Plural for employees?
10         A       The only contact that we have
11  over there is George Rios.
12         Q       Do you know how to spell that
13  last name?
14         A       I don't.
15                 I would be speculating on the
16  spelling of his name.
17         Q       Can you say it again?
18         A       Rios, if you want just R-i-o-s;
19  maybe.
20         Q       Okay, sure.  I couldn't quite
21  hear you.
22                 What is your understanding of
23  what Plural provided to RevPoint?
24                 MR. POLANSKY:  Objection; when?
25         Q       What did they provide -- when
```

```
                                            Page 17
```

1                    MICHAEL FISHMAN

2    they provided you with a lead, what would you

3    get?

4                    MR. POLANSKY:  Are you asking in

5            general, or in this case?

6                    I can't hear you, Ted.

7            Q       Sorry.

8                    For the Mantha lead, what was

9    provided to RevPoint by Plural, if anything?

10           A       Do you mean at the point of the

11   initial lead, or in general?

12           Q       At the point of the initial

13   lead, then we will get to other points.

14           A       I mean this was a ping/post

15   relationship, so they would have pinged the

16   RevPoint marketplace with information without

17   any PII and then they would have received a bid

18   and then they would have posted that lead into

19   RevPoint's marketplace.

20           Q       Okay.  When you say PII, that's

21   personal identifying information?

22           A       Correct.

23           Q       So would you get a -- when your

24   system was pinged by Plural with the Mantha

25   lead, what data does your API system see?

```
                                        Page 18
```

1                    MICHAEL FISHMAN

2          A       I don't know specifically,

3    because every API integration might be a little

4    different.

5                    So if we are talking

6    specifically auto insurance, it might be make

7    and model of a vehicle, it might be a zip code.

8                    These are -- I can only

9    speculate on this particular API integration on

10   what's being provided.

11                   But those are some examples of,

12   you know, data that would be provided within a

13   ping.

14         Q       Got it, got it.

15                   And what is the PII that is not

16   provided when you get this?

17         A       No, no.

18         Q       I was actually asking what is

19   the -- what is PII in that context?

20         A       So, PII would include name,

21   address, e-mail, phone number.

22         Q       Is the IP address from which the

23   lead was created PII?

24         A       I don't know that we define that

25   as PII.

Page 19

                    MICHAEL FISHMAN

1

2                    I am not sure if that is

3    provided on the ping or the post.

4                    I don't know that I've ever

5    classified that as PII in conversation.

6                    But that's -- but I would have

7    to look up whether we are receiving IP on the

8    ping and the post.

9         Q    Also on the ping or the post is

10   the URL of the website on which the lead was

11   purportedly collected, is that provided on the

12   ping?

13        A    That depends on the integration.

14                   I don't know what the case was

15   specific for this.  Website URLs are not

16   standardized, and masking of them is.

17                   So, I -- in order to try and

18   avoid circumvention.

19                   So I'm not sure what the

20   specifics of this lead were on whether --

21   sometimes it's not provided at all and

22   sometimes it is.

23        Q    Okay.

24                   And then after your marketplace

25   purchases the lead, purchased the lead from

```
                                              Page 20
 1                    MICHAEL FISHMAN
 2   Mantha from Plural, then what happens?
 3        A      Well, the marketplace for Jangl
 4   only purchases a lead if it has an opportunity
 5   to distribute it, to sell it.
 6                So, that transaction takes in
 7   Jangl's marketplace, RevPoint Media's
 8   marketplace, only takes upwards of 30 seconds.
 9                So that lead would have been
10   acquired and then sent to Quotewizard.
11        Q      You said Jangl is that
12   J-a-n-g-l?
13        A      Yes.
14        Q      What is that?
15        A      That is the name of our
16   technology that allows ping/post.
17        Q      Is that technology, or is that
18   software?
19        A      Yes.
20        Q      And did you develop that
21   software yourself?
22        A      Yes.
23                Well, I did not personally
24   develop that software myself, but RevPoint
25   Media did.
```

```
                                           Page 21
 1                  MICHAEL FISHMAN
 2         Q       Do you have computer programmers
 3   that work for you?
 4         A       Yes.
 5         Q       Do you know who Adam Brown is?
 6         A       I do not.
 7         Q       Have you ever dealt with a
 8   company called Request Path Media?
 9         A       Not to my knowledge, no.
10         Q       How about Blue Flame marketing?
11         A       Not to my knowledge, no.
12         Q       Anything that sounds like that?
13         A       I mean there are a lot of
14   companies that have the word blue in them, I
15   don't know Blue Sky, I can't -- I mean anything
16   with blue in it might ring a bell.
17                 It's certainly something we can
18   look up, but I don't have any knowledge of
19   those companies.
20         Q       Okay.
21                 How about Justin Cohen?
22         A       Doesn't ring a bell.
23         Q       Does RevPoint buy or are you
24   aware of buying leads that were generated on a
25   website called SnappyAutoInsurance.com?
```

```
                                          Page 22
 1                  MICHAEL FISHMAN
 2         A       Not until after this complaint.
 3         Q       But before this complaint that
 4   was not a website you were familiar with?
 5         A       No.
 6         Q       How about unitedquotes.com?
 7         A       Yes, I was familiar with that
 8   site.
 9         Q       And do you know what company
10   owns that domain, unitedquotes.com?
11         A       I don't.
12         Q       How were you familiar with
13   unitedquotes.com?
14         A       The site was provided for us to
15   vet -- at some point it was provided to us as a
16   lead generation website.
17                 That's about all the knowledge I
18   have of that particular website.
19                 I don't remember much more than
20   that, other than I remember that website being
21   provided as something for us to look at as a
22   lead generation website.
23         Q       Do you know when that was that
24   you vetted the unitedquotes.com website?
25         A       I couldn't recall.  More than a
```

```
                                          Page 23
 1                    MICHAEL FISHMAN
 2   year ago, or possibly within a year.
 3                    A long time ago, it hasn't --
 4   not recently.
 5           Q      Was it in connection with this
 6   lawsuit?
 7           A      No.
 8           Q      What did you do or what do you
 9   do to vet a website, as you said?
10           A      In most cases we actually
11   provide that to the lead purchaser to allow
12   them to take a look at that website.
13           Q      Right, but do you just get a
14   link to the website, or is there something more
15   to vet?
16           A      No, it's mainly just a link.
17           Q      Do you check TCPA disclosure
18   language on those websites?
19           A      We will -- it's not standard
20   practice for us to do that, but we will take a
21   look.
22                    But no, mainly we would be, if
23   that was requested, then we would provide that
24   link.
25           Q      Okay, is the company called --
```

```
                                        Page 24
```

1                     MICHAEL FISHMAN

2    are you familiar with a company named Seal Dog

3    Media?

4            A       I am not.

5            Q       Have you had any conversations

6    with anyone at Plural about this lawsuit?

7            A       No, other than notifying them of

8    the Complaint after it occurred.

9            Q       Who provided that Complaint to

10   you?

11           A       Someone at Quotewizard.

12           Q       Who was that?

13           A       I think Matthew, I am trying to

14   remember his last name, Weiss.

15           Q       Matthew Weeks?

16           A       Yes; correct.

17           Q       Did he provide that to you in an

18   e-mail?

19           A       Most likely, yes.

20           Q       Did RevPoint send any

21   information back via e-mail?

22           A       Yes.

23           Q       What did you send to Mr. Weeks?

24           A       We sent them what was provided

25   to us from Plural.

```
 1              MICHAEL FISHMAN
 2        Q      And what was that that was
 3   provided to Plural?
 4        A      I don't have that information in
 5   front of me, but from my recollection it was a
 6   URL, time stamp, IP address, and possibly
 7   technique of acquisition of the lead and
 8   consent verification.
 9        Q      What do you mean by technique of
10   acquisition of the lead?
11        A      Whether the lead was generated
12   through e-mail or search or display, but I
13   don't remember specifically whether that was
14   provided.
15        Q      If you had that e-mail that you
16   transmitted that information with, would that
17   refresh your memory as to what it was?
18        A      If I had that e-mail that we
19   sent to Quotewizard?
20        Q      Yes.
21        A      Yes, sure.
22              MR. KING:  I think he's about to
23        show it.
24              THE WITNESS:  Yeah, I got it.
25        Q      Actually I am going to show
```

                                                    Page 26

 1                    MICHAEL FISHMAN

 2   you -- first go to the marked exhibits folder.

 3           A      Okay.

 4           Q      I will ask you to look at what's

 5   already been marked as Exhibit 2?

 6           A      Wait, hold on, that folder just

 7   now says folder not found.

 8                  MR. KING:  That happened to me as

 9           well when I just -- now it's back.

10           Q      You might have to refresh.

11           A      Okay.  Okay.

12                  MR. KING:  Sorry, guys, mine is

13           loading.

14                  MR. BRODERICK:  No worries.

15                  MR. POLANSKY:  What folder are we

16           looking at?  Mine is just gone now.

17                  MR. KING:  All I see is

18           deposition of George Rios.

19                  THE WITNESS:  Click on that

20           again.

21                  MR. KING:  Then marked exhibits.

22                  MR. BRODERICK:  Mr. Fishman is

23           going to talk us through this.

24                  THE WITNESS:  Yeah, if you hit

25           refresh then you click on the deposition

```
                                            Page 27
 1                    MICHAEL FISHMAN
 2          folder again, it will launch the folder
 3          again and then the file should be inside
 4          it.
 5                    MR. KING:  I am looking for what,
 6          Ted?
 7                    MR. BRODERICK:  Exhibit 2.
 8                    THE WITNESS:  That I don't see.
 9                    MR. KING:  I see four things
10          under deposition of George Rios.
11                    MR. BRODERICK:  I am in the wrong
12          folder myself.
13                    Look at Exhibit 17, sorry.
14          A       Okay.
15          Q       Have you seen this document
16    before?
17          A       I don't recall seeing this
18    document before, no, but it's possible.
19          Q       Okay, I can represent to you
20    that this was a document produced in discovery
21    by Quotewizard and in your e-mail to Matthew
22    Weeks of Quotewizard, is that
23    SnappyAutoInsurance.com website, is that a URL
24    that you provided to him?
25                    MR. KING:  Are you going to show
```

```
                                            Page 28
 1                    MICHAEL FISHMAN
 2          him the e-mail to refresh his
 3          recollection?
 4                    MR. BRODERICK:  I don't think I
 5          have the e-mail.
 6          A       I don't remember what was in the
 7   e-mail that I sent to him, it's certainly
 8   possible.
 9          Q       I am going to show you your
10   subpoena response, and maybe I have just missed
11   it.
12                    Now I have put a document it's
13   supposed to say Plural response to Mantha
14   subpoena; can you open that?
15          A       Plural --
16                    MR. KING:  Plural, not RevPoint?
17                    MR. BRODERICK:  No, grabbed the
18          wrong one again.
19          Q       Okay, the RevPoint subpoena
20   response.  Do you see that?
21          A       Hold on, RevPoint subpoena
22   response combined, is that what I am looking
23   at?
24          Q       Yes.
25          A       Okay.
```

```
                                              Page 29
 1                    MICHAEL FISHMAN
 2        Q       Do you recognize that document?
 3        A       Yes.
 4        Q       And were you served with a
 5   subpoena to produce the records requested
 6   there?
 7        A       Yes, they were.
 8        Q       I will ask you to scroll down to
 9   the very last page.
10        A       Okay.
11        Q       Is the data that was provided
12   there, where did you collect that from?
13        A       So, the data here was collected
14   from our database.
15        Q       Did you have to run a query to
16   get that?
17        A       Yes.
18        Q       And what kind of database is
19   that?
20                Is it SQL?
21        A       I believe so, yes.
22                But I'm not 100 percent sure of
23   that, so I would have to get back to you.  I
24   don't know for sure that it is SQL.
25        Q       Okay, and did you do the search
```

```
                                              Page 30

 1                   MICHAEL FISHMAN

 2   yourself, or somebody in your team?

 3        A      Someone in my organization did.

 4        Q      Is it fair to say that all of

 5   the data on this sheet was provided to you by

 6   Plural Marketing Solutions?

 7        A      Yes.

 8        Q      So you have no independent way

 9   to confirm whether any of this is accurate

10   information, correct?

11        A      No.

12        Q      And you have no way to know

13   whether Joe Mantha visited any website and

14   input this information, correct?

15        A      No way to confirm.

16        Q      And when you provide a lead --

17   when you provided this lead to Quotewizard,

18   does RevPoint make any guarantee to Quotewizard

19   that the person listed on the lead has

20   consented to receive text messages?

21             MR. POLANSKY:  Objection.

22        Q      Sorry, could you hear me?

23             THE WITNESS:  I'm sorry.  So,

24        Evan, I heard an objection.

25             MR. KING:  Sorry, yes, yes, you
```

Page 31

MICHAEL FISHMAN

1

2         can answer.

3         A       I'm sorry, can you just repeat

4    the question?

5         Q       Sure.  When you provided the Joe

6    Mantha lead with the data that we are looking

7    at here to Quotewizard, does RevPoint make any

8    guarantee that the person, that Mr. Mantha had

9    consented to receive -- provided TCPA consent

10   to receive calls or text messages?

11                MR. POLANSKY:  Objection.

12        A       Yeah, I don't know how we would

13   make an individual guarantee, other than

14   supplying the data to Quotewizard that is

15   supplied to RevPoint Media.

16        Q       Right, but in essence you are

17   just selling them data, you are not making a

18   guarantee that this person has given TCPA

19   compliance consent in order to receive text

20   messages?

21                MR. POLANSKY:  Objection.

22        A       Well, it's our understanding

23   that this lead had TCPA consent and text with

24   it, so that -- the way we look at it, is that

25   would be the guarantee.

                          MICHAEL FISHMAN

1

2         Q       Right, but you don't indemnify

3    Quotewizard for any claims that sending a text

4    message based on that lead would be a

5    violation?

6                 MR. POLANSKY:  Objection.

7                 MR. KING:  Yes, I will object.

8            That's the kind of thing that he and I

9            talked about.

10                   I mean we can talk about generally

11           or if he's familiar with the relationship

12           that they had with Quotewizard, but in

13           terms of this specific lead?

14               MR. POLANSKY:  Yeah, I don't

15           see -- there is nothing in the topics of

16           examination that identify the contract

17           between the parties and the

18           indemnification agreement between them.

19                   So I am going to object.

20               MR. BRODERICK:  It all goes to

21           the purchase or sale.

22               MR. POLANSKY:  The indemnity goes

23           to the purchase and sale?  Where?

24                   How do you get there?

25               MR. BRODERICK:  It's part of the

```
                                                Page 33
 1                    MICHAEL FISHMAN
 2          sale.
 3                  Again, if you want to instruct him
 4          not to answer, that's okay, but it's not a
 5          huge point.
 6                  But I am trying to get at what he
 7          represents to -- in selling them this
 8          data, if it's a promise or a guarantee
 9          that's enforceable that you can call based
10          on this.
11                  MR. POLANSKY:  Sure, I will just
12          state my objection for the record, which
13          is the agreement between the parties
14          speaks for itself.
15                  You can answer, if your attorney
16          allows you to.
17                  MR. KING:  You can answer to the
18          extent you remember about this case
19          specifically, and it doesn't touch on
20          any discussions that you and I have had
21          or that you have had with counsel.
22          A       I don't know whether or not
23      there is any guarantee on this lead.
24                  I would have to get back to you
25      on that.
```

1              MICHAEL FISHMAN

2        Q        Did Plural provide you with a

3  guarantee that the lead came with valid TCPA

4  consent?

5        A        I don't know how to answer that.

6                 Within the lead there is nothing

7  other than the data that is created -- supplied

8  that it is -- that there is consent there, I'm

9  not sure about guaranteeing each lead.

10       Q        When you received -- when you --

11  did you have any phone conversations with

12  Matthew Weeks about Mr. Mantha's complaint?

13       A        Not to my knowledge.

14       Q        It was just e-mails?

15       A        Yes.

16       Q        Any text messages?

17       A        No, we don't have -- I never

18  texted with him.

19       Q        I'm sorry, I apologize if I

20  already asked, about when was that, if you

21  remember?

22                 MR. POLANSKY:  About when was

23       what?  Objection.

24       Q        The e-mail correspondence with

25  Mr. Weeks.

```
 1                   MICHAEL FISHMAN
 2                   MR. POLANSKY:  Thank you.
 3          A       I would have to get back to
 4    you -- I would say September, October of what
 5    was that, last year.
 6          Q       And then when you got that
 7    e-mail, did you then contact anyone at Plural?
 8          A       Yes.
 9          Q       And how did you do that?
10          A       I think that was done from
11    someone at RevPoint Media who had -- who then,
12    I'm not sure whether it was over e-mail or
13    Skype, but what at that point was their method
14    of communication with Plural.
15          Q       Okay, you don't know who the
16    person was at Plural who your employee
17    communicated with, do you?
18          A       I'm pretty sure it was George
19    Rios.
20          Q       George Rios, okay, good.
21                  Did Plural say anything about
22    the original source of this Mantha lead, in
23    response to RevPoint's communication to Plural?
24          A       Not to my knowledge, no.
25          Q       Can you go back to Exhibit 17?
```

```
                                            Page 36
 1                  MICHAEL FISHMAN
 2         A       Okay.
 3         Q       On that document, what
 4   information did RevPoint have at the point at
 5   which it sold the lead to Quotewizard?
 6         A       I would have to do a comparison.
 7   I don't know, it would be my understanding that
 8   we would have received everything other than
 9   potentially the URL.
10         Q       Would your understanding be that
11   you would have to go to Plural to get that?
12         A       Yes.
13         Q       Do you know anything about that
14   lead date of 8/5/19?
15         A       I don't.
16         Q       There is an IP address there, I
17   will ask you to write that down, it's 96.2 --
18         A       You are asking me to write that
19   down?
20         Q       Yes, please.  Sorry.
21         A       Sorry, I didn't have anything to
22   write with in front of me.
23                 Okay, so this 96.242.132.28.
24         A       132.28, okay.
25         Q       That's also associated with a
```

```
                                                      Page 37
```

 1                       MICHAEL FISHMAN

 2     Jornaya lead ID which starts 8D3 and ends in

 3     BFF?

 4              A       Okay.

 5              Q       I just want to compare that to

 6     another document which is Exhibit 18, and I

 7     will represent to you this is a subpoena

 8     response from Jornaya about that?

 9              A       Hold on, Exhibit 18, okay.

10              Q       You've got it?

11              A       Yes.

12              Q       And that's -- this is a subpoena

13     response from Jornaya.

14                      How long -- well, does RevPoint

15     have a contract with or an account with

16     Jornaya?

17              A       Not to my knowledge.  I don't

18     know that an account was never created with

19     Jornaya, but we do not have an account -- a

20     contract or relationship like that.

21              Q       Does RevPoint generate its own

22     leads that is for sale?

23                      MR. KING:  Ted?

24                      MR. BRODERICK:  Yes.

25                      MR. KING:  Sorry, can you repeat

```
                                              Page 38
```

1                        MICHAEL FISHMAN

2            that, you kind of garbled up.  I

3            couldn't really hear that.

4            Q       Does RevPoint generate its own

5     leads for sale to customers?

6            A       We do not.

7            Q       So you are purely a middleman of

8     you take somebody else's lead and then sell it?

9            A       Correct.

10           Q       So, can RevPoint generate a

11    Jornaya lead ID to associate it with one of the

12    leads that it's selling?

13           A       No.

14           Q       If there is a Jornaya lead ID

15    associated with your -- with a lead that you

16    are selling, that would have come with it to

17    you, right correct?

18           A       Correct.

19           Q       Would you look at the Jornaya

20    subpoena response today, last page, and I can

21    represent to you that the universal lead ID,

22    also known as a Jornaya lead ID, is the same as

23    on the Quotewizard opt in, but that IP address

24    on the Quotewizard -- on this Jornaya subpoena

25    response is not the same as on the Quotewizard

```
                                             Page 39
 1                     MICHAEL FISHMAN
 2    opt in, correct?
 3                    MR. KING:  I object.  They speak
 4         for themselves but you can answer.
 5                    Sorry, I cut you off.
 6         A        Yeah, I can see that.
 7         Q        Do you know why those IP
 8    addresses don't match?
 9         A        I do not know why.
10                    I would only be able to
11    speculate.
12         Q        Let's flip back to Exhibit 17.
13    Do you see the language on TCPA disclosure?
14         A        Yes.
15         Q        Did you provide that information
16    to Mr. Weeks at Quotewizard?
17         A        I believe so.
18         Q        Did you provide it separately or
19    was it just within a URL that you provided, on
20    a web page that linked through the URL?
21         A        I don't recall.
22         Q        And how about the screen shot
23    language on Exhibit 17?
24         A        I don't recall how the
25    information was provided.
```

Page 40

MICHAEL FISHMAN

1

2          Q        What's your understanding of how

3     a Jornaya lead ID works?

4          A        My opinion, understanding of how

5     Jornaya lead IDs work?

6          Q        Yes.

7          A        So a Jornaya lead ID code is

8     placed on a generation website that records or

9     captures the user experience on that website,

10    and then is in some way linked to a particular

11    ID where that ID can then be utilized to

12    recapture the user experience; or viewer

13    recording of the user experience, is my

14    understanding of Jornaya's lead IDs.

15         Q        Is it your understanding that an

16    IP address on a lead and a Jornaya lead ID

17    should match?

18         A        That is not my understanding.

19         Q        What is your understanding?

20         A        So an IP address delivered in an

21    APA could come from different places, it could

22    come from the IP address of the servers that

23    the platform is utilizing, it could come from

24    the website of where the lead was generated.

25                  There is opportunity there for

```
                                              Page 41
 1                      MICHAEL FISHMAN
 2   IP addresses to not match the user IP address
 3   who filled out the form.
 4         Q       Then how do you know that a
 5   particular user visited from a particular IP
 6   address?
 7         A       We would not be able to utilize
 8   an IP address definitively in the lead that is
 9   captured and then distributed.
10         Q       What would you use?
11         A       For what purpose?
12         Q       To validate the --
13         A       A particular lead?
14         Q       A particular lead, yes.
15         A       Well, in most cases we would
16   request the user IP address from the generator.
17         Q       From the lead generator?
18         A       Correct.
19         Q       And by that, do you mean the
20   website on which a lead was created?
21         A       Yes.
22         Q       And would that be captured -- is
23   that supposed to be captured by a Jornaya lead
24   ID?
25         A       I don't know what the
```

```
 1                    MICHAEL FISHMAN
 2    requirements are, which Jornaya lead IDs,
 3    because from my understanding that is up to the
 4    end users, the clients of Jornaya.
 5                    But I don't have any knowledge
 6    of what the exact information Jornaya captures.
 7          Q       Okay.
 8                    Have you ever seen a Jornaya
 9    rendering of the user experience in creating a
10    lead?
11          A       I actually don't believe I have.
12          Q       Have you ever given RevPoint's
13    role as a middleman, do you look at TCPA
14    disclosure language on whatever website
15    something was created?
16          A       Well, in many cases we are not
17    aware of the website in realtime.
18                    And so we wouldn't be able to --
19    that would be a very difficult task.
20          Q       Did you terminate your
21    relationship with Plural because of this
22    lawsuit?
23          A       We -- I don't know that we
24    terminated our relationship, we certainly -- it
25    became restricted to say the least.
```

```
                                            Page 43
 1                    MICHAEL FISHMAN
 2              I don't know that there was an
 3    official termination.
 4         Q     But you are no longer accepting
 5    leads from Plural, correct?
 6         A     That is correct.
 7         Q     Have you had --
 8              MR. BRODERICK:  Strike that.
 9         Q     Can we go back to the RevPoint
10    subpoena response.
11              MR. BRODERICK:  I am going to
12         mark this, try to mark this as Exhibit
13         19.
14              (The above described document was
15         marked Exhibit 19 for identification as of
16         this date.)
17         A     I'm sorry, what am I looking at?
18         Q     What's now been marked as
19    Exhibit 19 which is the RevPoint subpoena
20    response combined, should be in the marked
21    exhibits folder?
22         A     I've got it, thank you.
23         Q     Do you still have the e-mail
24    exchange that you had with Matthew Weeks of
25    Quotewizard?
```

                                                    Page 44

1                      MICHAEL FISHMAN
2          A       I don't know -- I believe so.
3                      MR. BRODERICK:   Evan, I will just
4              make note for the record that I think
5              that those e-mails were responsive to
6              our subpoena and that we request that
7              they be produced.
8                      MR. POLANSKY:   Ted, just for the
9              record, I mean these e-mails we marked
10             as work product on our privilege log, we
11             discussed this last time during Matthew
12             Week's deposition, just for the record.
13                     We can discuss it after.
14                     MR. BRODERICK:   We can confer
15             about that, we don't need to bore Mr.
16             Fishman any more than we already are.
17         Q       Have you produced any additional
18     information to Quotewizard about what you --
19     about information that was provided to
20     Quotewizard when RevPoint sold them the Mantha
21     lead?
22                     MR. POLANSKY:   Objection.
23                     MR. KING:   When, do you mean like
24             through our subpoena response?
25                     MR. BRODERICK:   Not through the

```
                                            Page 45

 1                    MICHAEL FISHMAN

 2         subpoena response.

 3         Q      We got a supplemental production

 4    recently and I want to know if you were the

 5    source of the information we received last

 6    night.

 7                    MR. KING:  I haven't seen it, I

 8              know the witness hasn't either.

 9         Q      Okay, you didn't provide any

10    information within the last month to

11    Quotewizard?

12         A      No.

13                    MR. KING:  He's talking to me,

14              really, so not to my knowledge.

15                    I don't understand the question, we

16              haven't made a supplemental production in

17              the last month.

18                    MR. POLANSKY:  No, Quotewizard

19              made a supplemental production that

20              didn't come from RevPoint.

21                    MR. BRODERICK:  I am going to

22              move a folder into the marked exhibits

23              which is supplemental production

24              7-27-20.

25         A      This is a new folder.  I see it.
```

```
                                              Page 46
 1                    MICHAEL FISHMAN
 2         Q       Supplemental production.
 3         A       Okay.
 4                 MR. KING:  Just a second.  Is it
 5         under marked exhibits?
 6                 Thank you.
 7                 MR. BRODERICK:  You might need to
 8         refresh, everybody let me know when you
 9         have it.
10                 MR. KING:  Got it.
11         Q       Do you see a document titled
12    Quotewizard_mantha 000101?
13         A       The PDF, oh, 000101-104?
14         Q       Yes.
15         A       Yes.
16         Q       Do you recognize that document?
17         A       Do I recognize the document?
18                 No; I don't recognize the
19    document.
20         Q       Does the information contained
21    within the document look familiar?
22         A       It looks familiar, yes.
23         Q       And what is it?
24         A       It looks like -- it looks like
25    the lead information for Mr. Mantha.
```

1                     MICHAEL FISHMAN

2          Q      And is this the information that

3     is -- well, is this at the point at which you

4     ping the system, or is this when you provide

5     the full lead after purchase?

6                     MR. KING:  Sorry, objection as to

7               form.

8                     I think we might be skipping a step

9               here.  Did you ask if RevPoint created or

10              provided this document?

11         Q      Well, the information that's

12    within this document, you did not create this

13    document, correct?

14                    This PDF?

15         A      Not to my knowledge, no.

16         Q      But you say the information

17    looks like the Mantha lead?

18         A      From the information that I can

19    decipher, yes.

20                    I mean I am looking at his name

21    is in here and his e-mail address.

22                    And there are a lot of -- it's

23    sort of a run-on sentence, but is that a

24    printout of what -- is that the type of

25    information that is exchanged by your API

```
                                              Page 48
 1                   MICHAEL FISHMAN
 2   system when someone buys a lead?
 3          A       It could be, yes.
 4          Q       And that would be provided on
 5   the purchase of the lead by the end user?
 6          A       Correct, yes, because there is a
 7   first name and last name and e-mail and phone.
 8          Q       Okay, can you open something
 9   that says letter McKew?
10          A       Okay.
11          Q       And it's -- has RevPoint
12   provided two separate leads with Joe Mantha's
13   name to Quotewizard?
14          A       Not to my knowledge, no.
15          Q       Just the one lead that we have
16   been talking about in this deposition, correct?
17          A       Just the one lead, correct.
18          Q       Okay, can you open the Excel
19   spreadsheet there.
20                  Do you recognize this Excel
21   spreadsheet?
22          A       No.
23          Q       You didn't create it?
24          A       No.
25          Q       Looking at this document, do you
```

```
                                              Page 49
 1                    MICHAEL FISHMAN
 2    have any idea what quote_ID means?
 3           A      No.
 4                  MR. BRODERICK:  I am just going
 5           to go ahead and introduce these
 6           exhibits.
 7                  I introduce the letter as 20, the
 8           Excel spreadsheet, this I have to do
 9           differently I guess.
10                  This just gets moved into the
11           folder, I guess, but it doesn't get a
12           number.
13                  And then the PDF Quotewizard_mantha
14           I am going to introduce as Exhibit 21.
15                  (The above described document was
16           marked Exhibit 20 for identification, as
17           of this date.)
18                  (The above described document was
19           marked Exhibit 21 for identification, as
20           of this date.)
21           Q      Go back to Exhibit 19, the
22    RevPoint subpoena response, the last page of it
23    which is the data that you said you queried
24    your database to get.
25           A      Okay.
```

```
 1                    MICHAEL FISHMAN
 2          Q       Did your database have any
 3     reference to SnappyAutoInsurance.com?
 4                   That for some reason didn't get
 5     put on this sheet of data?
 6          A       No.
 7          Q       Would you agree that the IP
 8     address on your data sheet is not the same as
 9     on the Quotewizard opt in?
10          A       Which two IP addresses am a
11     looking at, because I know there was a
12     discrepancy in that, but I'm not sure with
13     what.
14          Q       Right, so this one is
15     66.187.107.166 and then we can look at the --
16          A       The one I have written down?
17          Q       Yes, which you wrote down from
18     the Quotewizard opt in, which is 96. --
19          A       Yes, I can confirm that those
20     are not the same.
21          Q       Right.
22                  Do you know why they don't
23     match?
24          A       I do not.
25          Q       Are you aware that Plural
```

Page 51

```
 1                    MICHAEL FISHMAN
 2   Marketing Solutions has provided a response to
 3   a subpoena in connection with this case?
 4          A      I did not.
 5          Q      Have you ever seen that subpoena
 6   response?
 7          A      I have not.
 8          Q      I am going to show you that, I
 9   am going to introduce it as Exhibit 22 for ease
10   of reference.
11          A      Okay.
12                 (The above described document was
13          marked Exhibit 22 for identification, as
14          of this date.)
15          Q      I will ask you to scroll down in
16   that document to what starts after Exhibit C?
17          A      Okay.
18          Q      Have you seen any of that
19   information from any source?
20                 MR. BRODERICK:  Strike that.
21          Q      Are you familiar with that
22   e-mail address for Adam Brown?
23          A      No, I am not.
24          Q      And although Plural lists the
25   source of the application as
```

```
                                        Page 52

 1                    MICHAEL FISHMAN

 2   SnappyAutoInsurance.com, was that -- when did

 3   you learn that that was where Plural said the

 4   opt-in had come from?

 5           A       We learned of that when we

 6   requested and received opt in information in

 7   order to verify consent.

 8           Q       That was after this Complaint by

 9   Mr. Mantha, though, correct?

10           A       To my knowledge, yes.

11               MR. POLANSKY:  Just to be clear,

12           for the record when you say Complaint,

13           are you talking about the actual

14           complaint filed in the lawsuit, or some

15           sort of demand letter, Ted?

16               MR. BRODERICK:  Really --

17               MR. POLANSKY:  Because I know we

18           had confusion about this earlier in my

19           client's deposition.

20               MR. BRODERICK:  No, right.  No, I

21           would say when you were first contacted

22           with any kind of complaint, even if it

23           was just a demand letter, did you look

24           into whether the consent was valid,

25           correct?
```

                                                      Page 53

1                        MICHAEL FISHMAN

2                    MR. POLANSKY:   Thanks.

3          A       Correct, yes.

4          Q       And you see that the date of the

5    application provided -- well, by Plural in

6    response to our subpoena, is 6/26/2019?

7          A       Yes.

8          Q       Did they provide that

9    information to you?

10         A       I don't recall, it's possible.

11         Q       And this data, I don't see a

12   Jornaya lead ID in Plural's response to the

13   subpoena.

14                 Do you know if Plural had a

15   Jornaya lead ID associated with Mr. Mantha's --

16   Mr. Mantha's supposed lead at the time it was

17   created?

18         A       I can only talk about when that

19   lead was offered and then sent into RevPoint

20   Media.

21                 At that point there was a

22   general lead ID associated with 2, so I

23   can't -- I have no idea how -- what Plural --

24   how they generate their Jornaya lead IDs.

25         Q       Do you have any -- I can

Page 54

1                    MICHAEL FISHMAN

2    represent to you that Jornaya says that the

3    lead ID provided by Plural is actually

4    associated with a website called

5    unitedquotes.com.

6              Do you have any idea why in its

7    transmission to you they said it was

8    SnappyAutoInsurance.com?

9         A    I have no idea.

10        Q    Do you have any idea why the

11   date of application on the Plural subpoena

12   response does not match the date of application

13   on the Jornaya lead ID?

14        A    I do not.

15        Q    Does RevPoint take any position

16   on whether Mr. Mantha consented to receive

17   telemarketing text from Quotewizard?

18        A    Well, it's my understanding that

19   consent was given, because that data was

20   provided to us.

21        Q    But nobody at RevPoint has any

22   personal knowledge as to who it was that

23   supposedly filled out this lead on a website?

24        A    Other than the information we

25   received, we have no other knowledge.

```
                                               Page 55
 1                   MICHAEL FISHMAN
 2          Q      Okay, thanks.
 3                 MR. BRODERICK:  No further
 4        questions right now.
 5                 Thank you very much.
 6                 MR. POLANSKY:  Great.
 7
 8    EXAMINATIN BY
 9    MR. POLANSKY:
10
11          Q      Mr. Fishman, once again, I am
12    Kevin Polansky, I represent the Defendant
13    Quotewizard in this case.
14                 I do have a couple of follow-up
15    questions.
16                 This won't take very long, but I
17    do want to go through a few things.
18          A      Sure.
19          Q      Have you ever personally went to
20    the SnappyAutoInsurance website?
21          A      I don't know whether I clicked
22    on that link when it was provided by Plural.
23                 Possibly -- I probably did, but
24    I don't recall, I probably made sure that it
25    was active before I sent it.
```

Page 56

                    MICHAEL FISHMAN

1

2          Q       Do you know if when you clicked

3    on the link it was active?

4          A       I would not have sent a URL to

5    Quotewizard that was not active.

6          Q       And --

7                  MR. POLANSKY:  Strike that.

8          Q       You personally sent the URL of

9    SnappyAutoInsurance.com to Quotewizard, is that

10   correct?

11         A       That is correct.

12         Q       And that was Matthew Weeks you

13   sent it to?

14         A       I'm pretty sure, yes.

15         Q       Now, are you aware that you also

16   sent him an IP address?

17         A       I'm sure.

18         Q       And you were asked by

19   Mr. Broderick some questions about whether the

20   IP address on the Quotewizard opt in sheet that

21   you looked at is the same as the RevPoint

22   response, and you testified that they are

23   different, right?

24         A       Yes.

25         Q       Do you know why they are

```
                                        Page 57
```

1                    MICHAEL FISHMAN

2    different?

3          A       I don't know why.  I can only

4    speculate.

5          Q       And what's your belief?

6                  MR. BRODERICK:  Objection.

7          Q       You can answer.

8          A       I can answer that?

9                  MR. BRODERICK:  Yes.

10                 MR. POLANSKY:  Yes.

11         A       So, my belief is that, and this

12   happens with some regularity in the space, is

13   that IP addresses come from the platforms that

14   are supplying the API data and not from the

15   user, and systems are not verifying the IP

16   address other than potentially if it's

17   international.

18                 MR. BRODERICK:  Objection, move

19         to strike.

20         Q       The IP address identified in the

21   RevPoint response, was that IP address provided

22   by Plural?

23         A       We would -- anything that we

24   provided would have been provided by Plural.

25                 Either in the original data that

```
                                                    Page 58
 1                    MICHAEL FISHMAN
 2    was sent over, or in a subsequent request.
 3          Q       Do you still have the Plural
 4    response to the Mantha subpoena in front of
 5    you?
 6                  MR. BRODERICK:   Exhibit 22.
 7          A       Yes, I do.
 8          Q       On I believe it's page 15 of 20,
 9    there is a document and at the top it says
10    "original source lead generator."
11                  Do you see that?
12          A       No, I'm sorry, let me catch up
13    to where were you saying.
14          Q       Page 15 of 20.
15          A       15, okay.
16          Q       And do you see a Word document
17    with two bolded sections called original source
18    lead generator and applicant TCPA audit?
19          A       No, hold on, I think I'm in the
20    wrong place.   Exhibit C is this?
21          Q       Yes, right after Exhibit C or I
22    guess it is Exhibit C, yes.
23          A       And this is the lead data?
24          Q       Yes.
25          A       Okay; okay.
```

```
                                          Page 59
1                    MICHAEL FISHMAN
2          Q        Do you see where they identify
3    the applicant IP address?
4          A        Yes.
5          Q        And that's different from the IP
6    address that RevPoint provided in response to
7    its subpoena, right?
8          A        Again, I don't have the two in
9    front of me to make that comparison, because
10   that one looks like the one I have written
11   down, but I don't have the -- what we provided
12   in front of me.
13         Q        Okay, let's take a look at it,
14   its Exhibit 19.
15         A        Okay.
16         Q        I think it the last page.
17                  Would you agree that the IP
18   addresses don't match?
19         A        Correct, they do not match.
20         Q        Do you know whether Plural
21   provided RevPoint with more than one IP address
22   for this lead?
23         A        Within the original lead?
24         Q        I guess within the original
25   lead, or at any time.
```

1                    MICHAEL FISHMAN

2          A        I don't know.

3                    Within the original lead, I

4     don't think we accept in the API multiple IP

5     addresses, so that would not be possible.

6                    But I don't know -- anything we

7     provided they provided, so if they provided a

8     different IP address, we certainly would have

9     been provided multiple IP addresses.

10         Q        Who created this document in

11    front of you at Exhibit 19?

12                   MR. KING:  Sorry, is Exhibit 19

13         RevPoint's response?

14         Q        Yes, page 10?

15                   MR. KING:  The subpoena response

16         obviously would have been created by me.

17                   MR. POLANSKY:  I guess my

18         question is on the last page, do you

19         know why the Jornaya lead ID is not

20         identified on this page.

21         A        That I don't know.

22         Q        Do you dispute that you

23    provided --

24                   MR. BRODERICK:  Strike that.

25         Q        Do you dispute that RevPoint

```
                                          Page 61
 1                 MICHAEL FISHMAN
 2   provided a lead ID to Quotewizard?
 3        A      No, I don't ski.
 4        Q      In fact Quotewizard required a
 5   Jornaya lead ID, is that right?
 6        A      That's right.  I don't recall
 7   the API requirements, it's certainly possible
 8   and not uncommon to have that as a requirement.
 9        Q      In this case you don't dispute
10   that a Jornaya lead ID was provided from
11   RevPoint to Quotewizard?
12        A      No, I do not dispute that.
13        Q      Just turning back to Exhibit 17.
14        A      Okay.
15        Q      Do you dispute any of the
16   information on this exhibit was provided by
17   RevPoint to Quotewizard?
18               MR. BRODERICK:  Objection to the
19          form.
20        A      I can't say one way or the
21   other, I don't recall.
22        Q      Okay.
23               But you do recall that RevPoint
24   provided an IP address to Quotewizard, right?
25        A      That's correct.
```

Page 62

1                    MICHAEL FISHMAN

2         Q       And a Jornaya lead ID was also

3    provided by RevPoint to Quotewizard, is that

4    right?

5         A       Within the original lead,

6    correct.

7         Q       And that at some point in time

8    you did provide a URL to SnappyAutoInsurance to

9    Quotewizard, right?

10        A       Correct.

11        Q       And then the other information

12   is sort of the data that would come with the

13   lead packet, is that right?

14                MR. BRODERICK:  Objection.

15        A       That's my understanding.

16                I don't know if I provided this

17   screenshot or that was generated, I don't know.

18        Q       But in any event, you would have

19   advised or --

20                MR. BRODERICK:  Strike that.

21        Q       In any event, you would have

22   informed Quotewizard where to find or obtain

23   the consent language?

24                MR. BRODERICK:  Objection.

25        A       I don't recall.

Page 63

1                    MICHAEL FISHMAN

2          Q        Well, do you know whether

3    RevPoint in the lead provided consent language

4    to Quotewizard?

5          A        We would have provided consent

6    language within the lead.

7                    MR. BRODERICK:  Objection to the

8          form.

9          Q        You would have?

10         A        It's my understanding that

11   consent language came with the lead.

12         Q        What type of consent language

13   comes with the lead?

14         A        Whatever is provided by the

15   lead, so whatever Plural sent us we would have

16   sent to Quotewizard.

17         Q        So I'm going to turn your

18   attention to Exhibit 21 that you just looked

19   at.

20         A        Okay.

21         Q        And I'm going to represent to

22   you that this was the electronic information

23   that came from RevPoint to Quotewizard after

24   the lead was purchased.

25                    Can you go through these four

```
                                              Page 64
 1                    MICHAEL FISHMAN
 2   pages and tell me if you see any consent
 3   language?
 4         A        I do not see any consent
 5   language.
 6         Q        Do you recall after receiving, I
 7   know Mr. Broderick used the term complaint, but
 8   after Mr. Weeks informed you of a demand
 9   received by Quotewizard from the Plaintiff in
10   this case, that he reached out to you for
11   consent language?
12         A        I don't know that I reached out
13   specifically for consent language, but reached
14   out for verification of consent.
15         Q        Okay, but he did reach out by
16   e-mail to you for verification of consent with
17   respect to Mr. Mantha, is that right?
18         A        Matthew Weeks, right?
19         Q        Yes, yes.
20         A        Yes, he did.
21         Q        And you provided the information
22   that you had received from Plural Marketing, is
23   that right?
24         A        Correct.
25         Q        And turning again to Exhibit 17,
```

```
                                              Page 65
 1                    MICHAEL FISHMAN
 2   do you have any reason to dispute the TCPA
 3   disclosure that's on this document as being
 4   provided by you to Mr. Weeks?
 5           A       No, I have no reason to dispute.
 6                   MR. POLANSKY:  That might be all
 7           I have, but I would like to check my
 8           notes real quickly.
 9                   Just give me a moment.
10                   THE WITNESS:  Sure.
11           Q       When you reached out after
12   hearing from Matthew Weeks to verify the
13   consent for Mr. Mantha did you personally reach
14   out to George Rios or did someone from your
15   team or company?
16           A       Someone from my team.
17           Q       Do you know who that individual
18   is?
19           A       Yes, that was Jesse Schreiber.
20           Q       Is Jesse a man or woman?
21           A       A man.
22           Q       And how do you spell Schreiber?
23           A       S-c-h-r-e-i-b-e-r.
24           Q       Okay.
25           Q       I think you mentioned it was
```

```
                                              Page 66
 1                  MICHAEL FISHMAN
 2    either by Skype or e-mail, is that right?
 3          A       Correct, or possibly a blend, I
 4    don't know.
 5                  MR. BRODERICK:  Possibly a what?
 6          A       A blend of the two, maybe
 7    reaching out on Skype and shooting an e-mail.
 8          Q       Do you know if Plural Marketing
 9    is associated with the website
10    unitedquotes.com?
11          A       I don't know.  I could only
12    speculate.
13          Q       Have you ever heard of the
14    website called Snappy Surveys?
15          A       I have not.
16          Q       Have you ever heard of Justin
17    Cohen, I think you might have answered that?
18          A       No, I don't know that name.
19          Q       And Adam Brown?
20          A       Nope.
21          Q       When you went to the
22    SnappyAutoInsurance website to confirm that it
23    was working, did you happen to take any
24    screenshots or images from that website at the
25    time?
```

Page 67

1                    MICHAEL FISHMAN

2        A        No.

3        Q        When you went on the

4   SnappyAutoInsurance website, did you go on the

5   website to confirm there was TCPA compliance

6   language on the website?

7        A        I don't recall what I did when I

8   went on that website.

9                MR. POLANSKY:  I have no further

10          questions.

11                Thank you very much for your time.

12                MR. BRODERICK:  Nothing further

13          from me.

14                Thanks very much, Mr. Fishman.

15                THE WITNESS:  This concludes

16          today's testimony given by Michael

17          Fishman, total number of media units is

18          1 and will be retained by Veritext.

19                The time is approximately 1:59 p.m.

20                We are off the record.

21

22

23

24

25

Page 68

1                    MICHAEL FISHMAN

2

3

4

5           I, the undersigned, a Certified
        Shorthand Reporter of the State of New
6       York, do hereby certify:
              That the foregoing proceedings were
7       taken before me at the time and place
        herein set forth; that any witnesses in
8       the foregoing proceedings, prior to
        testifying, were duly sworn; that a record
9       of the proceedings was made by me using
        machine shorthand which was thereafter
10      transcribed under my direction;
              That the foregoing transcript is a
11      true record of the testimony given.
              Further, that if the foregoing
12      pertains to the original transcript of a
        deposition in a federal case before
13      completion of the proceedings, review of
        the transcript [ ] was [x ] was not
14      requested.
15            I further certify I am neither
        financially interested in the action nor a
16      relative or employee of any attorney or
        party to this action.
17            IN WITNESS WHEREOF, I have this
        date subscribed my name.
18

19

20

21

        Stephen J. Moore
22      RPR, CRR
23      Dated: 8/11/2020
24

25

Page 69

1              MICHAEL FISHMAN

2      DECLARATION UNDER PENALTY OF PERJURY

3              Case Name: MANTHA v. QUOTEWIZARD

4              Date of Deposition: July 28,

5              2020

6

7              I, MICHAEL FISHMAN, hereby certify

8              Under penalty of perjury under the

9       laws of the State of New York that the

10      foregoing is true and correct.

11              Executed this _____ day of

12              _____, 2020, at

13              _____.

14

15

16      _____

17

18              MICHAEL FISHMAN

19

20

21

22

23

24

25

Page 70

```
 1                    MICHAEL FISHMAN
 2               DEPOSITION ERRATA SHEET
 3               Case Name: MANTHA v. QUOTEWIZARD
 4               Name of Witness: MICHAEL FISHMAN
 5               Date of Deposition: July 28,
 6               2020
 7               Reason Codes:  1. To clarify the
 8               record.
 9               2. To conform to the facts.
10               3. To correct transcription errors.
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18   Page _____ Line _____ Reason _____
     From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21   Page _____ Line _____ Reason _____
     From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24   Page _____ Line _____ Reason _____
     From _____ to _____
25
```

Page 71

```
 1                    MICHAEL FISHMAN
 2               DEPOSITION ERRATA SHEET
 3   Page _____  Line _____  Reason _____
     From _____ to _____
 4   Page _____  Line _____  Reason _____
     From _____ to _____
 5   Page _____  Line _____  Reason _____
     From _____ to _____
 6   Page _____  Line _____  Reason _____
     From _____ to _____
 7   Page _____  Line _____  Reason _____
     From _____ to _____
 8   Page _____  Line _____  Reason _____
     From _____ to _____
 9   Page _____  Line _____  Reason _____
     From _____ to _____
10   Page _____  Line _____  Reason _____
     From _____ to _____
11   Page _____  Line _____  Reason _____
     From _____ to _____
12   Page _____  Line _____  Reason _____
     From _____ to _____
13   Page _____  Line _____  Reason _____
     From _____ to _____
14   Page _____  Line _____  Reason _____
     From _____ to _____
15   Page _____  Line _____  Reason _____
     From _____ to _____
16   Page _____  Line _____  Reason _____
     From _____ to _____
17            _____ Subject to the above
18        changes, I certify that the transcript is
19        true and correct
20            _____ No changes have been
21        made. I certify that the transcript  is
22        true and correct.
23
24        _____
25             MICHAEL FISHMAN
```

**[& - back]**

| & |
| --- |
| **&**   2:9 |

| 0 |
| --- |
| **000101**   46:12 |
| **000101-104**   46:13 |
| **01890**   2:6 |
| **02109**   2:12 |

| 1 |
| --- |
| **1**   4:15 14:17 67:18 70:7 |
| **10**   14:17 15:4 60:14 |
| **100**   12:15,17 29:22 |
| **10123**   2:18 |
| **12235**   1:8 4:23 |
| **12:30**   1:12 |
| **13**   3:12 |
| **132.28**   36:24 |
| **15**   3:8 58:8,14,15 |
| **16**   3:10,11 |
| **17**   27:13 35:25 39:12,23 61:13 64:25 |
| **18**   37:6,9 |
| **19**   3:8 43:13,15,19 49:21 59:14 60:11 60:12 |
| **1:19**   1:8 4:23 |
| **1:59**   67:19 |

| 2 |
| --- |
| **2**   26:5 27:7 53:22 70:9 |
| **20**   3:10 49:7,16 58:8,14 |
| **2020**   1:12 4:4 69:5 69:12 70:6 |
| **208**   2:5 |
| **20932**   68:20 |
| **21**   3:11 49:14,19 63:18 |

| 22   3:12 51:9,13 58:6 |
| --- |
| **28**   1:12 4:4 69:4 70:5 |

| 3 |
| --- |
| **3**   70:10 |
| **30**   15:5 20:8 |

| 4 |
| --- |
| **43**   3:8 |
| **450**   2:17 |
| **49**   3:10,11 |

| 5 |
| --- |
| **51**   3:12 |
| **55**   3:4 |

| 6 |
| --- |
| **6**   3:3,3 |
| **6/26/2019**   53:6 |
| **66.187.107.166**   50:15 |

| 7 |
| --- |
| **7-27-20**   45:24 |

| 8 |
| --- |
| **8**   3:4 |
| **8/11/2020**   68:23 |
| **8/5/19**   36:14 |
| **8d3**   37:2 |

| 9 |
| --- |
| **96**   50:18 |
| **96.2**   36:17 |
| **96.242.132.28.**   36:23 |

| a |
| --- |
| **able**   39:10 41:7 42:18 |
| **accept**   60:4 |
| **accepted**   14:9 |
| **accepting**   43:4 |

| **account**   37:15,18 37:19 |
| --- |
| **accurate**   30:9 |
| **acquired**   20:10 |
| **acquisition**   7:23 25:7,10 |
| **action**   5:9 68:15 68:16 |
| **active**   7:20 55:25 56:3,5 |
| **actual**   52:13 |
| **adam**   21:5 51:22 66:19 |
| **additional**   44:17 |
| **address**   18:21,22 25:6 36:16 38:23 40:16,20,22 41:2,6 41:8,16 47:21 50:8 51:22 56:16 56:20 57:16,20,21 59:3,6,21 60:8 61:24 |
| **addresses**   39:8 41:2 50:10 57:13 59:18 60:5,9 |
| **administer**   5:8 |
| **advised**   62:19 |
| **afternoon**   5:17 |
| **aggravating**   6:24 |
| **ago**   23:2,3 |
| **agree**   4:14 50:7 59:17 |
| **agreement**   14:11 32:18 33:13 |
| **ahead**   49:5 |
| **alex**   7:4 |
| **allow**   23:11 |
| **allows**   20:16 33:16 |
| **answer**   6:19 8:23 8:23,25 9:2 11:9 12:6,11 14:22 |

| **31**:2 33:4,15,17 34:5 39:4 57:7,8 |
| --- |
| **answered**   66:17 |
| **apa**   40:21 |
| **api**   12:21 13:22 17:25 18:3,9 47:25 57:14 60:4 61:7 |
| **apologize**   34:19 |
| **applicant**   58:18 59:3 |
| **application**   51:25 53:5 54:11,12 |
| **approximately**   4:3 7:8 67:19 |
| **asked**   34:20 56:18 |
| **asking**   13:8 17:4 18:18 36:18 |
| **associate**   38:11 |
| **associated**   36:25 38:15 53:15,22 54:4 66:9 |
| **assume**   13:6 |
| **attention**   63:18 |
| **attorney**   5:13 33:15 68:16 |
| **attorneys**   2:4,10 2:16 |
| **audio**   4:11,12 |
| **audit**   58:18 |
| **authorized**   5:7 |
| **auto**   18:6 |
| **avenue**   2:17 |
| **avoid**   19:18 |
| **aware**   21:24 42:17 50:25 56:15 |

| b |
| --- |
| **b**   3:6 65:23 |
| **back**   24:21 26:9 29:23 33:24 35:3 35:25 39:12 43:9 |

**[back - cost]**                                                    Page 2

49:21 61:13
**ballpark** 13:18
   14:16
**based** 32:4 33:9
**behalf** 1:5 4:18
   10:23
**belief** 57:5,11
**believe** 29:21
   39:17 42:11 44:2
   58:8
**bell** 21:16,22
**best** 14:21
**bff** 37:3
**bid** 13:22 14:7,8,9
   17:17
**blend** 66:3,6
**blue** 21:10,14,15
   21:16
**bolded** 58:17
**bore** 44:15
**boston** 2:12
**broderick** 2:3,8
   3:3 5:14,15 6:7
   11:15 12:3 26:14
   26:22 27:7,11
   28:4,17 32:20,25
   37:24 43:8,11
   44:3,14,25 45:21
   46:7 49:4 51:20
   52:16,20 55:3
   56:19 57:6,9,18
   58:6 60:24 61:18
   62:14,20,24 63:7
   64:7 66:5 67:12
**brown** 21:5 51:22
   66:19
**business** 7:19
**buy** 14:5,6 21:23
**buyer** 13:21 14:3
   14:4

**buyers** 13:24
**buying** 21:24
**buys** 48:2

**c**

**c** 2:2 5:25 51:16
   58:20,21,22 65:23
**call** 33:9
**called** 5:25 12:23
   21:8,25 23:25
   54:4 58:17 66:14
**calls** 10:3 31:10
**captured** 8:3 41:9
   41:22,23
**captures** 40:9 42:6
**career** 7:14
**case** 1:8 4:21,23
   12:2 13:16 17:5
   19:14 33:18 51:3
   55:13 61:9 64:10
   68:12 69:3 70:3
**cases** 23:10 41:15
   42:16
**catch** 58:12
**cell** 4:7,9
**cents** 14:17 15:4
**ceo** 7:10
**certain** 10:5,7
**certainly** 21:17
   28:7 42:24 60:8
   61:7
**certificate** 10:9
**certified** 1:18 68:5
**certify** 68:6,15
   69:7 71:18,21
**changes** 71:18,20
**check** 23:17 65:7
**circumstances**
   10:8
**circumvention**
   19:18

**claims** 32:3
**clarify** 70:7
**classified** 19:5
**clear** 6:15 52:11
**click** 26:19,25
**clicked** 55:21 56:2
**client's** 52:19
**clients** 42:4
**code** 18:7 40:7
**codes** 70:7
**cohen** 21:21 66:17
**collect** 29:12
**collected** 19:11
   29:13
**combined** 3:9
   28:22 43:20
**come** 38:16 40:21
   40:22,23 45:20
   52:4 57:13 62:12
**comes** 63:13
**communicated**
   35:17
**communication**
   35:14,23
**companies** 21:14
   21:19
**company** 21:8
   22:9 23:25 24:2
   65:15
**compare** 37:5
**comparison** 36:6
   59:9
**complaint** 15:21
   22:2,3 24:8,9
   34:12 52:8,12,14
   52:22 64:7
**completion** 68:13
**compliance** 31:19
   67:5
**computer** 4:10
   21:2

**concludes** 67:15
**confer** 44:14
**confirm** 30:9,15
   50:19 66:22 67:5
**conform** 70:9
**confusion** 52:18
**connection** 15:23
   23:5 51:3
**consent** 10:6 11:18
   25:8 31:9,19,23
   34:4,8 52:7,24
   54:19 62:23 63:3
   63:5,11,12 64:2,4
   64:11,13,14,16
   65:13
**consented** 10:2
   30:20 31:9 54:16
**contact** 16:10 35:7
**contacted** 52:21
**contained** 46:20
**context** 18:19
**continue** 4:13
**contract** 8:14
   32:16 37:15,20
**conversation** 19:5
**conversations** 4:7
   24:5 34:11
**correct** 10:13
   17:22 24:16 30:10
   30:14 38:9,17,18
   39:2 41:18 43:5,6
   47:13 48:6,16,17
   52:9,25 53:3
   56:10,11 59:19
   61:25 62:6,10
   64:24 66:3 69:10
   70:10 71:19,22
**correspondence**
   34:24
**cost** 12:15

**counsel** 4:17 5:11
  5:20,21 33:21
**couple** 55:14
**court** 1:2 4:22 5:5
**crazy** 6:20
**create** 47:12 48:23
**created** 15:25
  18:23 34:7 37:18
  41:20 42:15 47:9
  53:17 60:10,16
**creating** 42:9
**criteria** 10:5
**crr** 68:22
**customers** 38:5
**cut** 39:5
**cv** 1:8 4:23

**d**

**data** 17:25 18:12
  29:11,13 30:5
  31:6,14,17 33:8
  34:7 49:23 50:5,8
  53:11 54:19 57:14
  57:25 58:23 62:12
**database** 29:14,18
  49:24 50:2
**date** 36:14 43:16
  49:17,20 51:14
  53:4 54:11,12
  68:17 69:4 70:5
**dated** 68:23
**day** 69:11
**dealt** 21:7
**decipher** 47:19
**declaration** 69:2
**defendant** 1:10
  2:10 55:12
**define** 18:24
**definitively** 41:8
**delivered** 40:20
**demand** 52:15,23
  64:8

**depends** 13:2,14
  19:13
**deposed** 6:12
**deposition** 1:14
  4:16,24 26:18,25
  27:10 44:12 48:16
  52:19 68:12 69:4
  70:2,5 71:2
**described** 43:14
  49:15,18 51:12
**designated** 10:22
**determined** 13:9
**determining** 13:11
**develop** 20:20,24
**different** 10:14,15
  18:4 40:21 56:23
  57:2 59:5 60:8
**differently** 49:9
**difficult** 42:19
**digital** 7:13,25
**direction** 68:10
**directly** 16:4
**disclosure** 23:17
  39:13 42:14 65:3
**discovery** 27:20
**discrepancy** 50:12
**discuss** 44:13
**discussed** 44:11
**discussions** 33:20
**display** 25:12
**dispute** 60:22,25
  61:9,12,15 65:2,5
**distribute** 8:4 20:5
**distributed** 41:9
**distribution** 7:23
**district** 1:2,3 4:22
  4:22
**document** 27:15
  27:18,20 28:12
  29:2 36:3 37:6
  43:14 46:11,16,17

46:19,21 47:10,12
  47:13 48:25 49:15
  49:18 51:12,16
  58:9,16 60:10
  65:3
**dog** 24:2
**domain** 22:10
**drastically** 12:18
**drive** 6:20
**drives** 6:20
**duly** 6:2 68:8
**dynamic** 12:20
  13:6,7

**e**

**e** 2:2,2 3:6 5:25
  18:21 24:18,21
  25:12,15,18 27:21
  28:2,5,7 34:14,24
  35:7,12 43:23
  44:5,9 47:21 48:7
  51:22 64:16 65:23
  65:23 66:2,7
**earlier** 52:18
**ease** 51:9
**easier** 10:21
**edward** 2:8 5:15
**eight** 7:8
**either** 45:8 57:25
  66:2
**electronic** 63:22
**else's** 38:8
**employee** 35:16
  68:16
**employees** 16:9
**ended** 9:5
**ends** 37:2
**enforceable** 33:9
**england** 5:3
**ensure** 9:23,24
**entire** 7:14

**entirely** 6:18
**entities** 8:3
**entitled** 1:16
**errata** 70:2 71:2
**errors** 70:10
**esq** 2:8,14,20
**essence** 31:16
**evan** 2:20 5:20
  30:24 44:3
**event** 62:18,21
**everybody** 46:8
**exact** 42:6
**exactly** 8:12 9:4
**examinatin** 55:8
**examination** 3:2
  6:6 11:13 32:16
**examined** 6:3
**examples** 18:11
**exbt** 3:8,10,11,12
**excel** 48:18,20
  49:8
**exchange** 43:24
**exchanged** 47:25
**executed** 69:11
**exhibit** 10:17 26:5
  27:7,13 35:25
  37:6,9 39:12,23
  43:12,15,19 49:14
  49:16,19,21 51:9
  51:13,16 58:6,20
  58:21,22 59:14
  60:11,12 61:13,16
  63:18 64:25
**exhibits** 26:2,21
  43:21 45:22 46:5
  49:6
**experience** 40:9
  40:12,13 42:9
**explained** 14:21
**extent** 33:18

**f**

**f** 5:25
**facilitate** 8:2
**fact** 61:4
**factors** 12:25
**facts** 70:9
**fair** 6:25 9:11
  15:22 16:2 30:4
**familiar** 22:4,7,12
  24:2 32:11 46:21
  46:22 51:21
**federal** 68:12
**file** 27:3
**filed** 4:21 52:14
**filled** 41:3 54:23
**financially** 5:10
  68:15
**find** 62:22
**finish** 6:17
**firm** 5:2,6
**first** 6:2,10 26:2
  48:7 52:21
**fishman** 1:15 2:1
  3:1 4:1,16 5:1,15
  5:18 6:1,9,13 7:1
  7:5 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1,22 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1,16 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1,11

56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1,14
  67:17 68:1 69:1,7
  69:18 70:1,4 71:1
  71:25
**flame** 21:10
**flip** 39:12
**folder** 26:2,6,7,15
  27:2,2,12 43:21
  45:22,25 49:11
**follow** 55:14
**follows** 6:4
**foregoing** 68:6,8
  68:10,11 69:10
**form** 8:20 9:8 10:9
  10:14 41:3 47:7
  61:19 63:8
**forth** 68:7
**found** 7:15 26:7
**four** 27:9 63:25
**front** 12:12 25:5
  36:22 58:4 59:9
  59:12 60:11
**full** 7:3,4 47:5
**further** 55:3 67:9
  67:12 68:11,15

**g**

**g** 20:12
**garbled** 38:2
**general** 17:5,11
  53:22
**generally** 12:14
  32:10
**generate** 37:21
  38:4,10 53:24
**generated** 21:24
  25:11 40:24 62:17
**generation** 22:16
  22:22 40:8

**generator** 41:16
  41:17 58:10,18
**george** 16:11
  26:18 27:10 35:18
  35:20 65:14
**getting** 12:15,17
**give** 6:10 7:2 13:18
  14:16 65:9
**given** 31:18 42:12
  54:19 67:16 68:11
**go** 4:14 26:2 35:25
  36:11 43:9 49:5
  49:21 55:17 63:25
  67:4
**goes** 32:20,22
**going** 6:17 10:16
  12:5 14:25 25:25
  26:23 27:25 28:9
  32:19 43:11 45:21
  49:4,14 51:8,9
  63:17,21
**good** 5:14,17
  35:20
**grabbed** 28:17
**great** 55:6
**ground** 6:11
**guarantee** 30:18
  31:8,13,18,25 33:8
  33:23 34:3
**guaranteeing** 34:9
**guess** 13:7 49:9,11
  58:22 59:24 60:17
**guys** 26:12

**h**

**h** 3:6 5:25,25
  65:23
**happen** 66:23
**happened** 26:8
**happens** 20:2
  57:12

**harbor** 6:22
**hear** 8:21 16:21
  17:6 30:22 38:3
**heard** 30:24 66:13
  66:16
**hearing** 65:12
**held** 4:24
**help** 8:2,3
**hit** 26:24
**hold** 14:25 26:6
  28:21 37:9 58:19
**huge** 33:5

**i**

**idea** 49:2 53:23
  54:6,9,10
**identification**
  43:15 49:16,19
  51:13
**identified** 11:11
  57:20 60:20
**identify** 5:11
  32:16 59:2
**identifying** 17:21
**ids** 40:5,14 42:2
  53:24
**images** 66:24
**include** 13:24
  18:20
**indemnification**
  32:18
**indemnify** 32:2
**indemnity** 32:22
**independent** 30:8
**individual** 31:13
  65:17
**information** 10:2
  13:25 14:7 17:16
  17:21 24:21 25:4
  25:16 30:10,14
  36:4 39:15,25
  42:6 44:18,19

45:5,10 46:20,25
47:2,11,16,18,25
51:19 52:6 53:9
54:24 61:16 62:11
63:22 64:21
**informed**  62:22
64:8
**initial**  17:11,12
**input**  30:14
**inside**  27:3
**instruct**  8:22 12:5
12:10 33:3
**insurance**  18:6
**integration**  18:3,9
19:13
**intelligence**  1:15
**interested**  5:10
68:15
**interfere**  4:11
**interference**  4:8
**international**
57:17
**introduce**  49:5,7
49:14 51:9
**involved**  15:23
16:5
**ip**  18:22 19:7 25:6
36:16 38:23 39:7
40:16,20,22 41:2,2
41:5,8,16 50:7,10
56:16,20 57:13,15
57:20,21 59:3,5,17
59:21 60:4,8,9
61:24

**j**

**j**  1:17 20:12 68:21
**jangl**  20:3,11
**jangl's**  20:7
**jesse**  65:19,20
**job**  7:9

**joe**  30:13 31:5
48:12
**jornaya**  10:12,13
37:2,8,13,16,19
38:11,14,19,22,24
40:3,5,7,16 41:23
42:2,4,6,8 53:12
53:15,24 54:2,13
60:19 61:5,10
62:2
**jornaya's**  40:14
**joseph**  1:5 4:18
5:16 11:7
**july**  1:12 4:4 69:4
70:5
**jump**  6:19
**justin**  21:21 66:16

**k**

**keep**  6:15
**ken**  5:2
**kevin**  2:14 5:18
55:12
**kind**  14:21 29:18
32:8 38:2 52:22
**king**  2:20 5:20,20
8:20 9:2,8 11:14
12:9 14:20 25:22
26:8,12,17,21 27:5
27:9,25 28:16
30:25 32:7 33:17
37:23,25 39:3
44:23 45:7,13
46:4,10 47:6
60:12,15
**klein**  2:15
**know**  9:4,7,15,18
12:13,14,19 13:15
14:23 16:12 18:2
18:12,24 19:4,14
21:5,15 22:9,23
29:24 30:12 31:12

33:22 34:5 35:15
36:7,13 37:18
39:7,9 41:4,25
42:23 43:2 44:2
45:4,8 46:8 50:11
50:22 52:17 53:14
55:21 56:2,25
57:3 59:20 60:2,6
60:19,21 62:16,17
63:2 64:7,12
65:17 66:4,8,11,18
**knowledge**  21:9
21:11,18 22:17
34:13 35:24 37:17
42:5 45:14 47:15
48:14 52:10 54:22
54:25
**knowledgeable**
11:2
**known**  38:22

**l**

**l**  5:25 20:12
**landau**  5:22
**language**  23:18
39:13,23 42:14
62:23 63:3,6,11,12
64:3,5,11,13 67:6
**launch**  27:2
**law**  2:3
**laws**  69:9
**lawsuit**  9:6 23:6
24:6 42:22 52:14
**layman's**  7:24
**lead**  1:14 7:23
10:7,8,10,11,12,13
11:2,6,18,25 12:16
12:17,20 13:13
14:5,10,11,17,17
14:18 15:12,13,24
17:2,8,11,13,18,25
18:23 19:10,20,25

19:25 20:4,9
22:16,22 23:11
25:7,10,11 30:16
30:17,19 31:6,23
32:4,13 33:23
34:3,6,9 35:22
36:5,14 37:2 38:8
38:11,14,15,21,22
40:3,5,7,14,16,16
40:24 41:8,13,14
41:17,20,23 42:2
42:10 44:21 46:25
47:5,17 48:2,5,15
48:17 53:12,15,16
53:19,22,24 54:3
54:13,23 58:10,18
58:23 59:22,23,25
60:3,19 61:2,5,10
62:2,5,13 63:3,6
63:11,13,15,24
**leads**  8:2,7,10,12
9:13,15,16,21,23
9:24 21:24 37:22
38:5,12 43:5
48:12
**learn**  52:3
**learned**  15:20 52:5
**letter**  3:10 48:9
49:7 52:15,23
**line**  70:11,12,13
70:14,15,16,17,18
70:19,20,21,22,23
70:24 71:3,4,5,6,7
71:8,9,10,11,12,13
71:14,15,16
**link**  23:14,16,24
55:22 56:3
**linked**  39:20 40:10
**listed**  30:19
**lists**  51:24

little  18:3
llc  1:9 2:16 4:20
  10:23 11:19
llp  2:15
loading  26:13
log  44:10
long  7:6 15:14
  23:3 37:14 55:16
longer  8:10 43:4
look  11:16 19:7
  21:18 22:21 23:12
  23:21 26:4 27:13
  31:24 38:19 42:13
  46:21 50:15 52:23
  59:13
looked  56:21
  63:18
looking  26:16 27:5
  28:22 31:6 43:17
  47:20 48:25 50:11
looks  46:22,24,24
  47:17 59:10
lot  10:21 21:13
  47:22
lower  12:19

**m**

m  5:25,25
ma  2:6,12
machine  68:9
mail  18:21 24:18
  24:21 25:12,15,18
  27:21 28:2,5,7
  34:24 35:7,12
  43:23 47:21 48:7
  51:22 64:16 66:2
  66:7
mails  34:14 44:5,9
making  31:17
man  65:20,21
mantha  1:5 3:11
  4:18 5:16 11:7

14:18 15:25 17:8
  17:24 20:2 28:13
  30:13 31:6,8
  35:22 44:20 46:12
  46:25 47:17 49:13
  52:9 54:16 58:4
  64:17 65:13 69:3
  70:3
mantha's  11:18
  34:12 48:12 53:15
  53:16
mark  43:12,12
marked  26:2,5,21
  43:15,18,20 44:9
  45:22 46:5 49:16
  49:19 51:13
marketer  7:25
marketing  7:13
  15:10 21:10 30:6
  51:2 64:22 66:8
marketplace  7:23
  15:13 17:16,19
  19:24 20:3,7,8
masking  19:16
massachusetts  1:3
  4:23
match  39:8 40:17
  41:2 50:23 54:12
  59:18,19
matter  1:16 4:18
matthew  24:13,15
  27:21 34:12 43:24
  44:11 56:12 64:18
  65:12
mckew  48:9
mean  7:25 11:9,21
  11:24 12:15 15:3
  17:10,14 21:13,15
  25:9 32:10 41:19
  44:9,23 47:20

means  49:2
media  2:16 4:15
  7:22 10:23 11:19
  20:25 21:8 24:3
  31:15 35:11 53:20
  67:17
media's  20:7
memory  25:17
mentioned  65:25
message  32:4
messages  30:20
  31:10,20 34:16
met  10:5
method  35:13
michael  1:15 2:1
  3:1 4:1,16 5:1 6:1
  7:1,4 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1,16
  68:1 69:1,7,18
  70:1,4 71:1,25
microphones  4:5
middle  6:19

middleman  38:7
  42:13
mine  26:12,16
minimum  13:12
missed  28:10
model  18:7
moment  65:9
month  45:10,17
months  8:13 15:17
moore  1:17 5:6
  6:20 68:21
morning  5:14
move  45:22 57:18
moved  49:10
moynihan  2:15
mullins  2:9
multiple  13:23
  60:4,9

**n**

n  2:2 5:25 20:12
name  7:3,4 16:13
  16:16 18:20 20:15
  24:14 47:20 48:7
  48:7,13 66:18
  68:17 69:3 70:3,4
named  24:2
need  44:15 46:7
neither  68:15
nelson  2:9
never  34:17 37:18
new  1:19 2:18 5:3
  5:6 45:25 68:5
  69:9
nice  10:19
night  45:6
non  1:16 7:25
nope  66:20
notary  1:19 6:3
note  4:5 5:7 44:4
notes  65:8

notice  11:10
notices  11:10
noticing  5:13
notifying  24:7
number  4:23
  18:21 49:12 67:17
ny  2:18

**o**

o  16:18
oath  5:8
object  8:20 11:14
  12:8,9 32:7,19
  39:3
objection  8:19,22
  9:8,9 11:8 14:19
  14:20 16:24 30:21
  30:24 31:11,21
  32:6 33:12 34:23
  44:22 47:6 57:6
  57:18 61:18 62:14
  62:24 63:7
obtain  62:22
obviously  60:16
occurred  24:8
october  35:4
offer  14:5,6
offered  53:19
office  2:11
official  43:3
oh  46:13
okay  8:24 9:20
  16:7,20 17:20
  19:23 21:20 23:25
  26:3,11,11 27:14
  27:19 28:19,25
  29:10,25 33:4
  35:15,20 36:2,23
  36:24 37:4,9 42:7
  45:9 46:3 48:8,10
  48:18 49:25 51:11
  51:17 55:2 58:15

58:25,25 59:13,15
  61:14,22 63:20
  64:15 65:24
once  55:11
open  11:16 28:14
  48:8,18
opinion  40:4
opportunity  20:4
  40:25
opt  38:23 39:2
  50:9,18 52:4,6
  56:20
order  19:17 31:19
  52:7
organization  30:3
original  35:22
  57:25 58:10,17
  59:23,24 60:3
  62:5 68:12
outcome  5:10
owner  7:16
owns  22:10

**p**

p  2:2,2
p.m.  1:12 4:4
  67:19
packet  62:13
page  3:2 29:9
  38:20 39:20 49:22
  58:8,14 59:16
  60:14,18,20 70:11
  70:12,13,14,15,16
  70:17,18,19,20,21
  70:22,23,24 71:3,4
  71:5,6,7,8,9,10,11
  71:12,13,14,15,16
pages  64:2
paid  11:5,6
part  11:9 32:25
particular  18:9
  22:18 40:10 41:5

41:5,13,14
particularly  6:16
parties  4:13 32:17
  33:13
partners  7:18
party  1:16 5:9
  48:16
passed  10:9,10
path  21:8
pc  2:3
pdf  3:11 46:13
  47:14 49:13
penalty  69:2,8
people  9:25
percent  29:22
perjury  69:2,8
person  10:25
  30:19 31:8,18
  35:16
personal  17:21
  54:22
personally  20:23
  55:19 56:8 65:13
pertains  68:12
phone  18:21 34:11
  48:7
phones  4:9
pick  4:6
pii  13:24 17:17,20
  18:15,19,20,23,25
  19:5
ping  12:24 13:19
  13:23 14:7 17:14
  18:13 19:3,8,9,12
  20:16 47:4
pinged  17:15,24
pinging  13:20
place  4:10,13
  58:20 68:7
placed  40:8

places  40:21
plaintiff  1:7 4:17
  5:16 64:9
plaintiffs  2:4
platform  40:23
platforms  57:13
please  4:5,9 5:7,11
  5:12,22 36:20
plural  15:10,12,15
  15:19 16:4,9,23
  17:9,24 20:2 24:6
  24:25 25:3 28:13
  28:15,16 30:6
  34:2 35:7,14,16,21
  35:23 36:11 42:21
  43:5 50:25 51:24
  52:3 53:5,14,23
  54:3,11 55:22
  57:22,24 58:3
  59:20 63:15 64:22
  66:8
plural's  53:12
point  17:10,12
  22:15 33:5 35:13
  36:4 47:3 53:21
  62:7
points  17:13
polansky  2:14 3:4
  5:17,18 8:19 9:9
  11:8,20 12:8
  14:19 16:24 17:4
  26:15 30:21 31:11
  31:21 32:6,14,22
  33:11 34:22 35:2
  44:8,22 45:18
  52:11,17 53:2
  55:6,9,12 56:7
  57:10 60:17 65:6
  67:9
position  54:15

**possible** 27:18 28:8 53:10 60:5 61:7

**possibly** 14:12 23:2 25:6 55:23 66:3,5

**post** 2:11 12:24 13:19 14:2,10,13 17:14 19:3,8,9 20:16

**posted** 13:21 17:18

**posting** 13:20

**potential** 9:13 13:20 15:7

**potentially** 36:9 57:16

**practice** 13:17 23:20

**pretty** 35:18 56:14

**price** 11:24 13:9 14:24 15:2

**pricing** 12:20 13:2 13:5,7,11 15:7

**printout** 47:24

**prior** 68:8

**private** 4:7

**privilege** 44:10

**probably** 15:4 55:23,24

**proceedings** 68:6 68:8,9,13

**produce** 29:5

**produced** 27:20 44:7,17

**product** 44:10

**production** 45:3 45:16,19,23 46:2

**professional** 1:18

**programmers** 21:2

**promise** 33:8

**provide** 9:13 16:25 23:11,23 24:17 30:16 34:2 39:15,18 45:9 47:4 53:8 62:8

**provided** 8:11 10:6 16:23 17:2,9 18:10,12,16 19:3 19:11,21 22:14,15 22:21 24:9,24 25:3,14 27:24 29:11 30:5,17 31:5,9 39:19,25 44:19 47:10 48:4 48:12 51:2 53:5 54:3,20 55:22 57:21,24,24 59:6 59:11,21 60:7,7,7 60:9,23 61:2,10,16 61:24 62:3,16 63:3,5,14 64:21 65:4

**provider** 8:7,10 15:12

**providers** 8:4

**providing** 9:23,25

**public** 1:19 6:3

**purchase** 11:17 14:11 32:21,23 47:5 48:5

**purchased** 11:22 19:25 63:24

**purchaser** 23:11

**purchases** 19:25 20:4

**purchasing** 11:25

**purely** 38:7

**purported** 11:18

**purportedly** 15:25 19:11

**purpose** 9:16 41:11

**purposes** 9:14,19

**pursuant** 1:16

**put** 28:12 50:5

---

**q**

**queried** 49:23

**query** 29:15

**question** 6:17 12:6 13:4 31:4 45:15 60:18

**questions** 55:4,15 56:19 67:10

**quickly** 65:8

**quite** 16:20

**quote** 49:2

**quotewizard** 3:11 5:19 8:8,15 9:12 9:17,25 11:3 13:10 20:10 24:11 25:19 27:21,22 30:17,18 31:7,14 32:3,12 36:5 38:23,24,25 39:16 43:25 44:18,20 45:11,18 46:12 48:13 49:13 50:9 50:18 54:17 55:13 56:5,9,20 61:2,4 61:11,17,24 62:3,9 62:22 63:4,16,23 64:9 69:3 70:3

**quotewizard.com** 1:9 4:20 8:6

---

**r**

**r** 2:2 16:18 65:23 65:23

**range** 15:6

**reach** 64:15 65:13

**reached** 64:10,12 64:13 65:11

**reaching** 66:7

**real** 65:8

**realistic** 15:4,5

**really** 38:3 45:14 52:16

**realtime** 1:18 42:17

**reason** 50:4 65:2,5 70:7,11,12,13,14 70:15,16,17,18,19 70:20,21,22,23,24 71:3,4,5,6,7,8,9,10 71:11,12,13,14,15 71:16

**recall** 22:25 27:17 39:21,24 53:10 55:24 61:6,21,23 62:25 64:6 67:7

**recapture** 40:12

**receive** 10:3 30:20 31:9,10,19 54:16

**received** 17:17 34:10 36:8 45:5 52:6 54:25 64:9 64:22

**receiving** 19:7 64:6

**recognize** 29:2 46:16,17,18 48:20

**recollection** 9:10 25:5 28:3

**record** 4:3,14 5:12 6:15,21 7:3 33:12 44:4,9,12 52:12 67:20 68:8,11 70:8

**recorded** 4:16

**recording** 4:12 40:13

**records** 29:5 40:8
**reference** 50:3
   51:10
**refresh** 25:17
   26:10,25 28:2
   46:8
**registered** 1:17
**regularity** 57:12
**rejected** 14:13
**related** 5:8 11:7
**relationship** 8:5
   8:17 9:5 15:9
   17:15 32:11 37:20
   42:21,24
**relative** 68:16
**remember** 22:19
   22:20 24:14 25:13
   28:6 33:18 34:21
**rendering** 42:9
**repeat** 31:3 37:25
**reporter** 1:18,18
   5:5 68:5
**represent** 5:16,19
   27:19 37:7 38:21
   54:2 55:12 63:21
**represents** 33:7
**request** 21:8 41:16
   44:6 58:2
**requested** 23:23
   29:5 52:6 68:14
**required** 61:4
**requirement** 61:8
**requirements** 42:2
   61:7
**respect** 64:17
**responds** 14:5
**response** 3:8,12
   28:10,13,20,22
   35:23 37:8,13
   38:20,25 43:10,20
   44:24 45:2 49:22

51:2,6 53:6,12
   54:12 56:22 57:21
   58:4 59:6 60:13
   60:15
**responsive** 44:5
**restricted** 42:25
**retained** 67:18
**review** 68:13
**revpoint** 2:16 3:8
   5:21 7:7,12,15,21
   7:22 8:6 9:11,22
   10:23 11:5,19,22
   15:10,13,14,23
   16:23 17:9,16
   20:7,24 21:23
   24:20 28:16,19,21
   30:18 31:7,15
   35:11 36:4 37:14
   37:21 38:4,10
   43:9,19 44:20
   45:20 47:9 48:11
   49:22 53:19 54:15
   54:21 56:21 57:21
   59:6,21 60:25
   61:11,17,23 62:3
   63:3,23
**revpoint's** 17:19
   35:23 42:12 60:13
**ridge** 2:5
**right** 14:15 23:13
   31:16 32:2 38:17
   50:14,21 52:20
   55:4 56:23 58:21
   59:7 61:5,6,24
   62:4,9,13 64:17,18
   64:23 66:2
**riley** 2:9
**ring** 21:16,22
**rios** 16:11,18
   26:18 27:10 35:19
   35:20 65:14

**role** 42:13
**rpr** 68:22
**rules** 6:11
**run** 29:15 47:23

**s**

**s** 2:2 3:6 5:25
   16:18 65:23
**sale** 11:17 32:21
   32:23 33:2 37:22
   38:5
**saying** 58:13
**says** 26:7 48:9
   54:2 58:9
**scarborough** 2:9
**schreiber** 65:19,22
**screen** 39:22
**screenshot** 62:17
**screenshots** 66:24
**scroll** 29:8 51:15
**seal** 24:2
**search** 25:12
   29:25
**second** 46:4
**seconds** 20:8
**sections** 58:17
**see** 6:23 11:12,24
   17:25 26:17 27:8
   27:9 28:20 32:15
   39:6,13 45:25
   46:11 53:4,11
   58:11,16 59:2
   64:2,4
**seeing** 27:17
**seen** 27:15 42:8
   45:7 51:5,18
**sell** 13:13 20:5
   38:8
**selling** 31:17 33:7
   38:12,16
**send** 24:20,23

**sending** 32:3
**sensitive** 4:6
**sent** 13:23 14:2,7
   14:10 20:10 24:24
   25:19 28:7 53:19
   55:25 56:4,8,13,16
   58:2 63:15,16
**sentence** 47:23
**separate** 48:12
**separately** 39:18
**september** 35:4
**served** 29:4
**servers** 40:22
**service** 8:4 10:15
**set** 10:17 12:21
   13:12,16 68:7
**seventh** 2:17
**share** 10:17
**sheet** 30:5 50:5,8
   56:20 70:2 71:2
**shooting** 66:7
**shorthand** 68:5,9
**shot** 39:22
**show** 10:16 25:23
   25:25 27:25 28:9
   51:8
**signature** 68:20
**similarly** 1:5
**simply** 4:19
**site** 22:8,14
**sitting** 6:23
**situated** 1:6 4:19
**ski** 61:3
**skipping** 47:8
**sky** 21:15
**skype** 35:13 66:2,7
**snappy** 66:14
**snappyautoinsur...**
   55:20 62:8 66:22
   67:4

**[snappyautoinsurance.com - titled]**                                    Page 10

snappyautoinsur...
21:25 27:23 50:3
52:2 54:8 56:9
software 7:22
20:18,21,24
sold 9:21 10:2 11:2
11:22 36:5 44:20
solutions 15:10
30:6 51:2
somebody 10:20
30:2 38:8
soon 15:20
sorry 9:3 17:7
26:12 27:13 30:22
30:23,25 31:3
34:19 36:20,21
37:25 39:5 43:17
47:6 58:12 60:12
sort 47:23 52:15
62:12
sounds 21:12
source 35:22 45:5
51:19,25 58:10,17
sources 10:5
space 57:12
speak 39:3
speaks 33:14
specific 19:15
32:13
specifically 18:2,6
25:13 33:19 64:13
specifics 19:20
speculate 14:24
18:9 39:11 57:4
66:12
speculating 16:15
spell 16:12 65:22
spelling 16:16
spreadsheet 48:19
48:21 49:8

sql 29:20,24
square 2:11
stamp 25:6
stand 12:7
standard 13:17
23:19
standardized
19:16
start 5:12
started 7:12
starts 37:2 51:16
state 1:19 6:9 7:2
33:12 68:5 69:9
states 1:2
step 47:8
stephen 1:17 5:5
68:21
stop 15:18
street 2:5
strike 43:8 51:20
56:7 57:19 60:24
62:20
subject 71:17
subpoena 1:17 3:8
3:12 28:10,14,19
28:21 29:5 37:7
37:12 38:20,24
43:10,19 44:6,24
45:2 49:22 51:3,5
53:6,13 54:11
58:4 59:7 60:15
subscribed 68:17
subsequent 58:2
supplemental 45:3
45:16,19,23 46:2
supplied 31:15
34:7
supplying 31:14
57:14
supposed 28:13
41:23 53:16

supposedly 54:23
sure 8:12 11:20
13:3 16:20 19:2
19:19 25:21 29:22
29:24 31:5 33:11
34:9 35:12,18
50:12 55:18,24
56:14,17 65:10
surveys 66:14
swear 5:22
sworn 6:2 68:8
system 12:22
17:24,25 47:4
48:2
systems 57:15

t

t 3:6
take 4:13 6:21
11:15 12:16 23:12
23:20 38:8 54:15
55:16 59:13 66:23
taken 4:17 68:7
takes 20:6,8
talk 26:23 32:10
53:18
talked 32:9
talking 14:17 18:5
45:13 48:16 52:13
task 42:19
tcpa 10:3 23:17
31:9,18,23 34:3
39:13 42:13 58:18
65:2 67:5
team 30:2 65:15
65:16
technique 25:7,9
technology 10:4
10:20 20:16,17
ted 17:6 27:6
37:23 44:8 52:15

teleconference
4:25
telemarketing
9:14,19 54:17
tell 64:2
ten 15:16
tense 8:9
term 64:7
terminate 42:20
terminated 42:24
termination 43:3
terms 7:24 32:13
testified 6:4 56:22
testify 10:22
testifying 68:8
testimony 67:16
68:11
text 10:6 30:20
31:10,19,23 32:3
34:16 54:17
texted 34:18
texts 10:3
thank 35:2 43:22
46:6 55:5 67:11
thanks 53:2 55:2
67:14
thing 32:8
things 10:19 27:9
55:17
think 12:3 14:20
15:16 24:13 25:22
28:4 35:10 44:4
47:8 58:19 59:16
60:4 65:25 66:17
time 4:3 23:3 25:6
44:11 53:16 59:25
62:7 66:25 67:11
67:19 68:7
title 7:9
titled 46:11

today   10:23 38:20
today's   67:16
top   58:9
topic   12:4
topics   11:12 32:15
total   67:17
touch   33:19
transaction   20:6
transcribed   68:10
transcript   68:10
    68:12,13 71:18,21
transcription
    70:10
transmission   54:7
transmitted   25:16
true   68:11 69:10
    71:19,22
trusted   10:9,14
try   6:18 19:17
    43:12
trying   6:21 15:2
    24:13 33:6
tuesday   4:4
turco   2:15
turn   4:9 63:17
turning   61:13
    64:25
two   48:12 50:10
    58:17 59:8 66:6
type   47:24 63:12

u

u.s.   4:21
ultimately   7:14
uncommon   61:8
undersigned   68:5
understand   11:21
    13:3 45:15
understanding
    13:10 16:4,6,22
    31:22 36:7,10
    40:2,4,14,15,18,19

42:3 54:18 62:15
    63:10
unit   4:15
united   1:2
unitedquotes.com
    22:6,10,13,24
    66:10
unitedquotes.com.
    54:5
units   67:17
universal   38:21
universe   15:2
upwards   20:8
url   19:10 25:6
    27:23 36:9 39:19
    39:20 56:4,8 62:8
urls   19:15
use   41:10
user   40:9,12,13
    41:2,5,16 42:9
    48:5 57:15
users   42:4
utilize   41:7
utilized   40:11
utilizing   40:23

v

v   1:8 69:3 70:3
valid   34:3 52:24
validate   41:12
value   11:23
vehicle   18:7
verification   25:8
    64:14,16
verifies   10:4
verify   10:8 52:7
    65:12
verifying   57:15
veritext   5:3,6
    67:18
versus   4:20

vet   22:15 23:9,15
vetted   22:24
video   4:12,15
videographer   4:2
    5:4
videotaped   1:14
viewer   40:12
violation   32:5
virtual   1:14
visited   30:13 41:5

w

wait   26:6
want   14:23 16:18
    33:3 37:5 45:4
    55:17
way   14:12 30:8,12
    30:15 31:24 40:10
    61:20
web   39:20
website   15:24 16:5
    19:10,15 21:25
    22:4,16,18,20,22
    22:24 23:9,12,14
    27:23 30:13 40:8
    40:9,24 41:20
    42:14,17 54:4,23
    55:20 66:9,14,22
    66:24 67:4,5,6,8
websites   23:18
week's   44:12
weeks   24:15,23
    27:22 34:12,25
    39:16 43:24 56:12
    64:8,18 65:4,12
weiss   24:14
went   55:19 66:21
    67:3,8
whereof   68:17
whispering   4:6
wide   15:6

williamson   5:2
willing   13:13
winchester   2:6
witness   5:21,23
    6:2 8:24 25:24
    26:19,24 27:8
    30:23 45:8 65:10
    67:15 68:17 70:4
witnesses   68:7
woman   65:20
word   8:21 21:14
    58:16
work   15:14 16:9
    21:3 40:5 44:10
worked   7:6
working   9:12
    10:20 15:18 66:23
works   40:3
worries   26:14
write   36:17,18,22
written   50:16
    59:10
wrong   27:11 28:18
    58:20
wrote   50:17

x

x   1:4,11 3:6 68:13

y

yeah   25:24 26:24
    31:12 32:14 39:6
year   23:2,2 35:5
years   7:8
york   1:19 2:18 5:6
    68:6 69:9

z

zip   18:7
zoom   6:16