Page 1

1

2    UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF MASSACHUSETTS

4    ----------------------------------------x

5    JOSEPH MANTHA on behalf of

     themselves and others similarly

6    situated,

7                    Plaintiff,

8    v.                      Case no. 1:19-cv-12235

9    QUOTEWIZARD.COM, LLC,

10   Defendant.

11   ----------------------------------------x

12                   2:21 p.m.

                   July 28, 2020

13

14        VIDEOTAPED VIRTUAL DEPOSITION of LEAD

15   INTELLIGENCE INC., by and through GEORGE RIOS, a

16   non-Party in the above entitled matter, pursuant

17   to Subpoena, before Stephen J. Moore, a Registered

18   Professional Reporter, Certified Realtime Reporter

19   and Notary Public of the State of New York.

20

21

22

23

24

25

1                      GEORGE RIOS

2   A P P E A R A N C E S

3          BRODERICK LAW PC

4                  Attorneys for Plaintiffs

5                  208 Ridge Street

6                  Winchester, MA 01890

7          BY:   EDWARD A. BRODERICK, ESQ.

8          NELSON MULLINS RILEY & SCARBOROUGH

9                  Attorneys for Defendant

10                  One Post Office Square

11                  Boston, MA 02109

12          BY:   KEVIN POLANSKY, ESQ.

13          KLEIN MOYNIHAN TURCO LLP

14                  Attorneys for RevPoint Media, LLC.

15                  450 Seventh Avenue

16                  New York, NY  10123

17

18          BY:   EVAN KING, ESQ.

19          MARION & ALLEN

20                  Attorneys for Plural Marketing

21                  Solutions, Inc. and the Witness

22                  488 Madison Avenue

23                  New York, New York  100222

24

25          BY:   ROGER MARION, ESQ.

```
                                        Page 3
 1                     GEORGE RIOS
 2               THE VIDEOGRAPHER:  We are on the
 3          record.  The time is approximately 2:21
 4          p.m., on Tuesday, July 28th, 2020.
 5               Please note microphones are
 6          sensitive and will pick up whispering and
 7          private conversations and cellular
 8          interference.
 9               Please turn off all cell phones and
10          place them away from your microphones as
11          they will interfere with deposition audio.
12               Audio and video recording will
13          continue to take place unless all parties
14          agree to go off the record.
15               This is media unit 1 of the video
16          recorded deposition of George Rios, taken
17          for counsel for the Plaintiff in the
18          matter of Joseph Mantha on behalf of
19          themselves and others similarly situated
20          versus Quotewizard.com, LLC.
21               The case is filed in the United
22          States District Court for the District of
23          Massachusetts, case number 1:19-CV-12235.
24               The deposition is being held via
25          teleconference.  I am Ken Williamson.  I
```

```
                                            Page 4

 1                        GEORGE RIOS

 2         am the videographer for Veritext New

 3         England.  Our court reporter is Stephen

 4         Moore, also with Veritext New York.

 5                 Please note I am not authorized to

 6         administer an oath I am not related to any

 7         party in this action, nor am I financially

 8         interested in the outcome.

 9                 Counsel, please identify yourself

10         and state your appearance for the record,

11         beginning with the noticing attorney.

12                 MR. BRODERICK:  Edward Broderick

13         for the Plaintiff, Joseph Mantha.

14                 MR. POLANSKY:  Good afternoon,

15         Kevin Polansky for the Defendant,

16         Quotewizard.

17                 MR. MARION:  Roger Marion.

18                 And one correction, it's the

19         deposition of George Rios on behalf of

20         Plural Marketing Solutions, Inc., not just

21         as an individual, and that is my client.

22                 MR. KING:  And Evan King,

23         representing RevPoint Media, LLC.

24                 THE VIDEOGRAPHER:  Please swear

25         in our witness.
```

```
                                            Page 5
```

1                          GEORGE RIOS

2

3    G  E  O  R  G  E        R  I  O  S,   called as a witness,

4            having been first duly sworn by the Notary

5            Public, was examined and testified as

6            follows:

7

8    EXAMINATION BY

9    MR. BRODERICK:

10

11            Q      Good afternoon, Mr. Rios.  Just

12    a couple of quick ground rules.

13                   I am going to ask you a series

14    of questions, obviously, but I would just ask

15    you to let me finish my question before you

16    start your answer so that we have a clean

17    record and it's easier to take down.

18            A      Understood.

19            Q      The other thing is all your

20    answers will have to be verbal, meaning you

21    can't nod or say um-hum.  We will just need a

22    full answer so that it's clear.

23                   Can you tell me, state your full

24    name for the record?

25            A      George Rios.

```
                                                Page 6
 1                       GEORGE RIOS
 2          Q       Where are you employed?
 3          A       Plural Marketing Solutions.
 4          Q       What's your job title there?
 5          A       I am the owner.
 6          Q       Are you the CEO as well?
 7          A       Yes.
 8          Q       How many employees do you have,
 9    if any?
10          A       None.
11          Q       How long have you owned Plural
12    Marketing Solutions?
13          A       I founded the company around
14    March of 2017.
15          Q       And what relationship, if any,
16    is there between Plural Marketing Solutions and
17    RevPoint Media, LLC?
18          A       Now, none.
19          Q       Formerly what relationship did
20    you have?
21          A       As of what date?
22          Q       Well, when did your relationship
23    stop?
24          A       It stopped -- I mean, I would
25    have to go back and look at my records, I'm not
```

```
                                          Page 7
 1                      GEORGE RIOS
 2    100 percent sure, but it stopped probably
 3    around a year ago.
 4            Q       What did you do when you were
 5    working with RevPoint, what did Plural
 6    Marketing Solutions do with them?
 7            A       We are affiliate partners.
 8            Q       What is an affiliate partner?
 9            A       We basically broker consumer
10    information through our systems and pass those
11    records along so that they can ultimately be
12    sold into a larger marketplace so that the
13    requesting consumer can receive a quote on a
14    variety of services or products.
15            Q       Do you have a background in
16    computer science?
17            A       I do.
18            Q       What's your education?
19            A       College dropout.
20            Q       And what did you study in
21    college when you were there?
22            A       Computer science; yes.
23            Q       Is Plural Marketing Solutions
24    your first job post-college?
25            A       No.
```

```
                                      Page 8
```

1                    GEORGE RIOS

2        Q        Where did you work before

3   Plural?

4        A        I held different positions

5   working with the computer science field at

6   different companies over the last 15 or 20

7   years.

8        Q        Is Plural the first time you

9   were self-employed?

10       A        Yes.

11       Q        Does Plural Marketing Solutions

12  have any direct relationship with

13  Quotewizard.com?

14       A        No.

15       Q        Do you know who Adam Brown is?

16       A        Not directly, no.

17       Q        How about indirectly?

18       A        His name became known to me

19  during this case.

20       Q        Do you understand that at least

21  for purposes of this deposition, we are here to

22  determine the validity of the claim that my

23  client, Joseph Mantha, opted in to receive

24  calls or texts from Quotewizard.

25                Do you understand?

```
                                              Page 9
 1                       GEORGE RIOS
 2          A        That's my understanding.
 3                   MR. MARION:   Objection to form,
 4          but obviously it's been answered.
 5          Q        Do you have any knowledge as to
 6   whether Mr. Mantha consented to receive text
 7   solicitations from Quotewizard?
 8          A        My understanding is that he did.
 9          Q        And what do you base that on?
10          A        I don't send any text messages
11   or anything, but the record that we received
12   did indicate that there was an opt-in consent.
13          Q        And from whom did you receive
14   that record?
15          A        From one of my partners.
16          Q        Which partner did you receive it
17   from?
18          A        From a firm called Phoenix Media
19   Solutions.
20          Q        Is there anything more to the
21   name, is it an LLC or an Inc.?
22          A        I'm afraid I don't know.
23          Q        Do you know where they are
24   located?
25          A        Bosnia.
```

```
 1                    GEORGE RIOS
 2        Q        How did Phoenix Media Solutions
 3   provide -- what was the record that you
 4   referenced?
 5        A        The recording that was provided
 6   to me by Phoenix was Mr. Mantha's contact
 7   information along with some auto insurance
 8   information indicating that he was interested
 9   in an auto insurance quote at that time.
10        Q        Did the record that you received
11   from Phoenix Media Solutions indicate that he
12   had opted in to receive this information on a
13   website?
14        A        It did.
15        Q        What website?
16        A        SnappyAutoInsurance.
17        Q        Did you produce that record in
18   response to a subpoena issued to Plural in this
19   case?
20        A        I did.
21        Q        Let's look at Exhibit 22.
22                 I will ask you to scroll down
23   after Exhibit C.
24        A        Yes, I see it.
25        Q        You see it?  And it says at the
```

```
                                              Page 11
 1                    GEORGE RIOS
 2    top "Original source lead generator"?
 3          A       Right.
 4          Q       Just so we are looking at the
 5    same page.
 6          A       Yes.
 7          Q       Is this the record that you
 8    received from Phoenix Media Solutions?
 9          A       That's correct.
10          Q       Was it in exactly -- sorry?
11          A       That's, just a point of
12    clarification, this is the TCPA audits, which
13    is sent upon request in the event that there is
14    a discrepancy about whether or not the consumer
15    had consented.
16               And that's what this is.
17               The full record has also been
18    sent as part of the initial process when I was
19    first contacted.
20               That does contain some auto
21    insurance information as well as some
22    additional details that were provided on the
23    form.
24          Q       You say it has been sent.  To
25    whom has it been sent?
```

```
                                              Page 12
 1                      GEORGE RIOS
 2          A       I'm sorry, I didn't catch that.
 3          Q       You say the full record that you
 4   received was sent.
 5                   And I was just asking to whom
 6   was that sent?
 7          A       It was provided to RevPoint.
 8          Q       Did you send that to RevPoint
 9   via an e-mail?
10          A       No, it was sent as part of the
11   original request.
12                   And then it was sent -- sorry,
13   it was sent as part of the original request
14   when the transaction happened, and then it was
15   sent again I believe through my attorney to
16   either Mr. King or perhaps Mr. Polansky, I'm
17   not sure who, but the full record was sent.
18                   What you are looking at here is
19   the TCPA audit that indicates when the person
20   actually filled out the form and on what site.
21          Q       And the TCPA audit, where did
22   that -- that we are looking at here in Exhibit
23   22, that came to you from Phoenix Media
24   Solutions in Bosnia?
25          A       Correct; yeah.  I requested this
```

```
                                             Page 13
 1                   GEORGE RIOS

 2   when I was initially contacted by RevPoint that

 3   there was an issue, and as part of our normal

 4   process, I requested this information, and I

 5   forwarded it to RevPoint so they would have it

 6   for their records.

 7          Q      And was this provided to you via

 8   e-mail from Phoenix Media Solutions?

 9          A      Correct.

10          Q      Do you still have that e-mail?

11          A      I forwarded it already to my

12   attorney, who I believe forwarded it off to

13   RevPoint for their records.

14                 MR. BRODERICK:  Okay, I will just

15          for the record say I don't believe we

16          have seen that e-mail, and we think it's

17          both responsive to the subpoena request

18          and the document request to Quotewizard

19          in the case, but I understand

20          Mr. Polansky has an objection.

21                 MR. POLANSKY:  What?

22                 I have never seen that

23          documentation.

24                 MR. BRODERICK:  You haven't,

25          okay.
```

```
 1                    GEORGE RIOS
 2              MR. POLANSKY:  I didn't lodge an
 3         objection, unless -- I can't object to
 4         something I haven't seen before.
 5              MR. BRODERICK:  Okay.
 6              Well, that will be -- we will take
 7         that up with Roger, but I think that was
 8         responsive to our original subpoena.
 9              MR. MARION:  I don't see a more
10         responsive request in my e-mail, which I
11         am looking in right now and searching
12         for the word Phoenix, but I will do a
13         search with my client, and if we come up
14         with a more expanded search, of course
15         we will provide it.
16              MR. BRODERICK:  Okay.
17         Q     So you got an e-mail from
18    Phoenix Media Solutions.  Was this page in the
19    form of a separate document attached to the
20    e-mail?
21         A     I don't recall, it was probably
22    in the body of the e-mail, but I can't say for
23    sure.
24         Q     Do you think that you then cut
25    and pasted that information into this document?
```

```
                                            Page 15
 1                    GEORGE RIOS
 2          A        The document that we are looking
 3   at, yes.
 4                    MR. MARION:  You can answer if
 5          you understand the question.
 6          A        Are you asking me if I took the
 7   body of wherever I got this and paced it into a
 8   PDF?
 9                    I believe I did do that, yes, so
10   that it would be in a clean format for e-mail.
11          Q        Okay, and do you still have that
12   PDF?
13          A        I am sure it's in my e-mail,
14   yeah.
15                    MR. MARION:  May I interject?
16                    MR. BRODERICK:   Please.
17                    MR. MARION:  Please take a look
18          at the following pages.  When you say
19          expanded information, are you talking
20          about the pages that follow the one you
21          are looking at in the same exhibit?
22                    THE WITNESS:  Well, I am looking
23          at page 14 of 20 of Exhibit 22, original
24          source lead generator.
25                    MR. MARION:  Right.  I am saying
```

```
                                             Page 16
 1                   GEORGE RIOS
 2         there are pages that follow that in the
 3         same document.
 4              If he scrolls down, I am asking if
 5         those are the pages he's talking about as
 6         the expanded record.
 7                   MR. BRODERICK:  Could you turn
 8         your mic up a little bit, Roger?  You
 9         are a little faint.
10                   MR. MARION:  I will try and
11         figure out how to do that.
12                   MR. BRODERICK:  Or get closer to
13         the mic.
14                   MR. MARION:  Okay.  Is that
15         better?
16                   MR. BRODERICK:  That's better.
17                   MR. MARION:  I was saying in the
18         same exhibit, as you scroll down, there
19         is other insurance related pages, and I
20         am wondering if that's what my client is
21         talking about as the expanded
22         information.
23         Q    Okay, you see what follows page
24    14 of 20, it looks like, I'm not sure if it's a
25    screen shot or how that was created, but it
```

Page 17

                            GEORGE RIOS

1

2      looks like the web page

3      SnappyAutoInsurance.com.

4           A       Correct, yeah, that just looks

5      like it's a screen shot.

6                   What I was referring to

7      specifically is what you asked me to look at in

8      terms of the TCPA audit on that one page, which

9      looks like it's 14 of 20.  That's what I was

10     referring to.

11          Q       Who is your contact at Phoenix

12     Media Solutions?

13          A       Dario Osmancevic.

14          Q       Do you know how to spell

15     Osmancevic?

16          A       Give me a second.

17                  So Dario, so the last name is

18     O-s-m-a-n-c-e-v-i-c.

19                  MR. POLANSKY:  O-s-m-a-n-c-e-v-i-

20          c, yes, O-s-m-a-n-c-e-v-i-c.

21          Q       Do you have his e-mail address?

22          A       I can provide that, yes.

23          Q       Do you see on page 14 of 20 on

24     Exhibit 22, Adam Brown?  Sorry if I just asked

25     you this, but do you know who Adam Brown is?

```
                                              Page 18

 1                      GEORGE RIOS

 2          A       I do not.

 3          Q       So the only reason that appears

 4   on this document is it was provided by Phoenix

 5   Media Solutions to you?

 6          A       Correct; correct.

 7          Q       Have you ever exchanged any

 8   e-mails with Adam Brown at that e-mail address?

 9          A       I have not.

10          Q       What else if anything did

11   Phoenix Media Solutions tell you about this

12   lead?

13          A       Just what you see here is what

14   they have provided to me.

15          Q       And what was your e-mail, what

16   did your e-mail say to Phoenix Media Solutions

17   when you were trying to find out the source of

18   the consent?

19          A       I gave him the contact

20   information of the person that had reached out

21   to I guess file the requests, and she looked it

22   up and sent me what you see here.

23          Q       When you sold this lead

24   regarding Mr. Mantha to RevPoint, did you know

25   Mr. Mantha's name at that point?
```

```
                                        Page 19
 1                  GEORGE RIOS
 2        A      No.
 3        Q      And did you have it in your
 4   system, not what you remember, but that wasn't
 5   part of the lead that you sold?
 6                MR. MARION:  Objection to form.
 7        You can respond if you understand the
 8        question.
 9        Q      Let me try to clean that up.
10                What was on the lead that you
11   sold to RevPoint?
12        A      I'm not sure I understand.  It's
13   contact information.
14        Q      But his name, the name Joe
15   Mantha?
16        A      Correct, yes.  The address, the
17   city, the state, the phone number, the fact
18   that it was not on a DNC at the time, that
19   phone number was not on a DNC at the time, the
20   e-mail address had been validated, and I
21   believe there was auto insurance information on
22   there as well in terms of the make and model
23   and year of his vehicle.
24        Q      Did you do anything to validate
25   that information yourself?
```

```
 1                    GEORGE RIOS
 2        A       I'm not able to do that, no.
 3        Q       And you said the e-mail address
 4   was validated.  What did you mean by that?
 5        A        Meaning that it was a properly
 6   formed valid e-mail syntactically, there were
 7   no spaces in the domain, there was no
 8   semicolons or anything that would make it an
 9   invalid e-mail.
10        Q       But you didn't send a test
11   e-mail to that e-mail to see if it worked?
12        A       No.
13        Q       Did you do anything to check
14   what the TCPA disclosure language, if any, was
15   on the SnappyAutoInsurance website?
16        A       No.
17        Q       Are you familiar with a website
18   called Autoinsurquotes.com?
19        A       I saw it on the documentation in
20   this case, but prior to that, no.
21        Q       How about -- what's the other
22   one, maybe -- how about Quotewizard?
23                MR. BRODERICK:  No, no, excuse
24        me.  Kevin, help me out.
25                MR. POLANSKY:  Unitedquotes.com.
```

```
                                              Page 21
 1                      GEORGE RIOS
 2                 MR. BRODERICK:  Unitedquotes,
 3        thank you.
 4        Q       Unitedquotes.com?
 5        A       Thank you, yes.  That is one of
 6   my properties.
 7        Q       That's one of your properties?
 8        A       Yes.
 9        Q       And when you say one of your
10   properties, do you mean you own the domain for
11   Unitedquotes.com?
12        A       I own the domain for
13   Unitedquotes.com, correct.
14                 MR. MARION:  Objection to form.
15        When you say "I" do you mean yourself or
16        an entity?
17        A       I mean Plural Marketing owns it.
18        Q       Plural Marketing owns it.
19                 I am going to ask you to look at
20   Exhibit 17 -- actually, sorry, let's go back to
21   22, where we were.
22                 I just want to note a couple of
23   things about this, page 14 of 20 of Exhibit 22.
24                 This is information you say you
25   were provided by Phoenix Media Solutions.
```

```
                                               Page 22
 1                       GEORGE RIOS
 2                 It says the original source lead
 3       generator was SnappyAutoInsurance.com, correct?
 4            A       That's correct, to my
 5       understanding.
 6            Q       And is that one of your
 7       properties?
 8            A       No.
 9            Q       Do you have any relation to
10       SnappyAutoInsurance.com?
11            A       None.
12            Q       Under applicant IP address --
13            A       Yes.
14            Q       -- I will ask you to write this
15       down, because we are going to compare it to
16       others.  It's 96 -- hold on.  96.242.132.28.
17            A       Yes, I see it.
18            Q       And it also says that the
19       applicant IP address is Morristown, New Jersey.
20       Do you see that?
21            A       Yes, I see that.
22            Q       And the date of the application,
23       and this is on the information provided to you
24       by Phoenix Media Solutions in Bosnia, is
25       6-26-2019 at 12:01 a.m.
```

```
                                            Page 23
1                        GEORGE RIOS
2          A        That's what I see here, yes.
3          Q        And at the very bottom of this
4     page it says, "Applicant agreed to receive
5     promotional e-mails/calls/text/postal mails
6     from third parties regarding his auto insurance
7     application."
8                    What's your understanding of
9     where that language came from?
10         A        I can't speak to that.
11         Q        But that was -- was that exact
12    language provided to you by Phoenix Media
13    Solutions in Bosnia?
14         A        It was.
15         Q        Now, let's go to Exhibit 17.
16         A        Yes.
17         Q        And here we have the same
18    consumer IP address on this document as was on
19    Exhibit 22, correct?
20         A        Yes, it looks like it.
21         Q        But this document has a Jornaya
22    lead ID?
23         A        Yes.
24         Q        Did you have a Jornaya lead ID
25    when you sold this lead to RevPoint?
```

```
                                                    Page 24
 1                         GEORGE RIOS
 2         A        That's the one that was attached
 3    to the record during the transaction.
 4         Q        During which transaction?
 5         A        When the record was initially
 6    sold.
 7         Q        So by Plural to RevPoint?
 8         A        Correct.
 9         Q        Did Phoenix Media Solutions
10    provide you with that Jornaya lead ID?
11         A        They provided a record that did
12    not include this Jornaya lead ID.
13         Q        Then how did it get attached to
14    the lead during the transaction?
15         A        I'm not entirely sure.  I looked
16    today to refresh my memory of this particular
17    record, and I did not see that Jornaya lead ID
18    attached.
19                   Then I looked further and saw
20    that it was generated on my site, one of my
21    sites, I'm not entirely sure how it got linked,
22    but the original record didn't include it.
23         Q        Did you attach the Jornaya lead
24    ID to this lead?
25                   MR. POLANSKY:  Can I hear that
```

```
                                              Page 25
 1                      GEORGE RIOS
 2           question again?  I couldn't hear the
 3           question.
 4           Q       Were you the one who attached
 5    the Jornaya lead ID to Mr. Mantha's lead?
 6           A       No, I'm not sure how that
 7    happened.
 8           Q       You don't know if someone at
 9    RevPoint did that?
10           A       I don't know.
11           Q       But are you sure that you were
12    not provided that Jornaya lead ID by Phoenix
13    Media Solutions in Bosnia?
14           A       It's possible.  I have to look
15    and doublecheck, I'm not sure.
16           Q       Can we look at Exhibit 18, and I
17    can represent to you that this is a subpoena
18    response in this case from Jornaya.
19           A       Yes.
20           Q       And that same Jornaya lead ID
21    appears here, and I can also represent to you
22    that Jornaya associates that lead ID with
23    Unitedquotes.com.
24           A       Okay.
25           Q       Can you explain why a lead that
```

```
                                       Page 26
 1                      GEORGE RIOS
 2   supposedly came from SnappyAutoInsurance has a
 3   Jornaya lead ID that's associated with a site
 4   to Unitedquotes.com, which is a domain that you
 5   own?
 6            A      Well, clearly it's a mistake,
 7   because the lead was not sourced on
 8   Unitedquotes.
 9            Q      Do you have any personal
10   knowledge that it was sourced on
11   SnappyAutoInsurance.com?
12            A      Only what was provided to me by
13   Phoenix.
14            Q      And you don't know where Phoenix
15   got the lead, do you?
16            A      I do not.
17            Q      Has Phoenix ever told you
18   anything about how they get their leads that
19   they then sell to you?
20            A      No.
21            Q      Can you look at Exhibit 17,
22   which is the Quotewizard opt-in?
23            A      Yes.
24            Q      Do you see the language under
25   TCPA disclosure?
```

```
                                              Page 27
 1                    GEORGE RIOS
 2          A       Yes.
 3          Q       Did you provide that language to
 4     RevPoint?
 5          A       That may have also come from a
 6     request from Phoenix to elaborate on what the
 7     disclosure actually was at the time the
 8     consumer filled out the form.
 9          Q       So you got this TCPA disclosure
10     language from Phoenix Media Solutions in
11     Bosnia, correct?
12          A       Correct; yeah.
13          Q       Then did you in turn provide
14     that to RevPoint Media?
15          A       I did.
16          Q       And was that when -- after Mr.
17     Mantha complained that he had gotten a call or
18     rather a text message that he didn't want, were
19     you contacted by someone at RevPoint Media?
20                  MR. MARION:  Objection to form.
21                  You can answer if you understand
22          the question.
23          A       Was I contacted by RevPoint
24     Media when the complaint was lodged to them, is
25     that the question?
```

```
                                            Page 28
 1                     GEORGE RIOS
 2          Q       Yes.
 3          A       Yes.
 4          Q       Was that a phone call or an
 5   e-mail?
 6          A       I don't recall.
 7          Q       Do you still have your e-mails
 8   from 2019?
 9          A       I'm sure I have some.  I mean
10   I --
11          Q       When you responded to the
12   subpoena to Plural Marketing Solutions in this
13   case, did you search for e-mails?
14          A       I did.
15          Q       And at that time did you have
16   them?
17          A       I provided everything that I
18   could find.
19          Q       And to whom did you provide it,
20   your counsel?
21          A       Yes.
22          Q       And did you send it to anyone
23   else?
24          A       So, I believe the order of
25   events were that I was contacted by RevPoint in
```

```
                                            Page 29
 1                      GEORGE RIOS
 2   regards to this particular issue, it may have
 3   been over e-mail, I don't recall, or it could
 4   have been a phone call.
 5                   They asked me to look into where
 6   the particular record came from.
 7                   I responded with the standard
 8   TCPA information that is required when these
 9   complaints are lodged.
10                   At which point I believe a few
11   weeks or months went by, and then I engaged my
12   counsel to work directly with the other lawyers
13   to basically exchange information, and I
14   started providing the documentation to my
15   attorneys, which in I guess just normal course
16   gave it to the other attorneys.
17        Q        You say the other attorneys.
18   Was that Mr. King?
19        A        I believe it was Mr. King, yes.
20        Q        How about Mr. Polansky?
21        A        I'm not sure who Mr. Polansky
22   represents.
23        Q        Quotewizard.
24        A        Okay, yeah, I don't think we had
25   any direct contact.
```

```
                                            Page 30
 1                    GEORGE RIOS
 2          Q        With anybody for Quotewizard,
 3   okay.
 4          A        Right.
 5          Q        Did you do any business with a
 6   company called Blue Flame Media?
 7          A        No.
 8          Q        How about Seal Dog Media?
 9          A        No.
10          Q        Does Plural Marketing Solutions
11   have a Jornaya account?
12          A        Yes.
13          Q        What kind of account is that?
14          A        It's a standard account.
15          Q        Are you a publisher, do you
16   know?
17          A        On their system I believe it's
18   set up to be a publisher.
19          Q        And can you generate your own
20   Jornaya lead IDs, or visits to --
21          A        Yes, yes.
22          Q        What websites does Plural
23   Marketing Solutions run?
24          A        Unitedquotes.
25          Q        Is that the only one?
```

```
                                              Page 31
 1                    GEORGE RIOS
 2          A       Yes.
 3          Q       And for leads that you yourself
 4   generate on Unitedquotes.com, and by you I mean
 5   Plural Marketing Solutions, do you associate a
 6   Jornaya lead ID with each of those visits?
 7          A       Yeah, when one is generated,
 8   yes.
 9          Q       Let's go back to Exhibit 18, the
10   last page, 7 of 7 of Exhibit 18, which is the
11   Jornaya subpoena response.
12          A       Yes.
13          Q       So, for this Jornaya lead ID,
14   which you're not sure how it got associated
15   with Mr. Mantha's lead, do you see in the
16   second box on that last page it says, "TCPA
17   information witnessed by TCPA Guardian"?
18          A       Yes, I see that.
19          Q       And "Jornaya cannot verify TCPA
20   disclosure language because a disclosure was
21   not tagged on the website according to
22   Jornaya's standard instructions."
23          A       Yeah, I see that.
24          Q       Did the Unitedquotes website,
25   did you try to install a Jornaya script to
```

```
                                              Page 32

 1                     GEORGE RIOS
 2   capture TCPA disclosure language on the
 3   Unitedquotes.com website?
 4           A       I did.  There is one there
 5   presently.
 6           Q       When did you install that?
 7           A       I don't recall.  It's been a
 8   while.
 9           Q       Was it on the system -- I mean,
10   Jornaya says they didn't capture any disclosure
11   language on 6/21/2019, or whoever visited from
12   that IP address, which is not the same as the
13   Quotewizard ID address.
14           A       Correct.
15           Q       Was it months after that that
16   you put the script on that would capture any
17   TCPA disclosure language on Unitedquotes.com?
18           A       I'm not sure.
19           Q       Did you add the language
20   following receipt of Mr. -- notice that Mr.
21   Mantha had complained that he received an
22   unsolicited text?
23           A       No.
24           Q       How do you know that?
25           A       Looking at this now, the TCPA
```

```
                                        Page 33
 1                    GEORGE RIOS
 2   Guardian, I believe that's a separate script or
 3   a separate setup that I don't believe is
 4   currently on the Unitedquotes sites.
 5                    I believe all I have right now
 6   is the generic lead ID script.
 7                    So I think that's why it's
 8   coming back with it can't verify the
 9   disclosure, because I don't believe it's
10   tagged, you know, based on Jornaya's standard.
11        Q       Okay, so you haven't added any
12   script which would capture your -- any
13   disclosure language on the Unitedquotes.com
14   website?
15        A       Correct.
16        Q       And did the Unitedquotes website
17   ever contain any disclosure that people signing
18   up there to receive a quote were agreeing to
19   receive a text message from Quotewizard.com?
20                    MR. POLANSKY:  Objection.
21                    MR. MARION:  The objection was as
22            to form.  You can answer if you know,
23            but he's asking if you had a very
24            specific objection -- a very specific
25            notice.
```

```
                                                Page 34
                            GEORGE RIOS
 1
 2        A      I'm not even sure, I have to
 3   look at the specific language, and I don't know
 4   if it would contain any particular company like
 5   Quotewizard.
 6        Q      Right, I am looking at the
 7   Unitedquotes.com terms and conditions as it
 8   stands right now, and I don't see any
 9   references to specific companies that might
10   market to visitors to the site.
11        A      Yeah, that would be --
12              MR. MARION:  If you understand
13         the question you can answer.
14              I believe -- counsel, I said to my
15         client there is no standing question, so
16         I'm not sure why he's speaking.
17              I'm waiting for counsel to ask a
18         question regarding what he's looking at.
19        Q      I guess I am asking, I mean it's
20   a website that you own, correct,
21   Unitedquotes.com?
22        A      Correct.
23        Q      And you are the sole
24   administrator of that website, correct?
25              MR. MARION:  Objection to form,
```

```
                                                    Page 35
 1                      GEORGE RIOS
 2            vagueness of "you."
 3            A        That's correct.
 4            Q        Have you ever had TCPA
 5      disclosure language on your website which
 6      stated that someone might get a text message
 7      from Quotewizard.com?
 8                      MR. POLANSKY:  Objection, you can
 9            answer.
10            A        So, I believe what the process
11      is, because it wouldn't necessarily be under
12      terms and conditions, but I believe the process
13      would be you actually have to go through, and
14      on the last step, where the consumer is
15      prompted for their contact information, there
16      is a TCPA disclosure at the bottom that does
17      link out to a page that lists out partners, and
18      on that partners' page, Quotewizard does
19      appear.
20            Q        Do you have a document that
21      shows us that with respect to Mr. Mantha's
22      lead?
23            A        Well, Mr. Mantha didn't fill out
24      the form on Unitedquotes.com, but I can tell
25      you that Unitedquotes.com's TCPA disclosure on
```

```
                                            Page 36
 1                    GEORGE RIOS
 2    the last step of the form does link out to this
 3    page, and that you can see it yourself, it's on
 4    Unitedquotes.com/partners.
 5            Q      But you -- but you're clear that
 6    Mr. Mantha didn't fill it out on
 7    Unitedquotes.com?
 8            A      No, because the information was
 9    provided to me by Phoenix, that he had filled
10    it out and consented to the TCPA consent form
11    on SnappyAutoInsurance.
12            Q      How would you know to put
13    Quotewizard on Unitedquotes.com if you didn't
14    do business with them?
15                    MR. POLANSKY:  Objection.
16                    MR. MARION:  Objection to form.
17            You can answer to the extent that you
18            know.
19            A      They are in the business, and
20    this is a list of virtually everybody who's in
21    the business, whether I do business with them
22    or not.
23            Q      Mr. Rios, my apologies if I
24    already asked you this.  Do you know of a
25    website called Autoinsurquotes.com?  And that's
```

```
                                        Page 37
 1                      GEORGE RIOS
 2    insure without an E.
 3           A      You mentioned it earlier, and I
 4    wasn't familiar with that website until prior
 5    to seeing it involved in this matter.
 6                   MR. BRODERICK:  Could we take a
 7           five minute break.  I may be close to
 8           done.
 9                   MR. POLANSKY:  Sure, come back at
10           what, 3:15?
11                   MR. BRODERICK:  Sure.  Is that
12           okay with you, Mr. Rios?
13                   THE WITNESS:  Yes, that's fine.
14                   MR. LANDAU:  The time is
15           approximately 3:07.  We are off the
16           record.
17                   (At this point in the proceedings
18           there was a recess, after which the
19           deposition continued as follows:)
20                   THE VIDEOGRAPHER:  We are on the
21           record.  The time is approximately 3:19
22           p.m.  Please continue.
23           Q      Okay, Mr. Rios, I just want to
24    compare Exhibit 17 with Exhibit 22.
25                   We did talk about this, but I'm
```

```
                                            Page 38
  1                   GEORGE RIOS
  2   still very confused how this Jornaya lead ID
  3   came to be associated with Mr. Mantha's lead in
  4   that your subpoena response didn't have a
  5   Jornaya lead ID and the Quotewizard opt-in
  6   does?
  7               Do you know why that is?
  8        A     I don't.
  9        Q     And the Quotewizard opt-in,
 10   which is Exhibit 17, has a lead date of 8/5/19,
 11   whereas Exhibit 22, the Plural response, has a
 12   lead date, a date of application of 6/26/2019
 13   at 12:01 a.m.
 14               Do you know the reason for that?
 15               MR. POLANSKY:  Objection.
 16               MR. MARION:  Objection as to
 17          form, and actually as to asked and
 18          answered.
 19        Q     Do you know why there are
 20   different application dates between the
 21   information that Plural provided and what's on
 22   the Quotewizard form?
 23               MR. POLANSKY:  Objection to
 24          characterization of lead date as the
 25          application date.
```

```
                                          Page 39
 1                   GEORGE RIOS
 2              MR. MARION:   I join in the
 3        objection.
 4        Q      If you know.  If you don't know,
 5   that's fine.
 6        A      I don't know.
 7              MR. BRODERICK:  Okay, I don't
 8        think I have any further questions,
 9        thank you.
10
11   EXAMINATION BY
12   MR. POLANSKY:
13
14        Q      Okay, Mr. Rios.  My name is
15   Kevin Polansky.  I represent Quotewizard in
16   this case.  I do have several questions, and I
17   will go through this as quickly as possible.
18              You said that you are the owner
19   of Plural Marketing Solutions, is that right?
20        A      That's correct.
21        Q      And where is Plural Marketing
22   Solutions located?
23        A      New Jersey.
24        Q      Is that 30 Kern Drive Flanders,
25   New Jersey?
```

```
                                              Page 40
 1                    GEORGE RIOS
 2          A       That's my address, yeah.
 3          Q       That's your personal address?
 4          A       Right.
 5          Q       Is there a different business
 6   address for Plural Marketing Solutions?
 7          A       I have like a UPS store address
 8   also that I typically use for mail that's like
 9   a remote address.
10          Q       What's the UPS address?
11          A       That would be 220 Route 10, box
12   number 105 Succasunna, New Jersey.
13          Q       How do you spell the city name?
14          A       Hold on, sorry.
15                  So, I'm sorry, I am a terrible
16   speller.  It's S-u-c-c-a-s-u-n-n-a, New Jersey.
17          Q       What's Plural Marketing's
18   website?
19          A       Plmrkg.com.
20          Q       Now, prior to the dispute with
21   Joseph Mantha, had you heard of the website
22   SnappyAutoInsurance.com?
23          A       No.
24          Q       Is Plural Marketing in the
25   business of generating its own leads?
```

```
                                          Page 41
 1                      GEORGE RIOS
 2        A        Not directly, no.
 3        Q        When you say not directly, what
 4   do you mean by that?
 5        A        I mean generating means like
 6   sending out e-mail or whatever, or
 7   participating in SEO or search marketing.  Is
 8   that what you mean?
 9        Q        No, so I guess I will change my
10   question.
11                 So, Plural Marketing owns
12   Unitedquotes.com, right?
13        A        Correct.
14        Q        And does Unitedquotes.com
15   generate leads?
16        A        It does when I have traffic
17   driven to it, yes.
18        Q        And when traffic is driven to
19   that website, do you then sell those leads?
20        A        Yes.
21        Q        Is there any other forms of lead
22   generation that Plural Marketing engages in?
23        A        No.
24        Q        Is Plural Marketing, for lack of
25   a better word, like a middleman, they buy leads
```

```
                                          Page 42

1                     GEORGE RIOS

2    and then sell them, resell them?

3            A       Correct, through like a

4    ping/post mechanism.

5            Q       Did you use the ping/post in

6    this case with RevPoint?

7            A       I did.

8            Q       Did you --

9                    MR. POLANSKY:  Strike that.

10           Q       Did Plural Marketing purchase

11   the Mantha lead from Phoenix Media Solutions?

12           A       That's correct.

13           Q       You said Phoenix Media Solutions

14   is a partner.  What do you mean by partner?

15   Are they just a company that you purchase leads

16   from?

17           A       Yes, we have a relationship that

18   they drive traffic to me, and I then turn

19   around and ping/post that traffic out to other

20   partners.

21                   RevPoint happened to be one of

22   them at that time.

23           Q       How long have you had that

24   relationship with Phoenix?

25           A       Quite a while, probably over two
```

```
                                        Page 43
```

GEORGE RIOS

1

2  years.

3          Q      Just about --

4          A      I'm not sure exactly.

5          Q      Just about from the start of the

6  company?

7          A      Yes, soon after, thereabouts.  I

8  would have to check, I'm not sure exactly.

9          Q      Do you own any share or --

10                MR. POLANSKY:  Strike that.

11          Q      Do you have any ownership stake

12  in Phoenix?

13          A      No.

14          Q      Does Phoenix have a U.S.

15  location?

16          A      Not that I'm aware of.  I don't

17  know.

18          Q      Do you have any contact

19  information for Dario?

20          A      Yes, I have his e-mail address.

21          Q      And what's his e-mail address?

22          A      It's CEO@Phoenixmedia.com, I

23  believe.  But I would have to doublecheck that.

24          Q      Is he the only employee of

25  Phoenix?

```
                                          Page 44
```

                           GEORGE RIOS

1

2          A       I don't know.

3                  He is my contact, that's all I

4     can say.

5          Q       Do you usually contact him by

6     e-mail or phone or both?

7          A       E-mail.

8          Q       Have you discussed with Dario

9     SnappyAutoInsurance.com?

10         A       Just as it relates to this in

11    terms of asking him for additional contact

12    information when it was asked of me.

13         Q       Do you know whether he purchased

14    the lead from SnappyAutoInsurance.com?

15         A       I don't.  That's just what he

16    sent to me when I requested for the TCPA

17    information.

18         Q       Did you pursue any diligence to

19    ensure that SnappyAutoInsurance.com was a valid

20    website?

21         A       I didn't know about

22    SnappyAutoInsurance until this.

23         Q       Was this the first lead

24    purchased from SnappyAutoInsurance?

25         A       I don't know.  I don't

```
                                              Page 45
 1                    GEORGE RIOS
 2    necessarily always get the URLs, so I'm not
 3    sure.
 4         Q      Do you know if Dario has ever
 5    spoken to Adam Brown?
 6         A      I don't know.  I assume, but I
 7    don't know.
 8         Q      And are you aware Adam Brown is
 9    the owner of SnappyAutoInsurance.com?
10         A      Only through this process.  I
11    don't know.  I wasn't aware of that name prior
12    to this.
13         Q      Have you ever been at any time
14    to the SnappyAutoInsurance.com website?
15         A      Yeah, just to look at it after
16    it came up in this context.
17         Q      And at the time that you looked
18    at it, was it operative, was it still working?
19         A      Yes.
20         Q      Did you take any screen shots of
21    what you saw at that time?
22         A      Yeah, and I believe I sent them
23    off.
24         Q      Let's take a look at those
25    screen shots.
```

```
                                           Page 46
 1                    GEORGE RIOS
 2               So let's turn to Exhibit 22.
 3         A       Yes.
 4         Q       I think they are at the very
 5    bottom of the exhibit.
 6         A       Yeah.
 7         Q       Okay, so I am going to start, it
 8    looks like pages 16 of 20.  Is that what you
 9    have?
10         A       Yes.
11         Q       And are these screen shots that
12    you personally captured from
13    SnappyAutoInsurance.com?
14         A       I believe they are, yes.
15         Q       Do you recall around what time
16    that you captured these images?
17         A       No, I don't.
18               It would have been around the
19    time that the -- it would have been around the
20    time that we had to produce the screen shots
21    for the information request, but I don't
22    remember exactly what date that was.
23         Q       Now do you see at the very top
24    there is a URL http:/SnappyAutoInsurance.com/?
25         A       Yes, I see that.
```

```
                                            Page 47
 1                       GEORGE RIOS
 2            Q        Do you see where it says 58
 3     captures?
 4            A        Yes, I see that.
 5            Q        Do you know what that refers to?
 6            A        So, this isn't the actual
 7     website, this is the Wayback Machine.
 8            Q        What is it called?
 9            A        The Wayback Machine.  So the
10     SnappyAutoInsurance website has since gone
11     offline.  I don't know when that happened
12     exactly.
13                     But if you go to
14     WaybackMachine.com, that's the web archive and
15     that's where this screen shot came from.
16            Q        So if you go to
17     WaybackMachine.com -- so you went to
18     WaybackMachine.com?
19            A        To capture the images of the
20     website at that time, yeah, because I don't
21     believe the website was operational at that
22     time.
23            Q        Okay, so these images all come
24     from the Wayback Machine website?
25            A        That's correct, yeah.
```

```
                                          Page 48
1                      GEORGE RIOS
2           Q       Do you know if you clicked in
3    all of these captures, these 58 captures?
4           A       I'm sorry, do I know if what?
5    I'm sorry.
6           Q       Sure.  When you were on the
7    Wayback Machine website --
8           A       Yes.
9           Q       And you were scrolling through
10   these web images, do you know whether you
11   scrolled through all of the 58 captures?  It
12   appears to be a hyperlink on the website?
13          A       No, I did not look through all
14   58.
15          Q       And there is a date here that
16   says September 6, 2019.
17                  Do you know what that date
18   refers to?
19                  MR. BRODERICK:  Objection.  This
20          is 10 March, 2014.
21          A       I'm not sure.
22          Q       Sure, let me rephrase the
23   question.
24                  Do you see there is a period of
25   time, it says 10 March, 2014 to 6 September,
```

```
                                             Page 49

1                    GEORGE RIOS

2      2019?

3           A      Yes.

4           Q      Did you enter any sort of data

5      points when reviewing on the Wayback Machine

6      website?

7                  MR. BRODERICK:  Objection.

8                  THE WITNESS:  I heard an

9           objection.  I don't know if I am allowed

10          to answer.

11                 MR. MARION:  Yes, to the best of

12          your recollection.

13                 THE WITNESS:  Sorry?

14                 MR. MARION:  Yes, you can answer,

15          yes.

16                 THE WITNESS:  I can't hear you,

17          sorry.

18                 MR. MARION:  If you recall, yes,

19          you can answer.

20          A      Oh, so I don't run the Wayback

21      Machine, but my understanding, the way that it

22      works is that there are 58 captures between

23      these two dates, and that's what those two

24      dates refer to.

25                 You can click on either one of
```

```
                                              Page 50
 1                   GEORGE RIOS
 2   those direction arrows to go back in time or
 3   forward in time, and this just happens to be
 4   one of the earlier screen shots that I was able
 5   to capture relative to the time frame that was
 6   in question.
 7          Q      Okay, so this is only one of the
 8   58 captures?
 9                 MR. MARION:  Objection to form.
10          A      Yes, I mean, I don't -- yeah, I
11   didn't look at the other ones, I don't know.
12          Q      And then if you go down to the
13   next page, this is another screen shot from the
14   WaybackMachine.com, is that right?
15          A      Yes.
16          Q      And the same is true for the
17   next page as well, is that right?
18          A      Yes.
19          Q      What about, is the same true for
20   the next two pages of this exhibit?
21          A      I would assume yes.  I haven't
22   looked, but yes, I just looked; yeah.
23          Q      Where it says captures in each
24   page, is it fair to say you didn't click on all
25   the captures for each of these web pages?
```

```
                                      Page 51
  1                  GEORGE RIOS

  2        A       I did not.

  3        Q       Again, just to confirm, you

  4   don't recall when you went onto the Wayback

  5   Machine website?

  6        A       No.

  7        Q       Does Plural Marketing control

  8   SnappyAutoInsurance.com's website?

  9        A       No.

 10        Q       Has it ever?

 11        A       No.

 12        Q       Have you ever personally spoken

 13   to Adam Brown?

 14        A       No.

 15        Q       Now, you testified earlier that

 16   you are the only employee of Plural Marketing,

 17   is that right?

 18        A       That's correct.

 19        Q       And were you involved in the

 20   process of submitting the bid from Phoenix to

 21   RevPoint?

 22             MR. POLANSKY:  Strike that.

 23        Q       The lead --

 24             MR. POLANSKY:  Let me just start

 25        over.
```

```
                                       Page 52
 1                     GEORGE RIOS
 2          Q        Were you involved in the process
 3   of submitting the lead from Phoenix to
 4   RevPoint?
 5          A        So, Plural's system received the
 6   lead from Phoenix and then passed it to
 7   RevPoint.
 8          Q        And what's the name of your
 9   system, your lead system?
10          A        It's a proprietary system.
11          Q        And what's the name of it?  Does
12   it have a name?
13          A        I mean, yeah, not really, it
14   doesn't really have a name, it's just one that
15   I wrote.
16          Q        Do you refer to it as anything?
17          A        Not really, no.  I mean, it's
18   just a system.
19          Q        So the system works
20   electronically, so Phoenix enters or transfers
21   the electronic data information of the lead to
22   Plural, and then you upload it into the
23   RevPoint site, is that how it works?
24          A        Yes, so the information is
25   basically pinged to my system.  My system in
```

```
                                            Page 53
 1                    GEORGE RIOS
 2    turn then pings that information to RevPoint.
 3                    RevPoint will bid based on
 4    whatever they are able to get when they ping it
 5    out to their partners.
 6                    And then there is a read share
 7    that goes across everyone who is involved, and
 8    that's basically it, and this happens in
 9    seconds.
10        Q      When the leads ping to your
11    site, do you get notification of it?
12        A      No.
13        Q      Is there any human interaction
14    on your end when the lead is pinged to your
15    system from Phoenix?
16        A      No.
17        Q      Now you testified earlier that
18    you went back before today's deposition to
19    review whether there was a Jornaya lead ID
20    associated with this lead, is that correct?
21        A      Yes.
22        Q      From the information that you
23    have reviewed so far, you have not found a
24    Jornaya lead ID from Phoenix to Plural, is that
25    correct?
```

```
                                                Page 54

 1                        GEORGE RIOS
 2           A        Right, I have to go back and
 3      doublecheck.
 4           Q        But there was a Jornaya lead ID
 5      from Plural to RevPoint, is that correct?
 6           A        Right, that's on the record.
 7           Q        And you don't know how the
 8      Jornaya lead ID got connected or attached to
 9      that lead when it went from Phoenix to you and,
10      you being Plural, to RevPoint, is that correct?
11           A        Right.
12           Q        Now, just because --
13                    MR. POLANSKY:  Strike that.
14           Q        You've testified that the source
15      of this lead is SnappyAutoInsurance.com, is
16      that right?
17           A        That's correct.
18           Q        It's not Unitedquotes.com,
19      right?
20           A        It is not.
21           Q        So, is it your position that
22      even though there was an erroneous Jornaya lead
23      ID associated with this lead, that doesn't make
24      the consent provided by the consumer invalid?
25                    MR. BRODERICK:  Objection.
```

```
                                             Page 55

1                    GEORGE RIOS
2                MR. MARION:  Objection to form.
3        You can respond if you understand.
4        A       Can you rephrase that?
5        Q       Sure.
6                So, there was a Jornaya lead ID
7    associated with this lead when it went from
8    Plural to RevPoint, right?
9        A       Right.
10       Q       We have now looked at the
11   response received from Jornaya with respect to
12   this lead, right, and I think you've had a
13   chance to look at it?
14       A       Right.
15       Q       And that lead came from
16   Unitedquotes.com, right?
17       A       Right.
18       Q       So it doesn't appear to be
19   associated with the Mantha lead, is that right?
20       A       That's correct.
21       Q       And just because that lead or
22   that Jornaya ID isn't associated with Mantha,
23   doesn't mean Mantha didn't consent to the lead,
24   is that right?
25                MR. BRODERICK:  Objection.
```

```
                                        Page 56
1                    GEORGE RIOS
2          A      That's -- I think so, yeah.  I
3    mean, because I received the consent
4    information from Phoenix, and in the consent
5    information it does indicate that he did
6    provide consents.  That's what I am basing that
7    off of.
8                    MR. BRODERICK:  Objection, move
9           to strike.
10                    MR. POLANSKY:  I couldn't hear,
11          what was it?
12                    MR. BRODERICK:  I objected and
13          moved to strike, sorry.
14          Q      Do you have --
15                    MR. POLANSKY:  Strike that.
16          Q      In reviewing for today's
17   deposition, what documents did you review?
18          A      The documents that were on the
19   Veritext site, the complaint that was sent to
20   me some time ago, my response to the subpoena,
21   and I believe that's it.
22          Q      And the lead information
23   transferred from Phoenix to Plural is all
24   electronic?
25          A      Yes.
```

```
                                            Page 57
 1                      GEORGE RIOS
 2        Q        Does it look different than the
 3   information that's provided on Exhibit 22?
 4                 MR. BRODERICK:  Objection.
 5        Q        In other words, despite the
 6   form, I understand this is a PDF document, is
 7   the information accessible by you, can it be
 8   generated or printed out?
 9                 MR. BRODERICK:  Objection.
10        A        This information you are looking
11   at I received from Phoenix, the information
12   that came across from the record I provided to
13   Mr. Moynahan.
14        Q        Okay.  Let me ask you this, and
15   I think you just answered it.
16                 So the information attached to
17   Exhibit 22 is what you received from Phoenix
18   after receiving the dispute, right?
19        A        Yes.
20        Q        And then your testimony is you
21   provided some other information to Mr. Moynahan
22   at the time of -- at what time?
23        A        When it was requested I provided
24   the basic contact information that came across
25   with the record plus the auto insurance, like
```

Page 58

```
 1                     GEORGE RIOS
 2    the vehicle information, that would make it an
 3    auto insurance quote.
 4          Q     I will turn your attention to
 5    Exhibit number 19.
 6          A     Yes.
 7          Q     Go to the page 10 of 10.
 8          A     Page what, I'm sorry?
 9          Q     10 of 10.
10          A     10 of 10.
11                MR. MARION:  Exhibit 19 is 12
12          pages.
13                MR. POLANSKY:  It's only 10 on
14          mine.
15          A     Oh, wait, I see it, yes.  4 of
16    12 files.
17          Q     I see.
18          A     10 of 10, yeah, yeah, yeah, I
19    see it, yeah.
20                So this is basically what I was
21    referring to earlier, this is the record, this
22    is the record that comes across when an auto
23    insurance record is put into the ping system.
24          Q     So this is the information that
25    Plural provided to RevPoint?
```

```
                                              Page 59
 1                       GEORGE RIOS
 2          A       Correct; yeah.
 3          Q       Do you know why, if you look at
 4    the IP address on --
 5                  MR. POLANSKY:  Strike that, I'm
 6          going to start over.
 7          Q       If you look at the IP address on
 8    this document, can you write that down?
 9          A       Okay, yeah I've got it.
10          Q       Let go back to Exhibit 22,
11    Plural's response.  Same page as before, after
12    Exhibit C.
13          A       Yes.
14          Q       Do you know why the IP addresses
15    are different if they are both coming from
16    Plural?
17          A       I can't say.  Sometimes -- I
18    mean, I can't say exactly, but sometimes I do
19    know that the IP address changes from partner
20    to partner, because sometimes they append their
21    own server's IP address either through an
22    incorrect code or some other disconnect in
23    mapping.
24          Q       Do you have any written
25    correspondence from Phoenix with the consent
```

Page 60

```
 1                    GEORGE RIOS
 2    information included therein from Mr. Mantha?
 3                    MR. BRODERICK:  Objection.
 4         A        It's what I provided, that's
 5    what I have.
 6                    It's what you are looking at on
 7    Exhibit 22 where it says original lead source
 8    generator, that's what the consent was that he
 9    provided to me when I requested it.
10         Q        Do you know if that was a screen
11    shot from the website, or if that was just a
12    summary of what he believes the consent stated?
13         A        That's what he provided to me.
14    I don't know where he got it from.
15         Q        Do you know what date of
16    application means on the information on Exhibit
17    22?
18         A        I don't know, I'm not sure what
19    application is referring to.
20         Q        The information that you
21    provided to Mr. Moynahan after receiving the
22    dispute, is that different, does it look
23    different, or is it in a different form than
24    what we just looked at in Exhibit 19?
25         A        Hold on, in Exhibit 19?
```

```
                                        Page 61

 1                   GEORGE RIOS
 2          Q       Yes.  So if you could turn again
 3   to page 10 of 10.
 4          A       The last page?
 5          Q       Yes.
 6          A       Yes, so I think I sent both.
 7                  So, this is the full record of
 8   what would have been sent to RevPoint, and then
 9   the TCPA audit is a -- is not all of this
10   stuff?
11                  It's just the TCPA relevant
12   information, and I believe I sent both to
13   Mr. Moynahan.
14          Q       So the TCPA audit does not
15   include all of the information that Plural has
16   to this lead?
17          A       All the information I have for
18   this lead is what is on page 10 of 10 of
19   Exhibit 19.  That's everything that I have.
20          Q       Okay, but would you agree page
21   10 of 10 of Exhibit 19, it doesn't include the
22   URL for SnappyAutoInsurance.com?
23          A       I'm sorry?
24          Q       Sure.  On page 10 of 10 on
25   Exhibit 19, would you agree with me that
```

```
                                            Page 62
 1                     GEORGE RIOS
 2    SnappyAutoInsurance.com is not included on that
 3    page?
 4          A       Yeah, I don't see it here.
 5          Q       So Plural does have more
 6    information than what's contained on this
 7    document, right?
 8                  MR. MARION:  Objection to form.
 9          A       No.
10                  MR. BRODERICK:  Objection.
11          A       SnappyAutoInsurance was on the
12    TCPA audit, that's how I got that URL, both of
13    which were provided to Mr. Moynahan.
14          Q       Okay, I think I misunderstood
15    you, then.  I thought you said all the
16    information that Plural has is on page 10 of 10
17    on Exhibit 19.
18                  But now you've said that all the
19    information Plural has is on page 10 of 10 on
20    Exhibit 19 and on the TCPA audit we just looked
21    at, Exhibit 22, is that right?
22                  MR. MARION:  Objection to
23          characterization.
24                  MR. BRODERICK:  Objection.
25          Q       Let me ask it this way --
```

```
                                              Page 63
 1                     GEORGE RIOS
 2          A      I'm not -- yeah, sorry, I'm not
 3   sure what you are asking.
 4          Q      Sure.
 5                 So, in looking at page 10 of 10
 6   on Exhibit 19, and in looking at the TCPA audit
 7   that's been produced by Plural in response to
 8   the subpoena, which is identified as Exhibit
 9   22, is there any additional information that
10   Plural has with respect to this lead?
11          A      No.
12                 MR. MARION:  I object to form.
13          Q      Do you know Michael Fishman?
14          A      I know him, yes, I know him.
15          Q      Have you spoken to him about
16   this lead?
17          A      When it first became an issue,
18   yeah, he called me and had told me that there
19   was a complaint, and I said I would look into
20   it and try to get some information back to him.
21                 And he put me in contact with
22   Mr. Moynahan at the time, and I provided the
23   TCPA audit that I got from Phoenix.
24          Q      Did you provide that information
25   by e-mail?
```

```
                                              Page 64
 1                    GEORGE RIOS
 2        A       I believe I did.
 3        Q       Other than that communication
 4   with Michael Fishman about the dispute, how
 5   many times have you spoken to Michael Fishman?
 6        A       In what time frame?
 7        Q       With respect to this lead?
 8        A       We haven't spoken in a while.
 9   We don't do business together anymore, yeah, I
10   couldn't even recall the last time I spoke to
11   him, but -- yeah, I can't even say.  It's been
12   a while.
13        Q       Have you heard of a company
14   called Request Path Media, Inc.?
15        A       Yes.
16        Q       And how do you know the company?
17        A       That was another partner.  I
18   believe that company is dissolved.
19        Q       Did you create that company?
20        A       No.
21        Q       Request Path was a company that
22   was a partner of Plural Marketing, is that
23   right?
24        A       No, that was not a partner, my
25   partner, so that was another entity that was,
```

Page 65

1                    GEORGE RIOS

2    another marketing company that was at one point

3    affiliated with RevPoint, and I'm not sure who

4    else.  I don't remember.

5          Q      How was Request Path Media

6    affiliated with RevPoint?

7          A      The same way that Plural

8    Marketing is affiliated, they were just

9    affiliated partners, sold traffic on a

10   ping/post tree.

11         Q      Does Request Path Media have

12   anything to do with Unitedquotes.com?

13         A      No.

14         Q      Have you ever worked for Request

15   Path Media?

16         A      Yes.

17         Q      What was your role at Request

18   Path Media?

19         A      Same thing, technology.

20         Q      Did you create Request Path

21   Media?

22         A      No.

23         Q      Just bear with me, I am trying

24   to move a document from a private folder to

25   this folder.  I don't know how to do that.

GEORGE RIOS

1

2          MR. BRODERICK:  You click the

3      button to the left of it, then you can

4      drag it.

5          MR. POLANSKY:  The problem is

6      they didn't give me like a folder.  So

7      if I click exhibit, it goes into the

8      Plaintiff's Exhibit folder from the

9      other day.

10          MR. BRODERICK:  Meaning marked

11      exhibits?

12          MR. POLANSKY:  Yes.

13          MR. BRODERICK:  I think that's

14      okay, it will just be marked

15      sequentially.

16          MR. POLANSKY:  I don't think he

17      has access to the marked exhibits for

18      Joe Mantha.

19          MR. BRODERICK:  Oh, I see.  Which

20      one is it?

21          MR. POLANSKY:  Which document?

22          MR. BRODERICK:  Which do you want

23      it moved into?

24          MR. POLANSKY:  I want to move in

25      a new document called a Request Path

```
                                                    Page 67
1                          GEORGE RIOS
2           Media Florida business filing
3           incorporation for Request Path Media.
4                    MR. BRODERICK:  Okay, yeah, I
5           don't have that.
6                    MR. POLANSKY:  No.
7                    Wait, I might have figured this
8           out.  I don't know why they don't give me
9           access.
10          Q      Let me ask you this question,
11   Mr. Rios.  Did you incorporate Request Path
12   Media?
13          A      The initial incorporation
14   possibly I was on, but it got transferred to
15   someone else, and it's kind of personal why, I
16   mean --
17          Q      I mean, you understand that you
18   incorporated this company on March 3, 2015, is
19   that right?
20          A      Yes, so I transferred it to --
21   okay, so I was in the middle of, or I should
22   say I was in the beginning of a divorce.
23                  And that company was the company
24   that I was at the time had an ownership share,
25   and I was worried that that ownership share
```

```
                                            Page 68
 1                    GEORGE RIOS
 2   would then come into the context of the divorce
 3   and make it that much more difficult.
 4                So I transferred the ownership
 5   to another person, and then we operated under
 6   that company for a period of time, and then it
 7   got shut down.
 8        Q     Okay.  Is that when you created
 9   RevPoint Media?
10        A     I didn't create RevPoint Media.
11        Q     Sorry, Plural Marketing
12   Solutions?
13        A     Right.
14        Q     At any point in time did Request
15   Path Media operate Unitedquotes.com?
16        A     It might have been -- yeah, I
17   mean, I don't remember exactly, it might have
18   been a brand or one of the brands, but I don't
19   think it was actually.  I don't recall.
20        Q     Do you know anyone by the name
21   of Peter Petrov?
22        A     No.
23        Q     What about Mario Guerrero?
24        A     No.
25        Q     Justin Cohen?
```

```
                                              Page 69

 1                      GEORGE RIOS

 2          A       No.

 3          Q       And I think this was asked, but

 4   I apologize, I don't have it written down.

 5   Have you heard of Blue Flame Marketing, Inc.?

 6          A       No, no.

 7          Q       How far is your address from

 8   Morristown, New Jersey, your business address?

 9          A       Maybe 30 minutes, give or take.

10                  MR. POLANSKY:  I think that might

11          be all I have.  Just give me a moment.

12                  If you want we can go off or I can

13          just look at my notes.  It doesn't matter.

14                  MR. BRODERICK:  How long do you

15          want to go off for, Kevin?

16                  MR. POLANSKY:  Three or four

17          minutes.  I just want to collect my

18          thoughts.  Come back around 4:02.

19                  THE VIDEOGRAPHER:  Okay.  The

20          time is approximately 3:57.  We are off

21          record.

22                  (At this point in the proceedings

23          there was a recess, after which the

24          deposition continued as follows:)

25                  MR. LANDAU:  We are on the
```

```
                                              Page 70
 1                     GEORGE RIOS
 2          record, the time is approximately 4:02
 3          p.m.  Please continue.
 4          Q      Mr. Rios, I only have a couple
 5    of more questions.
 6                  Did you say that Phoenix Media
 7    Solutions is located in Bosnia?
 8          A      Yes.
 9          Q      Do you know if Dario, I can't
10    pronounce his last name, lives in Bosnia or
11    some other location?
12          A      To my knowledge he lives in
13    Bosnia, but I'm not sure.
14          Q      How did you meet Dario?
15          A      I don't recall.
16          Q      How did you get in touch with
17    Phoenix?
18          A      Someone made an introduction at
19    some point, I don't remember where, through
20    e-mail, and we started talking over e-mail and
21    that was it.
22                  I sent him my spec, that was it.
23                  I mean, it's sort of like the
24    same way that I got engaged with RevPoint or
25    anybody else.
```

```
                                               Page 71

 1                        GEORGE RIOS

 2            Q       You testified earlier that on

 3     the Unitedquotes website you only have the

 4     generic lead ID script for Jornaya, is that

 5     correct?

 6            A       That's correct.

 7            Q       What comes with the generic lead

 8     ID script?  In other words, what's captured by

 9     that script?

10            A       I don't know, I can't really

11     speak to Jornaya's technology.

12            Q       But the consent information is

13     not tagged with the script?

14                    MR. MARION:  Objection to form.

15            You can answer to the extent you know.

16            A       I don't really know how that

17     piece works.

18                    It doesn't look like it is

19     working correctly based on what I saw here, and

20     I would need to look at it further and

21     understand what's wrong.  I don't know.

22            Q       Do you have any understanding

23     for why the Jornaya lead ID was attached to the

24     lead when provided to RevPoint?

25            A       No.
```

```
                                            Page 72

 1                      GEORGE RIOS
 2               MR. POLANSKY:  No further
 3          questions.  Thank you for your time.
 4               MR. MARION:  No, no, we are not
 5          done yet.  First of all, Ted, do you
 6          have any more questions?
 7               MR. BRODERICK:  I do not.  Thank
 8          you, Roger.
 9               MR. MARION:  So I am going to ask
10          a couple of follow-up questions just
11          because you guys didn't.
12
13     EXAMINATION BY
14     MR. MARION:
15
16          Q     So, do you have a contractual
17     relationship with Phoenix?
18          A     Yes, I do.
19          Q     Did Phoenix make any
20     representations in its contract regarding TCPA
21     compliance?
22          A     Yes.  He said everything he sold
23     to me would be compliant and he would be able
24     to provide that documentation in the event that
25     it was necessary.
```

```
                                              Page 73

 1                      GEORGE RIOS
 2          Q        And did it warrant compliance in
 3   any way?
 4          A        Yes, I believe that's what the
 5   contract states.
 6                   MR. MARION:  Nothing further.
 7                   MR. LANDAU:  Anyone else have any
 8          questions?
 9                   MR. POLANSKY:  I just have one
10          follow-up.
11
12   CONTINUED EXAMINATION BY
13   MR. POLANSKY:
14
15          Q        Does Plural have a contract with
16   RevPoint?
17          A        Not active.
18          Q        Right, but did it have a
19   contract requiring TCPA compliance from Plural?
20          A        Yes; I believe that was part of
21   the agreement as well.
22                   MR. POLANSKY:  Okay, nothing
23          further.
24                   MR. BRODERICK:  Nothing further
25          from me.  Thank you, Mr. Rios.
```

Page 74

1                    GEORGE RIOS

2              THE WITNESS:   Thank you very

3         much.

4              THE VIDEOGRAPHER:   This concludes

5         today's testimony given by George Rios

6         consisting of one media unit and it will

7         be retained by Veritext New England.

8              At this time it is 4:06 p.m.   We

9         are off the record.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 75

1                    GEORGE RIOS
2
3
4          I, the undersigned, a Certified
    Shorthand Reporter of the State of New
5    York, do hereby certify:
           That the foregoing proceedings were
6    taken before me at the time and place
    herein set forth; that any witnesses in
7    the foregoing proceedings, prior to
    testifying, were duly sworn; that a record
8    of the proceedings was made by me using
    machine shorthand which was thereafter
9    transcribed under my direction;
           That the foregoing transcript is a
10    true record of the testimony given.
           Further, that if the foregoing
11    pertains to the original transcript of a
    deposition in a federal case before
12    completion of the proceedings, review of
    the transcript [ ] was [x ] was not
13    requested.
14          I further certify I am neither
    financially interested in the action nor a
15    relative or employee of any attorney or
    party to this action.
16          IN WITNESS WHEREOF, I have this
    date subscribed my name.
17
18
19
           Stephen J. Moore
20           RPR, CRR
21        Dated: 8/11/2020
22
23
24
25

```
                                                    Page 76

 1                      GEORGE RIOS

 2         DECLARATION UNDER PENALTY OF PERJURY

 3                  Case Name: MANTHA v. QUOTEWIZARD

 4                  Date of Deposition: July 28,

 5                  2020

 6

 7                  I, GEORGE RIOS, hereby certify

 8                  Under penalty of perjury under the

 9         laws of the State of New York that the

10         foregoing is true and correct.

11                  Executed this _____ day of

12                  _____, 2020, at

13                  _____.

14

15

16         _____

17

18                  GEORGE RIOS

19

20

21

22

23

24

25
```

```
 1                    GEORGE RIOS
 2               DEPOSITION ERRATA SHEET
 3               Case Name: MANTHA v. QUOTEWIZARD
 4               Name of Witness: GEORGE RIOS
 5               Date of Deposition: July 28,
 6               2020
 7               Reason Codes:  1. To clarify the
 8               record.
 9               2. To conform to the facts.
10               3. To correct transcription errors.
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18   Page _____ Line _____ Reason _____
     From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21   Page _____ Line _____ Reason _____
     From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24   Page _____ Line _____ Reason _____
     From _____ to _____
25
```

```
1                    GEORGE RIOS
2                DEPOSITION ERRATA SHEET
3    Page _____ Line _____ Reason _____
     From _____ to _____
4    Page _____ Line _____ Reason _____
     From _____ to _____
5    Page _____ Line _____ Reason _____
     From _____ to _____
6    Page _____ Line _____ Reason _____
     From _____ to _____
7    Page _____ Line _____ Reason _____
     From _____ to _____
8    Page _____ Line _____ Reason _____
     From _____ to _____
9    Page _____ Line _____ Reason _____
     From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17            _____ Subject to the above
18   changes, I certify that the transcript is
19   true and correct
20            _____ No changes have been
21   made. I certify that the transcript  is
22   true and correct.
23
24   _____
25            GEORGE RIOS
```

| & | | |
|---|---|---|

**&**  2:8,19

**0**

**01890**  2:6
**02109**  2:11

**1**

**1**  3:15 77:7
**10**  40:11 48:20,25
 58:7,7,9,9,10,10
 58:13,18,18 61:3,3
 61:18,18,21,21,24
 61:24 62:16,16,19
 62:19 63:5,5
**100**  7:2
**100222**  2:23
**10123**  2:16
**105**  40:12
**12**  58:11,16
**12235**  1:8 3:23
**12:01**  22:25 38:13
**14**  15:23 16:24
 17:9,23 21:23
**15**  8:6
**16**  46:8
**17**  21:20 23:15
 26:21 37:24 38:10
**18**  25:16 31:9,10
**19**  58:5,11 60:24
 60:25 61:19,21,25
 62:17,20 63:6
**1:19**  1:8 3:23

**2**

**2**  77:9
**20**  8:6 15:23 16:24
 17:9,23 21:23
 46:8
**2014**  48:20,25
**2015**  67:18
**2017**  6:14

**2019**  28:8 48:16
 49:2
**2020**  1:12 3:4 76:5
 76:12 77:6
**208**  2:5
**20932**  75:18
**22**  10:21 12:23
 15:23 17:24 21:21
 21:23 23:19 37:24
 38:11 46:2 57:3
 57:17 59:10 60:7
 60:17 62:21 63:9
**220**  40:11
**28**  1:12 76:4 77:5
**28th**  3:4

**3**

**3**  67:18 77:10
**30**  39:24 69:9
**3:07**  37:15
**3:15**  37:10
**3:57**  69:20

**4**

**4**  58:15
**450**  2:15
**488**  2:22
**4:06**  74:8

**5**

**58**  47:2 48:3,11,14
 49:22 50:8

**6**

**6**  48:16,25
**6-26-2019**  22:25
**6/21/2019**  32:11
**6/26/2019**  38:12

**7**

**7**  31:10,10

**8**

**8/11/2020**  75:21
**8/5/19**  38:10

**9**

**96**  22:16
**96.242.132.28.**
 22:16

**a**

**a.m.**  22:25 38:13
**able**  20:2 50:4
 53:4 72:23
**access**  66:17 67:9
**accessible**  57:7
**account**  30:11,13
 30:14
**action**  4:7 75:14
 75:15
**active**  73:17
**actual**  47:6
**adam**  8:15 17:24
 17:25 18:8 45:5,8
 51:13
**add**  32:19
**added**  33:11
**additional**  11:22
 44:11 63:9
**address**  17:21
 18:8 19:16,20
 20:3 22:12,19
 23:18 32:12,13
 40:2,3,6,7,9,10
 43:20,21 59:4,7,19
 59:21 69:7,8
**addresses**  59:14
**administer**  4:6
**administrator**
 34:24
**affiliate**  7:7,8
**affiliated**  65:3,6,8
 65:9

**afraid**  9:22
**afternoon**  4:14
 5:11
**ago**  7:3 56:20
**agree**  3:14 61:20
 61:25
**agreed**  23:4
**agreeing**  33:18
**agreement**  73:21
**allen**  2:19
**allowed**  49:9
**answer**  5:16,22
 15:4 27:21 33:22
 34:13 35:9 36:17
 49:10,14,19 71:15
**answered**  9:4
 38:18 57:15
**answers**  5:20
**anybody**  30:2
 70:25
**anymore**  64:9
**apologies**  36:23
**apologize**  69:4
**appear**  35:19
 55:18
**appearance**  4:10
**appears**  18:3
 25:21 48:12
**append**  59:20
**applicant**  22:12,19
 23:8
**application**  22:22
 23:7 38:12,20,25
 60:16,19
**approximately**  3:3
 37:15,21 69:20
 70:2
**archive**  47:14
**arrows**  50:2
**asked**  17:7,24 29:5
 36:24 38:17 44:12

69:3

**asking** 12:5 15:6
16:4 33:23 34:19
44:11 63:3

**associate** 31:5

**associated** 26:3
31:14 38:3 53:20
54:23 55:7,19,22

**associates** 25:22

**assume** 45:6 50:21

**attach** 24:23

**attached** 14:19
24:2,13,18 25:4
54:8 57:16 71:23

**attention** 58:4

**attorney** 4:11
12:15 13:12 75:15

**attorneys** 2:4,9,14
2:20 29:15,16,17

**audio** 3:11,12

**audit** 12:19,21
17:8 61:9,14
62:12,20 63:6,23

**audits** 11:12

**authorized** 4:5

**auto** 10:7,9 11:20
19:21 23:6 57:25
58:3,22

**autoinsurquotes....**
20:18 36:25

**avenue** 2:15,22

**aware** 43:16 45:8
45:11

**b**

**back** 6:25 21:20
31:9 33:8 37:9
50:2 53:18 54:2
59:10 63:20 69:18

**background** 7:15

**base** 9:9

**based** 33:10 53:3
71:19

**basic** 57:24

**basically** 7:9 29:13
52:25 53:8 58:20

**basing** 56:6

**bear** 65:23

**beginning** 4:11
67:22

**behalf** 1:5 3:18
4:19

**believe** 12:15
13:12,15 15:9
19:21 28:24 29:10
29:19 30:17 33:2
33:3,5,9 34:14
35:10,12 43:23
45:22 46:14 47:21
56:21 61:12 64:2
64:18 73:4,20

**believes** 60:12

**best** 49:11

**better** 16:15,16
41:25

**bid** 51:20 53:3

**bit** 16:8

**blue** 30:6 69:5

**body** 14:22 15:7

**bosnia** 9:25 12:24
22:24 23:13 25:13
27:11 70:7,10,13

**boston** 2:11

**bottom** 23:3 35:16
46:5

**box** 31:16 40:11

**brand** 68:18

**brands** 68:18

**break** 37:7

**broderick** 2:3,7
4:12,12 5:9 13:14
13:24 14:5,16

15:16 16:7,12,16
20:23 21:2 37:6
37:11 39:7 48:19
49:7 54:25 55:25
56:8,12 57:4,9
60:3 62:10,24
66:2,10,13,19,22
67:4 69:14 72:7
73:24

**broker** 7:9

**brown** 8:15 17:24
17:25 18:8 45:5,8
51:13

**business** 30:5
36:14,19,21,21
40:5,25 64:9 67:2
69:8

**button** 66:3

**buy** 41:25

**c**

**c** 2:2 10:23 17:18
17:18,19,20,20,20
40:16,16 59:12

**call** 27:17 28:4
29:4

**called** 5:3 9:18
20:18 30:6 36:25
47:8 63:18 64:14
66:25

**calls** 8:24 23:5

**capture** 32:2,10,16
33:12 47:19 50:5

**captured** 46:12,16
71:8

**captures** 47:3 48:3
48:3,11 49:22
50:8,23,25

**case** 1:8 3:21,23
8:19 10:19 13:19
20:20 25:18 28:13
39:16 42:6 75:11

76:3 77:3

**catch** 12:2

**cell** 3:9

**cellular** 3:7

**ceo** 6:6 43:22

**certified** 1:18 75:4

**certify** 75:5,14
76:7 78:18,21

**chance** 55:13

**change** 41:9

**changes** 59:19
78:18,20

**characterization**
38:24 62:23

**check** 20:13 43:8

**city** 19:17 40:13

**claim** 8:22

**clarification** 11:12

**clarify** 77:7

**clean** 5:16 15:10
19:9

**clear** 5:22 36:5

**clearly** 26:6

**click** 49:25 50:24
66:2,7

**clicked** 48:2

**client** 4:21 8:23
14:13 16:20 34:15

**close** 37:7

**closer** 16:12

**code** 59:22

**codes** 77:7

**cohen** 68:25

**collect** 69:17

**college** 7:19,21,24

**come** 14:13 27:5
37:9 47:23 68:2
69:18

**comes** 58:22 71:7

**coming** 33:8 59:15

communication
64:3
companies 8:6
34:9
company 6:13
30:6 34:4 42:15
43:6 64:13,16,18
64:19,21 65:2
67:18,23,23 68:6
compare 22:15
37:24
complained 27:17
32:21
complaint 27:24
56:19 63:19
complaints 29:9
completion 75:12
compliance 72:21
73:2,19
compliant 72:23
computer 7:16,22
8:5
concludes 74:4
conditions 34:7
35:12
confirm 51:3
conform 77:9
confused 38:2
connected 54:8
consent 9:12 18:18
36:10 54:24 55:23
56:3,4 59:25 60:8
60:12 71:12
consented 9:6
11:15 36:10
consents 56:6
consisting 74:6
consumer 7:9,13
11:14 23:18 27:8
35:14 54:24

contact 10:6 17:11
18:19 19:13 29:25
35:15 43:18 44:3
44:5,11 57:24
63:21
contacted 11:19
13:2 27:19,23
28:25
contain 11:20
33:17 34:4
contained 62:6
context 45:16 68:2
continue 3:13
37:22 70:3
continued 37:19
69:24 73:12
contract 72:20
73:5,15,19
contractual 72:16
control 51:7
conversations 3:7
correct 11:9 12:25
13:9 17:4 18:6,6
19:16 21:13 22:3
22:4 23:19 24:8
27:11,12 32:14
33:15 34:20,22,24
35:3 39:20 41:13
42:3,12 47:25
51:18 53:20,25
54:5,10,17 55:20
59:2 71:5,6 76:10
77:10 78:19,22
correction 4:18
correctly 71:19
correspondence
59:25
counsel 3:17 4:9
28:20 29:12 34:14
34:17

couple 5:12 21:22
70:4 72:10
course 14:14
29:15
court 1:2 3:22 4:3
create 64:19 65:20
68:10
created 16:25 68:8
crr 75:20
currently 33:4
cut 14:24
cv 1:8 3:23

**d**

dario 17:13,17
43:19 44:8 45:4
70:9,14
data 49:4 52:21
date 6:21 22:22
38:10,12,12,24,25
46:22 48:15,17
60:15 75:16 76:4
77:5
dated 75:21
dates 38:20 49:23
49:24
day 66:9 76:11
declaration 76:2
defendant 1:10
2:9 4:15
deposition 1:14
3:11,16,24 4:19
8:21 37:19 53:18
56:17 69:24 75:11
76:4 77:2,5 78:2
despite 57:5
details 11:22
determine 8:22
different 8:4,6
38:20 40:5 57:2
59:15 60:22,23,23

difficult 68:3
diligence 44:18
direct 8:12 29:25
direction 50:2
75:9
directly 8:16
29:12 41:2,3
disclosure 20:14
26:25 27:7,9
31:20,20 32:2,10
32:17 33:9,13,17
35:5,16,25
disconnect 59:22
discrepancy 11:14
discussed 44:8
dispute 40:20
57:18 60:22 64:4
dissolved 64:18
district 1:2,3 3:22
3:22
divorce 67:22 68:2
dnc 19:18,19
document 13:18
14:19,25 15:2
16:3 18:4 23:18
23:21 35:20 57:6
59:8 62:7 65:24
66:21,25
documentation
13:23 20:19 29:14
72:24
documents 56:17
56:18
dog 30:8
domain 20:7 21:10
21:12 26:4
doublecheck
25:15 43:23 54:3
drag 66:4
drive 39:24 42:18

**driven** 41:17,18
**dropout** 7:19
**duly** 5:4 75:7

**e**

**e** 2:2,2 5:3,3 12:9
  13:8,10,16 14:10
  14:17,20,22 15:10
  15:13 17:18,19,20
  17:21 18:8,8,15,16
  19:20 20:3,6,9,11
  20:11 23:5 28:5,7
  28:13 29:3 37:2
  41:6 43:20,21
  44:6,7 63:25
  70:20,20
**earlier** 37:3 50:4
  51:15 53:17 58:21
  71:2
**easier** 5:17
**education** 7:18
**edward** 2:7 4:12
**either** 12:16 49:25
  59:21
**elaborate** 27:6
**electronic** 52:21
  56:24
**electronically**
  52:20
**employed** 6:2 8:9
**employee** 43:24
  51:16 75:15
**employees** 6:8
**engaged** 29:11
  70:24
**engages** 41:22
**england** 4:3 74:7
**ensure** 44:19
**enter** 49:4
**enters** 52:20
**entirely** 24:15,21

**entitled** 1:16
**entity** 21:16 64:25
**errata** 77:2 78:2
**erroneous** 54:22
**errors** 77:10
**esq** 2:7,12,18,25
**evan** 2:18 4:22
**event** 11:13 72:24
**events** 28:25
**everybody** 36:20
**exact** 23:11
**exactly** 11:10 43:4
  43:8 46:22 47:12
  59:18 68:17
**examination** 5:8
  39:11 72:13 73:12
**examined** 5:5
**exchange** 29:13
**exchanged** 18:7
**excuse** 20:23
**executed** 76:11
**exhibit** 10:21,23
  12:22 15:21,23
  16:18 17:24 21:20
  21:23 23:15,19
  25:16 26:21 31:9
  31:10 37:24,24
  38:10,11 46:2,5
  50:20 57:3,17
  58:5,11 59:10,12
  60:7,16,24,25
  61:19,21,25 62:17
  62:20,21 63:6,8
  66:7,8
**exhibits** 66:11,17
**expanded** 14:14
  15:19 16:6,21
**explain** 25:25
**extent** 36:17 71:15

**f**

**fact** 19:17
**facts** 77:9
**faint** 16:9
**fair** 50:24
**familiar** 20:17
  37:4
**far** 53:23 69:7
**federal** 75:11
**field** 8:5
**figure** 16:11
**figured** 67:7
**file** 18:21
**filed** 3:21
**files** 58:16
**filing** 67:2
**fill** 35:23 36:6
**filled** 12:20 27:8
  36:9
**financially** 4:7
  75:14
**find** 18:17 28:18
**fine** 37:13 39:5
**finish** 5:15
**firm** 9:18
**first** 5:4 7:24 8:8
  11:19 44:23 63:17
  72:5
**fishman** 63:13
  64:4,5
**five** 37:7
**flame** 30:6 69:5
**flanders** 39:24
**florida** 67:2
**folder** 65:24,25
  66:6,8
**follow** 15:20 16:2
  72:10 73:10
**following** 15:18
  32:20

**follows** 5:6 16:23
  37:19 69:24
**foregoing** 75:5,7,9
  75:10 76:10
**form** 9:3 11:23
  12:20 14:19 19:6
  21:14 27:8,20
  33:22 34:25 35:24
  36:2,10,16 38:17
  38:22 50:9 55:2
  57:6 60:23 62:8
  63:12 71:14
**format** 15:10
**formed** 20:6
**formerly** 6:19
**forms** 41:21
**forth** 75:6
**forward** 50:3
**forwarded** 13:5,11
  13:12
**found** 53:23
**founded** 6:13
**four** 69:16
**frame** 50:5 64:6
**full** 5:22,23 11:17
  12:3,17 61:7
**further** 24:19 39:8
  71:20 72:2 73:6
  73:23,24 75:10,14

**g**

**g** 5:3,3
**generate** 30:19
  31:4 41:15
**generated** 24:20
  31:7 57:8
**generating** 40:25
  41:5
**generation** 41:22
**generator** 11:2
  15:24 22:3 60:8

**generic**  33:6 71:4
71:7
**george**  1:15 2:1
3:1,16 4:1,19 5:1
5:25 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1,5 75:1
76:1,7,18 77:1,4
78:1,25
**give**  17:16 66:6
67:8 69:9,11
**given**  74:5 75:10
**go**  3:14 6:25 21:20
23:15 31:9 35:13
39:17 47:13,16
50:2,12 54:2 58:7
59:10 69:12,15
**goes**  53:7 66:7
**going**  5:13 21:19
22:15 46:7 59:6
72:9

**good**  4:14 5:11
**gotten**  27:17
**ground**  5:12
**guardian**  31:17
33:2
**guerrero**  68:23
**guess**  18:21 29:15
34:19 41:9
**guys**  72:11

## h

**happened**  12:14
25:7 42:21 47:11
**happens**  50:3 53:8
**hear**  24:25 25:2
49:16 56:10
**heard**  40:21 49:8
64:13 69:5
**held**  3:24 8:4
**help**  20:24
**hold**  22:16 40:14
60:25
**http**  46:24
**hum**  5:21
**human**  53:13
**hyperlink**  48:12

## i

**identified**  63:8
**identify**  4:9
**ids**  30:20
**images**  46:16
47:19,23 48:10
**include**  24:12,22
61:15,21
**included**  60:2 62:2
**incorporate**  67:11
**incorporated**
67:18
**incorporation**
67:3,13

**incorrect**  59:22
**indicate**  9:12
10:11 56:5
**indicates**  12:19
**indicating**  10:8
**indirectly**  8:17
**individual**  4:21
**information**  7:10
10:7,8,12 11:21
13:4 14:25 15:19
16:22 18:20 19:13
19:21,25 21:24
22:23 29:8,13
31:17 35:15 36:8
38:21 43:19 44:12
44:17 46:21 52:21
52:24 53:2,22
56:4,5,22 57:3,7
57:10,11,16,21,24
58:2,24 60:2,16,20
61:12,15,17 62:6
62:16,19 63:9,20
63:24 71:12
**initial**  11:18 67:13
**initially**  13:2 24:5
**install**  31:25 32:6
**instructions**  31:22
**insurance**  10:7,9
11:21 16:19 19:21
23:6 57:25 58:3
58:23
**insure**  37:2
**intelligence**  1:15
**interaction**  53:13
**interested**  4:8 10:8
75:14
**interfere**  3:11
**interference**  3:8
**interject**  15:15
**introduction**
70:18

**invalid**  20:9 54:24
**involved**  37:5
51:19 52:2 53:7
**ip**  22:12,19 23:18
32:12 59:4,7,14,19
59:21
**issue**  13:3 29:2
63:17
**issued**  10:18

## j

**j**  1:17 75:19
**jersey**  22:19 39:23
39:25 40:12,16
69:8
**job**  6:4 7:24
**joe**  19:14 66:18
**join**  39:2
**jornaya**  23:21,24
24:10,12,17,23
25:5,12,18,20,22
26:3 30:11,20
31:6,11,13,19,25
32:10 38:2,5
53:19,24 54:4,8,22
55:6,11,22 71:4,23
**jornaya's**  31:22
33:10 71:11
**joseph**  1:5 3:18
4:13 8:23 40:21
**july**  1:12 3:4 76:4
77:5
**justin**  68:25

## k

**ken**  3:25
**kern**  39:24
**kevin**  2:12 4:15
20:24 39:15 69:15
**kind**  30:13 67:15
**king**  2:18 4:22,22
12:16 29:18,19

klein   2:13
know   8:15 9:22,23
   17:14,25 18:24
   25:8,10 26:14
   30:16 32:24 33:10
   33:22 34:3 36:12
   36:18,24 38:7,14
   38:19 39:4,4,6
   43:17 44:2,13,21
   44:25 45:4,6,7,11
   47:5,11 48:2,4,10
   48:17 49:9 50:11
   54:7 59:3,14,19
   60:10,14,15,18
   63:13,14,14 64:16
   65:25 67:8 68:20
   70:9 71:10,15,16
   71:21
knowledge   9:5
   26:10 70:12
known   8:18

**l**

lack   41:24
landau   37:14
   69:25 73:7
language   20:14
   23:9,12 26:24
   27:3,10 31:20
   32:2,11,17,19
   33:13 34:3 35:5
larger   7:12
law   2:3
laws   76:9
lawyers   29:12
lead   1:14 11:2
   15:24 18:12,23
   19:5,10 22:2
   23:22,24,25 24:10
   24:12,14,17,23,24
   25:5,5,12,20,22,25
   26:3,7,15 30:20

31:6,13,15 33:6
35:22 38:2,3,5,10
38:12,24 41:21
42:11 44:14,23
51:23 52:3,6,9,21
53:14,19,20,24
54:4,8,9,15,22,23
55:6,7,12,15,19,21
55:23 56:22 60:7
61:16,18 63:10,16
64:7 71:4,7,23,24
leads   26:18 31:3
40:25 41:15,19,25
42:15 53:10
left   66:3
line   77:11,12,13
77:14,15,16,17,18
77:19,20,21,22,23
77:24 78:3,4,5,6,7
78:8,9,10,11,12,13
78:14,15,16
link   35:17 36:2
linked   24:21
list   36:20
lists   35:17
little   16:8,9
lives   70:10,12
llc   1:9 2:14 3:20
4:23 6:17 9:21
llp   2:13
located   9:24 39:22
70:7
location   43:15
70:11
lodge   14:2
lodged   27:24 29:9
long   6:11 42:23
69:14
look   6:25 10:21
15:17 17:7 21:19
25:14,16 26:21

29:5 34:3 45:15
45:24 48:13 50:11
55:13 57:2 59:3,7
60:22 63:19 69:13
71:18,20
looked   18:21
24:15,19 45:17
50:22,22 55:10
60:24 62:20
looking   11:4 12:18
12:22 14:11 15:2
15:21,22 32:25
34:6,18 57:10
60:6 63:5,6
looks   16:24 17:2,4
17:9 23:20 46:8

**m**

m   17:18,19,20
ma   2:6,11
machine   47:7,9,24
48:7 49:5,21 51:5
75:8
madison   2:22
mail   12:9 13:8,10
13:16 14:10,17,20
14:22 15:10,13
17:21 18:8,15,16
19:20 20:3,6,9,11
20:11 28:5 29:3
40:8 41:6 43:20
43:21 44:6,7
63:25 70:20,20
mails   18:8 23:5,5
28:7,13
mantha   1:5 3:18
4:13 8:23 9:6
18:24 19:15 27:17
32:21 35:23 36:6
40:21 42:11 55:19
55:22,23 60:2
66:18 76:3 77:3

mantha's   10:6
18:25 25:5 31:15
35:21 38:3
mapping   59:23
march   6:14 48:20
48:25 67:18
mario   68:23
marion   2:19,25
4:17,17 9:3 14:9
15:4,15,17,25
16:10,14,17 19:6
21:14 27:20 33:21
34:12,25 36:16
34:16 39:2 49:11
49:14,18 50:9
55:2 58:11 62:8
62:22 63:12 71:14
72:4,9,14 73:6
marked   66:10,14
66:17
market   34:10
marketing   2:20
4:20 6:3,12,16 7:6
7:23 8:11 21:17
21:18 28:12 30:10
30:23 31:5 39:19
39:21 40:6,24
41:7,11,22,24
42:10 51:7,16
64:22 65:2,8
68:11 69:5
marketing's   40:17
marketplace   7:12
massachusetts   1:3
3:23
matter   1:16 3:18
37:5 69:13
mean   6:24 20:4
21:10,15,17 28:9
31:4 32:9 34:19
41:4,5,8 42:14

50:10 52:13,17
55:23 56:3 59:18
67:16,17 68:17
70:23
**meaning**  5:20 20:5
66:10
**means**  41:5 60:16
**mechanism**  42:4
**media**  2:14 3:15
4:23 6:17 9:18
10:2,11 11:8
12:23 13:8 14:18
17:12 18:5,11,16
21:25 22:24 23:12
24:9 25:13 27:10
27:14,19,24 30:6,8
42:11,13 64:14
65:5,11,15,18,21
67:2,3,12 68:9,10
68:15 70:6 74:6
**meet**  70:14
**memory**  24:16
**mentioned**  37:3
**message**  27:18
33:19 35:6
**messages**  9:10
**mic**  16:8,13
**michael**  63:13
64:4,5
**microphones**  3:5
3:10
**middle**  67:21
**middleman**  41:25
**mine**  58:14
**minute**  37:7
**minutes**  69:9,17
**mistake**  26:6
**misunderstood**
62:14
**model**  19:22

**moment**  69:11
**months**  29:11
32:15
**moore**  1:17 4:4
75:19
**morristown**  22:19
69:8
**move**  56:8 65:24
66:24
**moved**  56:13
66:23
**moynahan**  57:13
57:21 60:21 61:13
62:13 63:22
**moynihan**  2:13
**mullins**  2:8

**n**

**n**  2:2 17:18,19,20
40:16,16
**name**  5:24 8:18
9:21 17:17 18:25
19:14,14 39:14
40:13 45:11 52:8
52:11,12,14 68:20
70:10 75:16 76:3
77:3,4
**necessarily**  35:11
45:2
**necessary**  72:25
**need**  5:21 71:20
**neither**  75:14
**nelson**  2:8
**never**  13:22
**new**  1:19 2:16,23
2:23 4:2,4 22:19
39:23,25 40:12,16
66:25 69:8 74:7
75:4 76:9
**nod**  5:21
**non**  1:16

**normal**  13:3 29:15
**notary**  1:19 5:4
**note**  3:5 4:5 21:22
**notes**  69:13
**notice**  32:20 33:25
**noticing**  4:11
**notification**  53:11
**number**  3:23
19:17,19 40:12
58:5
**ny**  2:16

**o**

**o**  5:3,3 17:18,19,20
**oath**  4:6
**object**  14:3 63:12
**objected**  56:12
**objection**  9:3
13:20 14:3 19:6
21:14 27:20 33:20
33:21,24 34:25
35:8 36:15,16
38:15,16,23 39:3
48:19 49:7,9 50:9
54:25 55:2,25
56:8 57:4,9 60:3
62:8,10,22,24
71:14
**obviously**  5:14 9:4
**office**  2:10
**offline**  47:11
**oh**  49:20 58:15
66:19
**okay**  13:14,25
14:5,16 15:11
16:14,23 25:24
29:24 30:3 33:11
37:12,23 39:7,14
46:7 47:23 50:7
57:14 59:9 61:20
62:14 66:14 67:4
67:21 68:8 69:19

73:22
**ones**  50:11
**operate**  68:15
**operated**  68:5
**operational**  47:21
**operative**  45:18
**opt**  9:12 26:22
38:5,9
**opted**  8:23 10:12
**order**  28:24
**original**  11:2
12:11,13 14:8
15:23 22:2 24:22
60:7 75:11
**osmancevic**  17:13
17:15
**outcome**  4:8
**owned**  6:11
**owner**  6:5 39:18
45:9
**ownership**  43:11
67:24,25 68:4
**owns**  21:17,18
41:11

**p**

**p**  2:2,2
**p.m.**  1:12 3:4
37:22 70:3 74:8
**paced**  15:7
**page**  11:5 14:18
15:23 16:23 17:2
17:8,23 21:23
23:4 31:10,16
35:17,18 36:3
50:13,17,24 58:7,8
59:11 61:3,4,18,20
61:24 62:3,16,19
63:5 77:11,12,13
77:14,15,16,17,18
77:19,20,21,22,23
77:24 78:3,4,5,6,7

[page - provided]                                                    Page 8

78:8,9,10,11,12,13
78:14,15,16
pages   15:18,20
  16:2,5,19 46:8
  50:20,25 58:12
part   11:18 12:10
  12:13 13:3 19:5
  73:20
participating   41:7
particular   24:16
  29:2,6 34:4
parties   3:13 23:6
partner   7:8 9:16
  42:14,14 59:19,20
  64:17,22,24,25
partners   7:7 9:15
  35:17,18 36:4
  42:20 53:5 65:9
party   1:16 4:7
  75:15
pass   7:10
passed   52:6
pasted   14:25
path   64:14,21 65:5
  65:11,15,18,20
  66:25 67:3,11
  68:15
pc   2:3
pdf   15:8,12 57:6
penalty   76:2,8
people   33:17
percent   7:2
period   48:24 68:6
perjury   76:2,8
person   12:19
  18:20 68:5
personal   26:9 40:3
  67:15
personally   46:12
  51:12

pertains   75:11
peter   68:21
petrov   68:21
phoenix   9:18 10:2
  10:6,11 11:8
  12:23 13:8 14:12
  14:18 17:11 18:4
  18:11,16 21:25
  22:24 23:12 24:9
  25:12 26:13,14,17
  27:6,10 36:9
  42:11,13,24 43:12
  43:14,25 51:20
  52:3,6,20 53:15,24
  54:9 56:4,23
  57:11,17 59:25
  63:23 70:6,17
  72:17,19
phoenixmedia.c...
  43:22
phone   19:17,19
  28:4 29:4 44:6
phones   3:9
pick   3:6
piece   71:17
ping   42:4,5,19
  53:4,10 58:23
  65:10
pinged   52:25
  53:14
pings   53:2
place   3:10,13 75:6
plaintiff   1:7 3:17
  4:13
plaintiff's   66:8
plaintiffs   2:4
please   3:5,9 4:5,9
  4:24 15:16,17
  37:22 70:3
plmrkg.com.
  40:19

plural   2:20 4:20
  6:3,11,16 7:5,23
  8:3,8,11 10:18
  21:17,18 24:7
  28:12 30:10,22
  31:5 38:11,21
  39:19,21 40:6,17
  40:24 41:11,22,24
  42:10 51:7,16
  52:22 53:24 54:5
  54:10 55:8 56:23
  58:25 59:16 61:15
  62:5,16,19 63:7,10
  64:22 65:7 68:11
  73:15,19
plural's   52:5
  59:11
plus   57:25
point   11:11 18:25
  29:10 37:17 65:2
  68:14 69:22 70:19
points   49:5
polansky   2:12
  4:14,15 12:16
  13:20,21 14:2
  17:19 20:25 24:25
  29:20,21 33:20
  35:8 36:15 37:9
  38:15,23 39:12,15
  42:9 43:10 51:22
  51:24 54:13 56:10
  56:15 58:13 59:5
  66:5,12,16,21,24
  67:6 69:10,16
  72:2 73:9,13,22
position   54:21
positions   8:4
possible   25:14
  39:17
possibly   67:14

post   2:10 7:24
  42:4,5,19 65:10
postal   23:5
presently   32:5
printed   57:8
prior   20:20 37:4
  40:20 45:11 75:7
private   3:7 65:24
probably   7:2
  14:21 42:25
problem   66:5
proceedings   37:17
  69:22 75:5,7,8,12
process   11:18 13:4
  35:10,12 45:10
  51:20 52:2
produce   10:17
  46:20
produced   63:7
products   7:14
professional   1:18
promotional   23:5
prompted   35:15
pronounce   70:10
properly   20:5
properties   21:6,7
  21:10 22:7
proprietary   52:10
provide   10:3
  14:15 17:22 24:10
  27:3,13 28:19
  56:6 63:24 72:24
provided   10:5
  11:22 12:7 13:7
  18:4,14 21:25
  22:23 23:12 24:11
  25:12 26:12 28:17
  36:9 38:21 54:24
  57:3,12,21,23
  58:25 60:4,9,13,21
  62:13 63:22 71:24

providing 29:14
public 1:19 5:5
publisher 30:15
  30:18
purchase 42:10,15
purchased 44:13
  44:24
purposes 8:21
pursuant 1:16
pursue 44:18
put 32:16 36:12
  58:23 63:21

**q**

question 5:15 15:5
  19:8 25:2,3 27:22
  27:25 34:13,15,18
  41:10 48:23 50:6
  67:10
questions 5:14
  39:8,16 70:5 72:3
  72:6,10 73:8
quick 5:12
quickly 39:17
quite 42:25
quote 7:13 10:9
  33:18 58:3
quotewizard 4:16
  8:24 9:7 13:18
  20:22 26:22 29:23
  30:2 32:13 34:5
  35:18 36:13 38:5
  38:9,22 39:15
  76:3 77:3
quotewizard.com
  1:9 3:20 8:13
  33:19 35:7

**r**

r 2:2 5:3,3
reached 18:20

read 53:6
really 52:13,14,17
  71:10,16
realtime 1:18
reason 18:3 38:14
  77:7,11,12,13,14
  77:15,16,17,18,19
  77:20,21,22,23,24
  78:3,4,5,6,7,8,9,10
  78:11,12,13,14,15
  78:16
recall 14:21 28:6
  29:3 32:7 46:15
  49:18 51:4 64:10
  68:19 70:15
receipt 32:20
receive 7:13 8:23
  9:6,13,16 10:12
  23:4 33:18,19
received 9:11
  10:10 11:8 12:4
  32:21 52:5 55:11
  56:3 57:11,17
receiving 57:18
  60:21
recess 37:18 69:23
recollection 49:12
record 3:3,14 4:10
  5:17,24 9:11,14
  10:3,10,17 11:7,17
  12:3,17 13:15
  16:6 24:3,5,11,17
  24:22 29:6 37:16
  37:21 54:6 57:12
  57:25 58:21,22,23
  61:7 69:21 70:2
  74:9 75:7,10 77:8
recorded 3:16
recording 3:12
  10:5

records 6:25 7:11
  13:6,13
refer 49:24 52:16
referenced 10:4
references 34:9
referring 17:6,10
  58:21 60:19
refers 47:5 48:18
refresh 24:16
regarding 18:24
  23:6 34:18 72:20
regards 29:2
registered 1:17
related 4:6 16:19
relates 44:10
relation 22:9
relationship 6:15
  6:19,22 8:12
  42:17,24 72:17
relative 50:5 75:15
relevant 61:11
remember 19:4
  46:22 65:4 68:17
  70:19
remote 40:9
rephrase 48:22
  55:4
reporter 1:18,18
  4:3 75:4
represent 25:17
  25:21 39:15
representations
  72:20
representing 4:23
represents 29:22
request 11:13
  12:11,13 13:17,18
  14:10 27:6 46:21
  64:14,21 65:5,11
  65:14,17,20 66:25
  67:3,11 68:14

requested 12:25
  13:4 44:16 57:23
  60:9 75:13
requesting 7:13
requests 18:21
required 29:8
requiring 73:19
resell 42:2
respect 35:21
  55:11 63:10 64:7
respond 19:7 55:3
responded 28:11
  29:7
response 10:18
  25:18 31:11 38:4
  38:11 55:11 56:20
  59:11 63:7
responsive 13:17
  14:8,10
retained 74:7
review 53:19
  56:17 75:12
reviewed 53:23
reviewing 49:5
  56:16
revpoint 2:14 4:23
  6:17 7:5 12:7,8
  13:2,5,13 18:24
  19:11 23:25 24:7
  25:9 27:4,14,19,23
  28:25 42:6,21
  51:21 52:4,7,23
  53:2,3 54:5,10
  55:8 58:25 61:8
  65:3,6 68:9,10
  70:24 71:24 73:16
ridge 2:5
right 11:3 14:11
  15:25 30:4 33:5
  34:6,8 39:19 40:4
  41:12 50:14,17

51:17 54:2,6,11,16
54:19 55:8,9,12,14
55:16,17,19,24
57:18 62:7,21
64:23 67:19 68:13
73:18
**riley**   2:8
**rios**   1:15 2:1 3:1
3:16 4:1,19 5:1,11
5:25 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1,23
37:1,12,23 38:1
39:1,14 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1,11 68:1
69:1 70:1,4 71:1
72:1 73:1,25 74:1
74:5 75:1 76:1,7
76:18 77:1,4 78:1
78:25
**roger**   2:25 4:17
14:7 16:8 72:8
**role**   65:17
**route**   40:11
**rpr**   75:20

**rules**   5:12
**run**   30:23 49:20

**s**

**s**   2:2 5:3 17:18,19
17:20 40:16,16
**saw**   20:19 24:19
45:21 71:19
**saying**   15:25 16:17
**says**   10:25 22:2,18
23:4 31:16 32:10
47:2 48:16,25
50:23 60:7
**scarborough**   2:8
**science**   7:16,22 8:5
**screen**   16:25 17:5
45:20,25 46:11,20
47:15 50:4,13
60:10
**script**   31:25 32:16
33:2,6,12 71:4,8,9
71:13
**scroll**   10:22 16:18
**scrolled**   48:11
**scrolling**   48:9
**scrolls**   16:4
**seal**   30:8
**search**   14:13,14
28:13 41:7
**searching**   14:11
**second**   17:16
31:16
**seconds**   53:9
**see**   10:24,25 14:9
16:23 17:23 18:13
18:22 20:11 22:17
22:20,21 23:2
24:17 26:24 31:15
31:18,23 34:8
36:3 46:23,25
47:2,4 48:24
58:15,17,19 62:4

66:19
**seeing**   37:5
**seen**   13:16,22 14:4
**self**   8:9
**sell**   26:19 41:19
42:2
**semicolons**   20:8
**send**   9:10 12:8
20:10 28:22
**sending**   41:6
**sensitive**   3:6
**sent**   11:13,18,24
11:25 12:4,6,10,12
12:13,15,17 18:22
44:16 45:22 56:19
61:6,8,12 70:22
**seo**   41:7
**separate**   14:19
33:2,3
**september**   48:16
48:25
**sequentially**   66:15
**series**   5:13
**server's**   59:21
**services**   7:14
**set**   30:18 75:6
**setup**   33:3
**seventh**   2:15
**share**   43:9 53:6
67:24,25
**sheet**   77:2 78:2
**shorthand**   75:4,8
**shot**   16:25 17:5
47:15 50:13 60:11
**shots**   45:20,25
46:11,20 50:4
**shows**   35:21
**shut**   68:7
**signature**   75:18
**signing**   33:17

**similarly**   1:5 3:19
**site**   12:20 24:20
26:3 34:10 52:23
53:11 56:19
**sites**   24:21 33:4
**situated**   1:6 3:19
**snappyautoinsur...**
10:16 20:15 26:2
36:11 44:22,24
47:10 62:11
**snappyautoinsur...**
22:3,10 26:11
40:22 44:9,14,19
45:9,14 46:13,24
54:15 61:22 62:2
**snappyautoinsur...**
51:8
**snappyautoinsur...**
17:3
**sold**   7:12 18:23
19:5,11 23:25
24:6 65:9 72:22
**sole**   34:23
**solicitations**   9:7
**solutions**   2:21
4:20 6:3,12,16 7:6
7:23 8:11 9:19
10:2,11 11:8
12:24 13:8 14:18
17:12 18:5,11,16
21:25 22:24 23:13
24:9 25:13 27:10
28:12 30:10,23
31:5 39:19,22
40:6 42:11,13
68:12 70:7
**soon**   43:7
**sorry**   11:10 12:2
12:12 17:24 21:20
40:14,15 48:4,5
49:13,17 56:13

**[sorry - transfers]**

58:8 61:23 63:2
68:11
**sort**  49:4 70:23
**source**  11:2 15:24
18:17 22:2 54:14
60:7
**sourced**  26:7,10
**spaces**  20:7
**speak**  23:10 71:11
**speaking**  34:16
**spec**  70:22
**specific**  33:24,24
34:3,9
**specifically**  17:7
**spell**  17:14 40:13
**speller**  40:16
**spoke**  64:10
**spoken**  45:5 51:12
63:15 64:5,8
**square**  2:10
**stake**  43:11
**standard**  29:7
30:14 31:22 33:10
**standing**  34:15
**stands**  34:8
**start**  5:16 43:5
46:7 51:24 59:6
**started**  29:14
70:20
**state**  1:19 4:10
5:23 19:17 75:4
76:9
**stated**  35:6 60:12
**states**  1:2 3:22
73:5
**step**  35:14 36:2
**stephen**  1:17 4:3
75:19
**stop**  6:23
**stopped**  6:24 7:2

**store**  40:7
**street**  2:5
**strike**  42:9 43:10
51:22 54:13 56:9
56:13,15 59:5
**study**  7:20
**stuff**  61:10
**subject**  78:17
**submitting**  51:20
52:3
**subpoena**  1:17
10:18 13:17 14:8
25:17 28:12 31:11
38:4 56:20 63:8
**subscribed**  75:16
**succasunna**  40:12
**summary**  60:12
**supposedly**  26:2
**sure**  7:2 12:17
14:23 15:13 16:24
19:12 24:15,21
25:6,11,15 28:9
29:21 31:14 32:18
34:2,16 37:9,11
43:4,8 45:3 48:6
48:21,22 55:5
60:18 61:24 63:3
63:4 65:3 70:13
**swear**  4:24
**sworn**  5:4 75:7
**syntactically**  20:6
**system**  19:4 30:17
32:9 52:5,9,9,10
52:18,19,25,25
53:15 58:23
**systems**  7:10

**t**

**tagged**  31:21
33:10 71:13
**take**  3:13 5:17
14:6 15:17 37:6

45:20,24 69:9
**taken**  3:16 75:6
**talk**  37:25
**talking**  15:19 16:5
16:21 70:20
**tcpa**  11:12 12:19
12:21 17:8 20:14
26:25 27:9 29:8
31:16,17,19 32:2
32:17,25 35:4,16
35:25 36:10 44:16
61:9,11,14 62:12
62:20 63:6,23
72:20 73:19
**technology**  65:19
71:11
**ted**  72:5
**teleconference**
3:25
**tell**  5:23 18:11
35:24
**terms**  17:8 19:22
34:7 35:12 44:11
**terrible**  40:15
**test**  20:10
**testified**  5:5 51:15
53:17 54:14 71:2
**testifying**  75:7
**testimony**  57:20
74:5 75:10
**text**  9:6,10 23:5
27:18 32:22 33:19
35:6
**texts**  8:24
**thank**  21:3,5 39:9
72:3,7 73:25 74:2
**thereabouts**  43:7
**thing**  5:19 65:19
**things**  21:23
**think**  13:16 14:7
14:24 29:24 33:7

39:8 46:4 55:12
56:2 57:15 61:6
62:14 66:13,16
68:19 69:3,10
**third**  23:6
**thought**  62:15
**thoughts**  69:18
**three**  69:16
**time**  3:3 8:8 10:9
19:18,19 27:7
28:15 37:14,21
42:22 45:13,17,21
46:15,19,20 47:20
47:22 48:25 50:2
50:3,5 56:20
57:22,22 63:22
64:6,10 67:24
68:6,14 69:20
70:2 72:3 74:8
75:6
**times**  64:5
**title**  6:4
**today**  24:16
**today's**  53:18
56:16 74:5
**told**  26:17 63:18
**top**  11:2 46:23
**touch**  70:16
**traffic**  41:16,18
42:18,19 65:9
**transaction**  12:14
24:3,4,14
**transcribed**  75:9
**transcript**  75:9,11
75:12 78:18,21
**transcription**
77:10
**transferred**  56:23
67:14,20 68:4
**transfers**  52:20

**tree** 65:10
**true** 50:16,19
  75:10 76:10 78:19
  78:22
**try** 16:10 19:9
  31:25 63:20
**trying** 18:17 65:23
**tuesday** 3:4
**turco** 2:13
**turn** 3:9 16:7
  27:13 42:18 46:2
  53:2 58:4 61:2
**two** 42:25 49:23
  49:23 50:20
**typically** 40:8

**u**

**u** 40:16,16
**u.s.** 43:14
**ultimately** 7:11
**um** 5:21
**undersigned** 75:4
**understand** 8:20
  8:25 13:19 15:5
  19:7,12 27:21
  34:12 55:3 57:6
  67:17 71:21
**understanding** 9:2
  9:8 22:5 23:8
  49:21 71:22
**understood** 5:18
**unit** 3:15 74:6
**united** 1:2 3:21
**unitedquotes** 21:2
  26:8 30:24 31:24
  33:4,16 71:3
**unitedquotes.com**
  21:4,11,13 26:4
  31:4 32:3,17
  33:13 34:7,21
  35:24 36:4,7,13
  41:12,14 54:18

55:16 65:12 68:15
**unitedquotes.co...**
  35:25
**unitedquotes.com.**
  20:25 25:23
**unsolicited** 32:22
**upload** 52:22
**ups** 40:7,10
**url** 46:24 61:22
  62:12
**urls** 45:2
**use** 40:8 42:5
**usually** 44:5

**v**

**v** 1:8 17:18,19,20
  76:3 77:3
**vagueness** 35:2
**valid** 20:6 44:19
**validate** 19:24
**validated** 19:20
  20:4
**validity** 8:22
**variety** 7:14
**vehicle** 19:23 58:2
**verbal** 5:20
**verify** 31:19 33:8
**veritext** 4:2,4
  56:19 74:7
**versus** 3:20
**video** 3:12,15
**videographer** 3:2
  4:2,24 37:20
  69:19 74:4
**videotaped** 1:14
**virtual** 1:14
**virtually** 36:20
**visited** 32:11
**visitors** 34:10
**visits** 30:20 31:6

**w**

**wait** 58:15 67:7
**waiting** 34:17
**want** 21:22 27:18
  37:23 66:22,24
  69:12,15,17
**warrant** 73:2
**way** 49:21 62:25
  65:7 70:24 73:3
**wayback** 47:7,9
  47:24 48:7 49:5
  49:20 51:4
**waybackmachin...**
  47:14,17,18 50:14
**web** 17:2 47:14
  48:10 50:25
**website** 10:13,15
  20:15,17 31:21,24
  32:3 33:14,16
  34:20,24 35:5
  36:25 37:4 40:18
  40:21 41:19 44:20
  45:14 47:7,10,20
  47:21,24 48:7,12
  49:6 51:5,8 60:11
  71:3
**websites** 30:22
**weeks** 29:11
**went** 29:11 47:17
  51:4 53:18 54:9
  55:7
**whereof** 75:16
**whispering** 3:6
**williamson** 3:25
**winchester** 2:6
**witness** 2:21 4:25
  5:3 15:22 37:13
  49:8,13,16 74:2
  75:16 77:4
**witnessed** 31:17

**witnesses** 75:6
**wondering** 16:20
**word** 14:12 41:25
**words** 57:5 71:8
**work** 8:2 29:12
**worked** 20:11
  65:14
**working** 7:5 8:5
  45:18 71:19
**works** 49:22 52:19
  52:23 71:17
**worried** 67:25
**write** 22:14 59:8
**written** 59:24 69:4
**wrong** 71:21
**wrote** 52:15

**x**

**x** 1:4,11 75:12

**y**

**yeah** 12:25 15:14
  17:4 27:12 29:24
  31:7,23 34:11
  40:2 45:15,22
  46:6 47:20,25
  50:10,22 52:13
  56:2 58:18,18,18
  58:19 59:2,9 62:4
  63:2,18 64:9,11
  67:4 68:16
**year** 7:3 19:23
**years** 8:7 43:2
**york** 1:19 2:16,23
  2:23 4:4 75:5 76:9