# In the Matter of:

*Joseph Mantha vs*

*Quotewizard.com, LLC*

---

*Justin C. Cohen*

*September 15, 2020*

---

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



Page 3

```
 1                  Volume:  I
 2              Pages:  1 to 139
 3              Exhibits:  1 to 17
 4      UNITED STATES DISTRICT COURT
 5      FOR THE DISTRICT OF MASSACHUSETTS
 6        Civil Action No.:  1:19-CV-12235-LTS
 7   - - - - - - - - - - - - - - - - - x
 8  JOSEPH MANTHA, on behalf of himself
 9  and all others similarly situated,
10              Plaintiffs,
11      v.
12
13  QUOTEWIZARD.COM, LLC,
14              Defendant.
15   - - - - - - - - - - - - - - - - - x
16    VIDEOCONFERENCE DEPOSITION OF JUSTIN C. COHEN
17          Conducted Remotely
18          September 15, 2020
19          10:05 a.m. to 1:48 p.m.
20      NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
21        One Post Office Square, 30th Floor
22          Boston, Massachusetts
23
24      Reporter:  Karen A. Interbartolo, RPR
```

Page 2

```
 1  APPEARANCES:
 2
 3   THE LAW OFFICE OF EDWARD A. BRODERICK
 4     By Edward A. Broderick, Esquire
 5     208 Ridge Street
 6     Winchester, Massachusetts 01890
 7     (781) 721-1354
 8     ted@broderick-law.com
 9     Counsel for the Plaintiffs
10
11   NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
12     By Christine M. Kingston, Esquire
13     One Post Office Square, 30th Floor
14     Boston, Massachusetts 02109
15     (617) 573-4714
16     christine.kingston@nelsonmullins.com
17     Counsel for the Defendant
18
19
20
21
22
23
24
```

Page 4

```
 1              I N D E X
 2  EXAMINATION OF:                    PAGE
 3  JUSTIN C. COHEN
 4
 5    Direct Examination by Ms. Kingston      5
 6
 7
 8
 9          E X H I B I T S
10  No.                    Page
11
12  Exhibit 1   Subpoena for Mr. Cohen      5
13  Exhibit 2   Subpoena for Blueflame      5
14          Web Marketing
15  Exhibit 3   SnappyAutoInsurance.com      5
16          Auto Insurance Form
17  Exhibit 4   SnappyAutoInsurance.com      5
18          Terms of Use
19  Exhibit 5   SnappyAutoInsurance.com      5
20          Privacy Policy
21  Exhibit 6   Subpoena for Mailgun      5
22          Technologies, Inc.
23  Exhibit 7   Subpoena Response from      5
24          Mailgun Technologies, Inc.
```

```
 1          EXHIBITS, Continued.
 2  No.                    Page
 3
 4  Exhibit 8   E-Mail dated 6/10/2020      5
 5  Exhibit 9   Subpoena for GoDaddy.com      5
 6  Exhibit 10  Shopper Info for Shopper      5
 7          ID 21183769
 8  Exhibit 11  Multiple E-Mails dated      5
 9          7/2020
10  Exhibit 12  E-Mail dated 5/8/2020      5
11  Exhibit 13  E-Mail for TCPA Request      5
12  Exhibit 14  Three E-Mails      5
13  Exhibit 15  Subpoena Response for      5
14          Plural Marketing
15  Exhibit 16  Subpoena Response for      5
16          RevPoint
17  Exhibit 17  Multiple E-Mails dated      5
18          9/2/2020
19
20
21
22
23
24
```

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 5

1    P R O C E E D I N G S

2

3    (Exhibit 1 through Exhibit 17

4    pre-marked for identification.)

5

6    MS. KINGSTON:  So, Ted, before we

7    start, just the usual stips?

8    MR. BRODERICK:  Yes.

9    MS. KINGSTON:  Okay.  So, for the

10   record, all objections, besides as to form, are

11   reserved until the time of trial, as well as motions

12   to strike.  The witness will have 30 days to read

13   and sign the transcript.  And I'm going to ask for

14   notarization, so, Ted, unless you object --

15   MR. BRODERICK:  I have no objections.

16

17   JASON COHEN

18

19   having been satisfactorily identified and duly sworn

20   by the notary public, was examined and testified as

21   follows:

22

23   DIRECT EXAMINATION

24   BY MS. KINGSTON:

---

Page 6

1    Q.  All right.  Good morning, Mr. Cohen.  My

2    name is Christine Kingston.  I represent the

3    defendant in this case the QuoteWizard.com, LLC.

4    Good morning.

5    A.  Good morning.

6    Q.  I just have a couple of basic ground rules

7    before we start.  If at any point you don't

8    understand a question that I've asked, just let me

9    know.  I'm happy to rephrase it.

10   A.  Okay.

11   Q.  Otherwise, I'll assume you understood the

12   question.  Okay?

13   A.  Yes.

14   Q.  Please only give oral and audible answers.

15   Do you understand?

16   A.  Okay.

17   Q.  And at any time you need a break, just let

18   me know.  I'm happy to accommodate you.

19   A.  Okay.

20   Q.  And finally, since we are virtual, if at

21   any point you're having an issue with your

22   connection, you can't see me, you can't hear me,

23   just let me know.

24   A.  Okay.

---

Page 7

1    Q.  Can you please state your full name for the

2    record?

3    A.  Justin Cohen.

4    Q.  And do you understand that you're under

5    oath here today?

6    A.  Yes.

7    Q.  And do you understand that that means

8    you're obligated to answer my questions fully and

9    completely?

10   A.  Yes.

11   Q.  And you're obligated to answer them

12   truthfully?

13   A.  Yes.

14   Q.  Are you on any medication today that would

15   affect your ability to testify accurately?

16   A.  No.

17   Q.  Do you have any medical conditions that

18   would affect your ability to testify accurately?

19   A.  No.

20   Q.  Have you ever been deposed before?

21   A.  No.

22   Q.  Did you do anything to prepare for this

23   morning's deposition?

24   A.  I looked over what you sent.  I mean it has

---

Page 8

1    nothing to do with me, but I could just answer your

2    questions.

3    Q.  And when you say it has nothing to do with

4    you, what do you mean?

5    A.  Meaning SnappyAutoInsurance, just all your

6    exhibits and everything, I never owned the site.

7    Never did.  My name was on the site, but -- I'm not

8    sure why.  And as far as Adam Brown goes, I know he

9    sold this site along with his old company

10   Offervision years ago, so I haven't seen the site

11   in, I don't know, at least five years.

12   So something from 2018, your screen

13   captioning has nothing -- I'm not even associated

14   with it.  I don't even think that he is anymore

15   because he sold off the company that owned the site,

16   so -- a long time ago.

17   Q.  And when you mentioned Snappy, you're

18   talking about www.snappyautoinsurance.com, correct?

19   A.  Correct.  The exhibit you sent over,

20   correct.

21   Q.  And you said that you've never owned that

22   website?

23   A.  I have not.  And I seen your privacy.  It

24   says -- It goes to adamb1140@gmail.  My name is not

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 9

1  Adam. I never owned the site. I understand my
2  company was on there. Perhaps we did something with
3  the site years ago and never took it down, but I
4  don't own the site and never have.
5    Q.  When you say own, do you mean paying for
6  the domain name?
7    A.  Yeah, paying for the domain name or
8  building the site. It had nothing to do with me.
9    Q.  So you didn't ever pay for the domain name?
10   A.  No.
11   Q.  And you didn't build the site?
12   A.  No.
13   Q.  Did you ever run it?
14   A.  No.
15   Q.  Did you ever have any involvement in
16  running it?
17   A.  Years ago we tested it. I don't even
18  remember how long ago. So, yes, with Adam, we built
19  a bunch of sites. You know, we had thousands of
20  sites combined, and this site was something we
21  tested. It never worked and took it down. But I
22  believe he might have given it as a package when he
23  sold his old company Offervision to another network,
24  which was prior to these screen shots, from what I

Page 10

1  understand.
2    Q.  So Adam Brown's company was called
3  Offervision?
4    A.  Yes, but he sold that -- I don't remember
5  what year -- a few years ago to another affiliate,
6  another company that's still in business. I don't
7  know. You'd have to ask him that.
8    Q.  And is your understanding when he sold
9  Offervision, he sold the websites that he was
10  operating?
11   A.  Correct.
12   Q.  And that would include Snappy?
13   A.  I believe so. I mean you'd have to ask
14  him, but I'm pretty sure that was one of them. The
15  site's not even up anymore.
16   Q.  What site's not up anymore?
17   A.  As far as I know, SnappyAutoInsurance, at
18  least the last time I looked when you guys first
19  reached out to me.
20   Q.  Do you know when it was last operational?
21   A.  I have no clue. I haven't done anything
22  with the site in years.
23   Q.  When is the last time that you had
24  involvement in the site?

Page 11

1    A.  Since we just tested it and it never went
2  anywhere. I don't recall the exact, but I would say
3  around 2015.
4    Q.  What do you mean by tested it?
5    A.  As far as like putting offers on it and
6  just work with -- I work closely with Adam on
7  certain things, so I'm just seeing if it would work,
8  like selling the lease to auto insurance companies
9  or whatever was on it at the time. It was just a
10  failed project, so it never went anywhere.
11   Q.  And why do you describe it as a failed
12  project?
13   A.  It wasn't making money.
14   Q.  Is it fair to say that you were running it
15  with Adam Brown?
16   A.  No.
17   Q.  So it was just Adam Brown running the
18  website with some of your help?
19   A.  I helped create the site. We have many
20  auto insurance sites. As far as this site goes, I
21  don't recall it. As far as running it, we have
22  probably 50 different auto insurance sites. This is
23  one that just never took off. I worked closely with
24  Adam. I did not create anything, but we talked hand

Page 12

1  in hand and tried to collaborate on projects all the
2  time. This is a project that just never went
3  anywhere.
4    Q.  And I think you said that it wasn't making
5  money, right?
6    A.  Yes.
7    Q.  So how long were you guys running it that
8  you determined that it just wasn't making money?
9    A.  I mean we usually give it at least a few
10  months. It's been so long. I don't know the exact
11  time.
12   Q.  Okay. In terms of preparing for today's
13  deposition, you looked over what I sent you; is that
14  correct?
15   A.  Me?
16   Q.  Yes.
17   A.  Yes. I have it open on my screen now, yes.
18   Q.  Did you look at anything else?
19   A.  Just what you sent.
20   Q.  You didn't review any other documents?
21   A.  I mean when I originally -- I mean a long
22  time ago I reviewed documents, whatever you guys
23  sent to me like via signature or something that was
24  delivered to my house, but -- I look at this stuff,

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 13

1 honestly, but I just don't have -- I really don't
2 have any answers for you, so I just browsed over it.
3 I don't know anything about the site further than
4 what I said.
5    **Q. So, to your knowledge, before today's**
6 **deposition, you've only looked at documents that**
7 **were sent from my office; is that correct?**
8    A. I believe. Whatever lawyer's sending them.
9 Honestly, I don't look at who's sending them. You
10 know, I just read it. And when I see
11 SnappyAutoInsurance, I browse over it and I -- I
12 don't have an answer for you, so I don't know what
13 to tell you.
14    **Q. Did you speak with anyone in preparing for**
15 **today's deposition?**
16    A. No. I did not need to.
17    **Q. You didn't speak with Adam Brown?**
18    A. I spoke with him about the site before,
19 yes, but not today.
20    **Q. When is the last time you spoke with him**
21 **about the website?**
22    A. Probably when I booked this depo. So
23 whatever date that was. I talk to Adam daily. We
24 do other stuff together, but it's just not -- I

---

Page 14

1 asked him about this and I said, "I'm going to
2 schedule a deposition," and probably the last time I
3 saw --
4    We don't really talk about the site because
5 he doesn't know anything further. He said he
6 believed he probably had sold it off when he sold
7 his own company, so I guess when you speak to him,
8 he'll know more than me about that. I was not
9 involved in that sale.
10    **Q. So that conversation would have been a**
11 **couple of weeks ago?**
12    A. Yes.
13    **Q. Okay. And did he give you any idea about**
14 **the last time that he accessed the website?**
15    A. No. He said he was going to look. He said
16 he doesn't even remember either. So he said he
17 hasn't looked. His last thing was, I think the site
18 might have been sold off when he sold his company.
19 That's the last we spoke about it.
20    **Q. And I know you said you think that was a**
21 **couple of years ago that he sold to Offervision?**
22    A. Yeah. He'll know the exact date. I don't
23 know.
24    **Q. In terms of estimating, do you think it was**

---

Page 15

1 in the last three years?
2    A. Longer.
3    **Q. So the last five years?**
4    A. Yes. I know there's like an article about
5 it that he said he had to look up through just the
6 other company announcing the acquisition, so he's
7 got to --
8    **Q. And have you had any other conversations**
9 **with Adam Brown about SnappyAutoInsurance.com?**
10    A. Just what I told you. No, that's it.
11    **Q. So just that conversation a couple of weeks**
12 **ago?**
13    A. Yes.
14    **Q. No other prior conversations with Adam**
15 **Brown?**
16    A. Maybe when he first started getting e-mails
17 from you guys just saying what is this about and we
18 didn't own the site, but that's really it.
19 Basically what I'm telling you is we don't remember
20 even the last time the site was used or when we went
21 to it it was even up anymore, so --
22    **Q. And when was that that you visited and you**
23 **didn't see it was up?**
24    A. When you guys first started contacting us,

---

Page 16

1 so whenever that was.
2    **Q. Do you remember the last time that you went**
3 **to the website and it was operational?**
4    A. No. Probably 2015.
5    **Q. Did you access the site in 2019?**
6    A. I tried to go to it when you guys sent
7 me -- Oh, no. That was 2020. So, no.
8    **Q. You didn't log on or otherwise access the**
9 **website in 2019?**
10    A. Unless you guys sent me something then.
11 Whatever -- I tried to look as soon as you guys sent
12 me something, so whatever date that was.
13    **Q. Do you have any knowledge of who currently**
14 **owns the website?**
15    A. I do not.
16    **Q. Did you ask Mr. Brown if he knew?**
17    A. No. I was just more concerned if we did
18 anything or had anything on the site. And we don't
19 recall or haven't used the site in years, and he
20 confirmed that with me as well.
21    **Q. Is there any way for you to verify when you**
22 **last used the site?**
23    A. I have no record of the site anymore, no.
24 If we have sites that don't work out or that we

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 17

1  don't use anymore, we just delete it or just move
2  on. We don't -- especially if it's something that I
3  don't even own.
4       On my sites that I personally own, if it
5  doesn't work out, I usually leave it up or I just do
6  whatever with it. I don't know how whoever -- I see
7  it here Adam owned it last. So I'm not sure how he
8  stores his files, but I don't have anything related
9  to the site.
10     Q.  So you spoke with Adam Brown a couple of
11  times before this deposition. Did you speak with
12  anyone else about it?
13     A.  Just counsel, just showing them. And
14  that's really it.
15     Q.  Okay. So you have an attorney?
16     A.  Multiple attorneys that we work with, but,
17  you know, I showed them what was going on.
18     Q.  And what are your attorneys' names?
19     A.  I mean I'd rather that the -- Dana
20  Josephson, but then I have a few other attorneys,
21  but -- I basically use them for advice, just, you
22  know -- I didn't have to put a retainer on this.
23  They said it was unnecessary.
24     Q.  Do you know someone named George Rios?

Page 18

1  A.  No clue.
2  Q.  You never heard that name?
3  A.  No.
4  Q.  Have you ever heard of a company called
5  Plural Marketing?
6  A.  Never. Never worked with them.
7  Q.  Have you ever heard of them?
8  A.  No, I never even heard of them.
9  Q.  Have you heard of someone named Dario
10  Osmancevic?
11  A.  No.
12  Q.  What about Michael Berger?
13  A.  No.
14  Q.  Have you heard of a company called Fenix
15  Media, F-E-N-I-X?
16  A.  I've heard of Blue Phoenix but not Fenix.
17  Q.  Did you discuss this case with plaintiff
18  Joe Mantha's attorneys?
19  A.  No. I don't even know who that is besides
20  in the stuff you sent me.
21  Q.  So you've had a few e-mails with both my
22  office and with plaintiffs' attorneys, right?
23  A.  Sorry. What did you say?
24  Q.  You've had some e-mail exchanges with both

Page 19

1  my office and with plaintiffs' attorneys, right?
2  A.  Correct. Whoever sent me stuff.
3  Q.  Have you ever had any phone calls with
4  plaintiffs' counsel?
5  A.  No. Not that I know of, at least. I mean
6  I've had one or two phone calls during this whole
7  thing, but I don't even know who I spoke with, which
8  side, whoever called me.
9  Q.  So you remember it was attorneys?
10  A.  Yeah. I think from Massachusetts the phone
11  number was, so whoever's office was there.
12  Q.  And do you remember the substance of those
13  calls?
14  A.  Just at the beginning just asking me
15  the same stuff you're asking me about now, but I
16  don't -- That's it.
17  Q.  And do you recall what you spoke about?
18  A.  I think they were asking me about the site
19  SnappyAutoInsurance, my involvement or whatever it
20  may be. I don't remember.
21  Q.  And do you recall what you said?
22  A.  Probably the same thing I'm saying now,
23  that I don't know or I'd have to look into it
24  because, at that time, I said I probably have to

Page 20

1  look into it because I didn't even know what was
2  going on, but that's really it.
3  Q.  Have you ever provided any documents to any
4  lawyers in this case?
5  A.  No. Just -- My wife works at a law firm,
6  and we -- I've just asked for advice but nothing --
7  it's not needed -- not necessary.
8  Q.  So part of the subpoena included document
9  requests; are you aware of that?
10  A.  I am. I just have nothing to give you.
11  Hold on one second.
12      (Pause.)
13  A.  Yeah, I mean whatever -- I saw lots of
14  documents. I don't have anything to give you. I
15  don't know anything about this site.
16  Q.  So we'll go over those later, but you're
17  aware there were document requests in the subpoena,
18  correct?
19  A.  Yes.
20  Q.  And you have not compiled or prepared any
21  documents in response?
22  A.  I don't have anything to prepare. I don't
23  have anything about the site.
24  Q.  Are you currently employed?

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 21

1    A.  Yes.
2    Q.  And who's your employer?
3    A.  A few.  I have -- You know, I have my own
4  company.
5    Q.  What's your company called?
6    A.  Blueflame Web Marketing.
7    Q.  Any other companies that you have?
8    A.  No.  I do consulting.  I do consulting for
9  companies but not that I own.
10    Q.  And you're an officer of Blueflame Web
11  Marketing, LLC, correct?
12    A.  Yes.
13    Q.  Are you the sole officer?
14    A.  Yes.
15    Q.  Does Blueflame have any employees?
16    A.  Not right now.
17    Q.  And what does Blueflame Web Marketing do?
18    A.  Consulting and, you know, we do on-line
19  marketing, provide leads for clients.
20    Q.  So fair to say lead generation?
21    A.  Yeah, lead generation and just overall
22  consulting on how to lower costs per lead for
23  companies.
24    Q.  Does Blueflame currently own or operate any

Page 22

1  websites?
2    A.  I mean, yeah, we have a -- Nothing -- Yeah.
3  I mean we have a bunch of websites that we own and
4  operate but nothing related to this site though.
5    Q.  Do you know how many websites?
6    A.  Maybe 10 or 20.  They're all active, but
7  it's just what we have, you know, that we use.
8    Q.  How many right now?
9    A.  Active, probably like eight sites that
10  are -- we're running right now.
11    Q.  Do you know the names of the eight active
12  websites?
13    A.  I'd have to look.  I don't know.  I mean
14  they're not related to this.
15    Q.  Do you recall any of the names off the top
16  of your head?
17    A.  Yeah, but they're not related to any of
18  this.
19    Q.  I understand, you know, they're not related
20  to Snappy, but I'm just asking you if you recall the
21  names of the websites.
22    A.  I have my Blueflame Web Marketing which is
23  my main site.  And then it just really depends on
24  what kind of consulting or business we have.  If

Page 23

1  someone needs leads for plumbing, we make a site for
2  the plumber and direct leads for them.  It just
3  depends.  It's other companies.  There are window
4  tint shops.  They're different type of businesses
5  that we build sites for general leads based on the
6  client's needs and the area.
7    Q.  What about auto insurance; do you have any
8  active websites for that?
9    A.  No, not for any insurance.
10    Q.  You're not doing any auto insurance?
11    A.  Well, it would help -- I'd have to look
12  through my portfolio, but I don't think we have -- I
13  mean we might have auto insurance, but it sounds
14  like we're not running any right now.
15    Q.  When you say run the website, what do you
16  mean by that?
17    A.  When we have a client who wants leads, then
18  we can generate leads based on what they need, what
19  state they're in, and what they're doing.  You know,
20  sometimes we build a site custom for them.  So, like
21  I said, if we have a plumber, we'll build them a
22  site or a locksmith and we'll build them a site and
23  generate leads for them, you know, local or
24  nationally depending on what they need.

Page 24

1    Q.  So these are websites for business
2  specifically, not a website where a consumer could
3  sign up for a quote, for example?
4    A.  Yeah.  It depends.  I mean sometimes if we
5  have a client who wants health insurance and they
6  want X amount of leads, their health insurance agent
7  or company will generate leads for them and we'll
8  sell it to the highest bidder.  It depends -- It
9  really depends what we do.  We've been doing this
10  since 2008.  A lot of stuff changes.
11    Q.  Have you ever used a lead Nomics?
12    A.  What did you say, a lead what?  Sorry.
13    Q.  Nomics, N-O-M-I-C-S.
14    A.  I've heard of them.  I don't know if
15  they're still around.  I might have worked with them
16  in the past years ago.
17    Q.  Do you know what they do?
18    A.  I think they're like EDU or something.
19    Q.  EDU, what's that?
20    A.  Education leads.  I don't remember.  I've
21  heard the name, but I don't know if they're still
22  around.
23    Q.  What service do they provide relative to
24  lead generation?

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 25

1    A. They would just buy leads.
2    Q. They buy leads?
3    A. Mm-hmm.
4    Q. Do they buy and sell leads that have
5 already been generated?
6    A. I believe so. I'm not -- I don't know
7 their model exactly, but I think they -- From what I
8 recall, I think they're -- they have a form and they
9 buy leads. Like we can promote leads -- promote
10 their ads, and they buy leads.
11    Q. What about All Web Leads; have you heard
12 about them?
13    A. All Web Leads, yes. I think they do like
14 auto insurance, like paperclip stuff, I think.
15    Q. What do you mean by that?
16    A. They just have pages of all auto insurance
17 like offers that you can choose from, I believe. I
18 don't even know if they're still around either. I
19 haven't heard that name in a while.
20    Q. Have you ever worked with All Web Leads?
21    A. Years ago. Not in the past few years. I
22 don't even know like if they're still in business.
23    Q. Do you know if All Web Leads was ever
24 connected to SnappyAuto?

---

Page 26

1    A. I have no clue. It's possible. They were
2 very big in the space. They were on every site.
3    Q. Okay. I guess I'm a little confused about
4 All Web Leads. So you said they provide auto
5 insurance offers?
6    A. I think so. From what I remember, if I'm
7 thinking of the right company, yeah. And I think
8 they have just like their own platform where they
9 just display companies looking for auto insurance.
10 I think they work directly with like a GEICO or
11 State Farm, and they promote -- they have their ads
12 on the site, from what I recall. I think that's All
13 Web Leads. I'm not sure how their platform looks.
14    Q. So you said you think you've worked with
15 them in the past?
16    A. Yeah.
17    Q. And what service would they have provided
18 to you?
19    A. Same thing. Probably buying leads. Like
20 if we generated an insurance lead, they would
21 probably just buy the leads from us.
22    Q. When you sell leads, do you have contracts
23 with the people or companies you're selling leads
24 to?

---

Page 27

1    A. Yes. Or they provide a contract.
2    Q. Would you ever sell a lead where there
3 wasn't a contract in place?
4    A. No, because everything is -- There's an IO
5 signed for everything. Usually the company provides
6 one and usually they'll want their name on the site,
7 et cetera, you know, do they need to be on the
8 privacy policy, do they need to be on the opt-in so
9 they know, you know, for instance, if they're going
10 to be getting a phone call. It should say that you
11 might be receiving a call from X. I don't know the
12 term. Usually they have legal write a letter. But
13 their site usually writes it up what needs to be
14 placed on the site.
15    Q. So I think you're talking about where
16 you're running a website specifically for a company,
17 right?
18    A. Yeah. Even on our own site, they say you
19 need to have in the terms of use or you need to have
20 in the privacy policy or the opt-in certain
21 language, and they provide the language that you're
22 going to be receiving a call from XYZ Company and by
23 submitting this lead you agree to, you know --
24 basically just an opt-in so they're agreeing to the

---

Page 28

1 terms of the site and who might be calling them just
2 for legal purposes.
3    Q. Have you ever run a website where the leads
4 were sold to multiple companies?
5    A. No. I mean as far as after we sell it to a
6 company, what they do with it we can't control, but
7 we don't sell it, no. Most companies only want to
8 buy one lead.
9    Q. I think my question was a little confusing.
10 I don't mean selling one lead to multiple companies.
11 I mean that a website might generate many leads, and
12 those leads are sold to various companies.
13    A. Yeah. A lot of sites do that.
14    Q. Have you ever run a website like that?
15    A. Sure. I've run a ton of websites like
16 that, I mean for other people, for myself. I don't
17 know if I've been -- that's been -- doing that since
18 2005, you know, since I started in this industry for
19 companies I've worked for. That's how everyone does
20 it.
21    Q. And that's how Snappy worked, right?
22    A. I would assume so. I mean most lead
23 aggregator sites sell it to the highest bidder.
24    Q. And you used the term "lead aggregator."

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 29

1 Can you just kind of give me a kind of definition of
2 that?
3    A.  Basically multiple companies are looking
4 for the same auto insurance form or whatever the
5 vertical is.  And after it's filled out, in real
6 time, whoever bids the highest price for that lead
7 buys the lead.  So if it sells for $5, $10, $50.  It
8 depends.  Whoever outbids.  They just bid on it and
9 buy it.  Same way a car dealer would get a lead, you
10 know, real time leads.
11    Q.  And for lead aggregator websites, were
12 there contracts with the highest bidders?
13    A.  Contracts with everyone.
14    Q.  So how does that work?  Is this -- I mean
15 in order to bid, does a company need to have a
16 contract?
17    A.  Well, anyone working with a company, you'd
18 sign a contract first because you'd want to get paid
19 and you'd want to make sure that they're abiding and
20 they're in your terms of service or whatever they
21 need to be in for the site.
22    Q.  So, for example, just for SnappyAuto, if
23 there was a lead generated from that website, anyone
24 who was going to bid would have to have a contract

---

Page 30

1 in place; is that accurate?
2       MR. BRODERICK:  Objection.
3    A.  I don't know.  It's not my site.  I can't
4 answer for that.
5    Q.  Speaking just more generally for lead
6 aggregator websites, is that accurate to say?
7    A.  Most likely, unless you work with a company
8 like All Web Leads like you mentioned or one of
9 those who have -- these companies that say you just
10 sign one contract with them and then they're sending
11 it to 50 different people, but you can't control
12 that.  That's how it happens.  A big company like
13 that will buy it and they'll send it out to multiple
14 people.
15    Q.  So, in that scenario, All Web Leads would
16 be kind of an intermediary between the website and
17 bidders?
18    A.  Yeah.  I'm just using them as an example,
19 but that's usually how it works.  That's why these
20 companies will just be the in-between.  They'll buy
21 for $10 and then they'll go and sell to the highest
22 bidder.  You don't deal with that part.
23    Q.  So All Web Leads would actually --
24    A.  I'm just saying like that's usually how it

---

Page 31

1 works.  One company -- Unless you're the main
2 company, a lot of people are just basically middle
3 men and help who have the skills to be able to get
4 to the website shown and generate leads, and then
5 from there the lead aggregators do what they need to
6 do.
7    Q.  So, in that scenario, would there be a
8 contract in place between the lead aggregator
9 website and All Web Leads?
10       MR. BRODERICK:  Objection.
11    A.  I don't know.  I mean I assume so.
12    Q.  Well, have you ever run a website where you
13 worked with All Web Leads in that manner?
14    A.  I don't even -- I'd have to go to their
15 website.  I think they're just like a paper hook
16 platform.  I'm just using them as an example.  I
17 just deal with the driving traffic to the site.
18 That's what I do.  I don't know what much -- what
19 goes on after that.
20    Q.  Was that your role relative to
21 SnappyAuto.com?
22       MR. BRODERICK:  Objection.
23    A.  Probably.  That's my role with everything.
24 I just drive traffic to websites.  I'm good at paid

---

Page 32

1 search and SEO and I get traffic to sites.  That's
2 mainly what I do, consulting.
3    Q.  Can you break that down for me a little
4 bit?  You said paid search?
5    A.  You know, like advertising, Google,
6 Facebook, et cetera.
7    Q.  So making sure that the website is kind of
8 prominently featured?
9    A.  Yes.
10    Q.  And I think you mentioned SSO?
11    A.  What's that?
12    Q.  I thought you mentioned either SEO or SSO.
13    A.  Oh, SEO, yes.  Search engine optimization.
14 I don't think Snappy ever ran like paid search.  It
15 would have been in a Google account or something.
16 I've never seen it.  I don't think it's relative to
17 this.
18    Q.  You don't think Snappy ran a paid search?
19    A.  No.  It might have done some -- got traffic
20 somewhere else, but I don't -- I never ran this in
21 Google, so --
22    Q.  And how do you know that you didn't?
23    A.  Just looking through these active Google ad
24 accounts, I don't see the site anywhere as a pause

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 33

1   site or deleted site when I look.
2       Q.   So if you had done paid searches for
3   Snappy, you would see that in your Google search
4   account?
5       A.   That I would see, yeah, because it would be
6   deleted or just paused, but it doesn't even exist in
7   there.
8       Q.   What about SEO services; is there a way
9   to -- for you to find out if you did that for
10  Snappy?
11      A.   No.  These type of sites, they don't do SEO
12  on these kind of sites.  If you have like a window
13  tint shop and you wanted to get presence in the
14  local area of the shop, if someone looks out their
15  window tint, we do like that type of SEO for local
16  businesses, not lead generation sites.  Too
17  competitive.  People dump millions of dollars into
18  that.  We can't do that.  Like the Quote Wizard.
19      Q.   What does a site like Snappy do to drive
20  traffic to the website?
21      A.   Probably e-mail marketing, if I had to
22  guess.
23          MR. BRODERICK:  Objection.
24      Q.   E-mail marketing?

Page 34

1       A.   Yeah.
2       Q.   And what would that entail?
3          MR. BRODERICK:  Objection.
4       A.   More affiliate traffic.  Most likely it was
5   either an e-mail or an affiliate site.  Where other
6   people promote traffic to it, you just have to abide
7   by the site terms and conditions.  A lot of sites
8   I've done with Adam in the past, affiliate traffic,
9   we pay affiliates to drive the traffic for the site.
10  For this site, I'm not sure.
11      Q.   With affiliate traffic, is that typically a
12  website also working in the same context --
13      A.   It's not a website.  It would just be
14  people who work as affiliates to promote Snappy,
15  yes.  They could be selling traffic directly to it.
16  They could just have a banner on their site saying,
17  you know, SnappyAuto and they click on the banner.
18  It could come from multiple ways.  Like I said, I
19  don't know with this site.
20      Q.   And you mentioned e-mail marketing too,
21  correct?
22          MR. BRODERICK:  Objection.
23      A.   That's something that people do, yes, but I
24  don't know, once again, what this site does or did.

Page 35

1       Q.   Can you give me an idea of what that
2   entails?
3       A.   People send out e-mails to people who opted
4   into a list that wanted to receive information
5   about, in this example, auto insurance, but, like I
6   said, I don't know what this site did.
7       Q.   I just want to make sure I'm understanding
8   you correctly.  So e-mail marketing is where
9   someone's -- a consumer has already opted in to
10  receive information?
11          MR. BRODERICK:  Objection.
12      A.   Correct.
13      Q.   And so that the e-mail would say, okay, if
14  you want information, you can go to use -- you're
15  just using Snappy, go to SnappyAuto.com?
16          MR. BRODERICK:  Objection.
17      A.   I don't -- It's e-mail marketing.  It's
18  basically someone's e-mailing an ad, and that's --
19  Whatever -- If it was Snappy, they would e-mail it
20  to a SnappyAutoInsurance affiliate.  I don't know.
21  This site, I have no clue what went on with it.
22      Q.   I'm just trying to understand more
23  generally, but if someone is receiving that e-mail,
24  are you saying that they've already signed up to

Page 36

1   receive information at that point?
2          MR. BRODERICK:  Objection.
3       A.   That's how e-mail marketing works, I mean,
4   but --
5       Q.   At some point, you're going to have to kind
6   of educate us a little bit because this isn't what
7   we do.  So we're kind of relying on you to --
8       A.   If you go on Macys.com and submit to
9   receive their e-mails or their partners' e-mails,
10  then you're going to start receiving e-mails from
11  Macy's and their affiliated partners.  If you go on
12  a certain website and you agree to receive e-mails
13  from them and they're affiliated partners, one of
14  our websites or any website is an affiliated
15  partner, then they have permission to e-mail about
16  insurance or whatever it may be.  That's basically
17  what e-mail marketing is.
18      Q.   Do you know if Snappy had any affiliated
19  partners or websites?
20      A.   I know nothing about Snappy besides that
21  was a project years ago.  You can ask me all day
22  long about these questions.  I don't have an answer.
23      Q.   So you said that typically what you do is
24  drive traffic to a website, correct?

Page 37

1    A. Correct.
2    **Q. Is that the service you would have provided**
3    **for Snappy?**
4    A. No.
5         MR. BRODERICK: Objection.
6    **Q. I'm sorry. I didn't hear your answer.**
7    A. No. That's my main thing is what I do, but
8    I also try to build websites and we do other stuff.
9    This was just a project we were trying to push to
10   affiliates or something and it just didn't work.
11   **Q. So what exactly --**
12   A. Affiliate sites I don't do SEO for. This
13   is just more a lead generated site, is what this
14   looks like. I don't know how it was used or what
15   it's used for.
16   **Q. So what did you provide for Snappy?**
17   A. We probably provided advice on how to build
18   a site and what we should do to promote it and
19   probably try to promote it in some way or form and
20   it just never worked out or there was not enough
21   fires on the back end so it was just a failed
22   project.
23        Basically we just built the site, tried to
24   get the partners like on the back end of the site,

Page 38

1    and I don't think it really was profitable or we
2    weren't able to get enough people and just gave up
3    on the project, is what I'm guessing. I don't know.
4    It's years ago.
5    **Q. But you have a pretty clear memory that, in**
6    **your words, this site, I think you said, failed?**
7    A. I don't have a clear memory of it, but I
8    have -- I mean if my name is on the site and I don't
9    recall it, I'm sure it was probably a failed
10   project. And Adam doesn't recall it. Obviously if
11   it was a site making money and doing well, it would
12   still be around. The site's not even in my name, so
13   I don't have record of anything.
14   **Q. I'm just trying to understand your**
15   **testimony. So you don't remember --**
16   A. All I'm saying is the site name sounds
17   familiar, but we have other sites named Snappy or
18   there's millions of other sites named Snappy
19   something, but I don't recall the site. It was
20   never registered to me in my register and I don't
21   have anything on my servers or data or anything for
22   that site. I don't have -- There's nothing I can
23   really provide.
24        I guess my name is somehow in a privacy

Page 39

1    policy or wherever you guys found it, but you know
2    what, it's the same way with Quote Wizard or anyone
3    else. People who put companies' names on there
4    because they're affiliated with them doesn't mean
5    they're involved in the site. Or maybe at some
6    point maybe they were involved in the site but they
7    never deleted it. I can't control what's on a site
8    especially when I don't own it.
9    **Q. For the purposes of the court reporter,**
10   **it's just important that you let me finish my**
11   **question and I'll do my best to let you finish your**
12   **answer so we're not talking over each other. Okay?**
13        **So what I understand from your testimony is**
14   **you don't have any memories of this website**
15   **specifically; is that accurate?**
16   A. Yes.
17   **Q. And when you say that you think it failed,**
18   **you're saying that because you no longer use it and**
19   **that's your assumption; is that accurate?**
20   A. Yes. Or have any record of the site or
21   ownership of the site.
22   **Q. All right. If leads were ever sold from**
23   **SnappyAuto, who would have those records?**
24   A. Probably whoever they sold them to. I

Page 40

1    don't know. I don't know how they ran their back
2    end of the site. I don't have access to it or --
3    This is something from years ago. I don't know.
4    **Q. And I think you mentioned that you've built**
5    **a couple of lead aggregation sites?**
6    A. I mean I've built many through the past 12
7    or 14 years. You know, some of them are probably
8    still up that I don't even remember. Some of them
9    are down. I don't -- Yes, of course, but I don't --
10   Since I've -- I think the first one I built was in
11   2005. I've been building them. Some of them just
12   expire, some go down, some are successful, some of
13   them aren't. Nature of the game.
14   **Q. I'm speaking generally here. Can you give**
15   **me an idea when you build a site what happens on**
16   **what you refer to as the back end?**
17   A. Yeah. Usually if we have clients, like,
18   for example, a locksmith that we have two or three
19   locksmiths who want leads, we'll build a website
20   about locksmiths and either we'll generate leads for
21   them, or if the locksmiths are paying anywhere from
22   $12 to $15 a lead, we'll go out there and look for
23   affiliates and say, we'll give you $9 a lead. We'll
24   make a few dollars on the back end and let someone

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 41

1 else generate it for us. I mean that's kind of how
2 the model works.
3    Q.  And, speaking generally, what happens on
4 the back end when a lead is sold?
5    A.  In this case, a locksmith would get the
6 lead and we have nothing to do with it anymore.
7 They own it. They just bought it for whatever the
8 price, $10 or whatever we agreed upon, and we pass
9 it along.
10    Q.  And would you have electronic records of
11 the lead being sold?
12    A.  For a certain amount of time. It depends
13 what system we were using at the time. A while
14 back, we used to use affiliate platforms like -- I
15 forget what they -- I'd have to think of the name
16 but where they trap all that stuff. Now we use
17 Google Cloud for stuff now. We've switched
18 throughout the years many times. So maybe on a new
19 site possibly, but old sites, no. After years,
20 especially if it's not being used, there's no more
21 record of it unless there needs to be.
22    Q.  When did you start using Google Cloud?
23    A.  Google Cloud, we transitioned it would be
24 like in December, I believe.

Page 42

1    Q.  December of 2019?
2    A.  Yes.
3    Q.  You mentioned affiliate platforms. Is that
4 actually the name of it or you're talking about a
5 couple of --
6    A.  I'm speaking generally. There's lots of
7 companies out there who provide a service like we
8 used to use. Like you can pay monthly anywhere from
9 $500 to $1,000 where they do all the reporting and
10 send the leads to the buyers, et cetera. Once you
11 cancel, you lose all that data.
12    Q.  Do you recall the ones that you've used?
13    A.  I don't know. Adam would know better. I
14 forget. I don't deal with that stuff much. I know
15 about it, but it's not my specialty.
16    Q.  Can you recall any of the names of the ones
17 you used?
18    A.  HitPath. I'm just looking it up. That's
19 one.
20    Q.  HitPath?
21    A.  Yeah.
22    Q.  Do you recall any others?
23    A.  No.
24    Q.  That would require a monthly fee to

Page 43

1 maintain?
2    A.  Correct.
3    Q.  And so that that platform would kind of
4 store and maintain the records; is that accurate?
5    A.  I don't know how exactly it works. I know
6 it does all the -- As far as aggregating, like
7 sending it to people buying the leads, et cetera, I
8 don't know how -- I had a programmer, you know, an
9 engineer we usually paid to do all the back end
10 work, and then Adam knows more about that side. I
11 do the search, but usually we just hire someone to
12 integrate the APIs. I don't know how that works.
13    Q.  Did you work with a particular engineer or
14 were there multiple?
15    A.  Whoever we could find at the time who would
16 give us a decent price.
17    Q.  Do you know who you were working with in
18 2013?
19    A.  No. That was a long time ago.
20    Q.  And you mentioned APIs. Can you give me an
21 idea of what that is?
22    A.  It's basically documents on how to set up
23 posting instructions. The client usually provides
24 that.

Page 44

1    Q.  And by posting, do you mean after a lead is
2 generated?
3    A.  You send in the lead, exactly.
4    Q.  Have you worked with particular types of
5 APIs or are there multiple?
6    A.  Every company just sends over what they
7 need, and then we just farm it out to someone who
8 knows what they're doing to set it up. I don't know
9 how to do that or read it. It's kind of more for an
10 engineer. It's code.
11    Q.  When you say every company, do you mean the
12 website's clients?
13    A.  Yeah. Who you're working with, they always
14 provide some type of API or something to send it to
15 them.
16    Q.  And for lead aggregation websites, just
17 speaking generally, would you build that if you
18 didn't have a client already in place?
19    A.  Possibly. We've done that just to see if
20 we could get clients, but usually clients are in
21 place. But sometimes we'll build sites just to see
22 if we could find a market for it just before a trade
23 show or something to show it off and see if we can
24 get people to go out in the back end. There's

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 45

1 always a way.
2 **Q.  And do you recall if SnappyAuto had any**
3 **clients in place at the time it was built?**
4    A.  I don't know anything.
5 **Q.  Would Adam Brown know that?**
6    A.  I don't know.  You'd have to ask him.
7 **Q.  Who else besides Adam Brown had involvement**
8 **in SnappyAuto.com?**
9    A.  Based on what you said, I don't know.  The
10 only thing I see is his name in the stuff you're
11 sending, so I have no clue.  You'd have to ask him.
12 **Q.  Getting back to Blueflame Web Marketing,**
13 **when did you form Blueflame?**
14    A.  I think in 2008.
15 **Q.  Do you own any other companies?**
16    A.  Not that are active, I don't think, no.
17 **Q.  What about inactive?**
18    A.  There might be some inactive ones that I've
19 created throughout the years, but Blueflame is my
20 main company.
21 **Q.  Do you know the names of the companies you**
22 **formed?**
23    A.  No, because they're not even -- I mean they
24 never really brought any revenue in, so they're not

---

Page 46

1 really relevant.  The only one that matters is
2 Blueflame.
3 **Q.  Do you know if you registered the other**
4 **companies?**
5    A.  I mean you can look on my name and see
6 what's out there, but I don't remember.  This is the
7 only active one that I know of.
8 **Q.  Besides Blueflame, are you affiliated with**
9 **any other companies?**
10    A.  No.
11 **Q.  Have you heard of Blueflame Elite?**
12    A.  Blueflame Elite?  I was an affiliate and I
13 worked -- That was using one of those services years
14 ago, but I think that was -- that was part of
15 something that was sold off.  Adam would know more
16 about it, but, yeah, it was a spinoff.
17 **Q.  So Blueflame only was a spinoff of**
18 **Blueflame Web Marketing?**
19    A.  No.  It was like a similar name, but it was
20 more of an affiliate -- it was an affiliate network.
21 But another company started that.  Adam would know
22 more about it.  It had the Blueflame name, but it
23 wasn't my company.
24 **Q.  Is it Adam Brown's company?**

---

Page 47

1    A.  No.  It was someone else.
2 **Q.  Was Adam Brown associated with it?**
3    A.  You'd have to ask him.  I know he is more
4 on the affiliate side, so he would know.  I believe
5 he was.
6 **Q.  When you say more on the affiliate side,**
7 **what do you mean?**
8    A.  Like dealing with the companies like that.
9 Like he -- I believe there was a company that did a
10 spinoff on the site, but they're no longer in
11 business.
12 **Q.  You said a spinoff of a site?**
13    A.  Like an affiliate member, but I just think
14 the company who built Blueflame Elite is no longer
15 in business.
16 **Q.  Did Blueflame Elite have anything to do**
17 **with SnappyAutoInsurance?**
18    A.  Not that I know of.  That was a long time.
19 **Q.  I'm sorry?**
20    A.  I haven't heard that name in years, so I
21 don't know.
22 **Q.  Can you give me a better sense of what**
23 **Blueflame Elite did?  I know you said it was an**
24 **affiliate network, but what does that mean?**

---

Page 48

1    A.  Basically just shows, you know, all these
2 other companies that show offers that are paying
3 $10, $12 a lead, if I put the leads in there at $9 a
4 lead and just try to find people to promote that and
5 just make a couple of dollars off of it and send it
6 to the people who are buying it for $10 or $11,
7 basically a middle man affiliate network.
8 **Q.  So not a lead generator but kind of the**
9 **next step in the chain; is that accurate?**
10    A.  Correct, yes.  They kind of just added a
11 few dollars to the cost of the lead and sold it to
12 their clients.  So they technically can do anything
13 besides just transfer a lead.
14 **Q.  All right.  And do affiliates -- I think**
15 **you said this before, but affiliates typically have**
16 **contracts with a lead generator?**
17    A.  I would assume so.  We try to get a
18 contract.
19 **Q.  Besides Blueflame, have you been affiliated**
20 **with any companies prior?**
21    A.  Do I own them?
22 **Q.  Let's start there.  Have you owned any**
23 **other companies?**
24    A.  Like I said, a few that they're probably

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 49

1 not -- Nothing significant. Affiliates, I've worked
2 for a bunch of companies throughout my years.
3    **Q. What about lead generation websites?**
4    A. Yeah. I've worked for companies that all
5 they do is lead generation. Not my own company.
6    **Q. And you did that in your role as a**
7 **consultant?**
8    A. Or as an employee throughout the years
9 before I started my own stuff.
10    **Q. When is the last time you worked for**
11 **another company?**
12    A. Probably like March or April.
13    **Q. Of this year?**
14    A. Yeah. I was doing stuff in health
15 insurance for a year or so, generating leads, but
16 not for my company. I was getting paid to do it for
17 someone else.
18    **Q. And what company --**
19    A. As an employee, not a -- Infinite Media.
20    **Q. And how long had you worked for them?**
21    A. I worked with them for about a year.
22    **Q. Before that, had you worked for any other**
23 **company like that?**
24    A. Yeah. I mean -- Well, I worked for Advance

---

Page 50

1 America, but that's more of a -- they have 500
2 locations, so that's a little bit different. But,
3 yeah, I was running leads for them, but that was
4 back probably in 2014, '15.
5    **Q. And what do you mean by running leads?**
6    A. I just ran a lot of traffic for their --
7 for their affiliate folks.
8    **Q. And besides those two companies, any**
9 **others?**
10    A. LeadFlash. That's where I started off.
11    **Q. When was that?**
12    A. 2005, 2008 probably.
13    **Q. And was that similar that you were running**
14 **leads, in your words?**
15    A. Yeah, lead generation.
16    **Q. So lead generation, that's different from**
17 **generating traffic; is that accurate?**
18    A. Traffic basically. We'd pay for ads on
19 Google, generate a payday loan lead, and we'd sell
20 it to one of 30 buyers in the back end.
21    **Q. But I understand from your testimony you're**
22 **more involved in the generating traffic side of**
23 **things, correct?**
24    A. I generate traffic for them as far as who

---

Page 51

1 they sold the leads to, how many people they sold it
2 to, what person they sold it to. That's a whole
3 other department. I just get the traffic through
4 the website. I don't deal with the back end stuff.
5 I have an idea of how it works from being in the
6 industry for a while, but I don't know the
7 specifics. But that's not my -- I haven't done --
8 That's not my specialty.
9    **Q. You mentioned that you think you might have**
10 **owned other companies but you don't recall the**
11 **names; is that accurate?**
12    A. I think like Search Sense Consulting was
13 one of them. There might be one more, but it's
14 stuff that I just built and then I just decided to
15 stick with Blueflame. Like I was just trying to
16 make the consulting a different company. I don't
17 know. It was a very long time ago, but they're not
18 even active, so I don't think it's relevant.
19    **Q. Besides those two, have you ever been an**
20 **officer of any other company?**
21    A. Not that -- No, I don't think so.
22    **Q. Has Blueflame ever had any employees?**
23    A. Throughout the years, I believe maybe one.
24 Like we've had people help out, yeah, on 1099. Not

---

Page 52

1 like physical like W-2 employees. Just 1099. Like
2 more like consultants I brought on to help with
3 stuff.
4    **Q. How many would you estimate since 2008?**
5    A. Like two.
6    **Q. What are their names?**
7    A. I'd have to look back. I mean it's been
8 probably five, six, seven years since I've had
9 someone, so --
10    **Q. You don't recall their names?**
11    A. Not off -- Honestly, no. I've done so many
12 things since then. I'd have to look. It was just
13 more people helping out.
14    **Q. Do you recall what they helped with?**
15    A. Just whatever I needed at the time. I'd
16 have to look back.
17    **Q. But can you give me a sense of what that**
18 **would be generally?**
19    A. Just help with paid search or e-mail
20 marketing or just whatever I was doing at the time,
21 just -- or sales it could have been. Probably
22 sales, if I had to guess. That's usually what I
23 needed most at the beginning is someone to get me
24 more clients, like go find another locksmith or

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 53

1  plumber or companies for me to generate traffic for.
2      **Q.  And can you just give me a brief idea of**
3  **how that works, how you find clients like that?**
4      A.  Well, I mean, 90 percent of our clients are
5  all from referral, just word of mouth, but at the
6  time starting out, just basically going into
7  businesses and explaining how we could help them out
8  and getting people to sign up just on a monthly
9  retainer and generate traffic for them.
10      **Q.  And at any time since Blueflame was formed,**
11  **has it had any additional officers besides you?**
12      A.  My ex-wife at one point.  I think my
13  ex-wife might have been on there at the beginning.
14      **Q.  And what's her name?**
15      A.  Ann.
16      **Q.  What's her last name?**
17      A.  Cohen.  But she's not -- I mean she never
18  really did anything.  She was just on the company.
19      **Q.  Has Adam Brown ever worked for Blueflame?**
20      A.  Probably as a consultant at some point.  I
21  mean we paid him before for projects, but, like I
22  said, that was probably years ago, you know, before
23  he started his own companies.
24      **Q.  When did he start his own companies?**

Page 54

1      A.  You'd have to ask him that.  I'd say at
2  least five to eight years ago.
3      **Q.  And what did you pay Adam Brown to do as a**
4  **consultant?**
5      A.  Help with sales, I believe, at the time
6  or -- Yeah, trying to help find affiliates to drive
7  traffic to any sites that I owned at the time.
8      **Q.  And so at some point he decided to split**
9  **off on his own?**
10      A.  Yeah, exactly.
11      **Q.  And you think that was somewhere between**
12  **2012 and 2015?**
13      A.  Probably before that even.  Probably around
14  that.  Maybe '12, somewhere around -- Honestly, he
15  would know.  I don't keep track.
16      **Q.  How long have you known him?**
17      A.  I've known him since like 2001 or 2000.
18      **Q.  Is it through the lead generation business**
19  **or otherwise?**
20      A.  No.  I know him from New York.  We both
21  grew up there.
22      **Q.  Is it fair to say that you work in the lead**
23  **generation business?**
24      A.  Sure.  I mean, yeah.  That's part of the

Page 55

1  business.
2      **Q.  And how long have you been doing that**
3  **approximately?**
4      A.  Since 2005.
5      **Q.  And who were you working with then?**
6      A.  I was working for LeadFlash.
7      **Q.  And did you leave LeadFlash to form**
8  **Blueflame?**
9      A.  Correct.
10      **Q.  Have you ever worked with Seal Dog Media,**
11  **LLC?**
12      A.  Yeah.
13      **Q.  And that's Adam Brown's company, correct?**
14      A.  Correct.
15      **Q.  What does that company do?**
16      A.  Affiliate.  And I think they did a lot of
17  data management.
18      **Q.  Can you give me a better idea what that**
19  **means?**
20      A.  They have websites too and they provide
21  traffic or we -- they give data from some of their
22  sites to other partners.  We'll give them data.
23  Sometimes they'll buy data.  It depends.  I mean
24  there's lots of companies like that.

Page 56

1      **Q.  Do they run the lead aggregation websites?**
2      A.  I don't know how they get their traffic.  I
3  don't think he does it through search.  I don't know
4  how he gets them.  You'd have to ask him.
5      **Q.  And when have you worked with Seal Dog?**
6      A.  I work with them all the time.
7      **Q.  So you work with them currently?**
8      A.  Yeah.
9      **Q.  What's the first -- What do you do for them**
10  **or with them?**
11      A.  We basically just -- Sometimes I'll buy
12  data from them or I'll sell them data from some of
13  our partners.
14      **Q.  Does Seal Dog run any websites?**
15      A.  I don't know if they run them direct or if
16  they're like -- they're the -- I guess they speak
17  for the website.  I can't think of the word I'm
18  trying to use.  Usually they are assigned to a site.
19  I don't know.  You'd have to ask Adam.
20      **Q.  Are you aware of any websites they're**
21  **affiliated with one way or another?**
22      A.  I mean they have a lot of websites they're
23  affiliated with.  You'd have to ask him.
24      **Q.  Have you heard of a website called**

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 57

1  SnappySurveys.net?
2      A.  Sounds familiar.
3      Q.  Do you know anything about that website?
4      A.  I'll look at it now.  Yeah, I've heard of
5  the site.
6      Q.  Do you know who runs it?
7      A.  It looks like it says contacts at
8  Offervision which was Adam's old company, so it
9  could be one of the sites he sold off.
10     Q.  So Offervision, is that one word or two?
11     A.  I believe it's one word.
12     Q.  And was Adam the sole owner of that?
13     A.  I don't know.  I think so.  I'm not sure.
14     Q.  Did you ever work with or for Offervision?
15     A.  I worked with them as a partner but not for
16  them.  I mean I didn't have any ownership in it, so
17  I don't know.  He sold that company on his own,
18  so --
19     Q.  Do you remember any specific work that you
20  did with them as a partner?
21     A.  Affiliate really.  Same stuff.  Data
22  management, I'm sure.
23     Q.  But I think you also mentioned that
24  Offervision ran some lead aggregation websites; is

---

Page 58

1  that right?
2      A.  I think so back in the day.
3      Q.  And you think Snappy was one of those
4  websites?
5      A.  Oh, I don't know.  I don't know.
6  SnappySurveys, yeah, I think so because it just says
7  one thing about us.  It says Offervision, so I don't
8  know.  The auto one, I don't know.
9      Q.  Do you know who formed Offervision?
10     A.  No clue.
11     Q.  Would he have been running a website that
12  wasn't owned by Offervision?
13     A.  That's him.
14     Q.  I think you testified earlier that you
15  believe Snappy was sold when Offervision was sold;
16  is that an accurate description of your testimony?
17     A.  Yeah, I believe so, because the other
18  Snappys like that one are Offervision sites, so I'm
19  assuming that's what was sold off.  Last time I
20  talked to Adam, he said he thinks it was sold off
21  and he was going to look.  I don't know.  You'd have
22  to ask him.
23     Q.  Do you know anything else about the sale of
24  Offervision?

---

Page 59

1      A.  No.  It wasn't my sale.
2      Q.  So you didn't make any money from that?
3      A.  No.  I would have liked to, but I didn't.
4      Q.  Where do you currently reside?
5      A.  Boca Raton, Florida.
6      Q.  And what's your address?
7      A.  19748 Dinner Key Drive.
8      Q.  Do you own that?
9      A.  Yes.
10     Q.  And who lives with you currently?
11     A.  My wife, my kids.
12     Q.  And what's your wife's name?
13     A.  Dana.
14     Q.  Same last name?
15     A.  No.  De la Madrid.
16     Q.  How long have you lived there?
17     A.  Four years.
18     Q.  2016?
19     A.  Yeah, somewhere around there.
20     Q.  Where did you live prior to that?
21     A.  In Boca also.  I forget the address.  I was
22  renting after I sold my last house for like a year.
23     Q.  And what's the last house that you owned
24  prior to your current one?

---

Page 60

1      A.  21766 Little Bear Court, Boca 33428.
2      Q.  And did you live there when you owned it?
3      A.  Partly, yeah.  I rented it out for a while
4  also.
5      Q.  When did you buy that house?
6      A.  I don't know.  2007 maybe.  I don't
7  remember.  Or maybe 2006.  I don't know.
8      Q.  Were you the sole owner?
9      A.  Me and my ex-wife.
10     Q.  That would have been Ann Cohen?
11     A.  Yes.
12     Q.  And when did you sell it?
13     A.  2015 or '16.
14     Q.  And which of the years were you living
15  there?
16     A.  I lived there like two years, I guess,
17  prior to selling it, so --
18     Q.  Approximately 2014 to 2016 you were living
19  at the address?
20     A.  Yeah.  Maybe a little longer.  Like maybe I
21  lived there a year or two before that.  I'd have to
22  look.  I lived there, and then I moved to South
23  Carolina for a little bit, and then I moved back.
24     Q.  When you were living there, did anyone else

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 61

1  live with you?

2      A.  Yeah, just my wife and kids, my ex-wife.

3      Q.  And before you were living there, you said

4  you rented it?

5      A.  I rented it, yeah.

6      Q.  And who did you rent it to?

7      A.  I had -- Well, Adam and his wife were

8  renting there a little bit before they bought a

9  house, and then I just had another just random

10  tenant that I found.

11      Q.  Do you know the years that Adam was living

12  there?

13      A.  I have no clue.  You'd have to ask him.

14      Q.  But safe to say it was after you purchased

15  and before the time that you moved in to live there;

16  is that accurate?

17      A.  When I first bought the house in 2006 or

18  '5, whatever it was, I lived there for a while and

19  then moved out of state for a little bit, rented it

20  out to someone else, and then Adam rented it.  And

21  then I moved back in to fix it up and sell it and I

22  ended up staying there for a little while.

23      Q.  How long did he live there?

24      A.  Probably like a year.  Not too long because

---

Page 62

1  I wanted to move back in.

2      Q.  Do you know if he was running any

3  businesses when he lived there?

4      A.  I don't know.  You'd have to ask him.  I

5  think he was working for a company at the time, so

6  I'm not sure.

7      Q.  When did you first start working with Adam

8  Brown?

9      A.  We've been friends, like I said, since

10  2000, so we always just tried to think of ideas

11  together, but on and off for -- since I've known him

12  trying to always do something.

13      Q.  So in addition to a friend, I mean is it

14  fair to describe him as a business partner?

15      A.  No.  I'd say he's a friend, slash, like I

16  guess we just try to be successful so we bounce

17  ideas off of each other, but we run separate

18  businesses.  Try not to mix friends and business too

19  much.

20      Q.  Has he ever run or been affiliated with a

21  business in connection with which you were paid?

22      A.  We run --

23      Q.  Let me rephrase that.  Has Adam Brown or

24  any of his companies ever paid you for professional

---

Page 63

1  services?

2      A.  I mean he's paid me for like if I sell him

3  data or something, not for service.  But, yeah, I

4  mean I guess.  We buy stuff off of each other that

5  we need.

6      Q.  I think you mentioned you were also a

7  consultant at one point for I think you said

8  Offervision, is that correct, or it might have been

9  Seal Dog?

10      A.  Not a consultant for either one of them.  I

11  said we do business with both of those.

12      Q.  And when you say do business, what do you

13  mean?

14      A.  Like the same way all these other -- If he

15  needs some type of data, I can find it for him.  Or

16  if I need it, I'll buy it from him, et cetera, if he

17  has a client that has something I'm looking for and

18  vice versa.

19      Q.  Do you recall if you made any money off of

20  SnappyAutoInsurance.com?

21      A.  No, I don't think so.  It was a failed

22  site.

23      Q.  When you say -- I just want to make sure

24  I'm understanding your testimony.  When you say that

---

Page 64

1  it was a failed site, again, you're speaking from

2  memory; is that correct?

3      A.  Yeah, just from memory.  I'm just guessing,

4  because if it made money, I'd remember it.

5      Q.  Do you know if Adam Brown ever made money

6  off of it?

7      A.  I don't know.  You'd have to ask him.

8      Q.  What about Blueflame?

9          MR. BRODERICK:  Objection.

10      Q.  What about Blueflame?

11      Q.  Did Blueflame ever make money off of

12  SnappyAutoInsurance.com?

13          MR. BRODERICK:  Objection.

14      A.  No.

15      Q.  Have you ever heard of the address 9691

16  Arbor Oaks, Unit 302, Boca Raton?

17      A.  I don't know.  It's not my address.  I

18  don't know.

19      Q.  Have you heard of it?

20      A.  I mean Arbor Oaks sounds familiar.  I think

21  it's a neighborhood around here, but I've never

22  lived there.

23      Q.  Do you know anyone who lived there?

24      A.  I don't know.

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 65

1    Q.   You don't know -- What do you mean by you
2 don't know?
3    A.   Is it a house or is it an apartment?  I
4 don't know.
5    Q.   I'm just asking you if you know anyone
6 who's lived there.
7    A.   It sounds familiar, but I don't know.  I
8 mean is it something recent or -- I don't know how
9 it's associated.  I'm trying to think.  It sounds
10 like a familiar neighborhood.  I just don't know who
11 would live there.  I've lived here since 2000 or
12 2001.  I used to live with Adam in college in an
13 apartment, so I don't know.  Is it one of our old
14 apartment addresses?  I don't know how old that is.
15    Q.   I want to talk about
16 SnappyAutoInsurance.com for a few minutes.  I think
17 your testimony is that you don't have a specific
18 memory of being involved with this website; is that
19 accurate?
20    A.   Correct.
21    Q.   Does the website kind of ring a bell to
22 you?
23    A.   Like I said, the Snappy name does, but
24 there's a lot of sites.  Like there's SnappySurvey.

---

Page 66

1 There's a million different Snappy versions out
2 there.  So it rings a bell as far as the name
3 Snappy, but that site particularly, no, I don't
4 recall running it or being -- you know, making money
5 off of that site.  I've never seen anything come in
6 from SnappyAutoInsurance nor have I seen that site
7 in years or nor is it in any of my systems.
8    Q.   I think you mentioned your Google search
9 account.  What other systems do you have that you'd
10 be able to see?
11    A.   Cloud Servers just has all our data that we
12 transfer.  And, besides that, that's really --
13 everything is just kept in the Cloud.
14    Q.   You mentioned "we."  Who are you referring
15 to?
16    A.   Well, I said me.  I'm used to saying we
17 when I talk about Blueflame, but --
18    Q.   That term "Snappy," was that Adam Brown's
19 creation?
20    A.   Probably.  It wasn't mine.
21    Q.   Are you aware of anyone else involved?
22    A.   No.
23    Q.   And we talked about SnappySurveys.net; do
24 you recall that?

---

Page 67

1    A.   Yes.  It sounds like a familiar site.
2    Q.   Do you remember any other Snappy websites?
3    A.   Not offhand, but I know there's a few.
4    Q.   And, to your knowledge, those would have
5 been owned by Offervision?
6    A.   Correct.  Well, at least that one I see was
7 because it shows up when you contact us.
8    Q.   Do you know where Adam ran Offervision out
9 of?
10    A.   No.  You'd have to ask him.  I believe he
11 had an office.
12    Q.   Did he run that by himself?
13    A.   You'd have to ask him.
14    Q.   To your knowledge --
15    A.   We've shared offices before in the past.
16 We kind of just shared space so we could be out of
17 our houses, but, you know, we run separate
18 companies.  I don't really ask him about that stuff.
19    Q.   When did you share office space?
20    A.   Probably 2015 maybe.
21    Q.   What was the address?
22    A.   It was just a shared -- Something on State
23 Road.  One of those spaces you could just share
24 office space.

---

Page 68

1    Q.   This is within Boca Raton?
2    A.   Yeah.
3    Q.   And I think you said State Road?
4    A.   Yeah.  I don't -- Now it's called like
5 Nexus.  I don't know what it used to be called.
6 It's changed owners a few times since then.  I see
7 it when I drive by it's called Nexus now.  I don't
8 know what it was called before.
9    Q.   Do you know a street address?
10    A.   It's just a shared, you know, office
11 building like where you could just rent space
12 monthly.  It wasn't like an actual office.
13    Q.   Do you know the street?
14    A.   It's off State Road 7.  That's all I know.
15    Q.   At any point, did you ever have access to
16 SnappyAutoInsurance.com?
17    A.   No.
18    Q.   Do you know who did have access?
19    A.   No.
20    Q.   Do you know who owned the website?
21    A.   No.  Just based off what you sent me.
22    Q.   Do you know who paid for it?
23    A.   No clue.
24    Q.   Do you know who operated that?

---

Page 69

1    A.  Nope.
2    Q.  Is webmaster a term that's used for lead
3  aggregation websites?  Have you ever heard that
4  term?
5    A.  I think it's used for registers when you
6  buy a domain name.
7    Q.  What do you mean?
8    A.  When you -- Like when you register a domain
9  name, I think it's like -- it says webmaster or
10  whatever on there.  I don't know.  It shows it under
11  a private -- If you look up the loans that -- I
12  don't know.  I think it's just through the register,
13  wherever you register the domain from.  Most people
14  do it private.
15    Q.  So have you heard that term being used in
16  this context?
17    A.  Webmaster, yeah, if I'm looking up on the
18  website.  Most of the time they're private, so you
19  couldn't tell who owns it.
20    Q.  And typically you have to pay extra to have
21  that information private; is that correct?
22    A.  A lot of services give it free now, but you
23  used to.  Most of the companies I used to register
24  domains, they came free, just part of the service.

Page 70

1    Q.  What are the websites you've used to create
2  domains?
3    A.  Namecheap, GoDaddy, just whatever is the
4  cheapest at the time.
5    Q.  And when you do that, do you use your
6  personal name or do you use Blueflame's?
7    A.  I don't know what's in there.  It's auto
8  fields.  Probably Blueflame.
9    Q.  Do you know when SnappyAutoInsurance.com
10  was registered, the domain name?
11    A.  I mean per your exhibit, it looks like
12  2013.  I don't know.
13    Q.  Do you have any personal knowledge?
14    A.  No.  Just only from what you sent me.
15    Q.  And you know it's a domain name, correct?
16    A.  Correct.
17    Q.  And do you know that from what I sent you
18  or do you have a memory or personal knowledge of
19  that?
20    A.  No.  From what you sent me, I see that it
21  shows it was 2017.
22    Q.  Well, I'm just talking about the fact that
23  it's a domain name.
24    A.  Oh, yeah, obviously.  I know that.

Page 71

1    Q.  So is it fair to say all lead aggregation
2  websites are domain names?
3    A.  Yes, I would say so.  I'd say the majority.
4  I don't know how everyone -- If I knew how everyone
5  generated leads, I'd be very rich.
6    Q.  And so I think you testified that you're
7  not sure who runs SnappyAutoInsurance.com; is that
8  correct?
9    A.  Yup.
10    Q.  What about at any point from 2013 to
11  present?
12    A.  Have no clue.
13    Q.  Do you have any knowledge or memory about
14  how leads were generated or sold from that website?
15    A.  No.
16    Q.  And does that include from 2013 to present?
17    A.  Correct.
18    Q.  Do you know when the website was last used?
19    A.  I don't know.
20    Q.  Would it surprise you if I told you that it
21  was used as recently as of July of this year?
22      MR. BRODERICK:  Objection.
23    A.  Nothing would surprise me.  It's not my
24  site, so I don't know.

Page 72

1    Q.  Have you ever seen any documents associated
2  with that website?
3    A.  Just from what you guys sent me.
4    Q.  Other than what I sent you, have you seen
5  any other documents?
6      MR. BRODERICK:  Objection.
7    A.  Well, I mean other than what, I guess,
8  anyone involved in this case sent me.  I don't know
9  who sent me what.  I just looked at it, but -- I
10  don't look at the names.  That's it.
11    Q.  Are you aware of whether the website was
12  taken down?
13    A.  I don't know.  It's not my website.
14    Q.  Notwithstanding that, you're saying it's
15  not your website, do you have any knowledge about
16  the website being taken down?
17    A.  I don't know.  I don't have a way to take
18  it down.  I don't have control of that site, so --
19    Q.  I'm asking kind of a simpler question which
20  is, notwithstanding whether you had any involvement
21  in it, are you aware or do you have any knowledge of
22  the website being taken down?
23    A.  No.
24    Q.  Have you tried to visit the website?

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 73

1    A.  Yes, when I was sent all this information
2  from you guys.
3    **Q.  Prior to that time, when is the last time**
4  **you visited the website?**
5    A.  Couldn't even tell you.  Probably when -- I
6  don't even know.  I don't even know if I ever did.
7  Maybe at the beginning when it was first created,
8  but I don't know.  No time in the recent few years
9  besides checking once you guys reached out, and the
10  site's not even up.
11    **Q.  When you say the site's not up, you're**
12  **talking about when you visited it recently; is**
13  **that --**
14    A.  Yes, that domain, at least for me.
15    **Q.  What approximate date did you last visit**
16  **it?**
17    A.  Probably whenever one of your mailings
18  were -- I don't know.  I haven't visited in the past
19  month or so.  I don't know when it was -- the chain
20  started.
21    **Q.  And in reviewing the documents that we sent**
22  **over, did you become aware that either you or**
23  **Blueflame had some involvement in this website?**
24    A.  No.  I just saw my name on the site, but

Page 74

1  that's common.  I've seen my name on sites I don't
2  even know.  Some people take a site that does good
3  overseas, clone it, and take all the information and
4  run a site.  It happens all the time.  I'm not
5  saying that's what happened here.
6    Yeah, I see my name on it, but I don't see
7  anything bad.  I'm just in a privacy policy, so
8  it's -- I could have -- It could have been pulled
9  off another site that I was involved with and they
10  took a privacy policy or I could have done something
11  with this site and it just never worked, but I don't
12  have any record of this site.
13    **Q.  And do you have any memory of this site at**
14  **all?**
15    A.  No.  Like I said, maybe I remember trying
16  to collab. with Adam at the beginning and it just
17  didn't work out, but I don't know anything besides
18  that.
19    **Q.  Did Adam Brown talk to you about taking the**
20  **website down?**
21    A.  No.
22    **Q.  Okay.  I'm going to screen share a couple**
23  **of exhibits.  Are you doing okay or do you want a**
24  **quick break?**

Page 75

1    A.  I'm fine.  I'm trying to respond.  One
2  second.
3    MS. KINGSTON:  Actually, this is a
4  good time.  Let's just take a five-minute break.
5    (Recess taken.)
6    **Q.  Let's get back on the record.  So I'm going**
7  **to mark what's been pre-marked as Exhibits 1 through**
8  **16.  I'm going to mark all 16 exhibits at this time.**
9  **And I'm going to show you, Mr. Cohen, what's been**
10  **marked as Exhibit 3 which I sent you a copy of, but**
11  **I'm going to screen share.  Do you see that on your**
12  **screen?**
13    A.  Yes.
14    **Q.  This is Exhibit 3.  This is a screen shot**
15  **that was taken from the WaybackMachine.com from --**
16  **for SnappyAutoInsurance.com as of September 6, 2019.**
17  **Do you recognize this page?**
18    A.  No.
19    **Q.  Did you build this website?**
20    A.  No.
21    **Q.  Do you have any knowledge of who built the**
22  **website?**
23    A.  No.
24    **Q.  Do you see this telephone number towards**

Page 76

1  **the end of the page?**
2    A.  It's too small.
3    **Q.  Can you see it better now?**
4    A.  No.
5    **Q.  Is that better?**
6    A.  There's just thumbnails, but, either way, I
7  don't know the phone number.
8    MS. KINGSTON:  Ted, is that coming out
9  clearly for you?
10    MR. BRODERICK:  You don't have it
11  open.  It's just the thumbnails of all the exhibits.
12    **Q.  So you can't see this page?**
13    MR. BRODERICK:  Double click that.
14    **Q.  I did.  Let me try again.  What about now?**
15    MR. BRODERICK:  There you go.
16    **Q.  Let's start over.  So, Mr. Cohen, do you**
17  **recognize this page, this screen shot?**
18    A.  No.  It just looks like a regular auto
19  insurance form.
20    **Q.  Okay.**
21    A.  It looks like it's an iframe of someone
22  else's site.
23    **Q.  What do you mean by iframe?**
24    A.  Like it's just someone else's lead form in

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 77

1 the middle there of different companies.

2 **Q. So we're looking at the lead form of the**
3 **web page?**

4 A. Correct.

5 **Q. And your testimony is that you did not**
6 **build this website?**

7 A. No.

8 **Q. Did you have any involvement in building**
9 **the website?**

10 A. No. I mean not that I know of. I
11 shouldn't say no, but not that I remember.

12 **Q. Is this in the same form that you would**
13 **build websites?**

14 A. It's pretty basic, so I don't know. It
15 doesn't really show much.

16 **Q. Do you have any knowledge of who built this**
17 **website?**

18 A. It looks like it's -- No. No, I don't.

19 **Q. Do you see this number towards the end of**
20 **the page?**

21 A. No clue. It's probably someone buying
22 leads, if I had to guess. I don't know what
23 happens, what you call it.

24 **Q. So you don't recognize that number?**

---

Page 78

1 A. No. I don't have any 888 numbers. I'm
2 going to guess it's probably someone buying leads,
3 though.

4 **Q. I'm going to show you what's been marked as**
5 **Exhibit 4. Do you see that?**

6 A. Yes.

7 **Q. So Exhibit 4 is a screen shot from Wayback**
8 **Machine for SnappyAutoInsurance from -- this one's**
9 **from August 16, 2018, and we're looking at the terms**
10 **of use. Have you ever seen this before?**

11 MR. BRODERICK: Objection.

12 A. Not terms of use. I mean I've seen terms
13 of use on a million sites.

14 **Q. The specific terms of use for**
15 **SnappyAutoInsurance.com.**

16 A. No. I don't know. I didn't put it there.

17 **Q. So you didn't create this?**

18 A. No.

19 **Q. Do you know who did?**

20 A. I've never a clue.

21 **Q. Your testimony is you have no knowledge who**
22 **created this terms of use?**

23 A. No.

24 **Q. I'm going to show you what's been marked as**

---

Page 79

1 Exhibit 5. Can you see that?

2 A. Yup.

3 **Q. Exhibit 5 is a screen shot from Wayback**
4 **Machine for SnappyAutoInsurance.com from August 16,**
5 **2018. And this is the privacy policy. Have you**
6 **ever seen this before?**

7 A. Nope.

8 **Q. Did you create this?**

9 A. No.

10 **Q. I'm scrolling down to the portion that**
11 **says, "Use of information." Do you see that?**

12 A. Yes. I see Blueflame there, but I don't
13 know. I didn't create this.

14 **Q. So there's quite a few references to**
15 **Blueflame here, correct?**

16 A. Yeah. It looks like it. Maybe if you find
17 some old site of mine, probably just copied and
18 pasted off of it and they forgot to change the name.

19 **Q. So you think some other company or person**
20 **copied a website --**

21 A. Probably used the privacy policy on a
22 related site and just forgot to do find and replace.
23 It probably should have said old
24 SnappyAutoInsurance. Most sites don't say the

---

Page 80

1 company name on them because they would just go
2 directly to the company.

3 **Q. So you have no knowledge of how Blueflame's**
4 **name ended up on the privacy policy for**
5 **SnappyAutoInsurance.com; is that your testimony?**

6 A. Yes.

7 **Q. Do you know if Adam Brown put it there?**

8 A. I have no clue. It seems like it was a
9 mistake.

10 **Q. Why do you say that?**

11 A. Because most companies would put the name
12 of the website, not a company name, because then if
13 you're running a lead aggregation site or an
14 affiliate site, if they see where it's coming from,
15 then they would just go direct to them and cut out
16 the middle man, so it wouldn't be a smart move.

17 **Q. Going down to access to information, it**
18 **references an address 9691 Arbor Oaks, Unit 302,**
19 **Boca Raton, Florida. Do you see that?**

20 A. Yes. I've never lived there.

21 **Q. Do you know anyone who has lived there?**

22 A. No, not that I know of.

23 **Q. Do you know if Adam Brown's ever lived**
24 **there?**

---

Page 81

1    A.  He might have.  I don't know.  I don't
2  recall the address.  The neighborhood sounds
3  familiar, like I said, but I don't know all of his
4  addresses, especially way back then.  I don't keep
5  track of where he lives.
6    Q.  I'm asking more generally, not about
7  SnappyAutoInsurance.  When you've built sites in the
8  past, have you created the privacy policies?
9    A.  Or they're provided or I take them -- like
10  I said, I'll take them from one of my other sites
11  that deal with the same partners and find and
12  replace the name.  That's why I'm saying something
13  like this could have been done wrong or I don't know
14  how they do it.  It's not my site.
15    Q.  Does this look like the same form that you
16  use?
17    A.  I don't know.  I had a lawyer years ago and
18  I don't read through it.  Only when someone needs me
19  to change something.  I couldn't even tell you.
20    Q.  Does this style look familiar to you?
21    A.  It looks like a standard privacy policy
22  that most sites use, yes.
23    Q.  Do you know if you've ever used this form
24  for another website?

Page 82

1    A.  I have no clue.  I literally haven't read
2  through a full privacy policy in years.  I pay
3  people to do that.
4    Q.  I'm going to show you what's been marked as
5  Exhibit 6.  This is a subpoena that was issued from
6  the plaintiffs' attorney to a company called Mailgun
7  Technologies, Inc.
8    A.  I don't know who that is.
9    Q.  You've never heard of a company called
10  Mailgun Technologies?
11    A.  Mailgun Technologies, no.
12    Q.  So looking at the subpoena, it's requesting
13  documents relating to the owner of the website
14  SnappyAutoInsurance.com.  This includes but is not
15  limited to the name and contact information for the
16  registrant as well as billing and invoice
17  information.  Do you see that?
18    A.  Yes.
19    Q.  So now I'm going to show you what's been
20  marked as Exhibit 7.  And this is the subpoena
21  response from Mailgun Technologies.  Can you see
22  that now?  Is there an Excel spreadsheet showing for
23  you?
24    A.  No.  It just shows the district court.

Page 83

1    Q.  What about now?
2    A.  Yes.
3    Q.  So, like I said, this is Exhibit 7.  This
4  is the subpoena response from Mailgun Technologies,
5  Inc. in response to a request for information about
6  the owner of SnappyAutoInsurance.com.  Do you see
7  that your name is listed here?
8    A.  I do, and my address and my credit card,
9  but I don't know -- but what's Mailgun?
10    Q.  So you have never heard of the company
11  Mailgun Technologies, Inc.?
12    A.  Obviously I bought something for a very
13  little amount, $10, so I don't even know what it
14  could be.  But are they -- And how is this related
15  to that site?  What did I buy or what is this -- I
16  guess what does Mailgun even do?  I've never heard
17  of them.  Maybe they're under a different name,
18  that's their company name and -- Do they operate
19  under a different name?
20    Q.  I'm just going to ask you the questions.
21  If you can try to focus on the questions that I'm
22  asking.  They listed an American Express ending in
23  1003.  Do you see that?
24    A.  Yes.

Page 84

1    Q.  Is that your credit card?
2    A.  I don't know.  I mean I have a ton of
3  different American Express cards, so I don't know.
4    Q.  So you're not sure if that's your card?
5    A.  I don't know.  I mean I don't know -- The
6  numbers, I'm sure, have changed since then, but --
7    Q.  What about that e-mail,
8  BlueflameWeb@gmail.com; is that your e-mail address?
9    A.  Yes, that's my e-mail address.
10    Q.  What about the phone number?
11    A.  Where does it have a phone number?
12    Q.  So in line four, column B, 561-573-9083; is
13  that your phone number?
14    A.  Yes.
15    Q.  Is that your cell phone?
16    A.  Yes.
17    Q.  Do you see the address listed?
18    A.  That's my address.
19    Q.  Do you recall paying for service through
20  Mailgun Technologies, Inc.?
21    A.  I'm looking right now.  You have a new
22  invoice, zero dollars, zero dollars, including
23  messages.  I don't know.  It doesn't say -- When I
24  type Mailgun and that e-mail address, there's a ton

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 85

1  of stuff coming up.  I don't know what the hell they
2  are.
3      Q.  And you're talking about
4  BlueflameLab@gmail.com?
5      A.  Yes.  I see it for 2017, 2018.  It says my
6  card expired and they stopped billing me, but I
7  don't even know what the hell it is.
8      Q.  Does it mention --
9      A.  Amount paid, $5 in 2017.  I don't even know
10  what -- I'd have to look up Mailgun.  I don't even
11  know what the hell it is.
12      Q.  Can you provide us copies of those e-mails?
13      A.  Yeah.  It looks like an e-mail service.  I
14  don't know.  But, yeah.
15      Q.  Do you know if it references a website that
16  it's in connection with?
17      A.  No, it doesn't -- I'm looking at all the
18  invoices.  It just says -- I think it's just a
19  platform where you can put hundreds of websites on
20  there if you want.  That's what it looks like.  I
21  could have had it on multiple sites, but now there's
22  not a -- it doesn't mention websites on any of them.
23      Q.  Does that refresh your memory that you've
24  used the service before?

Page 86

1      A.  I still don't even know what the service
2  is.  I'm now trying to figure it out, because
3  they're charging me randomly like $5 a month, so I
4  don't know what -- It's not a lot of money, but I'm
5  wondering what I'm paying for.  But, no, it does not
6  mention any websites in either of the e-mails.
7      Q.  So I would ask for copies of those e-mails
8  that you have from Mailgun.
9      A.  Okay.
10      Q.  So you don't recall using this service for
11  SnappyAutoInsurance?
12      A.  No.  It doesn't even tell me what sites are
13  on here.  It just shows an invoice and a bill.
14      Q.  But we do have a subpoena response from
15  Mailgun Technologies that indicates that you used
16  the service for SnappyAutoInsurance.com.  Do you
17  have any reason to disagree that that happened?
18      A.  I mean if they're saying I did, then I
19  don't know.  I mean maybe -- I have so many sites.
20  I don't know.
21      Q.  And this would have been in 2017 according
22  to Mailgun's records, correct?
23      A.  Correct, but I don't know -- According to
24  their e-mails, I see some stuff from '17.  It just

Page 87

1  shows the same bills you're showing me, and then it
2  shows me my credit card expired in 2018 and nothing
3  else.  So I don't know what it was.
4      Q.  So this would have been three years ago.
5  Do you have any memory of still working with
6  SnappyAutoInsurance at that time?
7      A.  No.
8      Q.  Even if you were paying for a service?
9      A.  I'd have to look at Mailgun and see what's
10  in there.  I could have had multiple sites in there
11  and I was doing something and this happened to be
12  one of them.  I don't know when it was actually used
13  or what, but I don't -- I don't even know what
14  Mailgun does, to be honest with you, until you just
15  said that.  I'm looking it up.  And none of their
16  e-mails list any of the websites, so I'd have to
17  find a log-in or something and you can get in there
18  and see what it does.
19      Q.  Is there a reason why you would have been
20  paying for this rather than Mr. Brown?
21      A.  Like I said, I don't know.  We would
22  collaborate on stuff.  So it was something at one
23  point we were testing and that site happened to be
24  in there.  Maybe I'm still paying for a service I

Page 88

1  didn't even realize.  I don't know.  Did they tell
2  you the last time I logged in or what other sites I
3  used it for?  It doesn't tell me here, so I don't
4  know.
5      Q.  We're talking about what you know at this
6  point.  And so your memory is you don't recall using
7  the service?
8      A.  No.  I used the service, but I don't recall
9  what I used it for or what sites I used it for, just
10  based on what you're saying here or showing me.
11      Q.  And you're not sure what services they even
12  provide?
13      A.  I'm not.  And I just looked through their
14  e-mails while we are on this call.  And I see these
15  two bills right here, and literally these are the
16  only two bills I see.  And everything else just
17  shows zero dollars, but nothing shows websites.  And
18  it shows my credit card expired.  So I don't know
19  what it is for.
20      Q.  Are you seeing an e-mail on your screen,
21  screen share?
22      A.  No.
23      Q.  What about now?
24      A.  Yes.

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 89

1    Q.  I'm showing you what's been marked as
2   Exhibit 8. And this is an e-mail from Josh Odom
3   from Mailgun Technologies to plaintiffs' attorneys
4   in this case.  So I can represent to you that
5   essentially plaintiffs' attorneys were looking for
6   more information about Mailgun's subpoena response.
7   And Mailgun says the zip code associated with the
8   card is 33498.  Is that your zip code?
9    A.  Correct.
10    Q.  And you see that the name associated with
11   the card is Justin Cohen.  Do you see that?
12    A.  No.
13    Q.  You don't see that under number two?
14    A.  Oh, yeah.  I see it there.
15    Q.  And so he's saying the account isn't
16   closed.  The credit card is expired.  Our service
17   has a pay-as-you-go option.  Account last generated
18   billable usage in June 2017.  Do you see that?
19    A.  I do see that.
20    Q.  Does this refresh your memory of using
21   Mailgun Technologies?
22    A.  No.  Still the same thing as on this.
23    Q.  But you have no reason to disagree with the
24   records that at some point you did pay for their

---

Page 90

1   services?
2    A.  I'm sure I did.  I see e-mails from it.  I
3   just don't know what it's for and what websites I
4   used.
5    Q.  And, just for the record, you're going to
6   be providing us copies of those e-mails, correct?
7    A.  Sure.
8    Q.  I'm going to show you what's been marked as
9   Exhibit 9.  Can you see that okay?
10    A.  Now I do.
11    Q.  So this is a subpoena that was issued in
12   this lawsuit by plaintiffs' attorneys to
13   GoDaddy.com, Inc. looking for all documents relating
14   to the owner of the website SnappyAutoInsurance.com
15   including name, contact information, and billing and
16   invoice.  Do you see that?
17    A.  Yes.
18    Q.  Now I'm going to show you --
19     MR. BRODERICK:  Christine, just for
20   the record, I don't think Schedule A is actually
21   attached to this.
22     MS. KINGSTON:  I don't think there was
23   a schedule, Ted.
24     MR. BRODERICK:  Oh, I see.  It's just

---

Page 91

1   right in there.  I've got it.  Sorry.
2     MS. KINGSTON:  That's all right.
3    Q.  All right, Mr. Cohen.  Can you see that on
4   your screen?
5    A.  Yes.
6    Q.  I'll represent to you that this was
7   GoDaddy's response to plaintiffs' subpoena seeking
8   information about the owner of the website
9   SnappyAutoInsurance.com.  Do you see that it has the
10   name Adam Brown?
11    A.  Yup.
12    Q.  Do you have any reason to doubt that Adam
13   Brown created this domain name?
14    A.  No.  I'm sure he did.
15    Q.  And you're basing that off of the documents
16   that I'm showing you?
17    A.  Yeah.
18    Q.  Do you have any memory at all of him
19   creating this website?
20    A.  No.  2008, I mean that was a long time ago.
21    Q.  Well, I think just from viewing this
22   document, I can tell you I think 2008 is when he
23   created this account but not this domain name.
24    A.  Okay.

---

Page 92

1    Q.  Do you see that log-in name, Emma2304?
2    A.  I see it, yes.
3    Q.  Does that look familiar to you?
4    A.  No.
5    Q.  Have you ever seen that before?
6    A.  It looks more like a password, but, no.
7    Q.  And do you see that address?
8    A.  Yes.  It's my old address.
9    Q.  So that's the house that you owned from
10   2007 to 2016, correct?
11    A.  Yes.
12    Q.  Do you know why he would have put your --
13   Strike that.  You rented the house to him at some
14   point, correct?
15    A.  Exactly, yeah.  It was probably during that
16   time.  I don't know the year.  He'll probably know
17   better.
18    Q.  So does this suggest that he was living at
19   that house when he created this domain name?
20    A.  I have no clue.  I mean he could have lived
21   there.  He might have lived there and used that
22   address.  I don't know.
23    Q.  And going down, is that his phone number?
24    A.  Yeah.

---

Page 93

1    Q.  Is that his cell phone?
2    A.  Yeah.
3    Q.  And is that his e-mail?
4    A.  Yup.
5    Q.  Okay.  For the record, that's
6  AdamB11480@gmail.com.  So we're on the second page
7  of Exhibit 10 and it has a creation date of
8  September 24, 2013.  Do you see that?
9    A.  Yup.
10    Q.  Does that refresh your memory of when this
11  website was created?
12    A.  No.
13    Q.  So you have no memory at all of this
14  website being created?
15    A.  No.
16    Q.  And no --
17    A.  Not when or where.  I mean, like I said, I
18  don't know.
19    Q.  What do you have a memory of?
20    A.  The name sounds familiar, but I don't know
21  what we did with it.  I think it was failed and I
22  don't recall anything beyond that.
23    Q.  And do you see here it expires on September
24  24, 2020?

Page 94

1    A.  Yup.
2    Q.  Indicating that this site is still active,
3  correct?
4    A.  I guess so.  It doesn't go to a domain,
5  last time I checked, unless it's active.  I don't
6  know.  It's not my account.
7    Q.  In your experience using GoDaddy, and I'm
8  talking just generally, can you pay for a domain
9  name but not have it active?
10    A.  Yeah.  People have thousands of domain
11  names just sitting there that they just keep just to
12  sell one day or they don't want anyone else to use
13  them.
14    Q.  And how do you make a site not active?
15  What are the steps that you have to take?
16    A.  I don't really know.  I just don't think
17  you ever put a URL on it or you're hosting expires.
18  If your hosting expires, your site goes down.
19    Q.  And hosting through GoDaddy or is that for
20  another --
21    A.  Just anywhere, but you pay monthly for it.
22  So if you don't have it hosted, then the site won't
23  show up.
24    Q.  What if you're paying for it still; is

Page 95

1  there a way to make it -- to basically scrub it off
2  the Internet?
3        MR. BRODERICK:  Objection.
4    A.  I don't know.  I never had to do that.
5  Usually if I just cancel a site, it just goes away.
6    Q.  When you cancel a site, do you cancel the
7  hosting?
8    A.  I just let it expire.
9    Q.  Okay.  I'm going to go down to some of the
10  entries here.  I'm on page 17 of Exhibit 10.  Can
11  you see that clearly?
12    A.  Yes.
13    Q.  So what this is indicating to me is that
14  Adam Brown paid for services on GoDaddy for
15  SnappyAutoInsurance on September 24, 2013.  Do you
16  see that?
17    A.  Right now it says Zoom.  I don't see
18  anything.
19    Q.  You can't see the document?
20    A.  No.
21    Q.  Can you see the document clearly now?
22    A.  Yeah.
23    Q.  So you see that it's reflecting a
24  transaction that occurred, correct?

Page 96

1        MR. BRODERICK:  Objection.
2    A.  I mean yeah, but -- Yeah, sure.
3    Q.  Okay.  And it seems to be that Adam Brown
4  is paying for GoDaddy services.  Do you see that?
5    A.  I --
6        MR. BRODERICK:  Objection.
7    Q.  Have you ever paid for services through
8  GoDaddy?
9    A.  They're not my main register, but, yeah,
10  sometimes.
11    Q.  Do any of these services look familiar to
12  you, .comdomainnameregistration?
13    A.  Yes.  That's just registering domain names,
14  yeah.
15    Q.  So speaking more generally, have you ever
16  paid for a service like that through GoDaddy?
17    A.  Of course.
18    Q.  And what's the link you usually pay for?
19    A.  Me?  I do a year or two.  Everyone is
20  different.  Sometimes you can buy five years.
21  Sometimes you can buy one year.  The more you buy,
22  the cheaper it is.  If you forget to cancel, they
23  automatically bill you every year, so it depends.
24    Q.  Do you have any knowledge of Adam Brown

Joseph Mantha vs                                                    Justin C. Cohen
Quotewizard.com, LLC                                          September 15, 2020

---

Page 97

1 paying for this in 2013?

2    A.  No, but it says recurring charge.  It means

3 it's an auto re-bill, so as long as the credit card

4 doesn't expire, it's automatically just re-billed.

5    Q.  Where does it say recurring?

6    A.  It says, "One year recurring" right next to

7 the second line.

8    Q.  So the .netdomainnameregistration, but what

9 about that --

10    A.  Autoinsurance.com, it says one year

11 recurring, so it means every --

12    Q.  Okay.  I see where you're at.  In your

13 experience, this means it will re-bill every year?

14    A.  Yes.

15    Q.  Okay.  You have no knowledge of Adam Brown

16 paying for it?

17    A.  No, but in a minute I'm going -- I'm trying

18 to stall.

19    Q.  I'm happy to take a short break.  So we

20 still have ground to cover, so we're going to have

21 to keep going.

22    A.  Okay.

23    Q.  If you want a short break to take a call,

24 I'm happy to accommodate you.

---

Page 98

1    A.  We can come back at 1.

2    Q.  I want to be clear, but --

3    A.  I'll try.  I mean I have to work.  I'm

4 giving you time.  I can't give you my whole day.

5 I'm sorry.

6    Q.  Well, again, you're under subpoena to

7 testify, so I can't help you.

8    A.  That's up to you.  I'm giving you options

9 here.  You can't force me to stay on here.  I have

10 to work.  Unless you want to pay me for the day,

11 I'll stay on all day long.

12    Q.  Here's what we're going to do.  We're going

13 to take a lunch break until 1.  We're going to get

14 back on at 1, and I'll try to get you in and out as

15 quickly as I can, but I can't promise you.  And so

16 we'll have to go as long as I need at 1.

17    A.  We'll just have to keep getting off.  Just

18 go as quickly as you can.  I can't stop my calls.

19 Unless you guys are paying me for the day, I have to

20 work.

21    Q.  The options are either we complete this

22 today and if we can't complete this today, then

23 we'll have to set another date.  If you can't do

24 that, then we do have an open court case, so I don't

---

Page 99

1 want it to get to that point.

2    A.  We can set another date.  That's not a

3 problem.

4    Q.  Here's what we're going to do.  We're going

5 to go off the record until 1 o'clock which will give

6 you time to complete your calls.  We're going to get

7 back on at 1 so we can complete this deposition.

8 Okay?  All right?

9    A.  Yes.  Thanks.

10         MS. KINGSTON:  We will be back on at

11 1.  And we are off the record.

12         (Lunch recess taken at 1:03 p.m.)

13    Q.  So, Mr. Cohen, we're back on the record.

14 You're still under oath.  Have you been in contact

15 with Adam Brown at all today?

16    A.  No.

17    Q.  So you've had no contact at all with him

18 during your deposition at any point?

19    A.  During my deposition, no.

20    Q.  What about during the break we just took?

21    A.  No.  I had lunch.

22    Q.  So you haven't been in touch with him at

23 all today?  Sorry.  If you answered, I didn't hear

24 your answer.

---

Page 100

1    A.  No, I haven't talked to him during the

2 deposition.

3    Q.  What about today?

4    A.  A message, but nothing related to this.

5    Q.  You mean through text messages?

6    A.  More Skype.  Just nothing related to this.

7 Just work.

8    Q.  You didn't discuss your deposition at all?

9    A.  No.  I just said I had it today.

10    Q.  What else did you talk about relative to

11 this case?

12    A.  Nothing relative to the case.

13    Q.  Nothing at all about SnappyAutoInsurance?

14    A.  No.

15    Q.  I'm going to show you what's marked Exhibit

16 17 and then I'm going to screen share that.  Can you

17 see that okay?

18    A.  Yup.

19    Q.  So showing you Exhibit 17, these are copies

20 of e-mails we received from you and Mr. Brown on

21 September 2nd.

22    A.  Yup.

23    Q.  Do you recognize these e-mails?

24    A.  Yes, I do.

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 101

1    Q.  So there's an e-mail from you at 2:35, and
2  then there's an e-mail from Dirty Jeeps,
3  AdamB11480@gmail.com at 2:38.  Do you see that?
4    A.  Yes.
5    Q.  And that's Adam's e-mail, correct?
6    A.  Correct.
7    Q.  And would you agree with me that the
8  substance of these two e-mails is essentially the
9  same?
10   A.  They are.  I told him I was going to write
11  back, and he said the same.
12   Q.  Did you coordinate these responses?
13   A.  No.  I wrote back and said, "Look what I
14  wrote," and then he said he was going to reply.  He
15  agreed with what I said, so I'm sure he probably
16  wrote something very similar or the same.
17   Q.  And when you were talking, was that over
18  the phone?
19   A.  Probably.  I don't recall, but I'm sure.
20  We talk a lot every day, so --
21   Q.  But relative to these e-mails specifically,
22  were you speaking about them by e-mail or over the
23  phone?
24   A.  Could have been over the phone.  Could have

Page 102

1  been in person.  I don't -- Probably over the phone.
2    Q.  What about by e-mail?
3    A.  No.
4    Q.  You did not e-mail Adam Brown about this?
5    A.  No.  I just replied to all.  He's on the
6  e-mail.  He saw it himself.
7    Q.  Just a moment ago you said that you spoke
8  to him that you were going to respond.
9    A.  No.  I'm saying he's on the e-mail.  I
10  didn't speak to him also via e-mail.  Yeah, I spoke
11  on the phone telling him I'm going to respond.
12   Q.  So that conversation was over the phone?
13   A.  I believe so, yeah.
14   Q.  Okay.
15   A.  Or I probably called and said, I just
16  responded.  One of the two.  I don't recall exactly
17  what I did, but I told him I was responding either
18  way.
19   Q.  But your memory is that that was by
20  telephone call?
21   A.  Correct.
22   Q.  Did you tell him to respond in a similar
23  manner?
24   A.  No.

Page 103

1    Q.  And that's your language from the first
2  e-mail?
3    A.  Yeah, I wrote that.
4    Q.  Okay.  Earlier I showed you the GoDaddy
5  subpoena response.  Do you recall that?  It was an
6  Excel spreadsheet.
7    A.  Yes.
8    Q.  So that subpoena response indicates that
9  Adam Brown was paying for the domain name
10  SnappyAutoInsurance.com through 2020.  Are you aware
11  of that?
12   A.  Now I am from what you showed me, but I
13  don't know what that has to do with me.
14   Q.  Were you aware that he was still paying for
15  the website?
16   A.  No.
17   Q.  And I think you testified you don't know
18  who's currently, if anyone, running
19  SnappyAutoInsurance.com; is that right?
20   A.  That's correct.
21   Q.  And when is the last time you knew who was
22  running that?
23   A.  Probably when Adam and I did like -- if we
24  did something with it.  I don't know.  Whenever that

Page 104

1  was.  Probably when it was first created.  I don't
2  know the year.  A long time ago.
3    Q.  To your knowledge, would Adam Brown have
4  been running it at that time?
5    A.  Not that I know of.
6    Q.  You said not that you know of?
7    A.  Not that I know of, yes.
8    Q.  What do you mean by that?
9    A.  Meaning I don't know if he was running it
10  or not.  I don't recall.
11   Q.  Do you have any knowledge of whether any
12  leads generated from the website are fraudulent?
13   A.  No, I don't.  Adam doesn't do -- We don't
14  do fraudulent stuff, so, no.
15   Q.  So your testimony is you don't believe that
16  leads generated from that website would be
17  fraudulent?
18      MR. BRODERICK:  Objection.
19   A.  No, not on purpose, not from us.
20   Q.  And, again, you're not aware of who
21  currently runs that website?
22   A.  No.
23   Q.  And you're not aware of who ran it in 2019?
24   A.  No.

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 105

1    Q.  So if someone else is running this website
2  besides you or Adam Brown, you have no way of
3  knowing whether leads created were fraudulent or
4  not; is that accurate?
5    A.  Accurate.
6    Q.  Do you recall telling the plaintiffs'
7  attorneys that Mr. Mantha's lead is fraudulent?
8    A.  No.
9    Q.  You don't.  Okay.  And is it fair to say
10  that you have no way of knowing that?
11    A.  Yeah, I have no way of knowing.
12    Q.  Did you enter anyone's personal information
13  on SnappyAutoInsurance.com in 2019?
14    A.  No.  I don't enter anyone's information on
15  any site.  They do it themselves.
16    Q.  So it's your testimony that you didn't
17  fraudulently create the lead at issue in this case?
18    A.  No.
19    Q.  Have you ever heard of the name of Joe
20  Mantha before?
21    A.  No.
22    Q.  When is the first time you heard that name?
23    A.  When I got paperwork from one of the
24  lawyers.  Probably this.

---

Page 106

1    Q.  Probably the subpoena?
2    A.  Yes.
3    Q.  Do you have knowledge of anyone else
4  fraudulently creating leads on
5  SnappyAutoInsurance.com?
6    A.  No.
7    Q.  And I think you said that your testimony
8  was that Adam Brown does not fraudulently create
9  leads?
10    A.  No, he does not.
11    Q.  Has anyone ever accused you or Adam Brown
12  of fraudulently creating leads?
13    A.  Nope.
14    Q.  When did you first learn that this lawsuit
15  had been filed?
16    A.  I don't know.  Whenever you guys sent me
17  something.  I didn't keep track of the dates.
18    Q.  And when you first received a copy of the
19  subpoena, did you take any steps to investigate?
20    A.  Yeah.  I looked if I had any relation to
21  the site, which I didn't, and that was about it.
22    Q.  And how did you look to see that?
23    A.  Just looked through my portfolio and looked
24  through my e-mails, and I didn't see anything

---

Page 107

1  related to this website.
2    Q.  And what do you mean by your portfolio?
3    A.  Just the domains I own, just checked what I
4  owned.  And I didn't own the website and I didn't
5  have any correspondence about the website in any of
6  my e-mails, so that's it.
7    Q.  So you have a portfolio where you list all
8  of the domain names that you own?
9    A.  Well, no.  Just like inside GoDaddy, inside
10  all different registers where I buy domain names
11  from.
12    Q.  So you looked at your accounts on all of
13  those hosting sites?
14    A.  Correct, and I never saw this website.
15    Q.  Did you see any Snappy websites?
16    A.  No.
17    Q.  And do you remember besides GoDaddy where
18  you searched?
19    A.  Probably One and One.
20    Q.  And did you search GoDaddy for this
21  website?
22    A.  Yeah, I'm sure I did.  I'm sure I looked at
23  all my stuff I had saved.
24    Q.  But, as you sit here today, can you recall

---

Page 108

1  if you did that?
2    A.  I recall I don't -- I didn't see it in any
3  of my things, so, yeah.
4    Q.  What e-mails did you search?
5    A.  What e-mails?  What do you mean?
6    Q.  The e-mail we've been corresponding with
7  you is Justin@Blueflame.com; is that correct?
8    A.  Correct.
9    Q.  Is that your primary work e-mail?
10    A.  Correct.
11    Q.  Did you search that e-mail for anything
12  related to SnappyAutoInsurance?
13    A.  Yes.  There's nothing there.
14    Q.  What other e-mails do you use?
15    A.  That's it for that -- I mean that I would
16  talk about that.
17    Q.  What about -- We found e-mails on the
18  Mailgun subpoena response.  I think it was
19  BlueflameWeb@gmail.com.  Do you still use that?
20    A.  That's just my PayPal e-mail address.  I
21  don't use it for correspondence.
22    Q.  Did you search that for anything relating
23  to Snappy?
24    A.  No.  I don't think there's anything there.

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 109

1    Q.  So I'd ask that you go back and do that in
2  addition to giving us the Mailgun e-mails.
3    A.  I'm looking right now.
4    Q.  We don't have a lot of time.  If you can
5  just do that after.
6    A.  Go ahead.
7    Q.  Besides these two e-mails, do you use any
8  other e-mails?
9    A.  No.
10   Q.  Did you use any other e-mails from 2013 to
11 present?
12   A.  No.
13   Q.  So it's just Justin@Blueflamemail.com and
14 BlueflameWeb@gmail.com?
15   A.  Related to business, yeah.
16   Q.  And so you have other personal e-mail
17 addresses?
18   A.  Personally.  I have nothing business
19 related.
20   Q.  Is it possible that you would have received
21 e-mail that went into your business there?
22   A.  Those are not on the gmail.  I don't keep
23 it on my main platform.
24   Q.  I'm going to show you what's been marked as

---

Page 110

1  Exhibit 11.  Can you see that?
2    A.  Yup.
3    Q.  So these are e-mails -- This is Exhibit 11.
4  These are e-mails between Adam Brown and plaintiffs'
5  attorneys in this case.  And I'm looking at --
6  There's an e-mail from Adam Brown on June 30, 2020,
7  and he says, "We took this sit," which I took to
8  mean site, "off line about four months ago, so we
9  should not have any problems anymore."  Do you see
10 that?
11   A.  Yup.
12   Q.  Do you have any idea what he's talking
13 about here?
14   A.  No.
15   Q.  So you have knowledge that he took
16 SnappyAutoInsurance off line?
17   A.  No.
18   Q.  Did he ever talk to you about taking it off
19 line?
20   A.  No.  I just talked to him about the site,
21 and he said he doesn't know what the deal was with
22 it.  He was going to look.  So, no.
23   Q.  Is this the first time you're hearing that
24 he took the site off line?

---

Page 111

1    A.  If that's what that says, yeah.  I mean I
2  don't know what this is regarding or what, but,
3  yeah.
4    Q.  So he's responding to requests for
5  information about SnappyAutoInsurance, and he says,
6  "We took this site off line about four months ago,"
7  but your testimony is that you have no knowledge of
8  that whatsoever; is that accurate?
9    A.  Yeah.  It's not my site.
10   Q.  So he never spoke to you about this?
11   A.  No.
12   Q.  And the "we" in that sentence is not
13 referring to you; is that accurate?
14   A.  I don't even -- I'm not on this e-mail, so,
15 yeah.  I don't know what this is.
16   Q.  You testified earlier you thought he sold
17 Offervision and including SnappyAutoInsurance.com;
18 is that right?
19   A.  Correct.
20   Q.  Do you know why he would be taking this
21 site off line in 2020 if he doesn't own it anymore?
22   A.  It's possible he was still hosting it.  I'm
23 not sure.
24   Q.  Do you have any personal knowledge of that?

---

Page 112

1    A.  No.
2    Q.  Did Mr. Brown talk to you about this
3  e-mail?
4    A.  No.
5    Q.  Has he ever told you about conversations he
6  had with plaintiffs' attorneys?
7    A.  Yes.
8    Q.  What did he say?
9    A.  Basically that you guys were asking about
10 the site, the same stuff that we talked about, and
11 that he was looking into it, and that he thought he
12 might have sold it.  That's really it.  If he wrote
13 it, he's taking it down, I don't know.  Maybe he was
14 still hosting it and didn't have control.  I don't
15 know.  You'd have to ask him.
16   Q.  But he never mentioned that to you?
17   A.  No.
18   Q.  I'm going to show you what has been marked
19 as Exhibit 12.  Can you see that okay?
20   A.  Yup.
21   Q.  Okay.  Can you see that all right?
22   A.  Yes.
23   Q.  I'm looking at an e-mail you sent on May
24 8th to the plaintiffs' attorneys in this case.  Do

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 113

1  you see the beginning of that e-mail?

2      A.  Yes.

3      Q.  So I'm just going to ask you about the

4  closing line here.  It says, "Looking in further at

5  that time, I thought I owned this site.  I don't

6  even own it."  Do you see that?

7      A.  Correct.

8      Q.  When you said you thought you owned this

9  site, what did you mean by that?

10     A.  Well, by then -- by all the stuff I'm

11  getting, I thought I owned this website.  And that's

12  when I looked through.  And I don't even own it,

13  because I thought I was getting subpoenaed for

14  something and I was telling you I don't own the

15  site.

16     Q.  And that was after you looked at -- you

17  think you looked at the GoDaddy site to see if you

18  own it?

19     A.  Probably, yeah.

20     Q.  But you don't know one way or the other

21  sitting here if you did that; is that accurate?

22     A.  Yeah, I don't know.  All I know is I looked

23  to see if I owned the website and I didn't, and

24  that's what I replied back.

---

Page 114

1      Q.  So, at that time, you had no memory of

2  whether you owned it?

3      A.  No.

4      Q.  I'm going to show you what's been marked as

5  Exhibit 13.  Can you see that?

6      A.  Uh-huh.

7      Q.  So this is an e-mail that was produced by

8  George Rios.  It's an e-mail from Dario Osmancevic

9  with FenixLeads.com to George Rios.  And I think you

10  said you've never heard of someone named Dario

11  Osmancevic?

12     A.  Yeah, I have no clue who that is.

13     Q.  And have you ever heard of FenixLeads?

14     A.  No.

15     Q.  And do you know someone named George Rios?

16     A.  No clue.

17     Q.  So Mr. Osmancevic was providing lead

18  information for the lead at issue in this case, and

19  this is what he provided.  Have you seen any of this

20  information before?

21     A.  No.

22     Q.  And do you know why he's describing Adam

23  Brown as the owner of the site?

24     A.  No clue.  I don't know who this is.

---

Page 115

1      Q.  And I think you testified Mr. Brown has not

2  mentioned who he sold Offervision to?

3      A.  I don't know.  I forget.  But that's a

4  phone.  That -- That site doesn't even collect a zip

5  code.  It doesn't even collect phone numbers.  So

6  how does that even relate?

7      Q.  What website doesn't collect phone numbers?

8      A.  I'm saying the site you showed me, there's

9  no phone number thing and this is showing a phone

10  number, so how does it have the same data?

11     Q.  You mean the initial screen shot that we

12  looked at earlier?

13     A.  Yes.

14     Q.  Let's go back and look at that, then.

15     A.  It had a phone number on there, but it

16  didn't collect anyone's phone number, from what I

17  saw.

18     Q.  I'm showing you what was previously marked

19  as Exhibit 3.  So you're talking about this web

20  form?

21     A.  Yeah.  What's the next page of it?  Because

22  I don't even see anything that asks for someone's

23  phone number.

24     Q.  You don't see it on this page, but, again,

---

Page 116

1  you said you testified you've never seen this page

2  before, correct?  You have no memory of it?

3      A.  Correct, but I'm saying if there's odd

4  information, where is it being filled, because I

5  don't see anything here that shows that.

6      Q.  You told me you've built websites before.

7  Is it possible that you entered your zip code here

8  and then you provided more information on the next

9  page?

10     A.  Yeah.  I don't know about Adam, but I know

11  the majority of all our sites that we've done

12  together or that I built or he built doesn't even

13  collect a phone number.  Most people just want the

14  e-mail address.

15     Q.  So the majority of sites you've built, you

16  wouldn't be collecting phone numbers?

17     A.  Correct.

18     Q.  And that's also true of Adam Brown?

19     A.  From what I know, yeah.

20     Q.  And do you have any specific memory of if

21  SnappyAutoInsurance collected phone numbers?

22     A.  Not at all, but based on this, I don't

23  think it would because it's telling you to call a

24  phone number and it's asking for a zip code.

---

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

---

Page 117

1    Q.  But I think I just asked you that it's
2  possible that there's a second page where you enter
3  additional information; is that right?
4    A.  That's possible, sure.  I don't own the
5  site.
6    Q.  And would you typically collect the
7  consumer's name?
8    A.  Yeah.  Name and e-mail address is typically
9  what gets collected on the next page.
10    Q.  So is it fair to say there is a second page
11  for this website where that information is
12  collected?
13    MR. BRODERICK: Objection.
14    A.  It's possible.  Or it's an iframe.  Like
15  All Web Leads and stuff you entered before, they
16  provide a form for you and they just place it right
17  there and so you never even see that data.  So
18  you -- There's many ways -- You don't build websites
19  and never even see the data.  You can do it that way
20  too.  If there's a form on there for one of the
21  companies, you'll never even see that data.  You're
22  just hosting the site.  There's many different ways
23  it can be collected.  I don't know.  It's not my
24  site.

---

Page 118

1    Q.  Tell me a little more about that.  You said
2  if All Web Leads were involved, there's a way you
3  can never see the data?
4    A.  It will go directly to All Web Leads.  You
5  would put their form.  Right where it says enter zip
6  code, it wouldn't be your website's form.  They
7  integrate their forms onto people's websites.  So if
8  you filled it out, it would just go right directly
9  to All Web Leads and they would go sell that lead to
10  whoever they would sell it to and just pay you for
11  that lead.
12    Q.  And how would you know from looking at a
13  web form if that was the case?
14    A.  You need to look at the back code and see
15  if All Web Leads is integrated into it.
16    Q.  So we wouldn't be able to tell by looking
17  at this; is that correct?
18    A.  No.  You need the code on the back of that.
19    Q.  So, practically speaking, how would that
20  happen?  When a consumer goes to enter their zip
21  code, would something else pop up?
22    A.  Yeah, probably pop up or redirect it to an
23  All Web Leads form or whatever company they're
24  using.

---

Page 119

1    Q.  How many of your websites did you run that
2  way?
3    A.  Throughout the years, a lot on and off.  I
4  don't know.  All companies come and go that do that
5  stuff.  I don't even know if they still do it.
6    Q.  Do you have an account with All Web Leads?
7    A.  I might have at some point.  Not that I am
8  aware of.  I don't even know if they're still
9  around.
10    Q.  If All Web Leads was used for this website,
11  how we would find that out?
12    A.  You would have to ask the owner of the
13  site.  I don't know.
14    Q.  I'm going to show you what's been marked as
15  Exhibit 14.  Can you see that all right?
16    A.  Yup.
17    Q.  All right.  So this is an e-mail that was
18  sent -- provided to us by George Rios of Plural
19  Marketing, and there's an e-mail sent by Dario
20  Osmancevic to George Rios on July 28, 2020.  And
21  Mr. Osmancevic says he's providing a screen shot of
22  SnappyAutoInsurance form, and he says, "I can most
23  certainly say that Joe Mantha has signed up on our
24  website and filled up the application in full by

---

Page 120

1  himself."  And then he also calls himself the
2  webmaster.  Do you see that?
3    A.  Yes.  No clue who that is.
4    Q.  Have you ever seen this e-mail before?
5    A.  Nope.
6    Q.  Are you surprised to learn that this person
7  is calling himself the webmaster of
8  SnappyAutoInsurance?
9    A.  I'm not surprised because I don't know what
10  the site is.  I don't know who owns it now or what.
11  Obviously someone is still managing the site.
12    Q.  And is it possible that Mr. Brown sold the
13  website to this person, Dario Osmancevic?
14    A.  Could have.  You'd have to ask him.  But I
15  mean that pretty much gives you right there, that's
16  the person you should be asking questions, someone
17  writing back.
18    Q.  Have you ever provided any information on
19  the website to Fenix Media?
20    A.  I've never heard of this person or this
21  company.
22    Q.  You testified that you think the website
23  was sold.  Has anyone ever reached out to you for
24  information or documents that you have?

---

Page 121

1    A.  No.
2    Q.  If a website is sold and assuming that you
3    had some part in building it, is that normal that
4    they wouldn't reach out to you?
5         MR. BRODERICK:  Objection.
6    A.  Yeah.  They don't always have to reach out.
7    They can just -- If their website -- It depends what
8    they're using it for.  People just buy websites.
9    They don't always need the past -- They don't always
10   want the data from the past.  They don't need it.
11   Q.  Have you been involved in the selling of
12   lead aggregation websites?
13   A.  No.
14   Q.  So you've never bought or sold one?
15   A.  No.  I just build them.  No.
16   Q.  Do you know if that happens in the
17   industry?
18   A.  Yes, all the time.
19   Q.  And, if that happens, it's fair to say
20   there would be a contract relating to it?
21   A.  I don't know.  It depends on what --
22   whoever made the deal.  Couldn't tell you.
23   Q.  Okay.  Now we're going to look at what's
24   been marked as Exhibit 1.  Do you see that all

Page 122

1    right?
2    A.  Yup.
3    Q.  This is the subpoena to you in this case.
4    And we're going to look at some of the document
5    requests.  Number three is any and all
6    communications between you and Adam Brown concerning
7    the subject matter of this lawsuit.  Do you see
8    that?
9    A.  Yes.
10   Q.  Did you search your files for these
11   documents?
12   A.  Yeah.  I don't have any communications.  I
13   think I've spoken to him on the phone or in person.
14   Q.  So you don't have any text messages between
15   you and Mr. Brown in this case?
16   A.  No.
17   Q.  Or about Snappy?
18   A.  No, definitely not about Snappy.
19   Q.  What about e-mails?
20   A.  No, not about this.  Only the ones we were
21   cc'd on.
22   Q.  What about number four, any and all
23   communications between you and Seal Dog Media
24   concerning the subject matter of this lawsuit?

Page 123

1    A.  I haven't talked to anyone about this
2    lawsuit on e-mail.
3    Q.  But you have talked to Attorney --
4    A.  Not anyone in this thing, I should say.
5    Q.  Number five, any and all communications
6    between you and Fenix Media Solutions concerning the
7    subject matter of this lawsuit.  Do you see that?
8    A.  Yeah.  Never heard of them.
9    Q.  So you've never had any e-mails or texts
10   with them?
11   A.  No.
12   Q.  Going down to number nine, any and all
13   communications with any third party concerning this
14   lawsuit.  Is there any other person you've
15   communicated by e-mail or by text or in any other
16   written form concerning this lawsuit?
17   A.  No.  Just my wife.
18   Q.  And what have you told her about the
19   lawsuit?
20   A.  I just asked what I should do.  That's
21   about it.
22   Q.  And is she your attorney with respect to
23   this case?
24   A.  No.  Just an opinion.

Page 124

1    Q.  And were you asking about how to comply
2    with the subpoena?
3    A.  In general what -- you know, because I
4    really don't have involvement with this site, so
5    it's just kind of a lot of time wasted for something
6    I can't give you answers for.
7    Q.  And did you tell her that you had a role in
8    building the website?
9    A.  Yeah, but it doesn't -- Like everyone's
10   told me, it doesn't -- I don't have anything if I
11   don't -- It doesn't matter.  I don't know.
12   Something from eight, ten years ago that I don't
13   have any -- I don't know.  I don't have any
14   information, so --
15   Q.  Looking at number 12, any and all documents
16   that relate to whether, when, why the website was
17   taken out of service or off line in 2020.  Do you
18   see that?
19   A.  Yes.  Don't have anything.
20   Q.  So that includes e-mails, texts, and any
21   other written communications?
22   A.  Yes.
23   Q.  Number 11, any and all documents in your
24   possession that evidence or relate to a lead request

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 125

1  for auto insurance created on
2  SnappyAutoInsurance.com in 2019 for or by Joe or
3  Joseph Mantha. Do you see that?
4     A. Yup.
5     Q. And besides searching your e-mails, the two
6  e-mails we discussed -- Strike that. When you
7  searched your e-mails, how did you search, just by
8  SnappyAutoInsurance or by other terms?
9     A. SnappyAuto. Snappy -- I don't know. I
10  just looked through the site, just however I read
11  it. You drop the domain name and the subject line.
12  There's nothing there.
13     Q. Did you search for the plaintiff's name?
14     A. Well, when I first got this, yeah, but
15  that's not even on our database.
16     Q. I'm just asking, did you search your
17  e-mails for that name?
18     A. Not my e-mail because I don't even know who
19  that is. I never had correspondence with that
20  person.
21     Q. Besides searching your e-mails and I think
22  you said you might have logged on to GoDaddy.com,
23  what other steps did you take to look for the
24  documents?

Page 126

1     A. That's it. And I just don't have -- I
2  didn't know where else it would be.
3     Q. We mentioned Offervision earlier. Is the
4  full name Offervision, one word, Media, LLC?
5     A. I don't know how it's properly pronounced
6  or -- Offervision, I know that, but I don't know how
7  legally it is.
8     Q. Do you know if SnappyAutoInsurance was
9  generating leads in 2019?
10     A. I have no clue.
11     Q. So you have no personal knowledge about
12  that?
13     A. No. And I have no clue who this Fenix
14  Media is. So I don't know. I'm not involved with
15  it.
16     Q. For the websites you have built, who came
17  up with the opt-in language?
18     A. Usually it comes from leads, from the
19  people buying the leads or a company or someone's
20  general counsel.
21     Q. Do you know if there's an attorney
22  associated with SnappyAutoInsurance.com?
23     A. No clue.
24     Q. And do you have standard TCBA consent

Page 127

1  language on your websites?
2     A. Of course. They're standard and whatever
3  else needs to be added. Any site I have, just plug
4  your phone number, which many don't. There's TCBA
5  language that's usually provided by the person
6  buying the leads.
7     Q. And if there's not a client in place on the
8  website's bill, who's coming up with that language?
9     A. It's probably not on there until it starts
10  to get traffic.
11     Q. So you testified earlier that sometimes you
12  build the website and then you generate leads to
13  sell; is that accurate?
14     A. Yes. So then it will be on there. But if
15  the website's built and there's no leads being
16  generated, it doesn't go on there until there's a
17  reason to go on there. If it was generating leads,
18  it means there's someone buying them on the back
19  end, so I would get it from whoever I'm selling them
20  to.
21     Q. By the time you sell your first lead, that
22  language would be on the website, correct?
23     A. It might or it might not be. The website
24  might be built just for the display just to show the

Page 128

1  people, and then once we get someone to commit to
2  any traffic, then we will add it and make the form
3  work. If the website is up without it, then most
4  likely the form would not work. It wouldn't go
5  anywhere.
6     Q. So what I take from your testimony is
7  typically the TCBA consent language is driven by the
8  client who's buying the leads; is that accurate?
9     A. Accurate, yes, because they need their name
10  and who's calling, et cetera, on the site to make it
11  compliant, from what I know, so --
12     Q. Have you ever heard of a company called
13  Jornaya or Lead Intelligence, Inc.?
14     A. Yes. Jornaya is a big company.
15     Q. Do you use Jornaya on your lead aggregation
16  websites?
17     A. I just started to recently. I know more
18  people are moving towards it, but that started
19  within the past few months. That's a new thing
20  we've been using.
21     Q. Do you know if you were using it back in
22  the 2013 time frame?
23     A. Definitely not. Just started using it a
24  few months ago.

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 129

1    Q.  For any lead aggregation websites that
2  you've built, how do you authenticate consumer
3  information, the leads?
4         MR. BRODERICK:  Objection.
5    A.  It depends.  Every site is different.
6  Sometimes the user does it.  His company is out
7  there.  It really depends.  For this site, I have no
8  clue how they do it.
9    Q.  When you say the user does it, you mean
10  that there's some type of verification on the --
11    A.  Like Xverify or there's companies out there
12  that you can pay monthly for it to verify if it's
13  real information.
14    Q.  Can you give me an idea of some of the
15  companies that provide that type of service that
16  you've used?
17    A.  Xverify.  That's the only one I've used.
18    Q.  Okay.  Do you pay a monthly fee?
19    A.  Yes.  I've done it before but just to test
20  it, but it's expensive.  Not everyone does it.
21    Q.  Do you know if GoDaddy offers any type of
22  verification services?
23    A.  Not that I know of.
24    Q.  Have you ever heard of a company called

Page 130

1  RevPoint?
2    A.  RevPoint, no.
3    Q.  What about Request Path Media?
4    A.  No.
5    Q.  Have you heard of a website called
6  Unitedquotes.com?
7    A.  No, I have not.
8    Q.  What about Autoinsurequotes.com?
9    A.  No.
10    Q.  Are any of the Snappy websites still
11  operational?
12    A.  I have no clue.
13    Q.  Do you know if any leads were ever sold
14  from SnappyAutoInsurance.com?
15    A.  No, I don't know.
16    Q.  Would that be anywhere in your records?
17    A.  They're not, no, because I looked through
18  them.  I don't see anything related to the site.
19    Q.  I'm going to show you what's been
20  pre-marked as Exhibit 15.  So this is a subpoena
21  response that was received from Plural Marketing.
22  And this is the information they provided about
23  Joseph Mantha's lead.  Have you ever seen any of
24  this information before?

Page 131

1    A.  No.
2    Q.  For your lead aggregation websites that
3  you've built, have you built any for auto insurance?
4    A.  Probably at some point.
5    Q.  Excepting SnappyAutoInsurance, which is
6  your testimony you don't recall, do you recall
7  building any other auto insurance websites?
8    A.  I've ran sites.  I don't know -- I'm not
9  running any now.  I don't know.  Throughout my
10  years, I've probably built them.  I build sites all
11  the time but nothing currently.
12    Q.  And when you say you've run websites, what
13  do you mean by that?
14    A.  Drove traffic to them.
15    Q.  Have you ever had anything to do on the
16  lead side in terms of buying and selling leads?
17    A.  Yeah, sure.
18    Q.  What about with auto insurance websites?
19    A.  Yeah.  I've bought and sold leads but
20  not -- not recently.
21    Q.  Do you recall any of the websites' names?
22    A.  No.
23    Q.  I'm going to show you what's been marked as
24  Exhibit 16.  Can you see that clearly?

Page 132

1    A.  Now I can.
2    Q.  So this is a subpoena response that was
3  received from RevPoint Media in this case.  Have you
4  ever seen any of this information before?
5    A.  No.
6    Q.  Did you have enough time to look through
7  it?
8    A.  Yeah.  I don't have any -- I don't even --
9  I don't know it, once again, and I don't deal
10  directly with RevPoint Media, so I don't know.
11    Q.  Have you ever seen that address in the top
12  left corner?
13    A.  No.
14    Q.  What about the phone number?
15    A.  No.
16    Q.  What about the e-mail?
17    A.  No.
18    Q.  Do you recognize that IP address?
19    A.  No.
20    Q.  And your testimony is that you did not
21  enter this information on SnappyAutoInsurance.com;
22  is that correct?
23    A.  Correct.
24    Q.  And you have no way of knowing or knowledge

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

Page 133

1 of whether someone did?

2    A.  No.

3    Q.  Just give me a moment.  I only have a few
4 more questions for you.  When you spoke to Adam
5 Brown about this case, did he mention your
6 involvement in it?

7    A.  No.  He said -- He said similar to me, "I
8 don't remember.  I've got to look into it."  And
9 then he thought it might have been sold.  We didn't
10 really discuss much more.  Neither one of us from my
11 knowledge has any information on the site.  And he
12 didn't have anything on his servers and I didn't
13 have any on mine, so I don't know.

14    Q.  Did you mention that Blueflame's name is on
15 the privacy policy?

16    A.  Yeah.

17    Q.  What did he say?

18    A.  "That's weird."

19    Q.  So he didn't know why Blueflame's name was
20 on there?

21    A.  No.  Like I said, this probably happened --
22 probably pulled it from a different site and whoever
23 was building it didn't do a find and replace,
24 because most people don't put their company name on

Page 134

1 there if they are providing affiliates because that
2 would take out the middle man.

3    Q.  Did he admit to you that he ran this
4 website?

5    A.  He said he didn't remember, that he's going
6 to look into it, the same thing I said.

7    Q.  And when was that conversation?

8    A.  When we first started getting information
9 about this site.

10    Q.  And did he ever follow up with you after he
11 said he'd check?

12    A.  Just that you guys sent him stuff and I
13 said they're sending me stuff too.  I don't know
14 what to tell you guys.  I don't have any
15 information.  It hasn't been talked about too much
16 because we don't have anything to really give you.

17    Q.  You've mentioned affiliates.  Were there
18 certain affiliates you were working with in 2013?

19    A.  I couldn't even tell you.  We've worked
20 with hundreds and hundreds of affiliates throughout
21 the years.  I wouldn't be able to tell you.

22    Q.  Let me narrow that down.  What about
23 related to auto insurance?

24    A.  I couldn't tell you.  I don't recall any.

Page 135

1 I mean I didn't -- especially back then.  I don't
2 know.

3    Q.  And it's your testimony you don't remember
4 paying for the Mailgun services in 2017?

5    A.  I've seen the two charges and I'm curious
6 now what they are for and how they relate to this
7 site, because in the e-mails, when I look on
8 Mailgun, I do see what you showed me and I do see my
9 credit card expired, but it does not show me any
10 website name or anything.  It shows me two different
11 $5 charges and change, but I don't know what they're
12 for or what they're related to.  So I don't know if
13 e-mail would provide you more information on how
14 it's related to the site.  It doesn't even have a
15 website name in the e-mails which I'll send to
16 forward.

17    Q.  We'd appreciate that.

18        MS. KINGSTON:  So those are all the
19 questions that I have.  We do have the Blueflame
20 keeper of the records deposition at 2.  I don't
21 expect that to take long.  And by process of
22 elimination, I assume that you're keeper of the
23 records?

24        THE WITNESS:  Yup.

Page 136

1        (Discussion off the record.)

2        MS. KINGSTON:  Mr. Cohen, so those are
3 all the questions we have for you.  I would request
4 that you send me the Mailgun e-mails that we spoke
5 about earlier.

6        THE WITNESS:  Okay.

7        MS. KINGSTON:  I'd also request if --
8 You couldn't recall if you had gone on to GoDaddy.
9 I just request that you do that just to see in case
10 you haven't and just get back to me if you see
11 anything about Snappy.

12        THE WITNESS:  I did go on GoDaddy.  I
13 didn't see the site.

14        MS. KINGSTON:  Earlier you weren't
15 sure if you did, but now you're saying --

16        THE WITNESS:  I wasn't sure -- I don't
17 know what I said.  I'm just saying I went into my
18 accounts.  I didn't see the site.  I don't have the
19 site.  I mean it's clearly not registered to me.  I
20 see it in your thing, so I don't know what I'm
21 looking for.

22        MS. KINGSTON:  So having heard that
23 you went into that, that's fine.  So we'll just ask
24 for the Mailgun e-mails.  So we are all set.  We can

Page 137

1    conclude this deposition.
2              (Whereupon the deposition
3         was concluded at 1:48 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 139

1   COMMONWEALTH OF MASSACHUSETTS

2   SUFFOLK, SS.

3

4       I, Karen A. Interbartolo, Registered

5   Professional Reporter and Notary Public in and for

6   the Commonwealth of Massachusetts, do hereby certify

7   that JUSTIN COHEN, the witness whose deposition is

8   hereinbefore set forth, was duly sworn by me and

9   that such deposition is a true record of the

10  testimony given by the witness.

11

12      I further certify that I am neither related to

13  nor employed by any of the parties in or counsel to

14  this action, nor am I financially interested in the

15  outcome of this action.

16

17      In witness whereof, I have hereunto set my hand

18  and seal this 4th day of October, 2020.

19

20

21

22          Notary Public

23          My commission expires

24          February 20, 2026

Page 138

1           C E R T I F I C A T E

2

3       I, JUSTIN COHEN, do hereby certify that I have

4   read the foregoing transcript of my testimony, and

5   further certify that said transcript is a true and

6   accurate record of said testimony with the exception

7   of the following corrections listed below:

8   Page    Line        Correction/Reason

9   _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19

20      Signed under the pains and penalties of perjury

21  this _____ day of _____, 2020.

22

23          _____

24          JUSTIN COHEN

_____

**Exhibits**

Pre-Marked Exhibit 1 (Cohen Subpoena)
  3:12 5:3
  121:24
Pre-Marked Exhibit 2 (BlueFlame KOR Subpoena)
  3:13
Pre-Marked Exhibit 3 (Snappy Lead Page Screenshot)
  3:15 75:10,14
  115:19
Pre-Marked Exhibit 4 (Snappy Screenshot Terms of Use)
  3:17 78:5,7
Pre-Marked Exhibit 5 (Snappy Screenshot Privacy Policy)
  3:19 79:1,3
Pre-Marked Exhibit 6 (Mailgun Technologies Subpoena)
  3:21 82:5
Pre-Marked Exhibit 7 (Mailgun Technologies Subpoena Response)
  3:23 82:20
  83:3

Pre-Marked Exhibit 8 (Mailgun Technologies Subpoena Response E-mail Chain)
  4:4 89:2
Pre-Marked Exhibit 9 (Subpoena to GoDaddy)
  4:5 90:9
Pre-Marked Exhibit 10 (GoDaddy Subpoena Response)
  4:6 93:7 95:10
Pre-Marked Exhibit 11 (Adam Brown E-Mail Chain)
  4:8 110:1,3
Pre-Marked Exhibit 12 (Justin Cohen E-mail Chain)
  4:10 112:19
Pre-Marked Exhibit 13 (Sep. 2019 Email from Dario Osmancevic)
  4:11 114:5
Pre-Marked Exhibit 14 (July 28, 2020 Email from Dario Osmancevic)
  4:12 119:15
Pre-Marked Exhibit 15 (Plural Marketing Subpoena Response)

4:13 130:20
Pre-Marked Exhibit 16 (RevPoint Subpoena Response)
  4:15 131:24
**Exhibit 17 Cohen Depo**
  4:17 5:3
  100:15,16,19

_____

**$**

**$1,000**
  42:9
**$10**
  29:7 30:21
  41:8 48:3,6
  83:13
**$11**
  48:6
**$12**
  40:22 48:3
**$15**
  40:22
**$5**
  29:7 85:9 86:3
  135:11
**$50**
  29:7
**$500**
  42:9
**$9**
  40:23 48:3

_____

**1**

**1**
  5:3 75:7 98:1,
  13,14,16 99:5,
  7,11 121:24
**10**
  22:6 93:7
  95:10
**1003**
  83:23
**1099**
  51:24 52:1
**11**
  110:1,3
  124:23

**12**
  40:6 54:14
  112:19 124:15
**13**
  114:5
**14**
  40:7 119:15
**15**
  50:4 130:20
**16**
  60:13 75:8
  78:9 79:4
  131:24
**17**
  5:3 86:24
  95:10 100:16,
  19
**19748**
  59:7
**1:03 p.m**
  99:12
**1:48 p.m**
  137:3

_____

**2**

**2**
  135:20
**20**
  22:6
**2000**
  54:17 62:10
  65:11
**2001**
  54:17 65:12
**2005**
  28:18 40:11
  50:12 55:4
**2006**
  60:7 61:17
**2007**
  60:6 92:10
**2008**
  24:10 45:14
  50:12 52:4
  91:20,22
**2012**
  54:12
**2013**
  43:18 70:12
  71:10,16 93:8
  95:15 97:1
  109:10 128:22

134:18
**2014**
  50:4 60:18
**2015**
  11:3 16:4
  54:12 60:13
  67:20
**2016**
  59:18 60:18
  92:10
**2017**
  70:21 85:5,9
  86:21 89:18
  135:4
**2018**
  8:12 78:9 79:5
  85:5 87:2
**2019**
  16:5,9 42:1
  75:16 104:23
  105:13 125:2
  126:9
**2020**
  16:7 93:24
  103:10 110:6
  111:21 119:20
  124:17
**21766**
  60:1
**24**
  93:8,24 95:15
**28**
  119:20
**2:35**
  101:1
**2:38**
  101:3
**2nd**
  100:21

_____

**3**

**3**
  75:10,14
  115:19
**30**
  5:12 50:20
  110:6
**302**
  64:16 80:18
**33428**
  60:1

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

**33498**
89:8

_____

**4**

**4**
78:5,7

_____

**5**

**5**
61:18 79:1,3
**50**
11:22 30:11
**500**
50:1
**561-573-9083**
84:12

_____

**6**

**6**
75:16 82:5

_____

**7**

**7**
68:14 82:20
83:3

_____

**8**

**8**
89:2
**888**
78:1
**8th**
112:24

_____

**9**

**9**
90:9
**90**
53:4
**9691**
64:15 80:18

_____

**A**

**abide**
34:6
**abiding**
29:19

**ability**
7:15,18
**access**
16:5,8 40:2
68:15,18
80:17
**accessed**
14:14
**accommodate**
6:18 97:24
**account**
32:15 33:4
66:9 89:15,17
91:23 94:6
119:6
**accounts**
32:24 107:12
136:18
**accurate**
30:1,6 39:15,
19 43:4 48:9
50:17 51:11
58:16 61:16
65:19 105:4,5
111:8,13
113:21 127:13
128:8,9
**accurately**
7:15,18
**accused**
106:11
**acquisition**
15:6
**active**
22:6,9,11 23:8
32:23 45:16
46:7 51:18
94:2,5,9,14
**actual**
68:12
**ad**
32:23 35:18
**Adam**
8:8 9:1,18
10:2 11:6,15,
17,24 13:17,
23 15:9,14
17:7,10 34:8
38:10 42:13
43:10 45:5,7
46:15,21,24
47:2 53:19
54:3 55:13

56:19 57:12
58:20 61:7,11,
20 62:7,23
64:5 65:12
66:18 67:8
74:16,19 80:7,
23 91:10,12
95:14 96:3,24
97:15 99:15
102:4 103:9,
23 104:3,13
105:2 106:8,
11 110:4,6
114:22
116:10,18
122:6 133:4
**Adam's**
57:8 101:5
**adamb1140@
gmail**
8:24
**Adamb11480
@gmail.com**
101:3
**Adamb11480
@gmail.com.**
93:6
**add**
128:2
**added**
48:10 127:3
**addition**
62:13 109:2
**additional**
53:11 117:3
**address**
59:6,21 60:19
64:15,17
67:21 68:9
80:18 81:2
83:8 84:8,9,
17,18,24 92:7,
8,22 108:20
116:14 117:8
132:11,18
**addresses**
65:14 81:4
109:17
**admit**
134:3
**ads**
25:10 26:11
50:18

**Advance**
49:24
**advertising**
32:5
**advice**
17:21 20:6
37:17
**affect**
7:15,18
**affiliate**
10:5 34:4,5,8,
11 35:20
37:12 41:14
42:3 46:12,20
47:4,6,13,24
48:7 50:7
55:16 57:21
80:14
**affiliated**
36:11,13,14,
18 39:4 46:8
48:19 56:21,
23 62:20
**affiliates**
34:9,14 37:10
40:23 48:14,
15 49:1 54:6
134:1,17,18,
20
**agent**
24:6
**aggregating**
43:6
**aggregation**
40:5 44:16
56:1 57:24
69:3 71:1
80:13 121:12
128:15 129:1
131:2
**aggregator**
28:23,24
29:11 30:6
31:8
**aggregators**
31:5
**agree**
27:23 36:12
101:7
**agreed**
41:8 101:15
**agreeing**
27:24

**ahead**
109:6
**America**
50:1
**American**
83:22 84:3
**amount**
24:6 41:12
83:13 85:9
**Ann**
53:15 60:10
**announcing**
15:6
**answers**
6:14 13:2
124:6
**anymore**
8:14 10:15,16
15:21 16:23
17:1 41:6
110:9 111:21
**anyone's**
105:12,14
115:16
**apartment**
65:3,13,14
**API**
44:14
**APIS**
43:12,20 44:5
**application**
119:24
**approximate**
73:15
**approximately**
55:3 60:18
**April**
49:12
**Arbor**
64:16,20
80:18
**area**
23:6 33:14
**article**
15:4
**asks**
115:22
**assigned**
56:18
**assume**
6:11 28:22
31:11 48:17

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

135:22

**assuming**
58:19 121:2

**assumption**
39:19

**attached**
90:21

**attorney**
17:15 82:6
123:3,22
126:21

**attorneys**
17:16,20
18:18,22 19:1,
9 89:3,5 90:12
105:7 110:5
112:6,24

**attorneys'**
17:18

**audible**
6:14

**August**
78:9 79:4

**authenticate**
129:2

**auto**
11:8,20,22
23:7,10,13
25:14,16 26:4,
9 29:4 35:5
58:8 70:7
76:18 97:3
125:1 131:3,7,
18 134:23

**Autoinsurance**
**.com**
97:10

**Autoinsurequo**
**tes.com**
130:8

**automatically**
96:23 97:4

**aware**
20:9,17 56:20
66:21 72:11,
21 73:22
103:10,14
104:20,23
119:8

———

**B**

———

**back**
37:21,24 40:1,
16,24 41:4,14
43:9 44:24
45:12 50:4,20
51:4 52:7,16
58:2 60:23
61:21 62:1
75:6 81:4
98:1,14 99:7,
10,13 101:11,
13 109:1
113:24 115:14
118:14,18
120:17 127:18
128:21 135:1
136:10

**bad**
74:7

**banner**
34:16,17

**based**
23:5,18 45:9
68:21 88:10
116:22

**basic**
6:6 77:14

**basically**
15:19 17:21
27:24 29:3
31:2 35:18
36:16 37:23
43:22 48:1,7
50:18 53:6
56:11 95:1
112:9

**basing**
91:15

**Bear**
60:1

**beginning**
19:14 52:23
53:13 73:7
74:16 113:1

**believed**
14:6

**bell**
65:21 66:2

**Berger**
18:12

**bid**
29:8,15,24

**bidder**
24:8 28:23
30:22

**bidders**
29:12 30:17

**bids**
29:6

**big**
26:2 30:12
128:14

**bill**
86:13 96:23
127:8

**billable**
89:18

**billing**
82:16 85:6
90:15

**bills**
87:1 88:15,16

**bit**
32:4 36:6 50:2
60:23 61:8,19

**Blue**
18:16

**Blueflame**
21:6,10,15,17,
24 22:22
45:12,13,19
46:2,8,11,12,
17,18,22
47:14,16,23
48:19 51:15,
22 53:10,19
55:8 64:8,10,
11 66:17 70:8
73:23 79:12,
15 135:19

**Blueflame's**
70:6 80:3
133:14,19

**Blueflamelab**
**@gmail.com**
85:4

**Blueflameweb**
**@gmail.com**
84:8 109:14

**Blueflameweb**
**@gmail.com.**
108:19

**Boca**
59:5,21 60:1
64:16 68:1
80:19

**booked**
13:22

**bought**
41:7 61:8,17
83:12 121:14
131:19

**bounce**
62:16

**break**
6:17 32:3
74:24 75:4
97:19,23
98:13 99:20

**BRODERICK**
5:8,15 30:2
31:10,22
33:23 34:3,22
35:11,16 36:2
37:5 64:9,13
71:22 72:6
76:10,13,15
78:11 90:19,
24 95:3 96:1,6
104:18 117:13
121:5 129:4

**brought**
45:24 52:2

**Brown**
8:8 11:15,17
13:17 15:9,15
16:16 17:10
45:5,7 47:2
53:19 54:3
62:8,23 64:5
74:19 80:7
87:20 91:10,
13 95:14 96:3,
24 97:15
99:15 100:20
102:4 103:9
104:3 105:2
106:8,11
110:4,6 112:2
114:23 115:1
116:18 120:12
122:6,15
133:5

**Brown's**
10:2 46:24

**55:13 66:18**
80:23

**browse**
13:11

**browsed**
13:2

**build**
9:11 23:5,20,
21,22 37:8,17
40:15,19
44:17,21
75:19 77:6,13
117:18 121:15
127:12 131:10

**building**
9:8 40:11
68:11 77:8
121:3 124:8
131:7 133:23

**built**
9:18 37:23
40:4,6,10 45:3
47:14 51:14
75:21 77:16
81:7 116:6,12,
15 126:16
127:15,24
129:2 131:3,
10

**bunch**
9:19 22:3 49:2

**business**
10:6 22:24
24:1 25:22
47:11,15
54:18,23 55:1
62:14,18,21
63:11,12
109:15,18,21

**businesses**
23:4 33:16
53:7 62:3,18

**buy**
25:1,2,4,9,10
26:21 28:8
29:9 30:13,20
55:23 56:11
60:5 63:4,16
69:6 83:15
96:20,21
107:10 121:8

**buyers**
42:10 50:20

**buying**
26:19 43:7
48:6 77:21
78:2 126:19
127:6,18
128:8 131:16
**buys**
29:7

——————
**C**
**call**
27:10,11,22
77:23 88:14
97:23 102:20
116:23
**called**
10:2 18:4,14
19:8 21:5
56:24 68:4,5,
7,8 82:6,9
102:15 128:12
129:24 130:5
**calling**
28:1 120:7
128:10
**calls**
19:3,6,13
98:18 99:6
120:1
**cancel**
42:11 95:5,6
96:22
**captioning**
8:13
**car**
29:9
**card**
83:8 84:1,4
85:6 87:2
88:18 89:8,11,
16 97:3 135:9
**cards**
84:3
**Carolina**
60:23
**case**
6:3 18:17 20:4
41:5 72:8 89:4
98:24 100:11,
12 105:17
110:5 112:24
114:18 118:13

122:3,15
123:23 132:3
133:5 136:9
**cc'd**
122:21
**cell**
84:15 93:1
**cetera**
27:7 32:6
42:10 43:7
63:16 128:10
**chain**
48:9 73:19
**change**
79:18 81:19
135:11
**changed**
68:6 84:6
**charge**
97:2
**charges**
135:5,11
**charging**
86:3
**cheaper**
96:22
**cheapest**
70:4
**check**
134:11
**checked**
94:5 107:3
**checking**
73:9
**choose**
25:17
**Christine**
6:2 90:19
**clear**
38:5,7 98:2
**click**
34:17 76:13
**client**
23:17 24:5
43:23 44:18
63:17 127:7
128:8
**client's**
23:6
**clients**
21:19 40:17
44:12,20 45:3

48:12 52:24
53:3,4
**clone**
74:3
**closed**
89:16
**closely**
11:6,23
**closing**
113:4
**Cloud**
41:17,22,23
66:11,13
**clue**
10:21 18:1
26:1 35:21
45:11 58:10
61:13 68:23
71:12 77:21
78:20 80:8
82:1 92:20
114:12,16,24
120:3 126:10,
13,23 129:8
130:12
**code**
44:10 89:7,8
115:5 116:7,
24 118:6,14,
18,21
**Cohen**
5:17 6:1 7:3
53:17 60:10
75:9 76:16
89:11 91:3
99:13 136:2
**collab**
74:16
**collaborate**
12:1 87:22
**collect**
115:4,5,7,16
116:13 117:6
**collected**
116:21 117:9,
12,23
**collecting**
116:16
**college**
65:12
**column**
84:12

**combined**
9:20
**comdomainna
mereregistration**
96:12
**commit**
128:1
**common**
74:1
**communicated**
123:15
**communicatio
ns**
122:6,12,23
123:5,13
124:21
**companies**
11:8 21:7,9,23
23:3 26:9,23
28:4,7,10,12,
19 29:3 30:9,
20 42:7 45:15,
21 46:4,9 47:8
48:2,20,23
49:2,4 50:8
51:10 53:1,23,
24 55:24
62:24 67:18
69:23 77:1
80:11 117:21
119:4 129:11,
15
**companies'**
39:3
**company**
8:9,15 9:2,23
10:2,6 14:7,18
15:6 18:4,14
21:4,5 24:7
26:7 27:5,16,
22 28:6 29:15,
17 30:7,12
31:1,2 44:6,11
45:20 46:21,
23,24 47:9,14
49:5,11,16,18,
23 51:16,20
53:18 55:13,
15 57:8,17
62:5 79:19
80:1,2,12
82:6,9 83:10,
18 118:23

120:21 126:19
128:12,14
129:6,24
133:24
**competitive**
33:17
**compiled**
20:20
**complete**
98:21,22 99:6,
7
**completely**
7:9
**compliant**
128:11
**comply**
124:1
**concerned**
16:17
**conclude**
137:1
**concluded**
137:3
**conditions**
7:17 34:7
**confirmed**
16:20
**confused**
26:3
**confusing**
28:9
**connected**
25:24
**connection**
6:22 62:21
85:16
**consent**
126:24 128:7
**consultant**
49:7 53:20
54:4 63:7,10
**consultants**
52:2
**consulting**
21:8,18,22
22:24 32:2
51:12,16
**consumer**
24:2 35:9
118:20 129:2
**consumer's**
117:7

**contact**
67:7 82:15
90:15 99:14,
17
**contacting**
15:24
**contacts**
57:7
**context**
34:12 69:16
**contract**
27:1,3 29:16,
18,24 30:10
31:8 48:18
121:20
**contracts**
26:22 29:12,
13 48:16
**control**
28:6 30:11
39:7 72:18
112:14
**conversation**
14:10 15:11
102:12 134:7
**conversations**
15:8,14 112:5
**coordinate**
101:12
**copied**
79:17,20
**copies**
85:12 86:7
90:6 100:19
**copy**
75:10 106:18
**corner**
132:12
**correct**
8:18,19,20
10:11 12:14
13:7 19:2
20:18 21:11
34:21 35:12
36:24 37:1
43:2 48:10
50:23 55:9,13,
14 63:8 64:2
65:20 67:6
69:21 70:15,
16 71:8,17
77:4 79:15
86:22,23 89:9

90:6 92:10,14
94:3 95:24
101:5,6
102:21 103:20
107:14 108:7,
8,10 111:19
113:7 116:2,3,
17 118:17
127:22
132:22,23
**correctly**
35:8
**correspondenc
e**
107:5 108:21
125:19
**cost**
48:11
**costs**
21:22
**counsel**
17:13 19:4
126:20
**couple**
6:6 14:11,21
15:11 17:10
40:5 42:5 48:5
74:22
**court**
39:9 60:1
82:24 98:24
**cover**
97:20
**create**
11:19,24 70:1
78:17 79:8,13
105:17 106:8
**created**
45:19 73:7
78:22 81:8
91:13,23
92:19 93:11,
14 104:1
105:3 125:1
**creating**
91:19 106:4,
12
**creation**
66:19 93:7
**credit**
83:8 84:1 87:2
88:18 89:16
97:3 135:9

**curious**
135:5
**current**
59:24
**custom**
23:20
**cut**
80:15

___
**D**
___

**daily**
13:23
**Dana**
17:19 59:13
**Dario**
18:9 114:8,10
119:19 120:13
**data**
38:21 42:11
55:17,21,22,
23 56:12
57:21 63:3,15
66:11 115:10
117:17,19,21
118:3 121:10
**database**
125:15
**date**
13:23 14:22
16:12 73:15
93:7 98:23
99:2
**dates**
106:17
**day**
36:21 58:2
94:12 98:4,10,
11,19 101:20
**days**
5:12
**De**
59:15
**deal**
30:22 31:17
42:14 51:4
81:11 110:21
121:22 132:9
**dealer**
29:9
**dealing**
47:8

**December**
41:24 42:1
**decent**
43:16
**decided**
51:14 54:8
**defendant**
6:3
**definition**
29:1
**delete**
17:1
**deleted**
33:1,6 39:7
**delivered**
12:24
**department**
51:3
**depending**
23:24
**depends**
22:23 23:3
24:4,8,9 29:8
41:12 55:23
96:23 121:7,
21 129:5,7
**depo**
13:22
**deposed**
7:20
**deposition**
7:23 12:13
13:6,15 14:2
17:11 99:7,18,
19 100:2,8
135:20 137:1,
2
**describe**
11:11 62:14
**describing**
114:22
**description**
58:16
**determined**
12:8
**Dinner**
59:7
**direct**
5:23 23:2
56:15 80:15
**directly**
26:10 34:15

**80:2 118:4,8**
132:10
**Dirty**
101:2
**disagree**
86:17 89:23
**discuss**
18:17 100:8
133:10
**discussed**
125:6
**discussion**
136:1
**display**
26:9 127:24
**district**
82:24
**document**
20:8,17 91:22
95:19,21
122:4
**documents**
12:20,22 13:6
20:3,14,21
43:22 72:1,5
73:21 82:13
90:13 91:15
120:24 122:11
124:15,23
125:24
**Dog**
55:10 56:5,14
63:9 122:23
**dollars**
33:17 40:24
48:5,11 84:22
88:17
**domain**
9:6,7,9 69:6,8,
13 70:10,15,
23 71:2 73:14
91:13,23
92:19 94:4,8,
10 96:13
103:9 107:8,
10 125:11
**domains**
69:24 70:2
107:3
**Double**
76:13
**doubt**

91:12
**drive**
31:24 33:19
34:9 36:24
54:6 59:7 68:7
**driven**
128:7
**driving**
31:17
**drop**
125:11
**Drove**
131:14
**duly**
5:19
**dump**
33:17

—————
**E**
—————
**e-mail**
18:24 33:21,
24 34:5,20
35:8,13,17,19,
23 36:3,15,17
52:19 84:7,8,
9,24 85:13
88:20 89:2
93:3 101:1,2,
5,22 102:2,4,
6,9,10 103:2
108:6,9,11,20
109:16,21
110:6 111:14
112:3,23
113:1 114:7,8
116:14 117:8
119:17,19
120:4 123:2,
15 125:18
132:16 135:13
**e-mailing**
35:18
**e-mails**
15:16 18:21
35:3 36:9,10,
12 85:12 86:6,
7,24 87:16
88:14 90:2,6
100:20,23
101:8,21
106:24 107:6
108:4,5,14,17

109:2,7,8,10
110:3,4
122:19 123:9
124:20 125:5,
6,7,17,21
135:7,15
136:4,24
**earlier**
58:14 103:4
111:16 115:12
126:3 127:11
136:5,14
**educate**
36:6
**Education**
24:20
**electronic**
41:10
**elimination**
135:22
**Elite**
46:11,12
47:14,16,23
**else's**
76:22,24
**Emma2304**
92:1
**employed**
20:24
**employee**
49:8,19
**employees**
21:15 51:22
52:1
**employer**
21:2
**end**
37:21,24 40:2,
16,24 41:4
43:9 44:24
50:20 51:4
76:1 77:19
127:19
**ended**
61:22 80:4
**ending**
83:22
**engine**
32:13
**engineer**
43:9,13 44:10
**entail**

34:2
**entails**
35:2
**enter**
105:12,14
117:2 118:5,
20 132:21
**entered**
116:7 117:15
**entries**
95:10
**essentially**
89:5 101:8
**estimate**
52:4
**estimating**
14:24
**everyone's**
124:9
**evidence**
124:24
**ex-wife**
53:12,13 60:9
61:2
**exact**
11:2 12:10
14:22
**EXAMINATI
ON**
5:23
**examined**
5:20
**Excel**
82:22 103:6
**Excepting**
131:5
**exchanges**
18:24
**exhibit**
5:3 8:19 70:11
75:10,14 78:5,
7 79:1,3 82:5,
20 83:3 89:2
90:9 93:7
95:10 100:15,
19 110:1,3
112:19 114:5
115:19 119:15
121:24 130:20
131:24
**exhibits**
8:6 74:23

75:7,8 76:11
**exist**
33:6
**expect**
135:21
**expensive**
129:20
**experience**
94:7 97:13
**expire**
40:12 95:8
97:4
**expired**
85:6 87:2
88:18 89:16
135:9
**expires**
93:23 94:17,
18
**explaining**
53:7
**Express**
83:22 84:3
**extra**
69:20

—————
**F**
—————
**F-E-N-I-X**
18:15
**Facebook**
32:6
**fact**
70:22
**failed**
11:10,11
37:21 38:6,9
39:17 63:21
64:1 93:21
**fair**
11:14 21:20
54:22 62:14
71:1 105:9
117:10 121:19
**familiar**
38:17 57:2
64:20 65:7,10
67:1 81:3,20
92:3 93:20
96:11
**farm**
26:11 44:7

**featured**
32:8
**fee**
42:24 129:18
**Fenix**
18:14,16
120:19 123:6
126:13
**Fenixleads**
114:13
**Fenixleads.
com**
114:9
**fields**
70:8
**figure**
86:2
**filed**
106:15
**files**
17:8 122:10
**filled**
29:5 116:4
118:8 119:24
**finally**
6:20
**find**
33:9 43:15
44:22 48:4
52:24 53:3
54:6 63:15
79:16,22
81:11 87:17
119:11 133:23
**fine**
75:1 136:23
**finish**
39:10,11
**fires**
37:21
**firm**
20:5
**five-minute**
75:4
**fix**
61:21
**Florida**
59:5 80:19
**focus**
83:21
**folks**
50:7

**follow**
134:10
**force**
98:9
**forget**
41:15 42:14
59:21 96:22
115:3
**forgot**
79:18,22
**form**
5:10 25:8 29:4
37:19 45:13
55:7 76:19,24
77:2,12 81:15,
23 115:20
117:16,20
118:5,6,13,23
119:22 123:16
128:2,4
**formed**
45:22 53:10
58:9
**forms**
118:7
**forward**
135:16
**found**
39:1 61:10
108:17
**frame**
128:22
**fraudulent**
104:12,14,17
105:3,7
**fraudulently**
105:17 106:4,
8,12
**free**
69:22,24
**friend**
62:13,15
**friends**
62:9,18
**full**
7:1 82:2
119:24 126:4
**fully**
7:8

——————
**G**
——————
**game**
40:13
**gave**
38:2
**GEICO**
26:10
**general**
23:5 124:3
126:20
**generally**
30:5 35:23
40:14 41:3
42:6 44:17
52:18 81:6
94:8 96:15
**generate**
23:18,23 24:7
28:11 31:4
40:20 41:1
50:19,24 53:1,
9 127:12
**generated**
25:5 26:20
29:23 37:13
44:2 71:5,14
89:17 104:12,
16 127:16
**generating**
49:15 50:17,
22 126:9
127:17
**generation**
21:20,21
24:24 33:16
49:3,5 50:15,
16 54:18,23
**generator**
48:8,16
**George**
17:24 114:8,9,
15 119:18,20
**give**
6:14 12:9
14:13 20:10,
14 29:1 35:1
40:14,23
43:16,20
47:22 52:17
53:2 55:18,21,
22 69:22 98:4

**99:5 124:6**
129:14 133:3
134:16
**giving**
98:4,8 109:2
**gmail**
109:22
**Godaddy**
70:3 94:7,19
95:14 96:4,8,
16 103:4
107:9,17,20
113:17 129:21
136:8,12
**Godaddy's**
91:7
**Godaddy.com**
90:13 125:22
**good**
6:1,4,5 31:24
74:2 75:4
**Google**
32:5,15,21,23
33:3 41:17,22,
23 50:19 66:8
**grew**
54:21
**ground**
6:6 97:20
**guess**
14:7 26:3
33:22 38:24
52:22 56:16
60:16 62:16
63:4 72:7
77:22 78:2
83:16 94:4
**guessing**
38:3 64:3
**guys**
10:18 12:7,22
15:17,24 16:6,
10,11 39:1
72:3 73:2,9
98:19 106:16
112:9 134:12,
14

——————
**H**
——————
**hand**
11:24 12:1

**happen**
118:20
**happened**
74:5 86:17
87:11,23
133:21
**happy**
6:9,18 97:19,
24
**he'll**
14:8,22 92:16
**head**
22:16
**health**
24:5,6 49:14
**hear**
6:22 37:6
99:23
**heard**
18:2,4,7,8,9,
14,16 24:14,
21 25:11,19
46:11 47:20
56:24 57:4
64:15,19 69:3,
15 82:9 83:10,
16 105:19,22
114:10,13
120:20 123:8
128:12 129:24
130:5 136:22
**hearing**
110:23
**hell**
85:1,7,11
**helped**
11:19 52:14
**helping**
52:13
**highest**
24:8 28:23
29:6,12 30:21
**hire**
43:11
**Hitpath**
42:18,20
**Hold**
20:11
**honest**
87:14
**honestly**
13:1,9 52:11

**54:14**
**hook**
31:15
**hosted**
94:22
**hosting**
94:17,18,19
95:7 107:13
111:22 112:14
117:22
**house**
12:24 59:22,
23 60:5 61:9,
17 65:3 92:9,
13,19
**houses**
67:17
**hundreds**
85:19 134:20

——————
**I**
——————
**idea**
14:13 35:1
40:15 43:21
51:5 53:2
55:18 110:12
129:14
**ideas**
62:10,17
**identification**
5:4
**identified**
5:19
**iframe**
76:21,23
117:14
**important**
39:10
**in-between**
30:20
**inactive**
45:17,18
**include**
10:12 71:16
**included**
20:8
**includes**
82:14 124:20
**including**
84:22 90:15
111:17

**indicating**
94:2 95:13
**industry**
28:18 51:6
121:17
**Infinite**
49:19
**information**
35:4,10,14
36:1 69:21
73:1 74:3
79:11 80:17
82:15,17 83:5
89:6 90:15
91:8 105:12,
14 111:5
114:18,20
116:4,8 117:3,
11 120:18,24
124:14 129:3,
13 130:22,24
132:4,21
133:11 134:8,
15 135:13
**initial**
115:11
**inside**
107:9
**instance**
27:9
**instructions**
43:23
**insurance**
11:8,20,22
23:7,9,10,13
24:5,6 25:14,
16 26:5,9,20
29:4 35:5
36:16 49:15
76:19 125:1
131:3,7,18
134:23
**integrate**
43:12 118:7
**integrated**
118:15
**Intelligence**
128:13
**intermediary**
30:16
**Internet**
95:2

**investigate**
106:19
**invoice**
82:16 84:22
86:13 90:16
**invoices**
85:18
**involved**
14:9 39:5,6
50:22 65:18
66:21 72:8
74:9 118:2
121:11 126:14
**involvement**
9:15 10:24
19:19 45:7
72:20 73:23
77:8 124:4
133:6
**IO**
27:4
**IP**
132:18
**issue**
6:21 105:17
114:18
**issued**
82:5 90:11

**J**

**JASON**
5:17
**Jeeps**
101:2
**Joe**
18:18 105:19
119:23 125:2
**Jornaya**
128:13,14,15
**Joseph**
125:3 130:23
**Josephson**
17:20
**Josh**
89:2
**July**
71:21 119:20
**June**
89:18 110:6
**Justin**
7:3 89:11

**Justin@
blueflame.com**
108:7
**Justin@
blueflamemail.
com**
109:13

**K**

**keeper**
135:20,22
**Key**
59:7
**kids**
59:11 61:2
**kind**
22:24 29:1
30:16 32:7
33:12 36:5,7
41:1 43:3 44:9
48:8,10 65:21
67:16 72:19
124:5
**Kingston**
5:6,9,24 6:2
75:3 76:8
90:22 91:2
99:10 135:18
136:2,7,14,22
**knew**
16:16 71:4
103:21
**knowing**
105:3,10,11
132:24
**knowledge**
13:5 16:13
67:4,14 70:13,
18 71:13
72:15,21
75:21 77:16
78:21 80:3
96:24 97:15
104:3,11
106:3 110:15
111:7,24
126:11 132:24
133:11

**L**

**la**
59:15

**language**
27:21 103:1
126:17 127:1,
5,8,22 128:7
**law**
20:5
**lawsuit**
90:12 106:14
122:7,24
123:2,7,14,16,
19
**lawyer**
81:17
**lawyer's**
13:8
**lawyers**
20:4 105:24
**lead**
21:20,21,22
24:11,12,24
26:20 27:2,23
28:8,10,22,24
29:6,7,9,11,23
30:5 31:5,8
33:16 37:13
40:5,22,23
41:4,6,11
44:1,3,16
48:3,4,8,11,
13,16 49:3,5
50:15,16,19
54:18,22 56:1
57:24 69:2
71:1 76:24
77:2 80:13
105:7,17
114:17,18
118:9,11
121:12 124:24
127:21
128:13,15
129:1 130:23
131:2,16
**Leadflash**
50:10 55:6,7
**leads**
21:19 23:1,2,
5,17,18,23
24:6,7,20
25:1,2,4,9,10,
11,13,20,23
26:4,13,19,21,
22,23 28:3,11,

12 29:10 30:8,
15,23 31:4,9,
13 39:22
40:19,20
42:10 43:7
48:3 49:15
50:3,5,14 51:1
71:5,14 77:22
78:2 104:12,
16 105:3
106:4,9,12
117:15 118:2,
4,9,15,23
119:6,10
126:9,18,19
127:6,12,15,
17 128:8
129:3 130:13
131:16,19
**learn**
106:14 120:6
**lease**
11:8
**leave**
17:5 55:7
**left**
132:12
**legal**
27:12 28:2
**legally**
126:7
**letter**
27:12
**limited**
82:15
**link**
96:18
**list**
35:4 87:16
107:7
**listed**
83:7,22 84:17
**literally**
82:1 88:15
**live**
59:20 60:2
61:1,15,23
65:11,12
**lived**
59:16 60:16,
21,22 61:18
62:3 64:22,23
65:6,11 80:20,

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

21,23 92:20,
21
**lives**
59:10 81:5
**living**
60:14,18,24
61:3,11 92:18
**LLC**
6:3 21:11
55:11 126:4
**loan**
50:19
**loans**
69:11
**local**
23:23 33:14,
15
**locations**
50:2
**locksmith**
23:22 40:18
41:5 52:24
**locksmiths**
40:19,20,21
**log**
16:8
**log-in**
87:17 92:1
**logged**
88:2 125:22
**long**
8:16 9:18
12:7,10,21
36:22 43:19
47:18 49:20
51:17 54:16
55:2 59:16
61:23,24
91:20 97:3
98:11,16
104:2 135:21
**longer**
15:2 39:18
47:10,14
60:20
**looked**
7:24 10:18
12:13 13:6
14:17 72:9
88:13 106:20,
23 107:12,22
113:12,16,17,

22 115:12
125:10 130:17
**lose**
42:11
**lot**
24:10 28:13
31:2 34:7 50:6
55:16 56:22
65:24 69:22
86:4 101:20
109:4 119:3
124:5
**lots**
20:13 42:6
55:24
**lower**
21:22
**lunch**
98:13 99:12,
21

———
**M**
———
**Machine**
78:8 79:4
**Macy's**
36:11
**Macys.com**
36:8
**made**
63:19 64:4,5
121:22
**Madrid**
59:15
**Mailgun**
82:6,10,11,21
83:4,9,11,16
84:20,24
85:10 86:8,15
87:9,14 89:3,
7,21 108:18
109:2 135:4,8
136:4,24
**Mailgun's**
86:22 89:6
**mailings**
73:17
**main**
22:23 31:1
37:7 45:20
96:9 109:23
**maintain**
43:1,4

**majority**
71:3 116:11,
15
**make**
23:1 29:19
35:7 40:24
48:5 51:16
59:2 63:23
64:11 94:14
95:1 128:2,10
**making**
11:13 12:4,8
32:7 38:11
66:4
**man**
48:7 80:16
134:2
**management**
55:17 57:22
**managing**
120:11
**manner**
31:13 102:23
**Mantha**
105:20 119:23
125:3
**Mantha's**
18:18 105:7
130:23
**March**
49:12
**mark**
75:7,8
**marked**
75:10 78:4,24
82:4,20 89:1
90:8 100:15
109:24 112:18
114:4 115:18
119:14 121:24
131:23
**market**
44:22
**marketing**
18:5 21:6,11,
17,19 22:22
33:21,24
34:20 35:8,17
36:3,17 45:12
46:18 52:20
119:19 130:21
**Massachusetts**
19:10

**matter**
122:7,24
123:7 124:11
**matters**
46:1
**Meaning**
8:5 104:9
**means**
7:7 55:19
97:2,11,13
127:18
**Media**
18:15 49:19
55:10 120:19
122:23 123:6
126:4,14
130:3 132:3,
10
**medical**
7:17
**medication**
7:14
**member**
47:13
**memories**
39:14
**memory**
38:5,7 64:2,3
65:18 70:18
71:13 74:13
85:23 87:5
88:6 89:20
91:18 93:10,
13,19 102:19
114:1 116:2,
20
**men**
31:3
**mention**
85:8,22 86:6
133:5,14
**mentioned**
8:17 30:8
32:10,12
34:20 40:4
42:3 43:20
51:9 57:23
63:6 66:8,14
112:16 115:2
126:3 134:17
**message**
100:4

**messages**
84:23 100:5
122:14
**Michael**
18:12
**middle**
31:2 48:7 77:1
80:16 134:2
**million**
66:1 78:13
**millions**
33:17 38:18
**mine**
66:20 79:17
133:13
**minute**
97:17
**minutes**
65:16
**mistake**
80:9
**mix**
62:18
**Mm-hmm**
25:3
**model**
25:7 41:2
**moment**
102:7 133:3
**money**
11:13 12:5,8
38:11 59:2
63:19 64:4,5,
11 66:4 86:4
**month**
73:19 86:3
**monthly**
42:8,24 53:8
68:12 94:21
129:12,18
**months**
12:10 110:8
111:6 128:19,
24
**morning**
6:1,4,5
**morning's**
7:23
**motions**
5:11
**mouth**
53:5

**move**
17:1 62:1
80:16
**moved**
60:22,23
61:15,19,21
**moving**
128:18
**multiple**
17:16 28:4,10
29:3 30:13
34:18 43:14
44:5 85:21
87:10

_____
**N**

**N-O-M-I-C-S**
24:13
**Namecheap**
70:3
**named**
17:24 18:9
38:17,18
114:10,15
**names**
17:18 22:11,
15,21 39:3
42:16 45:21
51:11 52:6,10
71:2 72:10
94:11 96:13
107:8,10
131:21
**narrow**
134:22
**nationally**
23:24
**Nature**
40:13
**needed**
20:7 52:15,23
**neighborhood**
64:21 65:10
81:2
**netdomainnam**
**eregistration**
97:8
**network**
9:23 46:20
47:24 48:7
**Nexus**
68:5,7

**Nomics**
24:11,13
**normal**
121:3
**notarization**
5:14
**notary**
5:20
**notwithstandin**
**g**
72:14,20
**number**
19:11 75:24
76:7 77:19,24
84:10,11,13
89:13 92:23
115:9,10,15,
16,23 116:13,
24 122:5,22
123:5,12
124:15,23
127:4 132:14
**numbers**
78:1 84:6
115:5,7
116:16,21

_____
**O**

**Oaks**
64:16,20
80:18
**oath**
7:5 99:14
**object**
5:14
**Objection**
30:2 31:10,22
33:23 34:3,22
35:11,16 36:2
37:5 64:9,13
71:22 72:6
78:11 95:3
96:1,6 104:18
117:13 121:5
129:4
**objections**
5:10,15
**obligated**
7:8,11
**occurred**
95:24

**odd**
116:3
**Odom**
89:2
**offers**
11:5 25:17
26:5 48:2
129:21
**Offervision**
8:10 9:23
10:3,9 14:21
57:8,10,14,24
58:7,9,12,15,
18,24 63:8
67:5,8 111:17
115:2 126:3,4,
6
**offhand**
67:3
**office**
13:7 18:22
19:1,11 67:11,
19,24 68:10,
12
**officer**
21:10,13
51:20
**officers**
53:11
**offices**
67:15
**on-line**
21:18
**one's**
78:8
**open**
12:17 76:11
98:24
**operate**
21:24 22:4
83:18
**operated**
68:24
**operating**
10:10
**operational**
10:20 16:3
130:11
**opinion**
123:24
**opt-in**
27:8,20,24

**opted**
35:3,9
**optimization**
32:13
**option**
89:17
**options**
98:8,21
**oral**
6:14
**order**
29:15
**originally**
12:21
**Osmancevic**
18:10 114:8,
11,17 119:20,
21 120:13
**outbids**
29:8
**overseas**
74:3
**owned**
8:6,15,21 9:1
17:7 48:22
51:10 54:7
58:12 59:23
60:2 67:5
68:20 92:9
107:4 113:5,8,
11,23 114:2
**owner**
57:12 60:8
82:13 83:6
90:14 91:8
114:23 119:12
**owners**
68:6
**ownership**
39:21 57:16
**owns**
16:14 69:19
120:10

_____
**P**

**package**
9:22
**pages**
25:16
**paid**
29:18 31:24

126:17
**opted**
35:3,9
**paper**
31:15
**paperclip**
25:14
**paperwork**
105:23
**part**
20:8 30:22
46:14 54:24
69:24 121:3
**Partly**
60:3
**partner**
36:15 57:15,
20 62:14
**partners**
36:11,13,19
37:24 55:22
56:13 81:11
**partners'**
36:9
**party**
123:13
**pass**
41:8
**password**
92:6
**past**
24:16 25:21
26:15 34:8
40:6 67:15
73:18 81:8
121:9,10
128:19
**pasted**
79:18
**Path**
130:3
**pause**
20:12 32:24
**paused**
33:6
**pay**
9:9 34:9 42:8
50:18 54:3

32:4,14,18
33:2 43:9
49:16 52:19
53:21 62:21,
24 63:2 68:22
85:9 95:14
96:7,16

69:20 82:2
89:24 94:8,21
96:18 98:10
118:10
129:12,18

**pay-as-you-go**
89:17

**payday**
50:19

**paying**
9:5,7 40:21
48:2 84:19
86:5 87:8,20,
24 94:24 96:4
97:1,16 98:19
103:9,14
135:4

**Paypal**
108:20

**people**
26:23 28:16
30:11,14 31:2
33:17 34:6,14,
23 35:3 38:2
39:3 43:7
44:24 48:4,6
51:1,24 52:13
53:8 69:13
74:2 82:3
94:10 116:13
121:8 126:19
128:1,18
133:24

**people's**
118:7

**percent**
53:4

**permission**
36:15

**person**
51:2 79:19
102:1 120:6,
13,16,20
122:13 123:14
125:20 127:5

**personal**
70:6,13,18
105:12 109:16
111:24 126:11

**personally**
17:4 109:18

**Phoenix**
18:16

**phone**
19:3,6,10
27:10 76:7
84:10,11,13,
15 92:23 93:1
101:18,23,24
102:1,11,12
115:4,5,7,9,
15,16,23
116:13,16,21,
24 122:13
127:4 132:14

**physical**
52:1

**place**
27:3 30:1 31:8
44:18,21 45:3
117:16 127:7

**plaintiff**
18:17

**plaintiff's**
125:13

**plaintiffs'**
18:22 19:1,4
82:6 89:3,5
90:12 91:7
105:6 110:4
112:6,24

**platform**
26:8,13 31:16
43:3 85:19
109:23

**platforms**
41:14 42:3

**plug**
127:3

**plumber**
23:2,21 53:1

**plumbing**
23:1

**Plural**
18:5 119:18
130:21

**point**
6:7,21 36:1,5
39:6 53:12,20
54:8 63:7
68:15 71:10
87:23 88:6
89:24 92:14
99:1,18 119:7
131:4

**policies**
81:8

**policy**
27:8,20 39:1
74:7,10 79:5,
21 80:4 81:21
82:2 133:15

**pop**
118:21,22

**portfolio**
23:12 106:23
107:2,7

**portion**
79:10

**possession**
124:24

**possibly**
41:19 44:19

**posting**
43:23 44:1

**practically**
118:19

**pre-marked**
5:4 75:7
130:20

**prepare**
7:22 20:22

**prepared**
20:20

**preparing**
12:12 13:14

**presence**
33:13

**present**
71:11,16
109:11

**pretty**
10:14 38:5
77:14 120:15

**previously**
115:18

**price**
29:6 41:8
43:16

**primary**
108:9

**prior**
9:24 15:14
48:20 59:20,
24 60:17 73:3

**privacy**
8:23 27:8,20

38:24 74:7,10
79:5,21 80:4
81:8,21 82:2
133:15

**private**
69:11,14,18,
21

**problem**
99:3

**problems**
110:9

**process**
135:21

**produced**
114:7

**professional**
62:24

**profitable**
38:1

**programmer**
43:8

**project**
11:10,12 12:2
36:21 37:9,22
38:3,10

**projects**
12:1 53:21

**prominently**
32:8

**promise**
98:15

**promote**
25:9 26:11
34:6,14 37:18,
19 48:4

**pronounced**
126:5

**properly**
126:5

**provide**
21:19 24:23
26:4 27:1,21
37:16 38:23
42:7 44:14
55:20 85:12
88:12 117:16
129:15 135:13

**provided**
20:3 26:17
37:2,17 81:9
114:19 116:8
119:18 120:18

127:5 130:22

**providing**
90:6 114:17
119:21 134:1

**public**
5:20

**pulled**
74:8 133:22

**purchased**
61:14

**purpose**
104:19

**purposes**
28:2 39:9

**push**
37:9

**put**
17:22 39:3
48:3 78:16
80:7,11 85:19
92:12 94:17
118:5 133:24

**putting**
11:5

─────────

**Q**

**question**
6:8,12 28:9
39:11 72:19

**questions**
7:8 8:2 36:22
83:20,21
120:16 133:4
135:19 136:3

**quick**
74:24

**quickly**
98:15,18

**quote**
24:3 33:18
39:2

**Quotewizard.
com**
6:3

─────────

**R**

**ran**
32:14,18,20
40:1 50:6
57:24 67:8
104:23 131:8

134:3

**random**
61:9

**randomly**
86:3

**Raton**
59:5 64:16
68:1 80:19

**re-bill**
97:3,13

**re-billed**
97:4

**reach**
121:4,6

**reached**
10:19 73:9
120:23

**read**
5:12 13:10
44:9 81:18
82:1 125:10

**real**
29:5,10
129:13

**realize**
88:1

**reason**
86:17 87:19
89:23 91:12
127:17

**recall**
11:2,21 16:19
19:17,21
22:15,20 25:8
26:12 38:9,10,
19 42:12,16,
22 45:2 51:10
52:10,14
63:19 66:4,24
81:2 84:19
86:10 88:6,8
93:22 101:19
102:16 103:5
104:10 105:6
107:24 108:2
131:6,21
134:24 136:8

**receive**
35:4,10 36:1,
9,12

**received**
100:20 106:18
109:20 130:21

132:3

**receiving**
27:11,22
35:23 36:10

**recent**
65:8 73:8

**recently**
71:21 73:12
128:17 131:20

**recess**
75:5 99:12

**recognize**
75:17 76:17
77:24 100:23
132:18

**record**
5:10 7:2 16:23
38:13 39:20
41:21 74:12
75:6 90:5,20
93:5 99:5,11,
13 136:1

**records**
39:23 41:10
43:4 86:22
89:24 130:16
135:20,23

**recurring**
97:2,5,6,11

**redirect**
118:22

**refer**
40:16

**references**
79:14 80:18
85:15

**referral**
53:5

**referring**
66:14 111:13

**reflecting**
95:23

**refresh**
85:23 89:20
93:10

**register**
38:20 69:8,12,
13,23 96:9

**registered**
38:20 46:3
70:10 136:19

**registering**

96:13

**registers**
69:5 107:10

**registrant**
82:16

**regular**
76:18

**relate**
115:6 124:16,
24 135:6

**related**
17:8 22:4,14,
17,19 79:22
83:14 100:4,6
107:1 108:12
109:15,19
130:18 134:23
135:12,14

**relating**
82:13 90:13
108:22 121:20

**relation**
106:20

**relative**
24:23 31:20
32:16 100:10,
12 101:21

**relevant**
46:1 51:18

**relying**
36:7

**remember**
9:18 10:4
14:16 15:19
16:2 19:9,12,
20 24:20 26:6
38:15 40:8
46:6 57:19
60:7 64:4 67:2
74:15 77:11
107:17 133:8
134:5 135:3

**rent**
61:6 68:11

**rented**
60:3 61:4,5,
19,20 92:13

**renting**
59:22 61:8

**rephrase**
6:9 62:23

**replace**

79:22 81:12
133:23

**replied**
102:5 113:24

**reply**
101:14

**reporter**
39:9

**reporting**
42:9

**represent**
6:2 89:4 91:6

**request**
83:5 124:24
130:3 136:3,7,
9

**requesting**
82:12

**requests**
20:9,17 111:4
122:5

**require**
42:24

**reserved**
5:11

**reside**
59:4

**respect**
123:22

**respond**
75:1 102:8,11,
22

**responded**
102:16

**responding**
102:17 111:4

**response**
20:21 82:21
83:4,5 86:14
89:6 91:7
103:5,8
108:18 130:21
132:2

**responses**
101:12

**retainer**
17:22 53:9

**revenue**
45:24

**review**
12:20

**reviewed**
12:22

**reviewing**
73:21

**Revpoint**
130:1,2 132:3,
10

**rich**
71:5

**ring**
65:21

**rings**
66:2

**Rios**
17:24 114:8,9,
15 119:18,20

**Road**
67:23 68:3,14

**role**
31:20,23 49:6
124:7

**rules**
6:6

**run**
9:13 23:15
28:3,14,15
31:12 56:1,14,
15 62:17,20,
22 67:12,17
74:4 119:1
131:12

**running**
9:16 11:14,17,
21 12:7 22:10
23:14 27:16
50:3,5,13
58:11 62:2
66:4 80:13
103:18,22
104:4,9 105:1
131:9

**runs**
57:6 71:7
104:21

———
**S**
———

**safe**
61:14

**sale**
14:9 58:23
59:1

**sales**
52:21,22 54:5
**satisfactorily**
5:19
**saved**
107:23
**scenario**
30:15 31:7
**schedule**
14:2 90:20,23
**screen**
8:12 9:24
12:17 74:22
75:11,12,14
76:17 78:7
79:3 88:20,21
91:4 100:16
115:11 119:21
**scrolling**
79:10
**scrub**
95:1
**Seal**
55:10 56:5,14
63:9 122:23
**search**
32:1,4,13,14,
18 33:3 43:11
51:12 52:19
56:3 66:8
107:20 108:4,
11,22 122:10
125:7,13,16
**searched**
107:18 125:7
**searches**
33:2
**searching**
125:5,21
**seeking**
91:7
**sell**
24:8 25:4
26:22 27:2
28:5,7,23
30:21 50:19
56:12 60:12
61:21 63:2
94:12 118:9,
10 127:13,21
**selling**
11:8 26:23

28:10 34:15
60:17 121:11
127:19 131:16
**sells**
29:7
**send**
30:13 35:3
42:10 44:3,14
48:5 135:15
136:4
**sending**
13:8,9 30:10
43:7 45:11
134:13
**sends**
44:6
**sense**
47:22 51:12
52:17
**sentence**
111:12
**SEO**
32:1,12,13
33:8,11,15
37:12
**separate**
62:17 67:17
**September**
75:16 93:8,23
95:15 100:21
**servers**
38:21 66:11
133:12
**service**
24:23 26:17
29:20 37:2
42:7 63:3
69:24 84:19
85:13,24 86:1,
10,16 87:8,24
88:7,8 89:16
96:16 124:17
129:15
**services**
33:8 46:13
63:1 69:22
88:11 90:1
95:14 96:4,7,
11 129:22
135:4
**set**
43:22 44:8
98:23 99:2

136:24
**share**
67:19,23
74:22 75:11
88:21 100:16
**shared**
67:15,16,22
68:10
**shop**
33:13,14
**shops**
23:4
**short**
97:19,23
**shot**
75:14 76:17
78:7 79:3
115:11 119:21
**shots**
9:24
**show**
44:23 48:2
75:9 77:15
78:4,24 82:4,
19 90:8,18
94:23 100:15
109:24 112:18
114:4 119:14
127:24 130:19
131:23 135:9
**showed**
17:17 103:4,
12 115:8
135:8
**showing**
17:13 82:22
87:1 88:10
89:1 91:16
100:19 115:9,
18
**shown**
31:4
**shows**
48:1 67:7
69:10 70:21
82:24 86:13
87:1,2 88:17,
18 116:5
135:10
**side**
19:8 43:10
47:4,6 50:22
131:16

**sign**
5:13 24:3
29:18 30:10
53:8
**signature**
12:23
**signed**
27:5 35:24
119:23
**significant**
49:1
**similar**
46:19 50:13
101:16 102:22
133:7
**simpler**
72:19
**sit**
107:24 110:7
**site**
8:6,7,9,10,15
9:1,3,4,8,11,
20 10:22,24
11:19,20 13:3,
18 14:4,17
15:18,20 16:5,
18,19,22,23
17:9 19:18
20:15,23 22:4,
23 23:1,20,22
26:2,12 27:6,
13,14,18 28:1
29:21 30:3
31:17 32:24
33:1,19 34:5,
7,9,10,16,19,
24 35:6,21
37:13,18,23,
24 38:6,8,11,
16,19,22 39:5,
6,7,20,21
40:2,15 41:19
47:10,12
56:18 57:5
63:22 64:1
66:3,5,6 67:1
71:24 72:18
73:24 74:2,4,
9,11,12,13
76:22 79:17,
22 80:13,14
81:14 83:15
87:23 94:2,14,

18,22 95:5,6
105:15 106:21
110:8,20,24
111:6,9,21
112:10 113:5,
9,15,17
114:23 115:4,
8 117:5,22,24
119:13
120:10,11
124:4 125:10
127:3 128:10
129:5,7
130:18
133:11,22
134:9 135:7,
14 136:13,18,
19
**site's**
10:15,16
38:12 73:10,
11
**sites**
9:19,20 11:20,
22 16:24 17:4
22:9 23:5
28:13,23 32:1
33:11,12,16
34:7 37:12
38:17,18 40:5
41:19 44:21
54:7 55:22
57:9 58:18
65:24 74:1
78:13 79:24
81:7,10,22
85:21 86:12,
19 87:10 88:2,
9 107:13
116:11,15
131:8,10
**sitting**
94:11 113:21
**skills**
31:3
**Skype**
100:6
**slash**
62:15
**small**
76:2
**smart**
80:16

Joseph Mantha vs Quotewizard.com, LLC
Case 1:19-cv-12235-LTS    Document 107-5    Filed 10/08/20    Page 50 of 52
Justin C. Cohen
September 15, 2020

**Snappy**
8:17 10:12
22:20 28:21
32:14,18 33:3,
10,19 34:14
35:15,19
36:18,20 37:3,
16 38:17,18
58:3,15 65:23
66:1,3,18 67:2
107:15 108:23
122:17,18
125:9 130:10
136:11

**Snappyauto**
25:24 29:22
34:17 39:23
45:2 125:9

**Snappyauto.**
**com**
31:21 35:15
45:8

**Snappyautoins**
**urance**
8:5 10:17
13:11 19:19
35:20 47:17
66:6 78:8
79:24 81:7
86:11 87:6
95:15 100:13
108:12 110:16
111:5 116:21
119:22 120:8
125:8 126:8
131:5

**Snappyautoins**
**urance.com**
15:9 63:20
64:12 65:16
68:16 70:9
71:7 75:16
79:4 80:5
90:14 103:10,
19 105:13
106:5 111:17
125:2 126:22
130:14 132:21

**Snappyautoins**
**urance.com.**
78:15 82:14
83:6 86:16
91:9

**Snappys**
58:18

**Snappysurvey**
65:24

**Snappysurveys**
58:6

**Snappysurveys**
**.net**
57:1 66:23

**sold**
8:9,15 9:23
10:4,8,9 14:6,
18,21 28:4,12
39:22,24 41:4,
11 46:15
48:11 51:1,2
57:9,17 58:15,
19,20 59:22
71:14 111:16
112:12 115:2
120:12,23
121:2,14
130:13 131:19
133:9

**sole**
21:13 57:12
60:8

**Solutions**
123:6

**someone's**
35:9,18
115:22 126:19

**sounds**
23:13 38:16
57:2 64:20
65:7,9 67:1
81:2 93:20

**South**
60:22

**space**
26:2 67:16,19,
24 68:11

**spaces**
67:23

**speak**
13:14,17 14:7
17:11 56:16
102:10

**speaking**
30:5 40:14
41:3 42:6
44:17 64:1
96:15 101:22

118:19

**specialty**
42:15 51:8

**specific**
57:19 65:17
78:14 116:20

**specifically**
24:2 27:16
39:15 101:21

**specifics**
51:7

**spinoff**
46:16,17
47:10,12

**split**
54:8

**spoke**
13:18,20
14:19 17:10
19:7,17 102:7,
10 111:10
133:4 136:4

**spoken**
122:13

**spreadsheet**
82:22 103:6

**SSO**
32:10,12

**stall**
97:18

**standard**
81:21 126:24
127:2

**start**
5:7 6:7 36:10
41:22 48:22
53:24 62:7
76:16

**started**
15:16,24
28:18 46:21
49:9 50:10
53:23 73:20
128:17,18,23
134:8

**starting**
53:6

**starts**
127:9

**state**
7:1 23:19
26:11 61:19

67:22 68:3,14

**stay**
98:9,11

**staying**
61:22

**step**
48:9

**steps**
94:15 106:19
125:23

**stick**
51:15

**stips**
5:7

**stop**
98:18

**stopped**
85:6

**store**
43:4

**stores**
17:8

**street**
68:9,13

**strike**
5:12 92:13
125:6

**stuff**
12:24 13:24
18:20 19:2,15
24:10 25:14
37:8 41:16,17
42:14 45:10
49:9,14 51:4,
14 52:3 57:21
63:4 67:18
85:1 86:24
87:22 104:14
107:23 112:10
113:10 117:15
119:5 134:12,
13

**style**
81:20

**subject**
122:7,24
123:7 125:11

**submit**
36:8

**submitting**
27:23

**subpoena**

20:8,17 82:5,
12,20 83:4
86:14 89:6
90:11 91:7
98:6 103:5,8
106:1,19
108:18 122:3
124:2 130:20
132:2

**subpoenaed**
113:13

**substance**
19:12 101:8

**successful**
40:12 62:16

**suggest**
92:18

**surprise**
71:20,23

**surprised**
120:6,9

**switched**
41:17

**sworn**
5:19

**system**
41:13

**systems**
66:7,9

---

**T**

---

**taking**
74:19 110:18
111:20 112:13

**talk**
13:23 14:4
65:15 66:17
74:19 100:10
101:20 108:16
110:18 112:2

**talked**
11:24 58:20
66:23 100:1
110:20 112:10
123:1,3
134:15

**talking**
8:18 27:15
39:12 42:4
70:22 73:12
85:3 88:5 94:8
101:17 110:12

115:19
**TCBA**
126:24 127:4
128:7
**technically**
48:12
**Technologies**
82:7,10,11,21
83:4,11 84:20
86:15 89:3,21
**Ted**
5:6,14 76:8
90:23
**telephone**
75:24 102:20
**telling**
15:19 102:11
105:6 113:14
116:23
**ten**
124:12
**tenant**
61:10
**term**
27:12 28:24
66:18 69:2,4,
15
**terms**
12:12 14:24
27:19 28:1
29:20 34:7
78:9,12,14,22
125:8 131:16
**test**
129:19
**tested**
9:17,21 11:1,4
**testified**
5:20 58:14
71:6 103:17
111:16 115:1
116:1 120:22
127:11
**testify**
7:15,18 98:7
**testimony**
38:15 39:13
50:21 58:16
63:24 65:17
77:5 78:21
80:5 104:15
105:16 106:7

111:7 128:6
131:6 132:20
135:3
**testing**
87:23
**text**
100:5 122:14
123:15
**texts**
123:9 124:20
**thing**
14:17 19:7,22
26:19 37:7
45:10 58:7
89:22 115:9
123:4 128:19
134:6 136:20
**things**
11:7 50:23
52:12 108:3
**thinking**
26:7
**thinks**
58:20
**thought**
32:12 111:16
112:11 113:5,
8,11,13 133:9
**thousands**
9:19 94:10
**thumbnails**
76:6,11
**time**
5:11 6:17 8:16
10:18,23 11:9
12:2,11,22
13:20 14:2,14
15:20 16:2
19:24 29:6,10
41:12,13
43:15,19 45:3
47:18 49:10
51:17 52:15,
20 53:6,10
54:5,7 56:6
58:19 61:15
62:5 69:18
70:4 73:3,8
74:4 75:4,8
87:6 88:2
91:20 92:16
94:5 98:4 99:6
103:21 104:2,

4 105:22
109:4 110:23
113:5 114:1
121:18 124:5
127:21 128:22
131:11 132:6
**times**
17:11 41:18
68:6
**tint**
23:4 33:13,15
**today**
7:5,14 13:19
98:22 99:15,
23 100:3,9
107:24
**today's**
12:12 13:5,15
**told**
15:10 71:20
101:10 102:17
112:5 116:6
123:18 124:10
**ton**
28:15 84:2,24
**top**
22:15 132:11
**touch**
99:22
**track**
54:15 81:5
106:17
**trade**
44:22
**traffic**
31:17,24 32:1,
19 33:20 34:4,
6,8,9,11,15
36:24 50:6,17,
18,22,24 51:3
53:1,9 54:7
55:21 56:2
127:10 128:2
131:14
**transaction**
95:24
**transcript**
5:13
**transfer**
48:13 66:12
**transitioned**
41:23

**trap**
41:16
**trial**
5:11
**true**
116:18
**truthfully**
7:12
**type**
23:4 33:11,15
44:14 63:15
84:24 129:10,
15,21
**types**
44:4
**typically**
34:11 36:23
48:15 69:20
117:6,8 128:7

**U**

**Uh-huh**
114:6
**understand**
6:8,15 7:4,7
9:1 10:1 22:19
35:22 38:14
39:13 50:21
**understanding**
10:8 35:7
63:24
**understood**
6:11
**Unit**
64:16 80:18
**Unitedquotes.
com**
130:6
**unnecessary**
17:23
**URL**
94:17
**usage**
89:18
**user**
129:6,9
**usual**
5:7

**V**

**verification**
129:10,22
**verify**
16:21 129:12
**versa**
63:18
**versions**
66:1
**vertical**
29:5
**vice**
63:18
**viewing**
91:21
**virtual**
6:20
**visit**
72:24 73:15
**visited**
15:22 73:4,12,
18

**W**

**W-2**
52:1
**wanted**
33:13 35:4
62:1
**wasted**
124:5
**Wayback**
78:7 79:3
**Waybackmach
ine.com**
75:15
**ways**
34:18 117:18,
22
**web**
21:6,10,17
22:22 25:11,
13,20,23 26:4,
13 30:8,15,23
31:9,13 45:12
46:18 77:3
115:19 117:15
118:2,4,9,13,
15,23 119:6,
10

Joseph Mantha vs
Quotewizard.com, LLC

Justin C. Cohen
September 15, 2020

**webmaster**
69:2,9,17
120:2,7
**website**
8:22 11:18
13:21 14:14
16:3,9,14
23:15 24:2
27:16 28:3,11,
14 29:23
30:16 31:4,9,
12,15 32:7
33:20 34:12,
13 36:12,14,
24 39:14
40:19 51:4
56:17,24 57:3
58:11 65:18,
21 68:20
69:18 71:14,
18 72:2,11,13,
15,16,22,24
73:4,23 74:20
75:19,22 77:6,
9,17 79:20
80:12 81:24
82:13 85:15
90:14 91:8,19
93:11,14
103:15
104:12,16,21
105:1 107:1,4,
5,14,21
113:11,23
115:7 117:11
119:10,24
120:13,19,22
121:2,7 124:8,
16 127:12,22,
23 128:3
130:5 134:4
135:10,15
**website's**
44:12 118:6
127:8,15
**websites**
10:9 22:1,3,5,
12,21 23:8
24:1 28:15
29:11 30:6
31:24 36:14,
19 37:8 44:16
49:3 55:20

56:1,14,20,22
57:24 58:4
67:2 69:3 70:1
71:2 77:13
85:19,22 86:6
87:16 88:17
90:3 107:15
116:6 117:18
118:7 119:1
121:8,12
126:16 127:1
128:16 129:1
130:10 131:2,
7,12,18
**websites'**
131:21
**weeks**
14:11 15:11
**weird**
133:18
**whatsoever**
111:8
**whoever's**
19:11
**wife**
20:5 59:11
61:2,7 123:17
**wife's**
59:12
**window**
23:3 33:12,15
**Wizard**
33:18 39:2
**wondering**
86:5
**word**
53:5 56:17
57:10,11
126:4
**words**
38:6 50:14
**work**
11:6,7 16:24
17:5,16 26:10
29:14 30:7
34:14 37:10
43:10,13
54:22 56:6,7
57:14,19
74:17 98:3,10,
20 100:7
108:9 128:3,4

**worked**
9:21 11:23
18:6 24:15
25:20 26:14
28:19,21
31:13 37:20
44:4 46:13
49:1,4,10,20,
21,22,24
53:19 55:10
56:5 57:15
74:11 134:19
**working**
29:17 34:12
43:17 44:13
55:5,6 62:5,7
87:5 134:18
**works**
20:5 30:19
31:1 36:3 41:2
43:5,12 51:5
53:3
**write**
27:12 101:10
**writes**
27:13
**writing**
120:17
**written**
123:16 124:21
**wrong**
81:13
**wrote**
101:13,14,16
103:3 112:12
**www.
snappyautoins
urance.com**
8:18

_____
**X**
_____
**Xverify**
129:11,17
**XYZ**
27:22

_____
**Y**
_____
**year**
10:5 49:13,15,
21 59:22
60:21 61:24

71:21 92:16
96:19,21,23
97:6,10,13
104:2
**years**
8:10,11 9:3,17
10:5,22 14:21
15:1,3 16:19
24:16 25:21
36:21 38:4
40:3,7 41:18,
19 45:19
46:13 47:20
49:2,8 51:23
52:8 53:22
54:2 59:17
60:14,16
61:11 66:7
73:8 81:17
82:2 87:4
96:20 119:3
124:12 131:10
134:21
**York**
54:20
**Yup**
71:9 79:2
91:11 93:4,9
94:1 100:18,
22 110:2,11
112:20 119:16
122:2 125:4
135:24

_____
**Z**
_____
**zip**
89:7,8 115:4
116:7,24
118:5,20
**Zoom**
95:17