# EXHIBIT 2

Joseph Mantha, et. al., Plaintiff(s)
vs.
Quotewizard.com, LLC, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 157512-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bold Media Group, Inc., c/o Incorp Services, Inc. as Statutory Agent

Court Case No. 1:19-cv-12235-LTS

NELSON, MULLINS, ET AL
Ms. Judy Ercolini
One Post Office Square, 30th FL
Boston, MA 02109

State of: __ARIZONA__ ) ss.
County of: __MARICOPA__ )

Name of Server: __GARY VISCUM__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __29TH__ day of __JULY__, 20 __20__, at __10:45__ o'clock __A__M

Place of Service: at __8825 N 23rd Ave., Suite 100__, in __Phoenix, AZ 85021__

Documents Served: the undersigned served the documents described as:
Subpoena to Produce Documents, Information, or Objects or to
Permit Inspection of Premises in a Civil Action

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Bold Media Group, Inc., c/o Incorp Services, Inc. as Statutory Agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __BROOKLYN VANDEVENTER - SERVICE OF PROCESS COORDINATOR__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair ____
Approx. Age __20-25__ ; Approx. Height __5'4" - 5'6"__ ; Approx. Weight __161-200__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Gary Viscum_
Signature of Server

Subscribed and sworn to before me this __30TH__ day of __JULY__, 20 __20__

_____ 10/28/2021
Notary Public    (Commission Expires)

APS International, Ltd.

SUSIE BALDWIN
Notary Public, State of Arizona
Maricopa County
My Commission Expires
October 28, 2021