## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## **[PROPOSED] ORDER**

For the reasons set forth in Defendant QuoteWizard.com, LLC's Motion to Compel, non-party Bold Media, Inc. is hereby **ORDERED** to substantively respond to QuoteWizard's Fed. R. Civ. P. 45 Subpoena to Produce Documents dated July 27, 2020 (free of objections, which have been waived) within fourteen (14) days of this Order.

SO ORDERED this ___ day of ____, 2020.

                                                                              _____
                                                                              THE HONORABLE LEO T. SOROKIN
                                                                              UNITED STATES DISTRICT JUDGE