**From:** Matthew McCue
**To:** Matthew McCue
**Subject:** RE: Mantha v. QuoteWizard
**Date:** Sunday, December 20, 2020 12:21:00 PM
**Attachments:** image001.png

**From:** Kevin Polansky [mailto:kevin.polansky@nelsonmullins.com]
**Sent:** Wednesday, December 16, 2020 9:36 AM
**To:** Matthew McCue <mmccue@massattorneys.net>; Christine Kingston
<christine.kingston@nelsonmullins.com>
**Cc:** ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard

I don't understand your question.  I just told you that we don't have that information and QW will
only obtain the information for a specific consumer if requested.  Moreover, we are not waiving our
rights to object from you obtaining that information from DRIPs at this point in the litigation.



**KEVIN POLANSKY** **PARTNER**
**kevin.polansky@nelsonmullins.com**

**ONE FINANCIAL CENTER | 35TH FLOOR**
**BOSTON, MA 02111**
**T 617.217.4720  F 617.217.4710**
**NELSONMULLINS.COM   VCARD   VIEW BIO**

**From:** Matthew McCue <mmccue@massattorneys.net>
**Sent:** Wednesday, December 16, 2020 9:31 AM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; Christine Kingston
<christine.kingston@nelsonmullins.com>
**Cc:** ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard

Ok.  And I assume you did not make a request for Drips to produce the substance of consumers texts
when they make a DNC request.  Is that correct?

**From:** Kevin Polansky [mailto:kevin.polansky@nelsonmullins.com]
**Sent:** Wednesday, December 16, 2020 9:29 AM
**To:** Matthew McCue <mmccue@massattorneys.net>; Christine Kingston
<christine.kingston@nelsonmullins.com>
**Cc:** ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>

**Subject:** RE: Mantha v. QuoteWizard

Matthew, I discussed this with Ted yesterday and thought he shared it with you.  That information was not redacted from the DNC list and is not provided from Drips to QW, unless there is a specific request for that information like in the case of Mantha.

Kevin



**KEVIN POLANSKY  PARTNER**
kevin.polansky@nelsonmullins.com

**ONE FINANCIAL CENTER | 35TH FLOOR**
**BOSTON, MA 02111**
T **617.217.4720**  F **617.217.4710**
**NELSONMULLINS.COM    VCARD    VIEW BIO**

**From:** Matthew McCue <mmccue@massattorneys.net>
**Sent:** Wednesday, December 16, 2020 9:24 AM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; Christine Kingston <christine.kingston@nelsonmullins.com>
**Cc:** ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard

Can I get an answer to this?  Were the consumer comments/content of text from dnc request, redacted from the DNC lists?

Matthew

**From:** Matthew McCue
**Sent:** Tuesday, December 15, 2020 3:19 PM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; Christine Kingston <christine.kingston@nelsonmullins.com>
**Cc:** ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard

Kevin::  Following up again per below to make sure I understand what was produced.  You have produced the number of DNC requests made in response to Drips texts. The numbers themselves have been redacted. The excels do not contain any substantive comments relating to the DNC request, such as "remove me from your list", etc. In other cases, for example, we have seen DNC lists with comment sections where the consumer's specific complaints were noted.  We do not see that in this case.

- Can you please clarify- when a consumer makes a DNC request in response to receiving a text from Drips, are the comments or specific complaints of these consumers logged or saved in any way along with the number for be removed- or is only the number logged?

Regards,

Matthew

---

**From:** Matthew McCue
**Sent:** Monday, November 16, 2020 2:39 PM
**To:** Christine Kingston <christine.kingston@nelsonmullins.com>
**Cc:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard

For meet and confer purposes, we are seeking documents that follow up as to DNC requests.  The first question is do these documents exist. If they do, then we can revisit whether or not we are entitled to those records.  Please answer the first question- and we can then visit the second. We will be pushing ahead on this issue if we cannot resolve.


And to answer your question, Mr. Perrong is aware of his preservation obligations.

Matthew

---

**From:** Christine Kingston [mailto:christine.kingston@nelsonmullins.com]
**Sent:** Monday, November 16, 2020 2:32 PM
**To:** Matthew McCue <mmccue@massattorneys.net>
**Cc:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; ted@broderick-law.com; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** Mantha v. QuoteWizard

Hi Matthew,

Please see below for our responses to your questions in red.

Also, we're looking for a response to the email we sent you in the Perrong matter on 11/12 regarding preservation of his browser and search history. Could you please kindly get back to us before COB tomorrow - it is a time sensitive issue.

Thanks,
Christine

**From:** Matthew McCue <mmccue@massattorneys.net>
**Sent:** Tuesday, November 10, 2020 2:08 PM
**To:** Christine Kingston <christine.kingston@nelsonmullins.com>; Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** ted@broderick-law.com; Anthony Paronich <anthony@paronichlaw.com>; alex@cwlawgrouppc.com
**Subject:** Mantha v. QuoteWizard

◄**External Email**► - From: mmccue@massattorneys.net

Christine:  I write to follow up as to your client's supplemental responses and to meet and confer per the Court's instruction in its order of 10.19.20.

1. QuoteWizard's production included Do Not Call Lists.  Can you confirm that these lists are exactly as received from Drips?  In other words, other than redacting consumers' phone numbers, please confirm that no other changes were made to these records prior to production.  Please further confirm who created these documents, was it Drips of QuoteWizard. Confirmed. Drips compiles the data and sends to QW.

2. The DNC lists contain disposition codes. In follow up, we would ask for either an explanation of what these disposition codes mean, or the production of documents sufficient to explain the codes.

   a. For example, a "Lead ID" was assigned to every call.  Is this the same as the Jornaya Lead ID?  If not, please explain how a Lead ID was assigned or produce documents to explain. The LeadID is QW's designation. It is not the same as a Jornaya ID.

   b. Under the disposition code "Source" appears various entries. What do these entries mean?  Please explain or produce documents sufficient to allow us to understand the meaning of this disposition code. The document speaks for itself. To the extent you want QW to testify about the documents, you can make that a topic of the re-depo.

   c. The records contain a disposition for "Tier."  What does this mean? How was a tier number assigned? Are there any documents that reflect anything more specific as to the consumer complaints evidenced in the DNC lists?  Often, we see DNC lists that contain a Notes section that specifically discusses the complaining consumers concerns?  Do any similar documents or records exist as to the DNC lists and/or the "tier" assignments to DNC requests? The document speaks for itself. To the extent you want QW to testify about the documents, you can make that a topic of the re-depo. This is also everything we have for DNC requests. You seem to be conflating DNC requests with "complaints." Those are not the same thing.

3. In further follow up, RPD #26 sought documents relating to DNC requests.  This request was denied without prejudice. Per Judge Page's instructions, we were to meet and confer to ascertain if we could resolve this issue on our own.  Now that we know the DNC complaint lists exist, we request the production of documents relating to any follow up by QuoteWizard

as to these DNC complaints? Were any steps taken by QuoteWizard to ascertain why so many consumers were submitting DNC complaints? If any action was taken, we would seek production of those documents. If no action was taken, then please inform us of such. That is not our memory or interpretation of the hearing and the order. Per ECF No. 112, No. 26 was denied. Where the judge allowed follow up after receipt of documents, this was made explicit – for example No. 18 (ordering parties to confer after receipt of documents under No. 17 to determine what docs should be produced re: response and investigation).  In addition, although you refer to DNC "complaints," to make clear, DNC requests are not "complaints."

I would ask that you respond to the above in writing. We can then set up a time to confer if necessary.

Regards, Matthew


Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
Web: http://mmccue.massattorneys.net
e-mail:  mmccue@massattorneys.net
Office: 508 655 1415
Cell: 508 498 3765



Nelson Mullins is continuing to monitor developments related to COVID-19, including guidance from the Centers for Disease Control and various health officials; and federal, state, and local government authorities. The firm has implemented precautionary measures and plans to ensure the continuation of all firm services to clients from both in office and remote work arrangements across our 25 geographically disperse offices.  Click here to visit the Nelson Mullins Coronavirus Resources page. Information described therein is subject to change.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.