

**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Kevin P. Polansky
(Admitted in CT, MA, NH & ME)
T 617.217.4720
kevin.polansky@nelsonmullins.com

One Post Office Square, 30th Floor
Boston, MA 02109
T 617.217.4700  F 617.217.4710
nelsonmullins.com

January 10, 2020

**VIA FEDERAL EXPRESS AND E-MAIL**

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
anthony@paronichlaw.com

Matthew P. McCue
Law Office of Matthew P. McCue
One South Avenue, Third Floor
Natick, MA 01760
508-655-1415
mmccue@massattorneys.net

Alex M. Washkowitz
CW Law Group, P.C.
188 Oaks Road
Framingham, MA 01702
508-309-4880
Fax: 508-597-7722
alex@cwlawgrouppc.com

Edward A. Broderick
The Law Office of Edward A. Broderick
208 Ridge Street
Winchester, MA 01890
617-738-7080
Fax: 617-357-5030
ted@broderick-law.com

RE:   *Joseph Mantha v. QuoteWizard.com, LLC*
      Civil Action No. 1:19-cv-12235-LTS
      Our File No. 019123.01563 (D. Mass.)

Dear Attorneys Paronich, McCue, Washkowitz, and Broderick,

As you know, this office represents QuoteWizard.com, LLC ("QuoteWizard") in the above-captioned putative class action lawsuit filed by you on behalf of Plaintiff Joseph Mantha ("Plaintiff" or "your client").

I write regarding your client's allegation that he did not consent to receive the text messages at issue from QuoteWizard. Enclosed herewith is proof of consent by your client. QuoteWizard received this proof of consent from a marketing partner before contacting your client. As you know, consent is a total defense to your client's TCPA claims. *See, e.g., Breda v. Cellco Partnership*, 934 F.3d 1, 4 n.4 (1st Cir. 2019) (prior consent is complete affirmative defense to ATDS claim); *Gulden v. Dickey's Barbeque*

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA

MANTHA000009

January 10, 2020
Page 2

*Rests., Inc.*, 2018 U.S. Dist. LEXIS 218757, at *5-7 (D. Ariz. July 9, 2018) (prior express invitation or permission is complete affirmative defense to do-not-call claim).

It is QuoteWizard's position that, in light of the clear consent made by your client, which is contrary to allegations made in the Complaint, the Complaint must be withdrawn in accordance with Fed. R. Civ. P. 11. If not withdrawn, we plan to bring proof of your client's consent to the Court's attention.

In addition, although you have already been so informed, I write to further clarify that QuoteWizard's business model is premised on contacting consumers *only where the consumer has consented to be contacted* within the meaning of TCPA's consent/permission rules. In no event does QuoteWizard contact anyone where it does not have consent to contact. Your client's lawsuit cannot be sustained on either an individual or class basis.

Thank you in advance for your cooperation.

Very truly yours,

Kevin P. Polansky

Enclosure

QW LEAD DATA FILE for

| Lead Date | Phone | quote_id |
|---|---|---|
| 08/05/19 | 508-353-▮▮▮▮ | 67A6D840-E3A7-4907-9790-71757BFB6148 |

Rev Point Media

| Consumer Data Field | Consumer Information |
|---|---|
| First Name | Joe |
| Last Name | Mantha |
| Address | 38 Vista Cir |
| Zip Code | 01543 |
| City | Rutland |
| State | MA |
| Phone | 508-353-▮▮▮▮ |
| Email | jmantha7@yahoo.com |
| Consumer IP Address | 96.242.132.▮ |
| Jornaya Lead ID | 8D3524DC-1DD7-ED25-01E8-DEF8A3F4EBFF |
| Form URL & Carrie List URL | http://snappyautoinsurance.com/step2.php?s1=&zip=01543&source=5 |
| Browser/Device: | N/A |

**TCPA Disclosure:** By clicking the "Compare Rates >" button, I hereby consent to receive marketing communications via autodialed and/or pre-recorded calls, including SMS messages, from AutoInsurQuotes.com and one or more of its marketing partners at the phone number provided, including wireless numbers, if applicable. I understand that consent is not a condition to receive quotes or make a purchase. In order to receive quotes without providing consent, please call AutoInsurQuotes.com ® at 1-888-920-8495

Screenshot:

By clicking the "Compare Rates >" button, I hereby consent to receive marketing communications via autodialed and/or pre-recorded calls, including SMS messages, from AutoInsurQuotes.com and one or more of its marketing partners at the phone number provided, including wireless numbers, if applicable. I understand that consent is not a condition to receive quotes or make a purchase. In order to receive quotes without providing consent, please call AutoInsurQuotes.com ® at 1-888-920-8495



🔒 Your info is secure    TRUSTe Certified Privacy