UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOSEPH MANTHA, on behalf of
himself and all others similarly situated,
        Plaintiff,


        v.                                    CIVIL ACTION NO. 19-12235-LTS

QUOTEWIZARD.COM, LLC,
        Defendant.

## **ORDER**

KELLEY, U.S.M.J.

For the reasons set forth in Defendant QuoteWizard.com, LLC's Motion to Compel (#123),

non-party Bold Media, Inc. is hereby ORDERED to respond substantively to QuoteWizard's Fed.

R. Civ. P. 45 Subpoena to Produce Documents dated July 27, 2020 (free of objections, which have

been waived) within fourteen (14) days of this Order.


                                            /s/ M. Page Kelley
January 4, 2021                              M. Page Kelley
                                            Chief United States Magistrate Judge