**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSEPH MANTHA on behalf of themselves and others similarly situated, | : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| QUOTEWIZARD.COM, LLC | : <br> : |
| Defendant. | : <br> : |

Case No. 1:19-cv-12235-LTS-PK

**PLAINTIFF'S' ASSENTED TO MOTION TO FILE
DOCUMENTS UNDER SEAL**

Plaintiff Joe Mantha moves for permission to file his Opposition to Defendant's

Objection to Chief Magistrate Judge Kelley's Order Compelling The Production of Do Not Call

Complaints (ECF #132). The Opposition refers to and discusses exhibits that have been

designated as Confidential by the Defendant, pursuant to this Court's presumptive Protective

Order. Plaintiffs will file a redacted version through ECF.

The Defendant, through counsel, has no objection.

WHEREFORE, Plaintiffs respectfully request the Court enter an order directing that the

exhibits designated by the Defendant as confidential be filed under seal.

PLAINTIFF,

By his attorneys

*/s/ Matthew P. McCue*
Matthew P. McCue
THE LAW OFFICE OF MATTHEW P.
MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

Edward A. Broderick
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Alex M. Washkowitz
Jeremy Cohen
CW LAW GROUP, P.C.
188 Oaks Road Framingham, MA 01701
alex@cwlawgrouppc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically transmitted the foregoing to all counsel of record via the electronic filing system.

By: */s/ Matthew P. McCue*
        Matthew P. McCue