**EXHIBIT 1**

**PLACEHOLDER**

**Do Not Call Spreadsheet**

**2020.11.06 DNC-Part2-REDACTED (QuoteWizard_Mantha000196) Confidential Pursuant to the Court's Default PO 4814-6594**