**EXHIBIT 2**

**PLACEHOLDER**

**10.9.19 Email Hufford of Drips to Winkler of QuoteWizard**

**QuoteWizard_Mantha 000195**