EXHIBIT 3

PLACEHOLDER

Contract Between Drips and QuoteWizard

QuoteWizard_Mantha 000114-122