**EXHIBIT 4**

**PLACEHOLDER**

**"Tiered Opt Out"**

**QuoteWizard_Mantha 000197-199**
