**EXHIBIT 5**

**PLACEHOLDER**

**Excerpts of Deposition Transcript of To Martindale of Drips**