## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

    v.

QUOTEWIZARD.COM, LLC,

                Defendant.

Civil Action No. 1:19-cv-12235-LTS

### DEFENDANT'S ASSENTED-TO MOTION TO FILE EXHIBIT UNDER SEAL
#### (Memorandum Incorporated)

Now Comes Defendant QuoteWizard.com, LLC ("QuoteWizard") and hereby moves for an Order allowing it to file under seal—as Exhibit 1 to its Motion to Enforce ECF No. 132[1]—documents produced by Plaintiff Joseph Mantha ("Mantha"), Bates Stamped Mantha000557-577. The basis for the request is that Mantha's counsel has marked these documents "Confidential." Mantha's counsel assents to this requested relief.

WHEREFORE, QuoteWizard respectfully requests an Order allowing it to file the designated exhibit under seal.

*[Signatures on Next Page]*

---

[1] QuoteWizard plans to file the Motion to Enforce, with exhibits, at such time that this Motion is granted.

Respectfully submitted,

QuoteWizard.com, LLC,
By its attorneys,


*/s/ Christine M. Kingston*
Kevin P. Polansky (BBO #667229)
kevin.polansky@nelsonmullins.com
Christine M. Kingston (BBO #682962)
christine.kingston@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
(t) (617)-217-4700
Dated: February 16, 2021                    (f) (617) 217-4710


## LR 7.1 CERTIFICATION

I, Christine M. Kingston, hereby certify that, pursuant to LR 7.1, I made a good faith effort to narrow and resolve the issues raised by this Motion by conferring with Plaintiff's counsel by e-mail on February 15, 2021.  Plaintiff's counsel assented to this Motion.

Dated: February 16, 2021                    */s/ Christine M. Kingston*


## CERTIFICATE OF SERVICE

I, Christine M. Kingston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: February 16, 2021                    */s/ Christine M. Kingston*