# EXHIBIT A

```
              UNITED STATES DISTRICT COURT

                        FOR THE

                DISTRICT OF MASSACHUSETTS


JOSEPH MANTHA,                    )
                                  )Civil Action No.
                Plaintiff,        )1:19-cv-12235-LTS
                                  )
        vs.                       )
                                  )
QUOTEWIZARD.COM, LLC              )
Roe Corporations 1-10, inclusive, )
                                  )
                Defendant.        )
_____)


                DEPOSITION OF TOM MARTINDALE

                 via ZOOM VIDEOCONFERENCING

                   Taken on December 17

                     at 10:47 a.m. PST
```

Reported by: John Fahrenwald, CCR NO. 965













Page 66

```
 1              CERTIFICATE OF REPORTER
 2
              STATE OF NEVADA    )
 3                               ) SS:
              COUNTY OF CLARK    )
 4
 5         I, JOHN FAHRENWALD, a duly commissioned
    Notary Public, Clark County, State of Nevada, do hereby
 6  certify:
 7         That I reported the taking of the deposition
    of the witness, TOM MARTINDALE, commencing on Thursday,
 8  December 17 at 10:47 a.m. PST;
 9         That prior to being examined, the witness was
    by me duly sworn to testify to the truth; that I thereafter
10  transcribed my said shorthand notes into typewriting; and
    that the typewritten transcript of said deposition is a
11  complete, true and accurate transcription of said shorthand
    notes.
12
           I further certify that I am not a relative,
13  employee, or independent contractor of counsel of any of the
    parties; nor a relative, employee, or independent contractor
14  of the parties involved in said action; nor do I have any
    other relationship with any of the parties or with counsel
15  of any of the parties involved in the action that may
    reasonably cause my impartiality to be questioned.
16
           IN WITNESS WHEREOF, I have hereunto set my
17  hand in my office in the County of Clark, State of Nevada,
    this 5th day of January, 2021.
18
19
20
21
22
23
           _____
24         John Fahrenwald, CCR. No. 965
25
```

Page 67

```
 1         I, TOM MARTINDALE, do hereby declare under
 2  the penalty of perjury that I have read the foregoing
 3  transcript; that I have made any corrections as appear
 4  noted, in ink, initialed by me, or attached hereto; that my
 5  testimony as contained herein, as corrected is true and
 6  correct.
 7         EXECUTED this _____day of _____,
 8  20____, at_____,_____.
 9         (city)    (state)
10
11
12
13
14  Signature:_____
15
16
17
18  Print name:_____
19
20
21
22
23
24
25
```

Page 68

```
 1
 2         DEPOSITION ERRATA SHEET
 3
 4      CASE NAME:  Mantha v Quotewizard
 5      DEPOSITION DATE: 12172020
 6      WITNESS NAME:  TOM MARTINDALE
 7
 8      Reason Codes:  1. To clarify the record.
 9                     2. To conform to the facts.
10                     3. To correct transcription
11  errors.
12
13
14         Page _____Line_____Reason Code_____.
15         From_____to_____.
16         Page _____Line_____Reason Code_____.
17         From_____to_____.
18         Page _____Line_____Reason Code_____.
19         From_____to_____.
20         Page _____Line_____Reason Code_____.
21         From_____to_____.
22         Page _____Line_____Reason Code_____.
23         From_____to_____.
24         Page _____Line_____Reason Code_____.
25         From_____to_____.
```

