UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## DECLARATION OF TRICIA WINKLER

I, Tricia Winkler, do hereby declare as follows:

1. I am over the age of 18 and competent to sign this Declaration. I submit this Declaration for Defendant QuoteWizard.com, LLC ("QuoteWizard"). I make this Declaration based on my personal knowledge of QuoteWizard's corporate records and practices, and based upon my review of those records. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am employed by QuoteWizard as Vice President of Call Operations. I am familiar with and have personal knowledge of QuoteWizard's business practices and records discussed herein in that role.

3. Based on my experience at QuoteWizard, I am familiar with QuoteWizard's practices for receiving, storing, and maintaining information about consumers who have made "do not call" requests.

4. QuoteWizard has already produced to Plaintiff Joseph Mantha, from its possession, the list of "do not call" requests made to Drips Holdings, LLC for QuoteWizard's campaigns,

which is a partially redacted (for privacy) list of persons who made "do not call" requests to Drips where Drips had sent them text messages on behalf of QuoteWizard.

5.  Drips has never shared with or produced to QuoteWizard, whether pursuant to this litigation or otherwise, the underlying consumer communications to Drips that led Drips to classify the communications as a "do not call" request. These records are in Drips's possession only. QuoteWizard has never had these communications in its possession, or had access to them through Drips, to date. QuoteWizard has no control over the production of those communications in Drips's possession.

6.  Pursuant to this litigation, QuoteWizard produced a copy of an October 9, 2019 e-mail from Drips to me, a copy of which was filed at ECF No. 136-9 and is re-attached for reference here as <u>Exhibit A</u>. Before such time that QuoteWizard produced a copy of this e-mail to Plaintiff in this litigation, I clicked on the links appearing in the e-mail, but they were no longer active or accessible.

7.  My memory is that the links contained in that e-mail did not pertain or link to records of the underlying consumer communications that led to Drips classifying the communications as "do not call" requests. Rather, the links only showed consumer telephone numbers and the tiers that Drips had assigned to the "do not call" requests, but did not include the communications that the consumers had made to Drips. The links are no longer accessible as noted.

8.  I have not seen or had access to the consumer communications sent directly to Drips that Drips ultimately classified as "do not call" requests.

9.  The only information that QuoteWizard has received from Drips concerning the "do not call" requests excludes such consumer communications, and includes only basic

2

information such as the consumer's telephone number, the tier level that Drips assigned to the request, and the date of the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2021, at Sacramento, California.

_____
Tricia Winkler
Vice President, Call Operations
QuoteWizard.com, LLC