# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## DEFENDANT'S SUPPLEMENT TO ITS MOTION FOR RECONSIDERATION

Defendant QuoteWizard.com, LLC ("QuoteWizard") respectfully submits this Supplement to its Motion for Reconsideration [ECF No. 149] solely to attach as <u>Exhibit 1</u> hereto an e-mail chain between all counsel dated March 8, 2021, occurring after the Motion was filed and directly relating thereto.

The e-mail chain sets forth Drips Holdings, LLC's written position on the relevant issues (including that Drips continues to refuse to produce the records at issue). The e-mail chain further clarifies the statement found at Paragraph 6 of ECF No. 150 [Affidavit of Counsel in support of Motion for Reconsideration] and the parties' respective positions with respect to that statement.

[*Signatures on Next Page*]

Respectfully submitted,

QuoteWizard.com, LLC,
By its attorneys,

*/s/ Kevin P. Polansky*
Kevin P. Polansky (BBO #667229)
kevin.polansky@nelsonmullins.com
Christine M. Kingston (BBO #682962)
christine.kingston@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
(t) (617)-217-4700
Dated: March 8, 2021                (f) (617) 217-4710

CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 8, 2021                */s/ Kevin P. Polansky*