# EXHIBIT B

Filed Under Seal

Unredacted Dec. of Tom Martindale