## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>        Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby appeals to the United States Court of Appeals for the First Circuit from the following Orders of the Court: (1) the Court's February 24, 2021 Order (ECF No. 144); (2) the Magistrate Judge's January 11, 2021 Orders (*see* ECF No. 132); and (3) the Court's March 16, 2021 Order denying reconsideration (ECF No. 162).

[*SIGNATURES ON NEXT PAGE*]

        Respectfully Submitted,

        QuoteWizard.com, LLC,
        By its attorneys,


        */s/ Kevin P. Polansky*
        Kevin P. Polansky (BBO #667229)
        kevin.polansky@nelsonmullins.com
        Christine M. Kingston (BBO #682962)
        christine.kingston@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        One Financial Center, Suite 3500
        Boston, MA 02111
        (t) (617)-217-4700
Dated: March 26, 2021        (f) (617) 217-4710

## CERTIFICATE OF SERVICE

    I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 26, 2021        */s/ Kevin P. Polansky*