UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Mantha v. Quotewizard.com, LLC

District Court Number: 19cv12235-LTS

Fee: Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_          Sealed documents       Yes _X_ No ____
*If yes, document #* _____           *If yes, document #*   136,143,151,165

*Ex parte* documents Yes ____ No _X_        Transcripts            Yes _X_ No ____
*If yes, document #* _____           *If yes, document #*   47,154,156

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#132 Electronic Clerk's Notes/ Order, #144 Electronic Order, #162 Order

Other information:

***Interlocutory Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#132, #144, #162, and #169

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 169 filed on March 26, 2021.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 29, 2021.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**