UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S SHOW CAUSE RESPONSE [ECF NO. 179]
**(Memorandum Incorporated)**

Now Comes Defendant QuoteWizard.com, LLC ("QuoteWizard") and hereby moves, pursuant to Local Rule 7.1(b)(3), for leave to file a Reply to the Response filed by Plaintiff Joseph Mantha ("Plaintiff") [ECF No. 179] to QuoteWizard's briefing [ECF No. 174] to the Court's show cause Order [ECF No. 162, p. 13].

QuoteWizard requests that the Court grant it leave to file a Reply not exceeding eight (8) substantive pages to address points raised in Plaintiff's Response, particularly Plaintiff's inapposite requests that the Court order immediate production of records not yet requested or discoverable in discovery and enter a summary judgment briefing schedule. A copy of the proposed Reply is attached as Exhibit 1 hereto. Plaintiff's counsel does not assent to QuoteWizard's requested relief.

WHEREFORE, QuoteWizard respectfully requests that this Court grant its motion for leave to file a Reply, and allow QuoteWizard to file the attached Reply.

[*Signatures on Next Page*]

        Respectfully submitted,

        QuoteWizard.com, LLC,
        By its attorneys,

        */s/ Christine M. Kingston*
        Kevin P. Polansky (BBO #667229)
        kevin.polansky@nelsonmullins.com
        Christine M. Kingston (BBO #682962)
        christine.kingston@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        One Financial Center, Suite 3500
        Boston, MA 02111
        (t) (617)-217-4700
Dated: April 12, 2021        (f) (617) 217-4710

## LOCAL RULE 7.1 CERTIFICATION

I, Christine M. Kingston, hereby certify that, by electronic mail on April 7, 2021, I e-mailed Plaintiff's counsel in good faith to determine whether they assented to this motion. Plaintiff's counsel responded on April 9, 2021 that Plaintiff did not assent to the motion.

Dated: April 12, 2021        */s/ Christine M. Kingston*

## CERTIFICATE OF SERVICE

I, Christine M. Kingston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: April 12, 2021        */s/ Christine M. Kingston*