# EXHIBIT 1

**From:** ted@broderick-law.com <ted@broderick-law.com>
**Sent:** Thursday, February 11, 2021 10:36 AM
**To:** Christine Kingston <christine.kingston@nelsonmullins.com>; Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** 'Matthew McCue' <mmccue@massattorneys.net>; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard.com: Notice of Deposition of QuoteWizard February 19, 2021

Confirmed.

**From:** Christine Kingston <christine.kingston@nelsonmullins.com>
**Sent:** Wednesday, February 10, 2021 11:06 AM
**To:** ted@broderick-law.com; Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** 'Matthew McCue' <mmccue@massattorneys.net>; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard.com: Notice of Deposition of QuoteWizard February 19, 2021

Correction to the below-

Hi Ted,

We're fine holding it until after the court issues a ruling. However, please also confirm that you're agreeing to hold our objections to the notice until that time, as well as holding all other discovery and subsequent deadlines for the same reason.

Thanks,



1

**CHRISTINE M. KINGSTON   PARTNER**
christine.kingston@nelsonmullins.com
**ONE FINANCIAL CENTER | SUITE 3500**
**BOSTON, MA 02111**
T 617.217.4794   F 617.217.4710
**NELSONMULLINS.COM   VCARD   VIEW BIO**

---

**From:** Christine Kingston
**Sent:** Wednesday, February 10, 2021 11:04 AM
**To:** ted@broderick-law.com; Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** 'Matthew McCue' <mmccue@massattorneys.net>; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: Mantha v. QuoteWizard.com: Notice of Deposition of QuoteWizard February 19, 2021

Hi Ted,

We're finding holding it until after the court issues a ruling. However, please also confirm that you're agreeing to hold our objections to the notice until that time, as well as holding all other discovery and subsequent deadlines for the same reason.

Thanks,



**CHRISTINE M. KINGSTON   PARTNER**
christine.kingston@nelsonmullins.com
**ONE FINANCIAL CENTER | SUITE 3500**
**BOSTON, MA 02111**
T 617.217.4794   F 617.217.4710
**NELSONMULLINS.COM   VCARD   VIEW BIO**

---

**From:** ted@broderick-law.com <ted@broderick-law.com>
**Sent:** Tuesday, February 9, 2021 2:42 PM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; Christine Kingston <christine.kingston@nelsonmullins.com>
**Cc:** 'Matthew McCue' <mmccue@massattorneys.net>; 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** Mantha v. QuoteWizard.com: Notice of Deposition of QuoteWizard February 19, 2021

◄**External Email**► - From: ted@broderick-law.com

Kevin and Christine

Attached is a notice of deposition for QuoteWizard which I am issuing as a place holder within the current discovery period. As it seems unlikely we will have a resolution of the document dispute on text opt outs before Feb 18, which was one of the reasons we extended discovery, I suggest that we agree that this deposition will not take place until after that issue is resolved. Please let me know if that works.

Regards,

Ted

Edward A. Broderick
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
Tel: (617) 738-7080
Fax: (617) 830-0327
ted@broderick-law.com


**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.