IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | Case No. 1:19-cv-12235-LTS-PK |

**NOTICE OF ISSUANCE OR ORDER FROIM THE DISTRICT OF OHIO
AS TO RULE 45 TRANSFER OF MOTION TO QUASH**

Plaintiff, Joseph Mantha ("Plaintiff") submits this Notice to the Court for the sole purpose of informing the Court that on April 16, 2021, the Hon. Pamela A. Barker of the United States District Court for the Northern District of Ohio, issued a Memorandum and Order transferring to this Court, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Motion to Quash filed by Drips, LLC in response to a subpoena issued by QuoteWizard.Com, LLC, seeking various records relating to various prior Orders of this Court. The Memorandum Opinion and Order is attached at Exhibit 1.

    PLAINTIFF,

    By his attorneys

    /s/ Matthew P. McCue
    Matthew P. McCue
    THE LAW OFFICE OF MATTHEW P. MCCUE
    1 South Avenue, Suite 3
    Natick, MA 01760
    Telephone: (508) 655-1415
    mmccue@massattorneys.net

Edward A. Broderick
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Alex M. Washkowitz
Jeremy Cohen
CW LAW GROUP, P.C.
188 Oaks Road Framingham, MA 01701
alex@cwlawgrouppc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically transmitted the foregoing to all counsel of record via the electronic filing system.

By:  /s/ *Matthew P. McCue*
     Matthew P. McCue