# United States Court of Appeals
## For the First Circuit

No. 21-1249

JOSEPH MANTHA, on behalf of himself and others similarly situated,

Plaintiff - Appellee,

v.

QUOTEWIZARD.COM, LLC,

Defendant - Appellant.

**JUDGMENT**

Entered: June 9, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Edward A. Broderick
Matthew P. McCue
Anthony Paronich
Alex M. Washkowitz
Kevin Patrick Polansky
Christine Kingston