# United States Court of Appeals
## For the First Circuit

No. 21-1249

JOSEPH MANTHA, on behalf of himself and others similarly situated,

Plaintiff - Appellee,

v.

QUOTEWIZARD.COM, LLC,

Defendant - Appellant.

**MANDATE**

Entered: June 9, 2021

In accordance with the judgment of June 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Edward A. Broderick
Christine Kingston
Matthew P. McCue
Anthony Paronich
Kevin Patrick Polansky
Alex M. Washkowitz