UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>　　　　　Defendant. | Civil Action No. 1:19-cv-12235-LTS |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes Defendant QuoteWizard.com, LLC ("QuoteWizard") and hereby moves, pursuant to Federal Rule of Civil Procedure 56, that this Court enter summary judgment in its favor on the remaining claim, Count II, of Plaintiff Joseph Mantha's ("Mantha") Amended Complaint [ECF No. 80].[1]  As grounds therefore, QuoteWizard states that there are no genuine issues of material fact and that QuoteWizard is entitled to judgment as a matter of law.  In support of its Motion, QuoteWizard relies upon its accompanying memorandum of law and supporting affidavits and exhibits filed contemporaneously herewith.

WHEREFORE, Defendant QuoteWizard.com, LLC respectfully requests that this Court enter summary judgment in its favor on the remaining claim, Count II, of Mantha's Amended Complaint, and for such other relief as this Court deems just and proper.

[*Signatures on Next Page*]

---

[1] Count I was dismissed with prejudice by Stipulation of the Parties.  *See* ECF No. 187.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | QuoteWizard.com, LLC,<br>By its attorneys, |
|  | */s/ Kevin P. Polansky*<br>Kevin P. Polansky (BBO #667229)<br>kevin.polansky@nelsonmullins.com<br>Christine M. Kingston (BBO #682962)<br>christine.kingston@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>One Financial Center, Suite 3500<br>Boston, MA 02111<br>(t) (617)-217-4700 |
| Dated: July 14, 2021 | (f) (617) 217-4710 |

## LOCAL RULE 7.1 CERTIFICATION

I, Kevin P. Polansky, hereby certify that the Parties have conferred in a good faith effort to narrow or resolve the issues raised by this Motion, but were unable to resolve the same, and the Parties are filing cross-motions for summary judgment on the remaining claim.

Dated: July 14, 2021                                         */s/ Kevin P. Polansky*

## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 14, 2021                                         */s/ Kevin P. Polansky*