**EXHIBIT FILED UNDER SEAL PER COURT ORDER**