# EXHIBIT 5

## Job Information

| Job Title: | Director of Residential Services |
|---|---|
| Job Code | NA |
| Job Category | Assigned by HR |

## Employment

### Position Summary

The Director of Programs is responsible for the effective management and leadership of the residential division of the agency including administrative supervision of the program directors, oversight of the implementation and delivery of the treatment program, and supervision and evaluation of the delivery of clinical and health care services. **Reports to...**

### Essential Functions

1. Meets with and provides administrative, critical case and personnel supervision to the Program Directors. Is responsible for assessing trends in referrals, staff recruitment, and client treatment needs in order to insure that the residential programs function effectively and therapeutically and offer the highest quality of care. With each program director identifies residents who pose a clear treatment challenge and works with the program treatment team to develop intervention strategies. Insures that directors have in place effective systems for communication among and between shifts. Provides twenty-four hour administrative on-call consultation to the program administrators.
2. Regularly meets with directors and program teams to review and discuss the implementation of the LIFE treatment program. With the director, reviews client progress as it relates to the attainment of identified social competencies. Based on the findings of the Therapeutic Hold Committee, reviews and discusses with the directors clients with high rates of therapeutic holds.
3. Meets with and provides administrative and critical case supervision to the Clinical Director to ensure that the full ranges of clinical services are provided at the highest standards. Is responsible for discussion and review of treatment protocols, revised practice standards, and implementation of recognized curriculum for the delivery of individual and group therapy. Insures that the service delivery meets the needs and expectations of external referral sources.
4. In consultation with the Clinical Director, determines the mutual management and attendance at treatment conferences to insure that a senior administrator is present and for those cases that are complex or high profile that one or both are in attendance. With the Clinical Director will organize pre-conference meetings as needed to insure that evaluations, recommendations, and document content is complete, articulate, and of high standards.
5. Meets with and provides administrative supervision to the Residential Director to ensure that the full range of afternoon and evening programming, proper staffing, and consistent implementation of the LIFE treatment program is carried out to the highest standards. Insures that the Residential Director manages, posts, and properly communicates the monthly events calendar for the campus. With the

Residential Director insures that the Peer Leadership Council is active, the Peer Mediation Program is offered, and the Teen Center adequately and properly used. Reviews the completion of client care complaint investigations as conducted by the Residential Director and acts on them accordingly.
6. Schedules and participates in each program's monthly Quality Assurance meeting. Uses the data from these meetings to identify specific trends as well as areas that require improvement. Insures that the QA summary report prepared by the director is completed and distributed in a timely manner.
7. Attends the weekly Admission Team meeting. Assesses the appropriateness of referrals. Assigns appropriate staff to conduct off site evaluations on potential candidates.
8. Chairs the weekly Program Managers meeting to assess campus needs and trends and to insure treatment services are delivered consistently and effectively.
9. Meets regularly with the Director of Education to identify major client care concerns or trends occur during the school day. Works collaboratively with the Student Service Coordinators and Program Directors to troubleshoot problems and develop solutions. Consults with the Director of Education to inform on critical cases in which treatment concerns and the delivery of IEP/educational services must be looked at jointly in the best interest of the client.
10. Meets regularly with the Director of Professional Recruitment to review applications, openings, advertisements, and other strategies aimed at recruiting an appropriate work force.
11. Is fully trained in and understands the regulations which govern residential care at Perkins including: the Department of Education (DOE), the Department of Early Education and Care (DEEC). Insures that directors understand the requirements of these regulations within their programs. Is also fully trained and competent in the standards of the Joint Commission on Accreditation of Behavioral Health Organizations and the implementation of those standards in care. As appropriate works with the Chief Operating Officer to prepare for major licensing studies.
12. Demonstrates a sound understanding of the Perkins personnel policies and practices. Immediately follows-up on any and all complaints of discrimination, harassment, poor employee performance, safety issues in the work environment, or mistreatment of clients. Reports immediately to the Chief Operating Officer any such complaints.
13. Works closely with the Chief Operating Officer and meets weekly for supervision. Keeps the Chief Operating Officer well informed regarding agency trends, internal stresses and strains, admission and discharge trends, personnel issues, client care concerns and investigations, high profile cases, external agency concerns, and general treatment issues. Makes recommendations to the Chief Operating Officer on new programs, program expansion and program renovation.
14. With the Chief Operating Officer annually designs a Professional Development Plan which includes a description of at least 24 hours of training for the coming year which enhance leadership, clinical, residential, and management expertise.
15. Develops the professional training topics for the year for the residential and administrative staff. Works with the Director of Training to schedule and identify presenters.
16. Is responsible for the annual performance review of the residential program

|  |
|---|
| directors, the residential director, the clinical director, and the staff recruitment director. |
| 17. As required over the course of the year shall complete related responsibilities as assigned by the Chief Operating Officer. |

### Work Experience

- At least three years experience working in residential treatment or a similar environment and five years experience in a supervisory and/or administrative position.
- This administrative position requires a candidate who:
    - posses excellent written and verbal communication skills
    - communicates effectively as a trainer
    - communicates effectively in small or large group setting
    - communicates effectively in difficult or high stress situations
    - is well organized and has strong time management skills
    - is able to translate vision into action
    - creates and fosters an environment for "out of the box" thinking
    - generates excitement and passion about the work
    - works effectively with a wide range of administrative staff
    - sets clear performance expectations for individual and groups
    - can creatively work within an environment which may have unexpected shifting priorities as dictated by external circumstances
    - is able to manage and facilitate change effectively within groups
    - will maintain poise and emotional stability in the full range of his/her professional activities.
    - is suitably attired and well groomed.
    - maintains excellent attendance and punctuality

### Education ( Required Education Level)

- Master's degree in related Human Services Field

### Physical Demands and Work Environment

**Physical Demands**

The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. ***Reasonable accommodations may be made to enable individuals to perform the essential functions.***

- Able to regularly stand, sit; talk, hear, and use hands and fingers to operate a computer
- Ability to sit at a computer terminal for an extended period of time
- Light lifting is required

**Work Environment**

The work environment characteristics described here are representative of those the employee encounters while performing the essential functions of this job.

- Moderate noise
- Ability to work in open and confined areas