# EXHIBIT 6

| Date | Program On-call | Admin. On-call | Nursing On call |
|---|---|---|---|
| Jan 4-6 | Blayne | Joe M | 1723 |
| Jan 11-13 | Bill | Tim H | 1723 |
| Jan 18-20 | Karyn | Joe M | 1723 |
| Jan 21 | Will | Joe M | 1723 |
| Jan 25-27 | Jessica | Tim H | 1723 |
| Feb 1-3 | Will | Joe M | 1723 |
| Feb 8-10 | Taylor | Tim H | 1723 |
| Feb 15-17 | Joe H | Joe M | 1723 |
| Feb 18 | Jessica | Joe M | 1723 |
| Feb 22-24 | Tim O. | Tim H | 1723 |
| Mar 1-3 | Amanda | Joe M | 1723 |
| Mar 8-10 | Vince | Tim H | 1723 |
| Mar 15-17 | Blayne | Joe M | 1723 |
| Mar 22-24 | Bill | Tim H | 1723 |
| Mar 29-31 | Karyn | Joe M | 1723 |



**Perkins**
**RESIDENTIAL ON-CALL SCHEDULE (April 5 – June 30)**

| Date | Program On-call | Admin. On-call | Nursing On call |
|---|---|---|---|
| April 5 – 7 | Jess | Tim H. | 1723 |
| April 12 – 14 | Taylor | Joe M | 1723 |
| April 19 - 21 | Tim | Tim H. | 1723 |
| April 26 – 28 | Karyn | Joe M | 1723 |
| May 3 – 5 | Amanda | Tim H. | 1723 |
| May 10 – 12 | Joy | Joe M | 1723 |
| May 17 – 19 | Joe H. | Tim H. | 1723 |
| May 24 | Karyn | Joe M. | 1723 |
| May 25 | Joy | Joe M. | 1723 |
| May 26 | Blayne | Joe M. | 1723 |
| May 27 | Will | Joe M. | 1723 |
| May 31 – June 2 | Blayne | Tim H. | 1723 |
| June 7 – 9 | Jess | Joe M. | 1723 |
| June 14 – 16 | Will | Tim H. | 1723 |
| June 21 – 23 | Bill | Joe M. | 1723 |
| June 28 - 30 | Tim | Tim H. | 1723 |

**Program On-call Cell Numbers**
- Tim ▮ ▮ 0472
- Amanda ▮ ▮ 3910
- Karyn ▮ ▮ 3425
- Blayne ▮ ▮ 5004
- Joe ▮ ▮ 7843
- Bill ▮ ▮ -8614
- Jessica ▮ ▮ 1721
- Will ▮ ▮ 2534
- Vince ▮ ▮ 6317
- Taylor ▮ ▮ -3288
- Joy ▮ ▮ 2890

**O/N Administrators Cell Numbers**
- Josh ▮ ▮ 8765
- Briana ▮ ▮ 1096

**Nursing On-call Numbers**
Nursing Cell Number - ▮ 1723

*Always use Nursing cell phone. Always leave a voicemail if phone is not answered for all On call persons.

**Administrative On-call Cell Number**
- Tim ▮ ▮ 0124
- Joe Mantha ▮ 9690

**Adult Service Numbers**
**Program Administrators**
- Linda ▮ ▮ 0038 pager
- ▮ 0031 ©
- ▮ 4865 (h)
- Sharon ▮ ▮ -9108 ©
- Bill ▮ ▮ -5351 ©
- ▮ 7487 (h)
- Kerry ▮ ▮ 7217 ©
- Lisa ▮ ▮ -7623

**Supervisors**
- Lorrie ▮ ▮ 2880
- Zac ▮ ▮ 2321

**O/N Administrator Cell Number**
- Jeff ▮ ▮ 0994 ©



### RESIDENTIAL ON-CALL SCHEDULE (July – October)

| Date | Program On-call | Admin. On-call | Nursing On call |
|---|---|---|---|
| June 14 – 16 | Will | Tim H. | ▮ 1723 |
| June 21 – 23 | Bill | Joe M. | ▮ 1723 |
| June 28 - 30 | Amanda | Tim H. | ▮ 1723 |
| July 3 / 4 / 5 til 5 | Tim O. | Tim H. | ▮ 1723 |
| July 5 @ 5, 6, 7 | Joy | Joe M | ▮ 1723 |
| July 12 – 14 | Joe H. | Joe M | ▮ 1723 |
| July 19 – 21 | Blayne | Joe M. | ▮ 1723 |
| July 26 – 28 | Bill | Tim H | ▮ 1723 |
| August 2 – 4 | Will | Tim H | ▮ 1723 |
| August 9 – 11 | Jess | Joe M | ▮ 1723 |
| August 16 – 18 | Jeff (Joe H.) | Tim H | ▮ 1723 |
| August 23 – 25 | Amanda | Joe M | ▮ 1723 |
| August 30 | Amanda | Tim H | ▮ 1723 |
| August 31 | Joe H. | Tim H | ▮ 1723 |
| Sept. 1 | Joy | Tim H | ▮ 1723 |
| Sept. 2 | Jess | Tim H | ▮ 1723 |
| Sept. 6 - 8 | Tim O. | Joe M | ▮ 1723 |
| Sept. 13 – 15 | Joy | Tim H | ▮ 1723 |
| Sept. 20 – 22 | Joe H. | Joe M | ▮ 1723 |
| Sept. 27 – 29 | Blayne | Tim H | ▮ 1723 |
| Oct. 4 - 6 | Bill | Joe M. | ▮ 1723 |
| Oct 11 | Will | Joe M | ▮ 1723 |
| Oct 12 | Jeff | Joe M | ▮ 1723 |
| Oct 13 | Blayne | Joe M | ▮ 1723 |
| Oct 14 | Bill | Joe M | ▮ 1723 |
| Oct. 18 – 20 | Will | Tim H. | ▮ 1723 |
| Oct. 25 - 27 | Jess | Joe M. | ▮ 1723 |



| Program On-call Cell Numbers | | Administrative On-call Cell Number | |
|---|---|---|---|
| Tim | 0472 | Tim | 0124 |
| Amanda | 3910 | Joe Mantha | 9690 |
| Dylan | | **Adult Service Numbers** | |
| Blayne | 004 | **Program Administrators** | |
| Joe | 7843 | Linda | 0038 pager |
| Bill | 8614 | | 0031 © |
| Jessica | 1721 | | 4865 (h) |
| Will | -2534 | Sharon | 9108 © |
| Joy | -2890 | Bill | 5351 © |
| Jeff | -9099 | | -7487 (h) |
| | | Kerry | -7217 © |
| | | Lisa | 7623 |
| **O/N Administrators Cell Numbers** | | **Supervisors** | |
| Josh | 8765 | Lorrie | 2880 |
| Kyle | | Zac | -2321 |
| **Nursing On-call Numbers** | | **O/N Administrator Cell Number** | |
| Nursing Cell Number - | 1723 | Jeff | 0994 © |

*Always use Nursing cell phone. Always leave a voicemail if phone is not answered for all On call persons.