# EXHIBIT 10

Employee ███████

Contact Information

Phone & Email

**Home Phone**
| ██████-9690 |

**Work Phone**
| (###) ###-#### |

**Extension**
| |

**Pager Number**
| (###) ###-#### |

**Mobile Phone**
| (###) ###-#### |

**Work Fax**
| (###) ###-#### |

**LinkedIn URL**
| http://www.linkedin.com/myurl |

**Home Email**
| you@yourdomain.com |

**Work Email**
| jmantha@perkinschool.org |

**Twitter URL**
| http://www.twitter.com/myurl |

Legal Address

Emergency Contacts

**Address Line 1 ★**
| ████████ |

**Suite**
| |

**Address Line 2**
| |

**Zip ★**
| ███ |

**City ★**
| ███ |

**State ★**
| ████████ |

**County**
| ████ |

**Country**
| █████████████ |