# EXHIBIT 16



George Rios <george@plmrkg.com>

# Joe Mantha on SnappyAutoInsurance
3 messages

**Dario Osmancevic** <sdosmancevic@gmail.com>  Tue, Jul 28, 2020 at 12:23 PM
To: george@plmrkg.com

Hello George,

Here is a screenshot of a snappyautoinsurance form

I am can most certainly say that "Joe Mantha" have signed up on our web site and filled up the application in full by himself. I am webmaster of the site and i guarantee that he did filled it up by himself. If you need anymore information please do let me know.

Best Regards

**Dario Osmancevic**

CEO

Phone:   **US : 774-516-0684 EU: 0038765331245**

Email:   ceo@fenixleads.com

Website: **www.fenixleads.com**

Address: **Trg Krajine 3
, 78000 Banja Luka, BIH**/EU

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



**eilcdenfplchjceh.png**
19K

**From:** Dario Osmancevic <sdosmancevic@gmail.com>
**Sent:** Tuesday, July 28, 2020 12:23 PM
**To:** george@plmrkg.com
**Subject:** Joe Mantha on SnappyAutoInsurance

Hello George,

Here is a screenshot of a snappyautoinsurance form

I am can most certainly say that "Joe Mantha" have signed up on our web site and filled up the application in full by himself. I am webmaster of the site and i guarantee that he did filled it up by himself. If you need anymore information please do let me know.

Best Regards

| | | |
|---|---|---|
| | **Dario Osmancevic** | |
| | CEO | |
| | Phone: | US : 774-516-0684 EU: 0038765331245 |
| | Email: | ceo@fenixleads.com |
| | Website: | www.fenixleads.com |
| | Address: | Trg Krajine 3 , 78000 Banja Luka, BIH/EU |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

2 attachments


image_2020_07_28T16_00_28_843Z.png
234K


eilcdenfplchjceh.png
19K

<> Draft

Thu, Aug 13, 2020 at 10:03 AM

Hello George,

Here is a screenshot of a snappyautoinsurance form

I am can most certainly say that "Joe Mantha" have signed up on our web site and filled up the application in full by himself. I am webmaster of the site and i guarantee that he did filled it up by himself. If you need anymore information please do let me know.

Best Regards

**Dario Osmancevic**

CEO

Phone:       US : 774-516-0684 EU: 0038765331245

Email:       ceo@fenixleads.com

Website:     www.fenixleads.com

Address:     **Trg Krajine 3
             , 78000 Banja Luka, BIH/EU**

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



eilcdenfplchjceh.png
19K

/

 **Gmail**                                                                                          George Rios <george@plmrkg.com>

# TCPA Request

**Dario Osmancevic <ceo@fenixleads.com>**                                                          Wed Sep 11, 2019 at 8:12 PM
Reply-To: ceo@fenixleads.com
To: George Rios <george@plmrkg.com>

**Original Source Lead Generator**

Snappyautoinsurance.com

Adam Brown - adamb11480@gmail.com (Owner of the site)

**Applicant TCPA Audit**

Applicant First Name : Joe

Applicant Last Name : Mantha

Applicant Address : ████████

Applicant City : Rutland

Applicant State : MA

Applicant ZIP : 01543

Applicant Country : United States

Applicant Phone : ████9690

Applicant Phone Type : Mobile / Wireless

Applicant Phone Provider : New Cingular Wireless Pcs, Llc - Dc

Applicant Phone Location : Massachusetts

Applicant Phone DNC Status : NOT LISTED AS DNC

Applicant Email Address : jmantha7@yahoo.com

Applicant Email Provider : YAHOO

Applicant Email Status : VALID / CONFIRMED

Applicant IP Address : 96.242.132.28

Applicant IP Address ISP : VERIZON

Applicant IP Location : Morristown / New Jersey

Applicant IP Address Coordinates : 40.796770, -74.481540 (40°47'48"N   74°28'54"W)

Source of application : http://snappyautoinsurance.com

Date of application : 6/26/2019 / 12:01AM

Applicant agreed to receive promotional emails / calls / texts / postal mails from third parties regarding his auto insurance application.