UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

**AFFIDAVIT OF COUNSEL**

I, Kevin P. Polansky, do hereby state as follows:

1. I am an attorney licensed to practice law in Massachusetts and I am counsel of record for Defendant QuoteWizard.com, LLC ("QuoteWizard").

2. I have personal knowledge of the matters set forth in this Affidavit. I submit this Affidavit in support of QuoteWizard's Opposition to Plaintiff Joseph Mantha's ("Mantha") Partial Motion for Summary Judgment.

3. Exhibit AA to QuoteWizard's brief contains a true and accurate copy of the May 22, 2020 subpoena response in this case from Plural Marketing Solutions, Inc.

4. Exhibit BB to QuoteWizard's brief contains a true and accurate copy of the subpoena response in this case from GoDaddy.com, Inc.

5. Exhibit CC to QuoteWizard's brief contains a true and accurate copy of two screenshots produced by Adam Brown in response to a subpoena issued from my office in this case and relating to www.snappyautoinsurance.com.

6. Exhibit DD to QuoteWizard's brief contains a true and accurate copy of the subpoena issued to, and the response by and follow-up email from, Mailgun Technologies, Inc. in this case.

7. Exhibit EE to QuoteWizard's brief contains a true and accurate copy of the Second Deposition Transcript of Plural Marketing Solutions, Inc. (condensed).

8. Exhibit FF to QuoteWizard's brief contains a true and accurate copy of the Policy for Personal Telephone Calls, Mail, Beepers, and Cell Phones produced by Doctor Franklin Perkins School in response to a subpoena issued in this case.

9. Exhibit GG to QuoteWizard's brief contains a true and accurate copy of a June 3, 2020 subpoena response in this case from RevPoint Media, LLC.

10. Exhibit HH to QuoteWizard's brief contains a true and accurate copy of QuoteWizard's First Set of Requests for the Production of Documents to Mantha, served by e-mail on April 28, 2020.

11. Exhibit II to QuoteWizard's brief contains a true and accurate copy of a September 19, 2019 letter from my office on behalf of QuoteWizard to Mantha's counsel.

Signed under the pains and penalties of perjury, this 4th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin P. Polansky
　　　　　　　　　　　　　　　　　　　　　　　Kevin P. Polansky