# EXHIBIT CC



| Name | Size | Date | Permissions | Owner |
|---|---|---|---|---|
| L1 | | 16-09-2014 2... | rwx---r-x | lusr_... |
| v12 | | 02-09-2014 2... | rwx---r-x | lusr_... |
| popup | | 03-06-2014 2... | rwx---r-x | lusr_... |
| fonts | | 03-06-2014 2... | rwx---r-x | lusr_... |
| images | | 03-06-2014 2... | rwx---r-x | lusr_... |
| frm2 | | 03-06-2014 2... | rwx---r-x | lusr_... |
| quotes.php | 3 KB | 17-04-2020 2... | rw----r-- | lusr_... |
| step2.php | 57 KB | 17-04-2020 2... | rw----r-- | lusr_... |
| terms.php | 15 KB | 17-04-2020 2... | rw----r-- | lusr_... |
| privacy.php | 11 KB | 17-04-2020 2... | rw----r-- | lusr_... |
| index.php | 10 KB | 17-04-2020 2... | rw----r-- | lusr_... |
| .htaccess | 1 KB | 15-12-2019 1... | rw----r-- | lusr_... |
| auto_offers.php | 2 KB | 23-02-2015 2... | rw----r-- | lusr_... |
| results.php | 3 KB | 23-02-2015 2... | rw----r-- | lusr_... |
| lead_functions.php | 13 KB | 11-12-2014 2... | rw----r-- | lusr_... |
| test_btwodirect_api.php | 3 KB | 11-12-2014 1... | rw----r-- | lusr_... |
| test_expertsenders.php | 3 KB | 08-10-2014 2... | rw----r-- | lusr_... |
| snappy_legacy.csv | 3,962 KB | 08-10-2014 2... | rw----r-- | lusr_... |
| import_legacy.php | 1 KB | 08-10-2014 2... | rw----r-- | lusr_... |
| offers.php | 5 KB | 07-08-2014 2... | rw----r-- | lusr_... |
| get_quotes.php | 5 KB | 07-08-2014 2... | rw----r-- | lusr_... |
| results_24092014.php | 3 KB | 07-08-2014 2... | rw----r-- | lusr_... |
| ajx_automodel.php | 2 KB | 26-08-2013 1... | rw----r-- | lusr_... |