# EXHIBIT FF

**PERKINS**
*A Comprehensive Human Service Agency for Children, Adolescents, Adults & Senior Citizens*

| **Manual:** Perkins Policy and Procedures | **Chapter:** Personnel |
|---|---|
| **Title:** Personal Telephone Calls, Mail, Beepers, and Cell Phones | **Policy #:** 408.1 |

Policy

It is the policy of Perkins that telephone and mail facilities shall be available for effective communication within the Agency and with parents, public agencies and businesses. Accordingly, the Agency's facilities should not be used for personal telephone calls or personal mail except in cases of emergency.

Procedures:

1. Use of the Agency's telephone lines should be confined to business calls. Personal telephone calls should be limited to emergencies and should be as brief as possible. This restriction on the use of the Agency's telephones or the use of personal cell phones also applies to making unnecessary personal calls to fellow employees within the Agency.

2. Incoming personal calls for employees should be discouraged. Personal calls that must be made to employees should be made to the receptionist, who will relay the message to the employee if it is important.

3. When necessity requires that an employee make a personal long distance call, the call must be placed through the receptionist and charged to the employee's home number or placed collect. (An employee may also use a personal calling card.)

4. In order to avoid adding to the increasing volume of mail, employees must not use the Agency's address for the receipt of personal mail.

5. Agency stationery must not be used for personal correspondence because any communication sent out on Agency stationery might be considered an official communication.

6. Employee mailing lists are the property of the Agency and can only be used for official Agency use.

7. Use of the Agency's beepers and cell telephones should be confined to business use. The use should be limited to emergencies and should be as brief as possible.

8. Beepers and cell telephones that are distributed to employees are the property of Perkins, and upon leaving the employment of the Agency, employees must turn these items into the Human Resources Office.

9. Cell phones/mobile devises and other personal communication devices are prohibited during work hours and should be limited to breaks. In case of

| *Effective date:* | *Dates of revision:* |
|---|---|

1 | P a g e

**PERKINS**
*A Comprehensive Human Service Agency for Children, Adolescents, Adults & Senior Citizens*

emergencies, family members should be given the program number. The taking of photographs via cell telephones is prohibited. If the confidentiality of any employee or any client is breached, it will lead to disciplinary action up to and including immediate termination.

10. Approved use of personal cell phones while at work to communicate with programs and other staff specifically when client-related is acceptable.

**(Legal Regulations/Standards Reference)**

|  |  |
|--|--|
|  |  |
|  |  |
|  |  |

| *Effective date:* | *Dates of revision:* |
|--|--|

2 | P a g e