# EXHIBIT GG




June 3, 2020

**VIA EMAIL**
Anthony Paronich, Esq.
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

    Re:    Joseph Mantha v. QuoteWizard.com, LLC
             Civil Action No.: 1:-19-cv-12235-LTS (D. Mass.)

Dear Mr. Paronich:

As you know, this office serves as corporate, litigation, and regulatory counsel to RevPoint Media, LLC ("RevPoint"). Please allow this correspondence to serve as RevPoint's supplemental response to Plaintiff Joseph Mantha's ("Plaintiff") Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") dated April 15, 2020. Please note that this supplemental response incorporates the Preliminary Statement and General Objections included in RevPoint's May 26, 2020 Responses and Objections to Plaintiff's Subpoena.

As and for supplemental responses to the specific document requests propounded in the subpoena:

**Document Request 3**:

Produce all documents relating to the contention that the Plaintiff provided his prior express consent to receive telemarketing phone calls or texts from or on behalf of the Defendant.

**Supplemental Response 3**:

Subject to RevPoint's May 26, 2020 Preliminary Statement and General Objections, please *see* **Exhibit A**.

**Document Request 4**:

Produce all documents relating to the contention that the Plaintiff provided his prior express consent to receive telemarketing phone calls or texts from anyone.

**Supplemental Response 4**:

*June 3, 2020*
*Page 2*

    Subject to RevPoint's May 26, 2020 Preliminary Statement and General Objections, please *see* supplemental Response #3.

**Document Request 5**:

    If you contend the Plaintiff consented to receive telemarketing texts or calls from the Defendant, or any other person or entity, produce all documents that evidence such claim.

**Supplemental Response 5**:

    Subject to RevPoint's May 26, 2020 Preliminary Statement and General Objections, please *see* supplemental Response #3.

**Document Request 11**:

    Produce all documents relating or referring to the phone number (508) 353-9690 providing their consent to receive telemarketing texts of phone calls from any website.

**Supplemental Response 11**:

    Subject to RevPoint's May 26, 2020 Preliminary Statement and General Objections, please *see* supplemental Response #3.

    PLEASE TAKE NOTICE that RevPoint reserves the right to revise, correct, amend, supplement, or clarify these supplemental responses and objections based on any information, documents or evidence that may be subsequently discovered, or the relevance of which may be subsequently discovered. RevPoint incorporates its May 26, 2020 Preliminary Statement into each response as if fully set forth in such response.

                                               Very truly yours,

                                               /s/

                                             Evan T. King

Contact Name: Joe Mantha
Address: ▮▮▮▮▮ Rutland, MA 01543
Phone: 508-353-▮
Email: jmantha7▮
IP address: 66.189.10▮
Driver #1 Name: Joe Mantha
Birth date: ▮▮▮▮ (36 years)
Marital status: SINGLE
Relationship: Self
Gender: Male
Occupation: PROF-COLLEGE DEGREE
Education: DOCTORATE DEGREE
Requires SR-22
Bankruptcy
License status: Active
License state: MA
License ever suspended
Age licensed: 16 years
Residence type: Rent
Months at residence: 12
Months at employer: 5

No tickets
No major violations
No accidents
No claims
Vehicle #1
Year: 2005
Make: CHEVROLET
Model: TRAILBLAZER EXT LS/LT
Trim: 2WD WAGON 4 DOOR - ▮▮▮

Salvaged

Rental

Towing

Four-wheel drive

ABS

Airbags

Automatic seat belts

Alarm type
NO ALARM

Garage type
On Street

Ownership
Own

Primary use
Pleasure

Comprehensive deductible
2500

Collision deductible
2500

Annual miles
5,000

Weekly commute days
7

One-way commute distance
5

Requested policy
Coverage type
STATE MINIMUM

Bodily injury
50/100

Property damage
10000

Current policy
Insurance company
ALLSTATE INS CO

Coverage type
STATE MINIMUM

Expiration date
Oct. 5, 2019

Insured since
Aug. 5, 2018