# EXHIBIT 1

| | |
|---|---|
| **Attachments:** | Response to Non-Party Subpoena 2.pdf; 9-11-2019 Email ro Plural.pdf; 9-11-2019 - MANTHA_TPCA_REQUEST.pdf; 7-28-2020 email.pdf; 7-28-2020 Notice.pdf; 11-19 to 20 - 2019 Moynihan Emails.pdf; 12.10.2019 Email to Plural Marketing Solutions.pdf; Fenix-Buy-Seller-Contract-IO-Signed.pdf |

**From:** Roger K. Marion, Esq. <rmarion@rogermarion.com>
**Sent:** Thursday, August 13, 2020 12:54 PM
**To:** Christine Kingston <christine.kingston@nelsonmullins.com>
**Cc:** Kevin Polansky <kevin.polansky@nelsonmullins.com>; Judith Ercolini <Judith.Ercolini@nelsonmullins.com>
**Subject:** Re: FW: Mantha v. Quotewizard.com LLC

Chiristine,

Please find attached our subpoena response and documents.

Thank you.


Roger K. Marion, Esq.

Marion & Allen, P.C.
488 Madison Avenue, Suite 1120
New York, New York 10022
201.264.6622 - 212.658.0350


New Jersey Office:
190 Moore Street, Suite 204
Hackensack, New Jersey 07601

_____

This message from Roger K. Marion, Esq. contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you are not the named recipient(s), or otherwise authorized to receive this communication for the named recipient(s), please advise sender's office immediately that you received this in error and then delete all pages and attachments of this email.   IRS CIRCULAR 230 DISCLOSURE: No tax advice of any kind is included in, or should be derived from, the above email.  Thank you.


On Mon, Aug 3, 2020 at 7:03 PM Roger K. Marion, Esq. <rmarion@rogermarion.com> wrote:
> Received and confirmed accepted as served.  We'll get back to you asap.
>
> - Roger

Roger K. Marion, Esq.

Marion & Allen, P.C.
488 Madison Avenue, Suite 1120
New York, New York 10022
201.264.6622 - 212.658.0350

New Jersey Office:
190 Moore Street, Suite 204
Hackensack, New Jersey 07601

_____

This message from Roger K. Marion, Esq. contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you are not the named recipient(s), or otherwise authorized to receive this communication for the named recipient(s), please advise sender's office immediately that you received this in error and then delete all pages and attachments of this email.   IRS CIRCULAR 230 DISCLOSURE: No tax advice of any kind is included in, or should be derived from, the above email.  Thank you.

On Mon, Aug 3, 2020 at 6:06 PM Christine Kingston <christine.kingston@nelsonmullins.com> wrote:

> Roger,
>
> Attached is the subpoena on Plural regarding the Fenix contract, and emails by and between Plural and Fenix/RevPoint, in the Mantha lawsuit. Please confirm you are accepting service.
>
> Thanks,
>
> Christine
>
> Nelson Mullins is continuing to monitor developments related to COVID-19, including guidance from the Centers for Disease Control and various health officials; and federal, state, and local government authorities. The firm has implemented precautionary measures and plans to ensure the continuation of all firm services to clients from both in office and remote work arrangements across our 25 geographically dispersed offices.  Click here to visit the Nelson Mullins Coronavirus Resources page. Information described therein is subject to change.
>
> **Confidentiality Notice**
> This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.