## DECLARATION OF TOM MARTINDALE RE

I, Tom Martindale, declare as follows:

1.    I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. If called as a witness, I could competently testify to such facts under oath.

2.    I am a Founding Partner and the Chief Strategy Officer of Drips Holdings, LLC ("Drips"). I make this Declaration based on my own personal knowledge obtained through the course of my employment at Drips and upon information obtained by me from individuals upon whom I regularly rely in the normal course of business.

3.    I am familiar with Drips' business and litigation activities, its electronic record-keeping practices and policies, the processes and procedures involved in reviewing its electronic records, and its processes and procedures involved in conducting electronic discovery, including the documents produced by Drips described below.

4.    I verify that the following documents, which Drips produced on the dates listed below and as described below, are true and accurate copies of records made and kept according to regular practice in the course of regularly conducted business by Drips. Further, these records were made at or near the time of the acts, events, or conditions appearing on them by, or from





I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2021.

_____
Tom Martindale