UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>               Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>               Defendant. | Civil Action No. 1:19-cv-12235-LTS |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO ITS MOTION TO STRIKE**
**(Memorandum Incorporated)**

Now Comes Defendant QuoteWizard.com, LLC ("QuoteWizard") and hereby moves, pursuant to Local Rule 7.1(b)(3), for leave to file a Reply to the Opposition filed by Plaintiff Joseph Mantha ("Plaintiff") [ECF No. 235] to QuoteWizard's Motion to Strike the Declaration of Anthony Paronich, Esq. and exhibits thereto [ECF No. 222].

QuoteWizard requests that the Court grant it leave to file a Reply not exceeding seven (7) substantive pages to address points raised in Mantha's Opposition, particularly his attempt to paint the challenged evidence as admissible under the "state of mind" and residual exceptions to the hearsay rule. A copy of the proposed Reply is attached as <u>Exhibit 1</u> hereto.

WHEREFORE, QuoteWizard respectfully requests that this Court grant its motion for leave to file a Reply, and allow QuoteWizard to file the attached Reply.

[*Signatures on Next Page*]

                                                Respectfully submitted,

                                                QuoteWizard.com, LLC,
                                                By its attorneys,

                                                */s/ Kevin P. Polansky*
                                                Kevin P. Polansky (BBO #667229)
                                                kevin.polansky@nelsonmullins.com
                                                Christine M. Kingston (BBO #682962)
                                                christine.kingston@nelsonmullins.com
                                                Nelson Mullins Riley & Scarborough LLP
                                                One Financial Center, Suite 3500
                                                Boston, MA 02111
                                                (t) (617)-217-4700
Dated: August 24, 2021                           (f) (617) 217-4710

## LOCAL RULE 7.1 CERTIFICATION

     I, Kevin P. Polansky, hereby certify that, on August 24, 2021, my office e-mailed Plaintiff's counsel in good faith to determine whether they assented to this motion. My office did not hear back before filing this motion.

Dated: August 24, 2021                                                   */s/ Kevin P. Polansky*

## CERTIFICATE OF SERVICE

     I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 24, 2021                                                   */s/ Kevin P. Polansky*