UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

**[PROPOSED] ORDER**

For the reasons set forth in Defendant QuoteWizard.com, LLC's Motion to Compel, non-party Microsoft Corporation is hereby **ORDERED** to provide substantive responses to the Fed. R. Civ. P. 45 Subpoenas dated April 14, 2022 and May 20, 2022.

SO ORDERED this ___ day of ____, 2022.

_____
THE HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE