IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH MANTHA on behalf of himself and others similarly situated, | : : : : | |
| Plaintiff, | : : | Case No. 1:19-cv-12235-LTS |
| v. | : : | |
| QUOTEWIZARD.COM, LLC | : : | |
| Defendant. | : : / | |

**JOINT STATUS REPORT PER ECFs 292, 297 and 299**

Pursuant to the Court's June 28, 2022 Order [ECF No. 292], Plaintiff Joseph Mantha ("Mantha") and Defendant QuoteWizard.com, LLC ("QuoteWizard") (the "Parties") file this Joint Status Report. QuoteWizard made productions to Mantha on October 7, 11, and 17, 2022. Drips Holdings, LLC produced certain records to QuoteWizard on October 14, 2022, which QuoteWizard will in turn provide to Mantha within the 14-day deadline under ECF No. 292. Mantha has proposed, and QuoteWizard has agreed, to a 60-day period for Mantha's counsel to complete their review and analysis of the data produced by QuoteWizard and Drips. Thereafter, the Parties intend to submit a further joint status report setting forth a schedule of remaining dates through class certification motion briefing.

Dated: October 24, 2022

| | |
|---|---|
| Respectfully submitted,<br>Joseph Mantha,<br>by his attorneys, | Respectfully submitted,<br>QuoteWizard.com, LLC,<br>By its attorneys, |
| */s/ Edward A. Broderick*<br>Edward A. Broderick (BBO # 566826)<br>Broderick Law. P.C.<br>176 Federal Street, Fifth Floor<br>Boston, MA 02110<br>(t) (617) 738-7080<br>(f) (617) ) 830-0327<br>ted@broderick-law.com | */s/ Christine M. Kingston*<br>Christine M. Kingston (BBO #682962)<br>Kevin P. Polansky, BBO (BBO #667229)<br>Nelson Mullins Riley & Scarborough LLP<br>One Financial Center, Suite 3500<br>Boston, MA 02111<br>(t) (617)-217-4700<br>(f) (617) 217-4710<br>kevin.polansky@nelsonmullins.com<br>christine.kingston@nelsonmullins.com |

## CERTIFICATE OF SERVICE

I, Edward A. Broderick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: October 24, 2022                    */s/ Edward A. Broderick*