IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated,*<br><br>  Defendant,<br><br>  v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12235-LTS |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jillian Schlotter of Davis Wright Tremaine LLC hereby withdraws as counsel of record for non-party Microsoft Corporation ("Microsoft"). In accordance with Local Rule 83.5.2(c)(2), good cause exists for withdrawal because Defendant's Motion to Compel non-party Microsoft was transferred to the Western District of Washington, Dkt. 286, and none of the remaining proceedings in this case relate to or involve non-party Microsoft.

DATED this 31st day of March, 2023.

                                                  Respectfully submitted,

                                                  Non-Party Microsoft Corporation,
                                                  By its attorney

                                                   */s/ Jillian Schlotter.*
                                                  Jillian Schlotter (BBO #699264)
                                                  920 Fifth Avenue, Suite 3300
                                                  Seattle, WA  98104
                                                  Telephone:  (206) 622-3150
                                                  Facsimile:  (206) 757-7700

## CERTIFICATE OF SERVICE

      I, Jillian Schlotter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 31, 2023                          */s/ Jillian Schlotter*
                                                             Jillian Schlotter