**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | : | |
| JOSEPH MANTHA on behalf of himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:19-cv-12235-LTS |
| | : | |
| v. | : | |
| | : | |
| QUOTEWIZARD.COM, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | / | |

**JOINT SUBMISSION OF EMAILS REGARDING DISPUTE OVER
THIRD-PARTY CONSENT SUBPOENAS**

As permitted by the Court in its Minute Entry following the Status Conference on May 4, 2023 (ECF 317), counsel for the parties have conferred and respectfully submit emails between counsel in reverse chronological order as Exhibit 1 hereto.

Dated: May 9, 2023

<table>
<tr><td>

Respectfully submitted,<br>
Joseph Mantha,<br>
by his attorneys,<br>
<br>
<br>
*/s/ Edward A. Broderick*<br>
Edward A. Broderick<br>
Broderick Law. P.C.<br>
176 Federal Street, Fifth Floor<br>
Boston, MA 02110<br>
(t) (617) 738-7080<br>
(f) (617) ) 830-0327<br>
ted@broderick-law.com

</td><td>

Respectfully submitted,<br>
QuoteWizard.com, LLC,<br>
By its attorneys,<br>
<br>
<br>
*/s/ Kevin P. Polansky*<br>
Kevin P. Polansky, BBO (BBO #667229)<br>
Nelson Mullins Riley & Scarborough LLP<br>
One Financial Center, Suite 3500<br>
Boston, MA 02111<br>
(t) (617)-217-4700<br>
(f) (617) 217-4710<br>
kevin.polansky@nelsonmullins.com

</td></tr>
</table>

<u>CERTIFICATE OF SERVICE</u>

I, Edward A. Broderick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 9, 2023                          */s/ Edward A. Broderick*