## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH MANTHA on behalf of himself
and others similarly situated,       :
                                     :
                                     :
        Plaintiff,                   :
                                     :        Case No. 1:19-cv-12235-LTS-PK
v.                                   :
                                     :
QUOTEWIZARD.COM, LLC                 :
                                     :
        Defendant.                   :
                                     :
                                     :
_____:

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Joseph Mantha moves the Court under Federal Rule of Civil Procedure 23 for an order certifying this case as a class action. The reasons for granting this motion are explained in the supporting memorandum and exhibits thereto.

Dated: January 12, 2024                  Respectfully Submitted,


                                         /s/ John W. Barrett
                                         John W. Barrett
                                         Brian Glasser
                                         **BAILEY & GLASSER LLP**
                                         209 Capitol Street
                                         Charleston, WV 25301
                                         Telephone: (304) 345-6555
                                         jbarrett@baileyglasser.com
                                         jmarshall@baileyglasser.com
                                         siskra@baileyglasser.com
                                         bhogan@baileyglasser.com

                                         Matthew P. McCue
                                         **The Law Office of Matthew P. McCue**
                                         1 South Ave., Third Floor
                                         Natick, MA 01760
                                         Telephone: (508) 655-1415

mmcue@massattorneys.net

Edward A. Broderick
**Broderick Law, P.C.**
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Alex M. Washkowitz
CW LAW GROUP, P.C.
188 Oaks Road Framingham, MA 01701
alex@cwlawgrouppc.com

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically transmitted the foregoing to all counsel of record via the electronic filing system.

By:    */s/ John W. Barrett*
             John W. Barrett