# EXHIBIT 1

| Action | Date | Direction | SystemPhone | UserPhone | Message | AgentPhone | Duration |
|---|---|---|---|---|---|---|---|
| SMS | 8/23/2019 13:03 | Outbound | 5015576238 | 508***9690 | Hello Joe! I just attempted reaching you for our planned call. When is a more appropriate time to reschedule? | | |
| Call | 8/23/2019 13:00 | Outbound | 5015576238 | 508***9690 | | | 64.66 |
| SMS | 8/23/2019 12:50 | Outbound | 5015576238 | 508***9690 | Hey Joe! Reminder, Iâ€™ll call in 10 min about free auto insurance quote you wanted. Once you hear the message, press 1 to talk to me - Amanda@QW | | |
| SMS | 8/19/2019 22:20 | Inbound | 5015576238 | 508***9690 | Thanks. | | |
| SMS | 8/19/2019 22:20 | Outbound | 5015576238 | 508***9690 | Sounds good to me! I will get in touch W/ you Fri, Aug 23, at 1:00PM! | | |
| SMS | 8/19/2019 22:19 | Inbound | 5015576238 | 508***9690 | Friday at 1 | | |
| SMS | 8/19/2019 22:19 | Outbound | 5015576238 | 508***9690 | I can't! When are you available Mon thru Thur 9 a.m.-8 p.m. or Friday 9a-7:30p EST? | | |
| SMS | 8/19/2019 22:19 | Inbound | 5015576238 | 508***9690 | Friday at 1 | | |
| SMS | 8/19/2019 22:18 | Outbound | 5015576238 | 508***9690 | Okay: What time do you want me to call? Iâ€™m free Mon 4pm, W 10am, F 1pm EST. Can you do any of those or is there a different time to call? | | |
| SMS | 8/19/2019 22:18 | Inbound | 5015576238 | 508***9690 | Tomorrow works | | |
| SMS | 8/19/2019 22:13 | Outbound | 5015576238 | 508***9690 | I can give you a quote for a variety of plans for auto insurance to fit your needs-- When can we have a quick call? | | |
| SMS | 8/19/2019 22:11 | Inbound | 5015576238 | 508***9690 | How do I get a quote? | | |
| SMS | 8/19/2019 15:31 | Outbound | 5015576238 | 508***9690 | Joe, Amanda from QuoteWizard here, with one final follow up. Get the auto insurance info you requested? We are just a quick call away! | | |
| SMS | 8/13/2019 15:15 | Outbound | 5015576238 | 508***9690 | Hi this is Amanda! Are you looking for an accurate estimate, Joe? We can review your options together. Call me when you're free, it won't take long! | | |
| SMS | 8/13/2019 10:32 | Outbound | 5015576238 | 508***9690 | Hey, it's Amanda following up. When's a good day for us to talk Joe? You requested a quote on auto insurance. Message me if you're still interested! | | |
| SMS | 8/12/2019 14:41 | Outbound | 5015576238 | 508***9690 | Hi it's Amanda! Are you free to go over details for your auto quote? Joe, we guide you through this. Give me a ringâ€¤ | | |
| SMS | 8/12/2019 11:17 | Outbound | 5015576238 | 508***9690 | It's Amanda! Insurance quotes that fit your requirements are closer than you think, Joe. Let's get in touch and go over everything. | | |

QuoteWizard_Mantha 000009

| Action | Date | Direction | SystemPhone | UserPhone | Message | AgentPhone | Duration |
|---|---|---|---|---|---|---|---|
| SMS | 8/9/2019 18:20 | Outbound | 5015576238 | 508***9690 | Hi Joe, this is Amanda. Are you available? I can help get your insurance estimate. Text when I could call to discuss this because it may save you cash! | | |
| SMS | 8/9/2019 13:13 | Outbound | 5015576238 | 508***9690 | Hey it's Amanda. Do you think we could talk soon, Joe? We have information that could lead you to the auto insurance estimate you were asking about! | | |
| SMS | 8/9/2019 11:24 | Outbound | 5015576238 | 508***9690 | I'm Amanda with QuoteWizard messaging you about car insurÐ°nce coverage. Did you still need help? We can go over the choices once you get time to spare! | | |

QuoteWizard_Mantha 000010