UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12235-LTS |

### QUOTEWIZARD.COM, LLC'S ASSENTED-TO MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT ANYA VERKHOVSKAYA

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby respectfully moves the Court for leave to file excess pages in respect of its forthcoming *Daubert* Motion to Exclude Testimony of Plaintiff's Expert Anya Verkhovskaya ("Verkhovskaya") pursuant to Local Rule 7.1(b)(4). Plaintiff Joseph Mantha ("Plaintiff") assents to this Motion. In support of this Motion, QuoteWizard states as follows:

1. This is a class action lawsuit in which Plaintiff's ability to certify a class depends largely on the opinions and testimony of his putative expert witness, Verkhovskaya.

2. Verkhovskaya's expert opinions are memorialized in an initial report, a rebuttal report, and an "amended and corrected supplemental report."[1]

3. QuoteWizard deposed Verkhovskaya on December 15, 2023.

---

[1] For the avoidance of doubt, Plaintiff submitted Verkhovskaya's December 8, 2023 Amended and Corrected Supplemental Report after the applicable deadline. As such, it is a nullity and QuoteWizard will move to exclude it from this Court's consideration.

4. QuoteWizard asserts that there are multiple grounds for excluding Verkhovskaya's testimony and that excess pages are necessary to brief these issues in full.

5. Moreover, Verkhovskaya's testimony plays a critical role in a matter of premier importance to both parties – class certification – and an exception to this Court's ordinary page limit is therefore necessary to allow the parties to thoroughly brief this issue for the Court's consideration.

6. QuoteWizard's memorandum in support of its *Daubert* motion is 23 pages long, including the signature and certificate of service.

7. QuoteWizard requests this relief in order to sufficiently brief the issues with the specificity required by Federal Rule of Evidence 702 and related decisional authority.

For the foregoing reasons, QuoteWizard respectfully requests that this Court allow this Motion and grant it leave to file excess pages for its forthcoming *Daubert* Motion to Exclude Testimony of Plaintiff's Expert Anya Verkhovskaya up to 23 pages.

Respectfully submitted,

QuoteWizard.com, LLC,
By its attorneys,

*/s/ Kevin P. Polansky*
Kevin P. Polansky (BBO #667229)
kevin.polansky@nelsonmullins.com
Daniel M. Curran (BBO #709082)
daniel.curran@nelsonmullins.com
Ben Sitter (*admitted pro hac vice*)
Ben.sitter@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02109
(t) (617)-217-4700
(f) (617) 217-4710

Dated: February 7, 2024

## LOCAL RULE 7.1 CERTIFICATION

I, Kevin P. Polansky, hereby certify that, by e-mails on February 7, 2024, Plaintiff's counsel and I conferred in good faith regarding the issues raised by this Motion, and Plaintiff's counsel assented to QuoteWizard filing excess pages in respect of its *Daubert* motion.

Dated: February 7, 2024                              */s/ Kevin P. Polansky*

## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 7, 2024                              */s/ Kevin P. Polansky*
                                                     Kevin P. Polansky