UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, *on behalf of himself and all others similarly situated*,<br><br>  Plaintiff,<br><br>  v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12235-LTS |

### AFFIDAVIT OF KEVIN P. POLANSKY

I, Kevin P. Polansky, do hereby state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and I am counsel of record for Defendant QuoteWizard.com, LLC ("QuoteWizard").

2. I have personal knowledge of the matters set forth in this Affidavit. I submit this Affidavit in support of QuoteWizard's Opposition (the "Opposition") to Plaintiff Joseph Mantha's ("Plaintiff") Motion for Class Certification.

3. Exhibit 2 to the Opposition consists of true and accurate excerpts of the transcript of the September 8, 2023 deposition of Patricia Winkler.

4. Exhibit 3 to the Opposition consists of true and accurate excerpts of the transcript of the September 8, 2023 deposition of Matthew Weeks.

5. Exhibit 7 to the Opposition consists of true and accurate excerpts of the transcript of the December 15, 2023 deposition of Anya Verkhovskaya.

6. Exhibit 12 to the Opposition consists of true and accurate records produced by AT&T in response to a subpoena issued by QuoteWizard.

Signed under the pains and penalties of perjury, this 14th day of February, 2024.

>*/s/ Kevin P. Polansky*
>Kevin P. Polansky