# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JOSEPH MANTHA, *on behalf of himself and all others similarly situated,*

Plaintiff,

v.

QUOTEWIZARD.COM, LLC,

Defendant.

Civil Action No. 1:19-cv-12235-LTS

**EXPERT REPORT OF HAROLD FURCHTGOTT-ROTH**

September 22, 2023

# I. Introduction

## A. Qualifications

1. I am the president of Furchtgott-Roth Economic Enterprises. I am also a Senior Fellow at the Hudson Institute, where I founded the Center for the Economics of the Internet and cofounded the Forum for Intellectual Property. I am an adjunct professor of law at Brooklyn Law School where I teach communications law, and an adjunct professor of law at the University of Baltimore where I teach law and economics. I have advised and consulted for many businesses in the communications sector.

2. I served as the Commissioner of the Federal Communications Commission ("FCC" or "Commission") from November 1997 through May 2001. In that capacity, I participated in all decisions of the Commission, including those relating to enforcement and to

consumer protection. I have delivered testimony before several Congressional committees relating to the work of the FCC.

3. From 1995 to 1997, I was chief economist of the U.S. House of Representatives Committee on Commerce. One of my responsibilities was to serve as a principal staff member helping to draft the Telecommunications Act of 1996.

4. From June 2001 through March 2003, I was a visiting fellow at the American Enterprise Institute for Public Policy Research ("AEI") in Washington, DC. There I authored a book entitled: *A Tough Act to Follow?: The Telecommunications Act of 1996 and the Separation of Powers*.

5. From 1988 to 1995, I served as a senior economist at Economists Incorporated, where I worked on econometric matters in regulatory, antitrust, and commercial litigation cases.

6. My academic research concerns a variety of topics related to economics and regulation. I am the author or co-author of four books on cable television, telecommunications, and international trade, and I have published many scholarly and popular articles.

7. I received a Ph.D. in economics from Stanford University and an S.B. in economics from the Massachusetts Institute of Technology.

8. I have consulted extensively in the communications sector, including on FCC enforcement matters. As an FCC commissioner, as an economic consultant, and in other capacities, I have written about and testified about competition, industrial organization, and intellectual property.

9. A copy of my curriculum vitae is attached hereto as Appendix A.

10. The opinions in this report are based on: my review and analysis of documents produced, and testimony offered, in the above-captioned lawsuit (the "Proceeding"); other publicly

available documents; my education; and my more than 35 years of experience as an economist, regulator, and consultant. The documents, testimony, and other evidence on which I have relied in formulating my opinions are referenced where pertinent in the footnotes of this report and are listed in Appendix B. I reserve the right to amend, supplement, or revise my opinions and to respond to assertions made by Plaintiffs' proffered experts.

11. I am being compensated in this action at my standard rate of $950 per hour. My compensation is not dependent on my conclusions or on the outcome of this Proceeding.

**B. Assignment**

12. I have been asked by Counsel for QuoteWizard.com LLC ("QuoteWizard") to consider and evaluate, based on my professional knowledge and experience with the Federal Communications Commission and my professional knowledge and experience of how enforcement actions are considered at the FCC, the following questions:

   a. What is the legislative and regulatory background of Section 227(c) related to this proceeding?

   b. For purposes of Section 227, how does the FCC distinguish phone numbers that are residential from those that are at least in part used for business purposes?

   c. Does the FCC enforce and adjudicate complaints similar to the one raised in this Proceeding, and if so, what types of enforcement actions does the FCC make?

   d. In its enforcement actions under Section 227 similar to the complaint[1] in this Proceeding, does the FCC apply a strict liability standard?

[1] All references to the complaint in this Proceeding are to the operative, August 4, 2020 First Amended Class Action Complaint.

e. In its enforcement actions under Section 227 similar to the complaint in this Proceeding, does the FCC consider steps that a party has taken to comply with FCC rules?

f. In its enforcement actions under Section 227 similar to the complaint in this Proceeding, does the FCC examine "willfulness"?

**C. Summary of Opinions**

13. Based on my review of documents in this Proceeding, and my professional knowledge and experience, including as a former FCC commissioner, an economist, and an individual who has studied the wireless industry for more than a quarter of century, I reach the following conclusions:

a. Congress passed Section 227(c) primarily to protect residential consumers, and the FCC has promulgated rules to implement it, particularly 47 CFR 64.1200;

b. The FCC has sought to limit the applicability of 47 CFR 64.1200 to residential subscribers;

c. The FCC has the authority to enforce its rules including 64.1200, and it has taken many enforcement actions against TCPA violators, including substantial forfeitures, in matters similar to the complaint in this Proceeding;

d. In its enforcement actions under Section 227 similar to the complaint in this Proceeding, the FCC does not apply a strict liability standard;

e. In its enforcement actions under Section 227 similar to the complaint in this Proceeding, the FCC considers steps that a party has taken to comply with FCC rules; and

f. In its enforcement actions under Section 227 similar to the complaint in this Proceeding, the FCC considers and punishes "willfulness."

## II. Congress passed Section 227(c) primarily to protect residential consumers, and the FCC has promulgated rules to implement it, particularly 47 CFR 64.1200(c)

14. I understand from counsel that the complaint in this Proceeding alleges violations of Section 227.[2] Congress passed the original Section 227 of the Communications Act in 1991.[3] Public Law 102-243 has many findings regarding telephone marketing, most of which mention or are focused on concerns of residential consumers[4] rather than business users.[5] In Section 227(c), Congress delegated to the Commission the authority to promulgate rules governing telephone marketing, including rules related to the "Protection of Subscriber Privacy Rights."[6]A few points about Section 227(c) are worth emphasizing:

- Section 227(c) has no enforceable provisions independent of rules that the Commission would promulgate under it. Aggrieved parties must state a claim under specific rules adopted by the Commission, not based on Section 227(c) independent of those rules;
- Section 227(c)(1)(A) instructs the Commission to "initiate a rulemaking proceeding concerning the need to protect *residential telephone subscribers' privacy rights*." (emphasis added).
- No provision of Section 227 (c) instructs the Commission to promulgate rules to protect non-residential telephone subscribers' privacy rights.

The FCC promulgated the first set of rules in September 1992, including 47 CFR 64.1200(c) to address Section 227(c).[7]

---

[2] First Amended Class Action Complaint, paragraph 1.
[3] Public Law 102-243, STATUTE-105-Pg2394.pdf (govinfo.gov).
[4] Ibid., Section 2, paragraphs (6) – (13).
[5] Ibid., Section 2, paragraphs (14) - (15).
[6] 47 U.S.C. 227(c).
[7] 7 FCC Rcd 8751; *see* FCC 92-443.

15. In December 2003, Congress passed the ‘‘Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003.”[8] That law, among other provisions, primarily instructs the Federal Trade Commission to regulate “commercial electronic mail messages,” which in the context of the findings section other provisions of the law appear to refer to e-mails.[9] Only one section addresses the FCC, which is required to promulgate rules under TCPA that would accommodate wireless customers.[10] The language addressing FCC authority does not mention text messages specifically but instead refers to “mobile service commercial messages” which are defined in terms of “commercial electronic mail messages.”[11] Those in turn are defined by statute as “any electronic mail message the primary purpose of which is the commercial advertisement or promotion of a

[8] PL 108-187.
[9] *Ibid,* Sections 1-13.
[10] *Ibid.*, Section 14(b) – (d), which state as follows:
The Federal Communications Commission, in consultation with the Federal Trade Commission, shall promulgate rules within 270 days to protect consumers from unwanted mobile service commercial messages. The Federal Communications Commission, in promulgating the rules, shall, to the extent consistent with subsection (c)—
(1) provide subscribers to commercial mobile services the ability to avoid receiving mobile service commercial messages unless the subscriber has provided express prior authorization to the sender, except as provided in paragraph (3);
(2) allow recipients of mobile service commercial messages to indicate electronically a desire not to receive future mobile service commercial messages from the sender;
(3) take into consideration, in determining whether to subject providers of commercial mobile services to paragraph (1), the relationship that exists between providers of such services and their subscribers, but if the Commission determines that such providers should not be subject to paragraph (1), the rules shall require such providers, in addition to complying with the other provisions of this Act, to allow subscribers to indicate a desire not to receive future mobile service commercial messages from the provider—
(A) at the time of subscribing to such service; and
(B) in any billing mechanism; and
(4) determine how a sender of mobile service commercial messages may comply with the provisions of this Act, considering the unique technical aspects, including the functional and character limitations, of devices that receive such messages.
(c) OTHER FACTORS CONSIDERED.—The Federal Communications Commission shall consider the ability of a sender of a commercial electronic mail message to reasonably determine that the message is a mobile service commercial message.
(d) MOBILE SERVICE COMMERCIAL MESSAGE DEFINED.—In this section, the term ‘‘mobile service commercial message’’ means a commercial electronic mail message that is transmitted directly to a wireless device that is utilized by a subscriber of commercial mobile service (as such term is defined in section 332(d) of the Communications Act of 1934 (47 U.S.C. 332(d))) in connection with such service.
[11] *Ibid.*, 14(d).

commercial product or service (including content on an Internet website operated for a commercial purpose)."[12] Text messaging was a relatively new application in 2003. The FCC reported that only "20 percent of all U.S. mobile telephone subscribers either sent or received a text message during the fourth quarter of 2002."[13] Of those 20 percent, only an "estimated 28 percent of SMS users were 'frequent users,' meaning they sent or received a message at least once a day."[14]

16. In 2003, the FCC revised 47 CFR 64.1200.[15] Although the revisions were based on the 1992 version of 47 CFR 64.1200, the Commission presented an entirely new version of 64.1200, and subsequent versions of the CFR cite only the 2003 version of 47 CFR 64.1200 as the original source.[16] That rule has been amended several times by the FCC.[17] The most substantial amendments were in 2006[18] and 2012.[19] Although text messaging has become quite popular since 2003, the Commission's 64.1200 rule has never included the term "text message." The rule mentions "wireless" only four times.[20]

**III. The FCC has sought to limit the applicability of 64.1200 to residential subscribers**

17. Section 227(c) appears to be limited to "residential telephone subscribers" (which are mentioned once) and residential subscribers (which are mentioned twice). The word

---

[12] *Ibid.*, Section 3(2)(A).
[13] FCC, Eighth Annual Commercial Mobile Radio Services Competition Report, June 26, 2003, paragraph 145. FCC-03-150A1.pdf.
[14] *Ibid.*
[15] 68 FR 44143. FCC 03-153.
[16] *See, e.g.*, 2020 version of CFR, Title 47, volume 3.
[17] According to the 2020 version of the CFR, the amendments of 47 CFR 64.1200 through 2019 included: 68 FR 59131, Oct. 14, 2003; 69 FR 60316, Oct. 8, 2004; 70 FR 19337, Apr. 13, 2005; 71 FR 25977, May 3, 2006; 71 FR 56893, Sept. 28, 2006; 71 FR 75122, Dec. 14, 2006; 73 FR 40185, July 14, 2008; 77 FR 34246, June 11, 2012; 83 FR 1577, Jan. 12, 2018; 84 FR 10267, Mar. 20, 2019; 84 FR 11232, Mar. 26, 2019.
[18] 71 FR 25977, May 3, 2006.
[19] 77 FR 34246, June 11, 2012.
[20] Three times in 64.1200(a)(1)(iv) and once in 64.1200(e).

"residential" appears in several other provisions of the Communications Act but is never precisely defined, and does not apply easily in a wireless context.[21]

**A. The concept of "residential subscriber" had a clear meaning in a wireline context in 1991**

18. The term "residential subscriber" had a clear meaning in the era when telecommunications were primarily wireline services. The meaning of "residential subscriber" and related terms is less clear in the context of wireless services, and the statute is silent on this topic. The term "residential subscriber" and variants of the term based on "subscriber" are not defined, either in Section 227(c), elsewhere in Section 227, elsewhere in Title 47, or in 15 USC 6101.[22] The term "residential subscriber" appears six times in Section 227,[23] and the term "residential telephone line" appears once.[24] In other sections of Title 47 in the context of telephone service, "residential subscriber" appears twice;[25] and "residential ratepayers" appears once;[26] "basic residential phone service" appears once;[27] "residential use" appears once;[28] "residential consumer markets" appears once;[29] "residential households" appears once;[30] "residential users" appears once;[31] and "residential customer" appears once.[32] None of these "residential" terms is defined in statute.

[21] *See, e.g.*, 47 U.S.C. 253, 271(c), 522, 531, 541, 1006, 1008, 1303, and 1304.
[22] 15 U.S.C. 6101is in part the "Do-Not-Call Implementation Act," Pub. L. 108-10, 117 Stat. 557. This Act required the FCC and Federal Trade Commission to establish the Do Not Call List.
[23] Once in §227(a); three times in §227(c); twice in the Congressional Statement of findings in 1991.
[24] 227(b).
[25] Once in §254, once in 271,
[26] Once in §1006,
[27] Once in §1008.
[28] Once in §1303.
[29] *Ibid.*
[30] *Ibid.*
[31] Once in §1304.
[32] *Ibid.*

19. The term "residential subscriber" appears several times in 47 CFR 64.1200, which corresponds to Section 227, but the term is not defined in these rules.[33] Similarly, the term "residential telephone subscriber" appears six times in the rules, all in 64.1200. In an adjacent set of rules, the term "residential subscriber" is defined with wireline concepts that could not apply to wireless service,[34] but that definition does not necessarily apply to 64.1200. In the FCC rules are corresponding definitions of "business subscriber" that also apply to wireline customers, but which do not necessarily apply to 64.1200.[35] Some of these rules were promulgated while I was an FCC commissioner.

20. Rule 64.1200 does not mention "business" line or subscriber at all. In 1991 when the TCPA was initially enacted, there was a clear distinction between business lines and residential lines, concepts that were clearly demarcated for wireline services. Under FCC rules, business lines paid higher tariffs,[36] switched access line,[37] or Yellow Pages advertising.[38] In contrast, under FCC rules, a residential subscriber is one that pays a lower residential rate under local tariffs[39] or is not a business subscriber.

---

[33] Twice in 64.1200(d); three times in 64.1200(f).

[34] "Residential subscriber refers to a subscriber to telephone exchange service that is not a business subscriber." 47 CFR.2309(d); *see* "A line shall be deemed to be a residential subscriber line if the subscriber pays a rate for such line that is described as a residential rate in the local exchange service tariff." 47 CFR 69.152(g); *see also*: "Effective July 1, 1999, only one of the residential subscriber lines a price cap local exchange carrier provides to a location shall be deemed to be a primary residential line." 47 CFR 69.152(h).

[35] *See, e.g.*, 47 CFR 64.2305 (b); 47 CFR 64.152(h).

[36] *See, e.g.*, 47 CFR 69.104, "A line shall be deemed to be a single line business line if the subscriber pays a rate that is not described as a residential rate in the local exchange service tariff and does not obtain more than one such line from a particular telephone company."; *see also* CFR 69.152 "A line shall be deemed to be a single- line business subscriber line if the subscriber pays a rate that is not described as a residential rate in the local exchange service tariff…"

[37] *See, e.g.*, 47 CFR 51.5, "A business line is an incumbent LEC-owned switched access line used to serve a business customer, whether by the incumbent LEC itself or by a competitive LEC that leases the line from the incumbent LEC."

[38] *See, e.g.*, 47 CFR 64.2305, "Business subscriber refers to a subscriber to telephone exchange service for businesses. … In other circumstances, a primary advertising classification is the classification of a subscriber to telephone exchange service as a business subscriber."

[39] *See, e.g.*, 47 CFR 69.152, "A line shall be deemed to be a residential subscriber line if the subscriber pays a rate for such line that is described as a residential rate in the local exchange service tariff."

21. Although relatively clear in the context of purely wireline services, these distinctions between a residential subscriber and a business subscriber have never been clearly separated for wireless services. The FCC rules that define either business or residential customers and lines do not apply to wireless services. Wireless services do not have a local tariff, nor are wireless numbers typically listed in the equivalent of a Yellow Pages.

22. For wireline subscriptions, the distinction between a residential line and a business line was determined not by actual usage but entirely at the time that a subscription was initiated. A small business operating from home could use a "residential" line often or even primarily for business purposes but would not have a listing in the Yellow Pages. The line would still be a residential line. In contrast, an office worker who made primarily personal calls from the office would still have a business line, not a residential line.

23. Wireless subscriptions, the subject of this proceeding, grew in popularity in the 1990s and became ubiquitously available in the 2000s.[40] They did not fit neatly into the wireline categories of either residential subscriber or business subscriber. Wireless subscriptions had an entirely different regulatory treatment. Wireless services were regulated by the FCC but were not regulated by state regulators at all. Wireless subscriptions paid fees set by wireless carriers, whether the wireless user was a business, a non-profit, a school, or a residential consumer. Wireless numbers were not automatically listed in the White Pages or the Yellow Pages.[41]

---

[40] *See, e.g.*, FCC, 16th Mobile Competition Report, released March 21, 2013, p. 279. FCC-13-34A1 (1).pdf

[41] With number porting in the early 2000s, landline numbers could be ported to wireless service and vice versa. Consequently, with number porting, it was possible that some wireless numbers were listed in either White Pages or Yellow Pages.

24. Not only is there no formal regulatory distinction between a "business" and a "residential" wireless customer, there often is little or no practical difference. Although some employers purchase directly separate wireless subscriptions and phones for employees, many employers do not. Instead, many employers will instead reimburse employees for their wireless expenses, or simply assume that employees will provide those services themselves. For example, as I understand it, Mr. Mantha's employer reimbursed him at least for some of his wireless expenses.[42] At least from a regulatory and from a usage perspective, it would consequently make little sense to characterize Mr. Mantha's subscription as entirely residential.

**B. Any phone number, including a business number, may be registered on the Do Not Call List**

25. In 2003, the Federal Trade Commission established a Do Not Call Registry to allow consumers to stop unwanted telemarketing calls by registering their telephone numbers.[43] The FTC's Telemarketing Sales Rules are different from the FCC's TCPA rules. The FTC Telemarketing Sales Rules use a different vocabulary that does not include "residential" or "wireless." The 2003 FTC rules do not mention wireless or text messaging.[44] Subsequent FTC rules also do not mention wireless or text messaging.[45] At least the current version of the Do Not Call registry clearly allows registration of wireless phone numbers.[46] Thus, it is up to the discretion of the individual registering a phone

---

[42] *See* Derek Pardon Deposition, Exhibit 2 - 312.1 Cell Phone Reimbursement – Perkins 4851-7499-4122; *see also* September 11, 2020 Derek Pardon Deposition Transcript, 59: 15-16 ("Absolutely, to be clear, it is a cell phone reimbursement policy."); 60: 3-6 ("Essentially, it basically says, that it applies to people who have an authorized need for mobile device services, that we talked about earlier. And that we will reimburse them $30 a month.").

[43] *See* Telemarketing Sales Rule, Final Rule, Federal Trade Commission, 68 Fed. Reg. 4580 Jan. 29, 2003. Federal Register :: Telemarketing Sales Rule. The rule was also subsequently recorded as 16 CFR 310.

[44] *Ibid.*

[45] 16 CFR 310.

[46] National Do Not Call Registry, accessed September 18, 2023.

number as to whether the phone number is a residential number or not. An individual may register a phone number on the FTC's Do Not Call registry that is primarily, or even exclusively, used for business purposes. Rather than merely accepting the status of Do Not Call registration as a residential phone number, the FCC in enforcement actions has sought confirmation from individuals that their phone number is actually a residential line.[47] Citing the 2003 Order incorporating the Do Not Call Registry into the FCC's TCPA rules,[48] the FCC has explained that "consumers *may* register *wireless* numbers that are used for residential purposes." (emphasis added).[49]

26. The Do-Not-Call Implementation Act separately required the FCC to adopt under Section 227 rules for the FTC's national Do Not Call List.[50] The 2003 law does not define residential subscribers or mention wireless services. The FCC expanded its rules 47 CFR 64.1200 to include provisions related to the FTC's Do Not Call List, although the FCC did not control use or maintenance of the Do Not Call List.[51]

27. In the same 2003 Order, the FCC established rules clarifying that 47 CFR 64.1200(c) and (d) apply to calls to wireless phones.[52] In the order implementing new rules, but not in the new rules themselves, the FCC stated that its rules would apply to text messages as well as voice calls,[53] although the statute is silent on this matter. Much of the FCC's discussion of text messaging focused on the costs of unwanted text messages,[54] likely a much greater cost consideration in 2003 than in 2022.

---

[47] *See e.g.*, DA-18-984A1.pdf (fcc.gov), paragraph 7 and fn 30; DA-18-1291A1.pdf (fcc.gov), paragraph 6 and fn 30; and DA-19-772A1.pdf (fcc.gov), paragraph 7.
[48] 2003 TCPA Order, 18 FCC Rcd at 14039, paragraph 36.
[49] *See, e.g.*, FCC-21-35A1.pdf, fn 116; FCC-20-74A1.pdf, fn 95.
[50] Do-Not-Call Implementation Act, 15 USC 6153.
[51] 2003 TCPA Order, 18 FCC Rcd at 14039.
[52] 47 CFR 64.1200(e).
[53] 2003 TCPA Order, 18 FCC Rcd at 14039 paragraphs 165-166.
[54] *Ibid.*

### C. The FCC has taken the position that determination of whether a phone number is a residential number is a fact-intensive inquiry

28. In some investigations involving wireless numbers, the FCC has taken the position that determination of whether a phone number is a residential or business line is a fact-intensive inquiry.[55] It is not sufficient for purposes of ascertaining that a wireless phone number on the Do Not Call List is necessarily a residential phone number; the FCC staff makes efforts to verify that numbers called on the Do Not Call list were actually residential phone numbers.[56]

29. As I understand it, in this Proceeding there has been a dispute about whether Mr. Mantha's number is a residential number. Based on my review of FCC enforcement documents, which I review in more detail below, I have not found an exact precedent for a Commission decision about a telephone number that is used partly for business purposes and partly for personal purposes. But based on the FCC cases cited in fn 47, it is my opinion that the Commission would investigate the line Mr. Mantha, and other members of the proposed class, to determine if each line was a residential line for purposes of Section 227(c).

## IV. The FCC has the authority to enforce its rules including 64.1200, and it has taken many enforcement actions against TCPA violators, including substantial forfeitures, in matters similar those in this proceeding

30. The FCC has the authority to enforce its rules including those promulgated under Section 227(c).[57] The FCC has an Enforcement Bureau and has taken many enforcement actions

---

[55] *See* fn 47.

[56] *Ibid.*

[57] *See, e.g.*, 47 U.S.C. 151, "there is created a commission to be known as the 'Federal Communications Commission', which shall be constituted as hereinafter provided, and which shall execute and enforce the provisions of this chapter."

involving alleged violations of Section 227 including Section 227(c), similar to cases in this proceeding.

31. Because preliminary FCC investigations generate a file number that remains confidential until the Commission issues a formal order or notice regarding the investigation, it is impossible to know from outside the Commission exactly how many Section 227(c) investigations the agency has initiated, but it is clearly at least the many hundreds discussed below.

32. The FCC takes warning consumers and businesses about TCPA seriously. The FCC has many documents and links to help consumers and businesses avoid unwanted calls. Documents include:

- how to stop unwanted calls;[58]
- how to block unwanted calls;[59]
- how to benefit from caller ID identification and block spoofed robocalls;[60] and
- the FCC's efforts to combat robocalls and spoofing.[61]

33. The FCC takes TCPA enforcement seriously. Robocalls, spoofing, and the Do Not Call List are "Hot Topics" at the Enforcement Bureau Home Page.[62] The Bureau also has a public document that describes TCPA enforcement.[63] Updated on July 19, 2022, the document lists dozens of TCPA investigations that have led to public orders at the FCC since August 1, 2016. Separate FCC links have additional investigations for robocalls;[64]

---

[58] Stop Unwanted Robocalls and Texts | Federal Communications Commission (fcc.gov).
[59] Call Blocking Tools and Resources | Federal Communications Commission (fcc.gov).
[60] Combating Spoofed Robocalls with Caller ID Authentication | Federal Communications Commission (fcc.gov).
[61] The FCC's Push to Combat Robocalls & Spoofing | Federal Communications Commission.
[62] Enforcement | Federal Communications Commission (fcc.gov).
[63] At Unwanted Communications: Robocalls, Caller ID Spoofing, and Do-Not-Call Registry | Federal Communications Commission (fcc.gov).
[64] Telecommunications Consumers Division - Robocall (fcc.gov).

the Do Not Call List;[65] telephone solicitations;[66] unsolicited faxes;[67] and other TCPA issues.[68] The FCC is quite capable of imposing large penalties for violations of Section 227(c), and it has imposed forfeitures as large as nearly $300 million for such TCPA violations.[69]

34. This proceeding specifically involves text messages and Section 227(c), or CFR 64.1200(c).[70] I have been asked by counsel to review the publicly available FCC cases that involve Section 227(c) or CFR 64.1200(c). In Appendix C, I present a list of 571 such case documents since the Do Not Call rules were adopted in June 2003. I found these cases from three sources:

   a. Some documents can be found in a recent Enforcement Bureau document;[71]

   b. Some documents can be found in the Enforcement Bureau's list of Do Not Call violations;[72] and

   c. Still other documents I found by searching the FCC's EDOCS site with a search term "robocall" in the Enforcement Bureau.[73]

35. The documents in Appendix C fall into several categories.

   a. The vast majority of the documents listed in Appendix C are citations, a formal warning that the FCC issues regarding alleged rule violations.

[65] Telecommunications Consumers Division - Do Not Call (fcc.gov).
[66] Telecommunications Consumers Division - Telephone Solicitation (fcc.gov).
[67] Telecommunications Consumers Division - Unsolicited Faxes (fcc.gov).
[68] Telecommunications Consumers Division - Other - TCPA (fcc.gov).
[69] *See* FCC Assesses Nearly $300M Forfeiture for Unlawful Robocalls | Federal Communications Commission.
[70] First Amended Class Action Complaint, paragraphs 11, 50, 79, and 81.
[71] At Unwanted Communications: Robocalls, Caller ID Spoofing, and Do-Not-Call Registry | Federal Communications Commission (fcc.gov).
[72] Telecommunications Consumers Division - Do Not Call (fcc.gov).
[73] EDOCS | Federal Communications Commission (fcc.gov).

b. Fourteen are actual forfeiture orders, including a nearly $300 million forfeiture order.[74]

c. Several are proposed forfeitures or notices of apparent liability.

d. Six are consent decrees.

e. Two are simply public notices.

## V. In its enforcement actions under Section 227 similar to the complaint in this proceeding, the FCC does not apply a strict liability standard

36. In my experience, the FCC reserves for itself broad discretion to interpret federal communications law, to write rules to implement statutes, to take enforcement actions under those rules, and to apply penalties for the violations of those rules. In my experience as a commissioner and as an observer of the FCC for several decades, I cannot recall an instance when either: (1) the Commission had no choice but to find liability if certain circumstances were met; or (2) having found liability, the Commission had no discretion but to impose a certain strict liability penalty. Specifically stated in its authority to impose forfeitures is the Commission's discretion.[75] One can see the FCC deliberating on its discretion both in orders that impose substantial forfeitures[76] and in orders that do not impose forfeitures.[77] The Commission can and does take into account an entire set of factual circumstances in evaluating cases before it. Parties in disputes and

---

[74] See FCC Forfeiture Order, File No. EB-TCD-21-00031913, NAL Acct. No.: 202332170013, at FCC Assesses Nearly $300M Forfeiture for Unlawful Robocalls | Federal Communications Commission, released August 3, 2023.

[75] See 47 U.S.C. 503(b)(2)(E) "(E) The amount of such forfeiture penalty shall be assessed by the Commission, or its designee, by written notice. In determining the amount of such a forfeiture penalty, the Commission or its designee shall take into account the nature, circumstances, extent, and gravity of the violation and, with respect to the violator, the degree of culpability, any history of prior offenses, ability to pay, and such other matters as justice may require."

[76] See, e.g., FCC, Forfeiture Order, File No.: EB-TCD-18-00027781, In the matter of John C. Spiller, et al, released March 18, 2021, FCC Fines Telemarketer $225 Million for Spoofed Robocalls | Federal Communications Commission

[77] See, e.g., Citation to Emanuel Hernandez, December 21, 2018, Citation issued to Emanuel Manny Hernandez regarding sending telemarketing text messages to numbers on the Do-Not-Call registry

in enforcement actions before the FCC present detailed information about intent, about steps taken to avoid violating Commission rules, and about a wide range of circumstances in order to inform FCC decisions on liabilities and on penalties. In my experience, the FCC frequently takes into account the following factors: prior conduct of parties; whether alleged misconduct was intentional or inadvertent; and whether there were efforts to withhold or to destroy information sought by the FCC.

37. The terms “strict liability” and “strictly liable” do not appear in either 47 U.S.C. or 47 CFR. The word “negligent” appears four times in 47 U.S.C., all in Section 1501 related to automatic dialing equipment and the Do-Not-Call registry of public safety answering points, but not the provisions at issue in this case. The word “negligent” appears four times in 47 CFR, all in Section 1.80(b)(7) and (8), in the context of 47 U.S.C. 1501.

38. For the FCC to find liability often is a lengthy process. Although the exact sequence varies by investigation, the Enforcement Bureau (or at times the full Commission) may issue some sequence of the following: a letter of inquiry, a hearing designation order to resolve disputed facts, a citation letter to the entity making an alleged infraction with an opportunity to halt the misconduct, a notice of apparent liability particularly if the misconduct is not halted, and a forfeiture notice (once liability has been determined). Parties under investigation by the Enforcement Bureau may proceed through the investigation with various possible outcomes, often resulting in no finding of liability. Investigations are time-consuming and costly, and some parties enter consent decrees with the Enforcement Bureau to end investigations without any findings of liability.

## VI. In its enforcement actions under Section 227 similar to the complaint in this proceeding, the FCC considers steps that a party has taken to comply with FCC rules

39. Section 227 and the rules the FCC promulgated under it limit liability for entities that have attempted to comply with the statute and regulation. Section 227 emphasizes that due care in complying with FCC rules is an affirmative defense.[78] Moreover, 47 CFR 63.1200(c)(2) states exceptions to liability that are based on efforts to comply with FCC rules.[79] The FCC emphasizes similar ideas of limitations on liability on 47 CFR 63.1200(d).[80]

---

[78] 47 U.S.C. 227(c)(5) "It shall be an affirmative defense in any action brought under this paragraph [227.(c)(5)] that the defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under this subsection."

[79] 47 CFR 63.1200(c)(2),

> Any person or entity making telephone solicitations (or on whose behalf telephone solicitations are made) will not be liable for violating this requirement if:
>
> (i) It can demonstrate that the violation is the result of error and that as part of its routine business practice, it meets the following standards:
>
> (A) Written procedures. It has established and implemented written procedures to comply with the national do-not-call rules;
>
> (B) Training of personnel. It has trained its personnel, and any entity assisting in its compliance, in procedures established pursuant to the national do-not-call rules;
>
> (C) Recording. It has maintained and recorded a list of telephone numbers that the seller may not contact;
>
> (D) Accessing the national do-not-call database. It uses a process to prevent telephone solicitations to any telephone number on any list established pursuant to the do-not-call rules, employing a version of the national do-not-call registry obtained from the administrator of the registry no more than 31 days prior to the date any call is made, and maintains records documenting this process.
>
> (E) Purchasing the national do-not-call database. It uses a process to ensure that it does not sell, rent, lease, purchase or use the national do-not-call database, or any part thereof, for this section and any such state or federal law to prevent telephone solicitations to telephone numbers registered on the national database. It purchases access to the relevant do-not-call data from the administrator of the national database and does not participate in any arrangement to share the cost of accessing the national database, including any arrangement with telemarketers who may not divide the costs to access the national database among various client sellers; or
>
> (ii) It has obtained the subscriber's prior express invitation or permission. Such permission must be evidenced by a signed, written agreement between the consumer and seller which states that the consumer agrees to be contacted by this seller and includes the telephone number to which the calls may be placed; or
>
> (iii) The telemarketer making the call has a personal relationship with the recipient of the call.

[80] No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:

> (1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) Training of personnel engaged in telemarketing. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

## VII. In its enforcement actions under Section 227 similar to the complaint in this proceeding, the FCC considers and punishes "willfulness."

40. Willfulness is the standard necessary for the FCC to impose a forfeiture.[81] In each forfeiture order in Appendix C, the FCC finds willfulness. In the absence of willfulness, the FCC does not impose forfeitures.

Respectfully submitted,

Harold Furchtgott-Røth
September 22, 2023

(3) Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not- call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.
(4) Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long distance transmission charges.
(5) Affiliated persons or entities. In the absence of a specific request by the subscriber to the contrary, a residential subscriber's do-not-call request shall apply to the particular business entity making the call (or on whose behalf a call is made), and will not apply to affiliated entities unless the consumer reasonably would expect them to be included given the identification of the caller and the product being advertised.
(6) Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.
(7) Tax-exempt nonprofit organizations are not required to comply with 64.1200(d).

[81] 47 U.S.C. 503(b). "(1) Any person who is determined by the Commission, in accordance with paragraph (3) or (4) of this subsection, to have—
(A) *willfully* or repeatedly failed to comply substantially with the terms and conditions of any license, permit, certificate, or other instrument or authorization issued by the Commission;
(B) *willfully* or repeatedly failed to comply with any of the provisions of this chapter or of any rule, regulation, or order issued by the Commission under this chapter or under any treaty, convention, or other agreement to which the United States is a party and which is binding upon the United States; [Emphasis added in italics]

CERTIFICATE OF SERVICE

I, the undersigned, of the law offices of Nelson Mullins Riley and Scarborough LLP, attorneys for Defendant QuoteWizard.com, LLC do hereby certify that I have served all counsel of record with copies of this document by electronic mail.

Dated: September 22, 2023

*/s/ Kevin P. Polansky*
Kevin P. Polansky

Appendix A

# Harold Furchtgott-Roth

Ph. D, Stanford University, Economics, 1986
S.B, Massachusetts Institute of Technology, 1978

**Office Address**

2705 Daniel Road
Chevy Chase, MD 20815
(301) 219-3904

---

## Experience

2003–present — ***Furchtgott-Roth Economic Enterprises:*** President

2011–present — ***Hudson Institute:*** Senior Fellow; Founder and Director, Center for Economics of the Internet

2014–present — ***Brooklyn Law School***, Adjunct Professor of Law, teaches class on Communications Law

2022- present — ***University of Baltimore Law School,*** Adjunct Professor of Law, teaches class on Law and Economics

2017–2019 — ***Utilicom Advisors, LLC:*** Partner

2011-2012 — ***American Arbitration Association,*** arbitrator, (File No. 50 125 T 00245 11), Macquarie Terminal Holdings LLC v. Voting Trust of IMTT Holdings Inc. and IMTT Holdings Inc.)

2004-2008 — ***New York Sun***, Business columnist

2001-2003 — ***American Enterprise Institute***, Visiting Fellow

1997-2001 — ***Federal Communications Commission,*** Commissioner: One of five commissioners responsible for U.S. communications policy, rule making, enforcement, and adjudication. Among other responsibilities, reviewed all major mergers in communications sector. For statements, speeches, and other information, see: http://www.fcc.gov/commissioners/previouscommish.html

1995-1997 — ***U.S. House of Representatives, Committee on Commerce,*** Chief Economist: One of the principal staff for the

| | |
|---|---|
| | Telecommunications Act of 1996, Balanced Budget Act of 1995, and electricity deregulation legislation for the 105th Congress. |
| 1988-1995 | ***Economists Incorporated***, Senior Economist |
| 1984-1988 | ***Center for Naval Analyses,*** Research Analyst |
| 1980-1983 | ***Stanford University,*** Research Assistant, Teaching Assistant for public finance, |
| 1981-1982 | ***U.S. Department of Energy, Conservation and Renewable Energy Program,*** Research Assistant |
| Summer 1980 | ***Office of Management and Budget,*** Intern |
| 1978-1979 | ***Congressional Budget Office,*** Assistant Analyst |
| Summer 1977 | ***U.S. Department of Labor, Pension and Welfare Benefits Program,*** Intern |
| 1976-1978 | ***MIT, Center for Transportation Studies***, Research Assistant |
| Summer 1976 | ***U.S. Senate Committee on Appropriations***, Internship sponsored by MIT Political Science Department |

## Education

| | |
|---|---|
| 1986 | Stanford University, Ph.D. in Economics |
| 1978 | Massachusetts Institute of Technology, S.B. in Economics |
| 1973-1974 | University of South Carolina |

## Honors

| | |
|---|---|
| 1997-2001 | Awards for FCC achievements from various civic and business groups |
| Summer 1984 | Visiting Fellow, University of Warwick |
| 1983-1984 | Research Fellow, Brookings Institution |
| 1974 | National Merit Scholar, Massachusetts Institute of Technology |

## Professional Societies

American Economics Association

Federalist Society

## Boards

### Corporate

| | |
|---|---|
| 2006-2009 | MRV Communications |
| 2006-2017 | Oneida Broadband |

### Advisory Boards

| | |
|---|---|
| 2009 - present | Catalyst Investors, Operating Partner |
| 2012 – 2015 | Telcare, Advisory Board |
| 2017- 2018 | Yippy, Advisory Board |
| 2019-present | Pacific Dataport, Advisory Board |
| 2019-present | Tachus, Advisory Board |
| 2021-present | WCO, Advisory Board and Vice Chairman |

### Advisory Committees

| | |
|---|---|
| 2003-2004 | National Security Agency, Member of panel to support study, "Protecting the U.S. Telecommunications Infrastructure—The Way Forward" |
| 2009-2016 | Department of Commerce, Commerce Spectrum Management Advisory Committee |

### Other

| | |
|---|---|
| 2007 - present | Hudson Institute, Senior Fellow |
| 2003-present | Washington Legal Foundation, Legal Policy Advisory Board |
| | *Telecommunications Policy Research Conference:* |
| 2005-2007 | Chairman |
| 2004-2008 | Board Member |

## Books

*A Tough Act To Follow? The Telecommunications Act of 1996 and the Separation of Powers*, (Washington, DC: AEI Press), 2006.

*Cable TV: Regulation or Competition*, with R.W. Crandall, (Washington, DC: The Brookings Institution), 1996.

*Economics of A Disaster: The Exxon Valdez Oil Spill*, with B.M. Owen, D.A. Argue, G.J. Hurdle, and G.R. Mosteller, (Westport, Connecticut: Quorum books), 1995.

*International Trade in Computer Software*, with S.E. Siwek, (Westport, Connecticut: Quorum Books), 1993.

## Book Chapters

"Executive Interference with a Supposedly Independent Agency: The Federal Communications Commission," chapter in Liberty's Nemesis, ed. by Dean Reuter and John Yoo, Encounter Books, 2016.

## Other Publications

With Kirk Arner, "Biden Foreign Investment Policy Hobgoblin," Real Clear Markets, August 18, 2023, at Biden's Foreign Investment Policy Hobgoblin | RealClearMarkets.

"The Economic Benefits of Updating Regulations that Unnecessarily Limit Non-Geostationary Stationary Orbit Systems, August 13, 2023, available at https://papers.ssrn.com/abstract=4538619.

With Kirk Arner, "Artificial Intelligence Meets Artifical Regulation," Real Markets, August 3, 2023, at Artificial Intelligence Meets Artificial Regulation | RealClearMarkets.

With Kirk Arner, "The FTC's War with Microsoft is Far from Over," Real Clear Markets, July 20, 2023, at The FTC's War With Microsoft Is Far From Over | RealClearMarkets.

With Kirk Arner, "With Government Spending, Nothing Ever Changes," Real Clear Markets, June 5, 2023, With Gov't Spending, Nothing Ever Changes | RealClearMarkets.

With Kirk Arner, "Defusing the Great American Debt Bomb," Real Clear Markets, May 18, 2023, Defusing the Great American Debt Bomb | RealClearMarkets.

"Tegna, Standard General Must Fight the FCC," March 6, 2023, Tegna, Standard General Must Fight the FCC | RealClearMarkets

"The Lower Courts Have Misread Section 230, February 16, 2023, https://www.realclearmarkets.com/articles/2023/02/16/the_lower_courts_have_misread_section_230_and_terrorist_videos_881986.html

"The FCC Should Not be the Paymaster For Congressional Pork," February 8, 2023, The FCC Should Not Be Paymaster For Congressional Pork | RealClearMarkets

With Kirk Arner, "How Twitter Can Realize Enormous Potential, November 8, 2022, How Twitter Can Realize Enormous Potential | RealClearMarkets

With Kirk Artner, "Kids Online Safety Act Would Harm Kids, 'Net,'" September 21, 2022, Kids Online Safety Act Would Harm Kids, 'Net | RealClearMarkets

With Kirk Arner, "Good Riddance to the Disinformation Board," May 24, 2022, Good Riddance To the Disinformation Board | RealClearMarkets

With Kirk Arner, "Is Twitter a Good Buy at $44 Billion?" April 28, 2022, Is TWTR a Good Buy at $44 Billion? | RealClearMarkets

"Divining Congressional Intent," April 20, 2022, Divining Congressional Intent by Harold Furchtgott-Roth :: SSRN.

With Kirk Arner, "California Net Neutrality Law Unconstitutional," February 7, 2022, California Net Neutrality Law Unconstitutional | RealClearMarkets

With Kirk Arner, "When Corporations Volunteer in Washington, Watch Out," January 26, 2022, When Corporations Volunteer In Washington, Watch Out | RealClearMarkets

With Kirk Arner, "Harmful Step for Internet in Korea," January 11, 2022,t Harmful Step for Internet In Korea | RealClearMarkets

With Kirk Arner, "Do You Remember Network Neutrality? It's Back," November 8, 2021, Do You Remember Net Neutrality? It's Back | RealClearMarkets

With Kirk Arner, "A Doomed-to-Fail FCC Auction Succeeds," October 29, 2021, A Doomed-to-Fail FCC Auction Succeeds | RealClearMarkets

With Kirk Arner, "The Harmful Death of Modern Merger Review," Real Clear Markets, August 10, 2021, The Harmful Death of Modern Merger Review | RealClearMarkets

With Kirk Arner, "The FTC Should Not be a Lawless Agency," Real Clear Markets, July 26, 2021, The FTC Shouldn't Be a Lawless Agency | RealClearMarkets

With Kirk Arner, "Biden Cannot Increase Competition with More Biden," Real Clear Markets, July 20, 2021, Biden Can't Increase Competition With More Biden | RealClearMarkets

With Kirk Arner, "Market Principles for Better Broadband Rules," Real Clear Markets, June 23, 2021, Mkt. Principles for Better Broadband Rules | RealClearMarkets

With Kirk Arner, "President Biden Sadly Wants to Revive 'Network Neutrality,'" Real Clear Markets, June 8, 2021, President Biden Sadly Wants to Revive 'Net Neutrality' | RealClearMarkets

With Kirk Arner, "End Comment Fraud at the Cost of a Stamp," Wall Street Journal, May 13, 2021, at End Comment Fraud at the Cost of a Stamp - WSJ

With Kirk Arner, "English Language the Winner at SCOTUS," Real Clear Markets, April 26, 2021, at English Language the Winner at SCOTUS | RealClearMarkets

With Kirk Arner, "How to Prevent the Next Vaccine Famine," Real Clear Markets, April 14, 2021, at How to Prevent the Next Vaccine Famine | RealClearMarkets

With Kirk Arner, "Define Net Neutrality, Then Write the Rules," Real Clear Markets, March 18, 2021, at Define Net Neutrality, Then Write the Rules | RealClearMarkets

With Kirk Arner, "Why is TikTok Marketing the MLMs?" Real Clear Markets, March 15, 2021, at Define Net Neutrality, Then Write the Rules | RealClearMarkets

With Kirk Arner, "Section 230 May Soon Turn 25. May it Make 50," *Real Clear Markets*, January 15, 2021, at https://www.realclearmarkets.com/2021/01/15/section_230_will_soon_turn_25_may_it_reach_50_656567.html

With Kirk Arner, "The Development of a Separate Communications Law," ssrn 3735496, December 15, 2020, available at https://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=593312

With Kirk Arner, "Common Carriage: the once and potentially future form of communications regulation," ssrn 3735198, December 15, 2020, at https://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=593312

With Kirk Arner, "No Encouraging FTC's Section 13(b) Abuses," *Real Clear Markets*, December 3, 2020, at https://www.realclearmarkets.com/2020/12/03/no_encouraging_ftcs_section_13b_abuses_651778.html

With Kirk Arner, “How Would Big Tech Fare Under Joe Biden?” *Real Clear Markets*, November 13, 2020, at https://www.realclearmarkets.com/2020/11/13/how_would_big_tech_fare_under_joe_biden_583919.html

With Kirk Arner, “Twitter, Facebook, and Inconvenient Truths,” *Real Clear Markets*, October 17, 2020, at https://www.realclearmarkets.com/2020/10/17/twitter_facebook_and_inconvenient_truths_581061.html

With Kirk Arner, “If Congress Errs, Twitter Will Only Be the Beginning,” *Real Clear Markets*, July 21, 2020, at https://www.realclearmarkets.com/articles/2020/07/21/if_congress_errs_twitter_will_only_be_the_beginning_499588.html

“The Advertisers that Boycott Facebook Will Pay,” *Real Clear Markets*, July 9, 2020, at https://www.realclearmarkets.com/articles/2020/07/09/the_brands_that_boycott_facebook_ads_will_pay_498546.html

With Kirk Arner, “Google’s Antics Harm the Internet, Aid its Critics, *Real Clear Markets*, June 19, 2020, at https://www.realclearmarkets.com/blog/2020/06/19/googles_antics_harm_the_internet_aid_its_critics_496683.html

With Kirk Arner, “It’s Time to Revisit Section 230, But not for the Reasons You Think,” *Real Clear Markets*, June 11, 2020, at https://www.realclearmarkets.com/articles/2020/06/11/its_time_to_revisit_section_230_-_but_not_for_the_reasons_you_think_495891.html

With Kirk Arner, “The Tragedy of the Satellite Commons,” *Real Clear Markets*, June 1, 2020, at https://www.realclearmarkets.com/articles/2020/06/01/intelsat_and_the_tragedy_of_the_satellite_commons_494830.html

With Kirk Arner, “The Three Types of Trust Guiding Consumer Purchases,” Hudson Institute, June 2020, at https://www.hudson.org/research/16113-the-three-types-of-trust-guiding-consumer-purchases

With Kirk Arner, “Busting the One Size Fits All Myth About American Business,” Hudson Institute, June 2020, at https://www.hudson.org/research/16114-busting-the-one-size-fits-all-myth-about-american-businesses

With Kirk Arner, “Consumer Sovereignty and the Role of Government Intervention,” Hudson Institute, June 2020, at https://www.hudson.org/research/16115-consumer-sovereignty-and-the-role-of-government-intervention

With Kirk Arner, "Let's Not Let Covid-19 Kill Copyrights," *Real Clear Markets*, April 25, 2020, at https://www.realclearmarkets.com/2020/04/25/lets_not_let_covid-19_kill_copyright_490033.html

With Kirk Arner, "The Dangerous, Failed Crusade to End the Daily Briefings, *Real Clear Markets*, April 21, 2020, at https://www.realclearmarkets.com/articles/2020/04/21/the_dangerous_failed_crusade_to_end_the_daily_briefings_489651.html

With Kirk Arner, "Covid-19 Reminds us of Big Tech's Genius," *Real Clear Markets*, April 11, at https://www.realclearmarkets.com/articles/2020/04/11/covid-19_reminds_us_of_big_techs_genius_488873.html

With Kirk Arner, "Empty Grocery Shelves, Courtesy of Price Controls," *Real Clear Markets*, April 4, 2020, at https://www.realclearmarkets.com/articles/2020/04/04/empty_grocery_shelves_courtesy_of_price_controls_488244.html

With Kirk Arner, "The One That Got Away at the FTC," *Real Clear Markets*, March 12, 2020, at https://www.realclearmarkets.com/articles/2020/03/12/the_ones_that_got_away_at_the_ftc_486426.html

With Kirk Arner, "Europe's 'Right To Be Forgotten' Threatens Free Speech," *Real Clear Markets,* February 18, 2020, at https://www.realclearmarkets.com/articles/2020/02/18/europes_right_to_be_forgotten_threatens_free_speech_104081.html.

"Do Corporations Like Ericsson and Nokia Have National Identities?" Real Clear Markets, February 10, 2020, at https://www.realclearmarkets.com/articles/2020/02/10/do_corporations_like_ericsson_and_nokia_have_national_identities__104075.html.

With Kirk Arner, "Ending the Hackers Paradise in Administrative Proceedings," Hudson Institute, December 11, 2019, at https://www.hudson.org/research/15543-ending-the-hacker-s-paradise-in-administrative-proceedings

With Kirk Arner, "Who Will Lead: America or Brazil?" Hudson Institute, November 6, 2019, at https://www.hudson.org/research/15462-who-will-lead-america-or-brazil

"The Third Circuit Protects Watergate Era Rules," Hudson Institute, October 3, 2019, at https://www.hudson.org/research/15361-the-third-circuit-protects-watergate-era-rules

"The Pentagon Has a Defenseless Approach to 5G," Real Clear Defense, May 3, 2019, at

https://www.realcleardefense.com/articles/2019/05/03/the_pentagon_has_a_defenseless_approach_to_5g_114385.html

"5G Technology is about the sweep the world—We can't imitate the Chinese and abandon marketplace principles," February 26, 2019, Foxnews.com, at https://www.foxnews.com/opinion/5g-technology-is-about-to-sweep-the-world-we-cant-imitate-the-chinese-and-abandon-marketplace-principles

"Government spectrum delays are fueling Chinese dominance in 5G," The Hill, February 6, 2019, at https://thehill.com/opinion/technology/428741-government-spectrum-delays-are-fueling-chinese-dominance-in-5g

"The Shutdown Won't Stop Growth," Wall Street Journal, January 22, 2019, at https://www.wsj.com/articles/the-shutdown-wont-stop-growth-11548200838

"WIFI Helps Define the Relevant Market for Wireless Services," SSRN.com, October 25, 2018, at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3260271

"Digital Information: Who Controls It?" InFOCUS, Volume 12, Issue 4, Fall 2018, pp. 13-15.

"A simple Law From Congress Will Save Us from Telemarketers," Realclearmarkets,com, June 14, 2018, at https://www.realclearmarkets.com/articles/2018/06/14/a_simple_law_from_congress_will_save_us_from_telemarketers_103308.html

"Understanding Presidential Line Item Vetoes, Rescissions, and Deferrals, forbes.com, April 9, 2018, at https://www.forbes.com/sites/haroldfurchtgottroth/2018/04/09/understanding-presidential-line-item-vetoes-rescissions-and-deferrals/#2fa5299d6dff

"Why Did Cambridge Analytica Attract So Much Unwarranted Attention?" forbes.com, March 19, 2018, at https://www.forbes.com/sites/haroldfurchtgottroth/2018/03/19/why-does-cambridge-analytica-attract-so-much-unwarranted-attention/#69364b4754f0

"The Bad Old Days of the Internet and other Myths of Network Neutrality," forbes.com, December 14, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/12/14/the-bad-old-days-of-the-internet-and-other-myths-of-network-neutrality/#187e83045cb8

"Restoring the Integrity of Comments in Government Proceedings," forbes.com, December 13, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/12/13/restoring-the-integrity-of-comments-in-government-proceedings/#2faf28b75bb3

"Who Owns the Digital Information about You," forbes.com, November 30, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/11/30/who-owns-the-digital-information-about-you/#4e7030c03186

"The Potential Market Value and Consumer Surplus Value Of The Citizens Broadband Radio Service (CBRS) at 3550-3700 Mhz in the United States," (November 12, 2017). Available at SSRN: https://ssrn.com/abstract=3069981

"Daily Stormer Shows Us Hypocrisy of Network Neutrality," Forbes.com, August 16, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/08/16/daily-stormer-shows-up-hypocrisy-of-network-neutrality/#76e328a38af8

"How to Reduce Frivolous Comments in FCC Proceedings," Forbes.com, July 21, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/07/21/how-to-reduce-frivolous-comments-in-federal-proceedings/#5af44b3f3e70

"Allow the Private Sector to Fight Internet-Based Crime," Forbes com, June 28, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/06/28/allow-the-private-sector-to-fight-internet-based-crime/#5c511703cfe9

"To Reduce Terrorism, Repeal Network Neutrality," Forbes.com, May 24, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/05/24/to-reduce-terrorism-repeal-network-neutrality/#5475cce1a1af

"Chinese Government Helped Huawei with 5G," Forbes.com, May 8, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/05/08/chinese-government-helps-huawei-with-5g/#5cb695cc6bae.

"The Economic Value of Property Rights Concepts in Spectrum, Both With and Without Licenses," Hudson Institute Center for the Economics of the Internet, April 4, 2017, at https://hudson.org/research/13502-the-economic-value-of-property-rights-concepts-in-spectrum-both-with-and-without-licenses

"It's About Time for Congress to Improve the Copyright Office," Forbes.com, March 31, 2017, at http://blogs.forbes.com/haroldfurchtgottroth/wp-admin/post.php?post=366&action=edit

"Forces of Evil Undeterred by FCC Privacy Rules," Forbes.com, March 5, 2017, at http://blogs.forbes.com/haroldfurchtgottroth/wp-admin/post.php?post=361&action=edit

"The Unvanquished: The Administrative State and the Federal Communications Commission," ssrn, at http://ssrn.com/abstract=3127005, February 20, 2017, paper prepared for the Hoover Institution.

"The Pro-Consumer Agenda at the FCC," Forbes.com, February 20, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/02/20/the-pro-consumer-agenda-at-the-fcc/#74d1c68e1d3c

"Ajit Pai Could Bring Consistency Back to the FCC," The Hill, January 26, 2017, at http://thehill.com/blogs/pundits-blog/technology/316280-ajit-pai-could-bring-consistency-back-to-the-fcc

"President Trump Designates Ajit Pai As Chairman of the FCC," Forbes. com, January 22, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/01/22/president-trump-designates-ajit-pai-as-chairman-of-fcc/#36b209171577

"Russian Hacking and Russian Roulette on the Internet," Forbes.com, January 10, 2017, at https://www.forbes.com/sites/haroldfurchtgottroth/2017/01/10/russian-hacking-and-russian-roulette-on-the-internet/#6894c4552e46

"A Positive Future for American High Tech," Forbes.com, December 11, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/12/11/a-positive-future-for-american-high-tech/#5095912254e1

"It's Time to Unshackle the Communications Sector," Forbes.com, December 5, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/12/05/it-is-time-to-unshackle-the-communications-sector/#4bc6656e328e

"Spectrum Allocation at the Federal Communications Commission: Time for a Reset," Hudson Institute, December 1, 2016. https://www.hudson.org/research/13093-spectrum-allocation-at-the-federal-communications-commission-time-for-a-reset

"Facebook, Google, and Twitter: Arbiters of Truth or Threats to Liberty?" Forbes.com, November 16, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/11/16/facebook-google-and-twitter-arbiters-of-the-truth-or-threats-to-liberty/#475740c15ae3

"How a Trump FCC Could Deregulate the Communications Sector," Forbes.com, November 10, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/11/10/how-a-trump-fcc-could-deregulate-the-communications-sector/#284872f256b4

"Internet Privacy in the Age of Wikileaks," Forbes.com, October 28, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/10/28/internet-privacy-in-the-age-of-wikileaks/#7889489d4324

"At Least for Today, Intellectual Property Triumphs at the FCC," Forbes.com, September 29, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/09/29/at-least-for-today-intellectual-property-triumphs-at-the-fcc/#594a4e707449

"The 2016 Manchurian Candidate," Forbes.com, September 7, 2016, at https://www.forbes.com/sites/haroldfurchtgottroth/2016/09/07/the-2016-manchurian-candidate/#675b4ae84cb4

"Ad Hockery Makes and Mockery of an FCC Proceeding," Forbes.com, July 5, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/07/05/ad-hockery-makes-a-mockery-of-an-fcc-proceeding/#45d7c3bc5912

"Memo to Hillary: Don't Regulate the Internet," Forbes.com, June 29, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/06/29/memo-to-hillary-dont-regulate-the-internet/#596e5693c7be

"Network Neutrality in a Non-Neutral World," Forbes.com, June 27, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/06/27/network-neutrality-in-a-non-neutral-world/#13b61ac13728

"The Myth of Sharing in a 'Sharing' Economy," Forbes.com, June 9, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/06/09/the-myth-of-the-sharing-economy/#6325409c6a1d

"The FCC and Kafkaesque Merger Reviews," Forbes.com, April 19, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/04/19/the-fcc-and-kafkaesque-merger-reviews/#91461433584b

"America Deserves a Better Tax System," Forbes. com, April 14, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/04/14/america-deserves-a-better-tax-system/#6253adf1156f

"The FCC Should Drop Its Proposed Rules for Set-Top Boxes," Forbes.com, April 12, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/04/12/the-fcc-should-drop-its-proposed-rules-for-set-top-boxes/#45f333666c57.

"How the FCC's Proposed Privacy Rules Would Create a False Sense of Consumer Privacy," with Arielle Roth, Forbes.com, March 31, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/03/31/how-the-fccs-proposed-privacy-rules-would-create-a-false-sense-of-consumer-privacy/#2884f15e6261

"The FCC Wants to Regulate Your Internet Privacy Now, Too," with Arielle Roth, Forbes.com, March 14, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/03/14/why-the-fccs-proposed-privacy-rules-would-hurt-consumers/#4853d1de4c49

"How the FCC Betrayed America's Faith in the Rule of Law," with Arielle Roth, Forbes.com, March 2, 2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/03/02/how-the-fcc-betrayed-americas-faith-in-the-rule-of-law/#72c2ced8392e

"Tim Cook's Sleight of Hand," with Arielle Roth, Forbes.com, February 24,2016, at http://www.forbes.com/sites/haroldfurchtgottroth/2016/02/24/tim-cooks-sleight-of-hand/#62bddbdb244c

"Answering Four Questions on the Anniversary of the Telecommunications Act of 1996," with Arielle Roth, Federal Communications Law Journal, Volume 68, Issue 1, February 2016, pp. 83-94.
"Why Mark Zuckerberg Should Beware of the FCC," with Arielle Roth, Forbes.com, December 11, 2015, at

http://www.forbes.com/sites/haroldfurchtgottroth/2015/12/11/why-mark-zuckerberg-should-beware-of-the-fcc/#6c2ea6b338a2

“Why ISIS Celebrates the FCC’s Network Neutrality Rules,” with Arielle Roth, Capx.co, December 4, 2015, at http://capx.co/n7gCe

“Network Neutrality Rules Violate the First Amendment,” Capx.co, November 23, 2015, at http://capx.co/net-neutralityirst-amendment/

“High Frequency Spectrum: The Last Frontier,” Forbes.com, October 26, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/10/26/high-frequency-spectrum-the-last-frontier/#221eed1d34ac

“Group M Fights Back Against Pirate Websites,” Forbes.com, October 1, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/10/01/groupm-fights-back-against-pirate-websites/#61ffcb1b326a

“Capital Expenditures Declined Under FCC’s Network Neutrality Rules,” Forbes.com, September 16, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/09/16/capital-expenditures-declined-under-fccs-network-neutrality-rules/#d807d1d10c0d

“How to Block the Iran Deal,” Forbes.com, August 31, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/08/31/the-iran-deal-a-draft-treaty-or-an-executive-agreement/#7661735ab4e4

“Obama Cannot Alter Non-Proliferation Treaty By Executive Order,” Forbes.com, July 27, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/07/27/obama-cannot-alter-non-proliferation-treaty-by-executive-order/

“Failing to Protect Consumers under the Telephone Consumer Protection Act,” Forbes.com, July 18, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/07/16/failing-to-protect-consumers-under-the-telephone-consumer-protection-act/

“AT&T’s $100 Million Penalty and the Need for Better FCC Regulation,” June 18, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/06/18/atts-100-million-penalty-and-the-need-for-better-fcc-regulation/.

“Copyrights Are Important Across America,” Forbes.com, June 16, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/06/16/copyrights-are-important-across-america/

“Memo to Charter and Time Warner: Beware the FCC Bearing Gifts,” Forbes.com, May 28, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/05/28/memo-to-charter-and-time-warner-beware-the-fcc-bearing-gifts/

"Legitimate Advertising Continues at Pirate Websites," Forbes.com, May 22, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/05/22/legitimate-advertising-continues-at-pirate-web-sites/

"U.S. Government Does Not Control Internet or Privacy," Forbes.com, May 22, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/05/21/u-s-government-does-not-control-internet-or-privacy/

"Comcast and Time Warner Cable: Autopsy of a Failed Merger," Forbes.com, April 24, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/04/24/comcast-and-time-warner-autopsy-of-a-failed-merger/

"The FCC Forbears from the Rule of Law," Forbes.com, April 14, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/04/14/the-fcc-forbears-from-the-rule-of-law/.

"The New Telecommunications Bubble," Forbes.com, March 11, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/03/11/the-new-telecommunications-bubble/.

"The FCC's ATSC Tuner Rules Are No Longer Economically Necessary," Center for Economics of the Internet, Hudson Institute, March 2015, at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2575885.

"In Network Neutrality, the Only Winner is Washington," MarketWatch.com, February 27, 2015, http://www.marketwatch.com/story/in-net-neutrality-the-only-winner-is-washington-2015-02-27.

"Advertisers Have a New Tool to Avoid Pirate Websites," Forbes.com, February 10, 2015, http://www.forbes.com/sites/haroldfurchtgottroth/2015/02/10/advertisers-have-a-new-tool-to-avoid-pirate-websites/.

"FCC Cannot Pick and Choose Network Neutrality Rules," Forbes.com, January 11, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/01/11/fcc-cant-pick-and-choose-network-neutrality-rules/.

"Damages from Trafficking in Stolen Property: Sony Info and Celebrity Photos," Forbes.com, January 6, 2015, at http://www.forbes.com/sites/haroldfurchtgottroth/2015/01/06/damages-from-trafficking-in-stolen-property-the-internet-effect/.

"Time to Take on Kim Jong Un," Forbes.com, December 22, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/12/22/time-to-take-on-the-great-dictator-kim-jong-un/.

"An Assessment of the Operational and Financial Health of Rate-of-Return Telecommunications Companies in more than 700 Study Areas: 2007-2012," with Kathleen Wallman, December 2014, at https://prodnet.www.neca.org/publicationsdocs/wwpdf/1222rba.pdf.

"The Changing Market for Spectrum," Forbes.com, December 1, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/12/01/the-changing-market-for-spectrum/

"Where to Watch Your Favorite Movie," Forbes.com, November 17, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/11/17/where-to-watch-your-favorite-movie/

"American's Future Path: Paved with Laws or Intentions?" November 16, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/11/16/58/

"President Obama Attacks FCC's Independence," Forbes.com, November 11, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/11/11/president-obama-attacks-fccs-independence/

"The FCC Plays Russian Rouletted with Network Neutrality," Forbes.com, November 2, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/11/02/the-fcc-plays-russian-roulette-with-network-neutrality/

"Maryland Purple Line Costs Exceed Benefits," Forbes.com, October 23, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/10/23/marylands-purple-line-costs-exceeds-benefits/

"FCC Plans Stealth Internet Tax Increase," Forbes.com, October 12, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/10/12/fcc-plans-stealth-internet-tax-increase/.

"Three Steps to Protect U.S. Intellectual Property," Forbes.com, September 30, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/09/30/three-steps-to-protect-us-intellectual-property/

"Don Quixote Lives at the FCC," Forbes.com, September 24, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/09/24/don-quixote-lives-at-the-fcc/.

"Profiting from the Forbidden Fruit of the Virtual Garden of Eden," Forbes.com, September 24, 2014, at http://www.forbes.com/sites/haroldfurchtgottroth/2014/09/24/profiting-from-the-forbidden-fruit-of-the-virtual-garden-of-eden-2/

With Jeffrey Li, "The Contribution of the Information, Communications, and Technology Sector to the Growth of the U.S. Economy: 1997-2007," August 2014, Hudson Institute, at http://hudson.org/research/10545-the-contribution-of-the-information-communications-and-technology-sector-to-the-growth-of-u-s-economy-1997-2007

"Property, Copyrights, and Economic Growth," Hudson Institute, April 2014, at http://ssrn.com/abstract=2421248.

"Obama's Pressuring of Business is Profoundly Illegal," Real Clear Markets.com, February 10, 2014.

"With Its "Net Neutrality" Case Against Verizon, The FCC Loses – Again," Forbes.com, January 15, 2014.

"Why the Shareholders of J.P. Morgan Unwittingly Support Housing Activist NeighborWorks," Forbes.com, December 17, 2013.

"Defining relevant markets for mergers and acquisitions involving communications services", with J. Li, Center for the Economics of the Internet working paper, November 2013, at http://ssrn.com/abstract=2368086.

"In Search of a Captive Audience: Susan Crawford's Captive Audience," Federal Communications Law Journal, June 2013, vol. 65, Issue 3, pp. 312-332.

"Open Spectrum: A Major Step for U.S. Innovation and Economic Growth," Hudson Institute, June 2013. Available at http://dev.hudson.org/content/researchattachments/attachment/1134/open_spectrum_final.pdf

"A Review of 'Value and Utility of the U.S. 2.5 Ghz Spectrum Band,'" April 2013.

"An Assessment of the Economic and Industry Reasonableness of Sprint's Offer for Clearwire," with D. Sosa, and E. Stone, Analysis Group, March 12, 2013.

"Granting Licensed Spectrum Flexibility: How to Spur Economic Growth and Innovation in America," Hudson Institute, December 20, 2012 https://www.hudson.org/research/9422-granting-licensed-spectrum-flexibility-how-to-spur-economic-growth-and-innovation-in-america

"It Will Take More than the Miracle of the iPhone5 to Boost GDP, Fierce Wireless, October 1, 2012.

"Assessing Competition in the Wireless Sector: How DoJ Can Clear Away the Fog from Proposed Mergers," Engage, Volume 13, No. 2, July 2012 https://www.hudson.org/research/9313-assessing-competition-in-the-wireless-sector-how-do-j-can-clear-away-the-fog-from-proposed-mergers

"Defending the First Amendment in the 21st Century," Media and Communications Policy, http://www.mediacompolicy.org/2012/09/articles/first-amendment/defending-the-first-amendment-in-the-21st-century/, September 18, 2012.

"Wireless Internet Successes Due to Entrepreneurs, Not Government," Fierce Wireless, August 31, 2012.

"How to Restore Growth in America and in the Wireless Industry," Fierce Wireless, July 30, 2012.

"Assessing Competition in the Wireless Sector: How DoJ can clear away the fog from proposed mergers," Engage, Vol. 13, Issue 2. July 30, 2012, at https://www.hudson.org/research/9313-assessing-competition-in-the-wireless-sector-how-do-j-can-clear-away-the-fog-from-proposed-mergers

"Why Verizon's Cross Marketing Arrangements with the Cable Companies Won't Work," Fierce Wireless, June 27, 2012.

"Searching for Competition in the FCC's Wireless Competition Report," Fierce Wireless, May 30, 2012.

"The Dangers of Regulating the Wireless Industry in the Public Interest," Fierce Wireless, April 24, 2012.

"Is there a Spectrum Shortage?" Fierce Wireless, March 28, 2012.

"A Eulogy for PIPA After Its Violent Death in Washington," Forbes.com, January 25, 2012.
"The Rumors of the Wireless Industry's Demise are Greatly Exaggerated," Fierce Wireless, July 27, 2011.

"FCC Ignores Law While Blindly Increasing Its Regulations," Washington Examiner, May 2, 2011.

"The FCC's Investigation of Google's Unauthorized Collection of Electronic Information and Communications through Street View," prepared for Microsoft, April 2011.

"Employment Effects of the New Excise Tax on the Medical Device Industry, " with Diana Furchtgott-Roth, February 2011, prepared for Advamed.

"FCC Confuses Expropriation With Incentives," Forbes.com, January 27, 2011.

"The Spectrum Wars," Forbes.com, June 30, 2010.

"FCC Court Loss Won't Deter Broadband Regulation," Forbes.com, April 7, 2010.
"A Taboo Topic: Government Subsidies for the Media," Speaking Freely, Media Institute, January 2010.

"Employment Effects of Taxing the Medical Device Industry," with Diana Furchtgott-Roth, October 2009, prepared for Advamed.

"Why Not a Stress Test for the New Budget?", Forbes.com., March 2, 2009.

"Prescription for the Obama Administration: Follow the Law," Rural Telecom, vol. 28, no. 1, January-February 2009, p. 18.

The Wireless Sector: A Key to Economic Growth in America, report prepared for CTIA, January 2009.

"The War of Network Neutrality," Bridges, Vol. 13, April 16, 2007, at http://www.ostina.org/content/view/1981/680/.

"The Economic Importance of Efficient Rail Transportation Markets to the American Scrap Recycling Industry," prepared for the Institute for Scrap Recycling Industries, March 2007.

"The Law and Economics of Regulating Ratings Firms," with Robert W. Hahn, and Anne Layne-Farrar, Journal of Competition, Law, and Economics, November 23, 2006.

"Corporate Welfare Woes," Forbes, November 14, 2005, p. 36.

"Wrong Path," Forbes, May 9, 2005, p. 28.

"ICANN's Upcoming Registry Decision: High Stakes for the Internet's Future," October 2004, study prepared for Verisign.

"Telecom Troubles," prepared for National Review Online, March 18, 2004.

"The Economic Importance of the Wholesale Wine and Spirits Industry," prepared for the Wine and Spirits Wholesalers of America, November 2003.

"Whither MCI," prepared for National Review Online, August 25, 2003.

"Eroding Property Rights: The Pseudo-economics of Copyright in Justice Breyer's Eldred Dissent," Prepared for the Media Institute Copyright Forum, April 2003.

"Wire Wars," letter to the editor, Commentary, Vol. 115, Number 4, April 2003, p. 4.

"Comments on the FCC's New Rules on Unbundled Network Elements," in UNE Wars of KMB Telecom Management Forum, www.kmbvideojournal.com. March 2003.

"Do Wholesalers of Wines and Spirits Have Market Power?", with J.G. Sidak, prepared for the Wine and Spirits Wholesalers of America, January 2003.

"Putting on Airs," Forbes, January 6, 2003, p. 32.

"The Failure of FCC Merger Reviews: Communications Law Does Not Necessarily Perform Better than Antitrust Law," prepared for the Manhattan Institute, December 9, 2002, pending for The Columbia Science and Technology Law Review.

"Revising Principles," Telephony, p. 52, September 23, 2002.

"No Broadband Cure for Ailing Telecoms," Baltimore Sun, August 5, 2002.

"Global Crossing's Bankruptcy Is a Success Story, Wall Street Journal, February 5, 2002, p. A18.

"Another Big Merger, Another Chance for a Shakedown," Wall Street Journal, October 30, 2001.

"A Retrospective on Five Years of Universal Service," Organization for the Promotion and Advancement of Small Telephone Companies (OPASTCO) Advocate, September 2001.

"The Price of FCC Integrity: $15 Billion," Wall Street Journal, August 8, 2001, p. A12.

"The Art of Writing Good Regulations," Federal Communications Law Journal, Volume 53, Number 1, December 2000, pp. 1-4.

"The Only Solution Is Evolution," RCR Wireless News, October 30, 2000, p. 14.

"Commission on the Verge of a Jurisdictional Breakdown: The FCC and Its Quest to Regulate Advertising," CommLaw Conspectus, Journal of Law and Public Policy, Volume 8, Number 2, Summer 2000, pp. 219-234. With B. Tramont.

"The FCC's Promotion and Protection of Speech Through Restrained Regulation," The Law Review of Michigan State University, Detroit College of Law, Volume 2000, Spring, Issue 1, pp. 47-49.

"Telecom Competition Can't be Managed," Wall Street Journal, December 27, 1999.

"The FCC Racket," Wall Street Journal, November 5, 1999.

"A Birthday Present the FCC Doesn't Need," Investor's Business Daily, February 16, 1999, p. A6.

Forward, with Chris Demuth for Jerry Hausman, Taxation by Telecommunications Regulation: The Economics of the E-Rate, AEI Press,1998

"No Such Thing As a Free Ad," Wall Street Journal, April 10, 1998, p. A10.

Copyright Industries in the U.S. Economy: 1977-1993, report prepared for the International Intellectual Property Alliance, January 1995, with S.E. Siwek.

Copyright Industries in the U.S. Economy: 1993 Perspective, report prepared for the International Intellectual Property Alliance, October 1993, with S.E. Siwek.

"Competing with Pirates: Economic Implications for the Entertainment Strategist," Ernst & Young Entertainment Business Journal, Volume 3, 1992, with S.E. Siwek.

Copyright Industries in the U.S. Economy: 1977-1990, report prepared for the International Intellectual Property Alliance, September 1992, with S.W. Siwek.

"Comments on 'Merger Policy in a Declining Defense Industry,'" The Antitrust Bulletin, Vol. 36, No. 3, Fall 1991, pp. 593-97.

"Why the National Economy is Growing Faster than the Federal Government Says," in the National Economists Club Reader, ed. by R.T. Gill, Mountain View, CA: Mayfield Publishing Co., 1991.

Copyright Industries in the U.S. Economy, report prepared for the International Intellectual Property Alliance, November 1990, with S.E. Siwek.

"Operational Effectiveness and Cost Analysis for the Advanced Assault Amphibious Vehicle," CNA CRM, 1989, with L.J. Kusek and M.E. LeVan.

"Marine Air-Ground Task Force Engineering Support for Airbase Survivability during Amphibious Operations," CNA CRM 88-41, June 1988.

"Final Report of HIGH PORT 87," CNA CRM 88-9, April 1988, with G.W. Akst and M.D. Tierney.

"Microminiature Circuit, Repair Strategies for the Marine Corps," CNA CRM 87-250, April 1988.

"Fifth Echelon Maintenance Policy and the Sustainability of Marine Amphibious forces," CNA CRM 87-223, January 1988.

"The Design and Interpretation of Tests on Instrumented Test Ranges: Lessons for LAV FOT&E Phase III," Proceedings of the Twenty-Sixth Annual U.S. Army Operations Research Symposium, Vol. I, Army Material Systems Analysis Activity, October 1987.

"The Material Throughput Requirements and Capabilities of Marine Corps Bases and Stations to Support Deploying MAGTFs," CNA CRM 87-123, July 1987, with M.D. Tierney.

"A Review of the Queuing Theory for the Initial Spares Optimization Model," CNA CRM 87-65, May 1987.

"Analysis of Marine Corps combat Service Support Structure," CNA Report 127, April 1987, with M.T. Lewellyn, D.G. Burwell, H.D. Lyons, and M.D. Tierney.

"Report of the Phase I Seminar of HIGH PORT 87," CNA CRM 87-41, March 1987, with G. Akst, R.R. Odell, and M.D. Tierney.

"LAV FOT&E Phase III: A Review of the Engagement Data During the Air Trials," CNA CRM 87-18, February 1987, with S.W. Klein.

"Precedented Budget Growth and the Affordability of the 600-Ship Navy," CNA CRM 86-270, February 1987.

"Review of the Light Armored Vehicle Follow-On Test and Evaluation - Phase III," CNA CRM 86-222, December 1986, with S.W. Klein and D.J. Jenkins.

"Light Armored Vehicle Follow-On Operational Test and Evaluation, Phase III: Recommended Changes to the Test Plan," CNA CRM 86-132, May 1986.

"A Test of the M85 .50-Caliber Machine gun in the LVTP7A1 Assault Amphibian: Results and Conclusions," CNA CRM 86-31, April 1986, with G.L. Richardson, S.C. Giese, and B.S. Gubser.

"Evaluation of the Marine Corps Spare Parts Policy and the Initial Spares Optimization Model," CNA CRM 86-35, March 1986, with B.H. Measell.

“Analysis of Marine Corps Combat Service Support Structure,” CNA CRM 85-112, November 1985, with M. T. Lewellyn, D.G. Burwell, H.D. Lyons, and M.D. Tierney.

"Improving the Efficiency of the Marine Corps Logistics System," CNA CRM 85-118, November 1985.

"Costs of Future U.S. Sea-Based Strategic Forces: The Trident Submarine and Missile Programs and Alternatives," Background Paper, Congressional Budget Office, 1980, with B. Bloomfield and R. Davison.

---

## *New York Sun* Columns

“How Utility Stocks Became Risky,” *New York Sun*, September 3, 2008.

“Obama Could Stymie Foreign Investment,” *New York Sun*, August 27, 2008.

“A Credible Economic Threat to Russia,” *New York Sun*, August 20, 2008.

“The R-Word,” *New York Sun*, August 14, 2008.

“Is Congress Following China on Internet?” *New York Sun*, August 6, 2008.

“How CBS Lost the Super Bowl Case,” *New York Sun*, July 30, 2008.

“On Natural Resources, Use History as Guide,” *New York Sun*, July 23, 2008.

“When Thinking Economy, Think Exception,” *New York Sun*, July 16, 2008.

“Do Rotten Tomatoes Merit Bar Codes on Foods?” *New York Sun,* July 9, 2008.

“July 4th: The Holiday of American Business,” *New York Sun*, July 2, 2008

“Ending Oil Speculation Will Not Help Consumers,” *New York Sun*, June 25, 2008.

“After 74 Years, FCC Starting to Flex Its Muscles,” *New York Sun*, June 18, 2008.

"Government Wastes Energy on Energy Prices," *New York Sun*, June 11, 2008.

"State Reorganization of China Telecom Not Needed," *New York Sun*, June 4, 2008.

"Selling Oil Reserve a Bad Idea," *New York Sun*, May 29, 2008.

"Newspaper Ownership And the FCC," *New York Sun*, May 21, 2008.

"On Property Taxes, New York Should Stay the Course," *New York Sun*, May 14, 2008.

"Racing to Lay Claim to Sprint," *New York Sun*, May 7, 2008.

"Airline Mergers and Competition," *New York Sun*, April 30, 2008.

"Regulating Sovereign Wealth Funds," *New York Sun*, April 23, 2008.

"Taxes Force Americans to Pay Many Ways," *New York Sun*, April 9, 2008.

"Muddy Waters Surround Clear Channel," *New York Sun*, April 2, 2008.

"Increased Bank Regulation Isn't Likely," *New York Sun*, March 26, 2008.

"Who Controls the Federal Reserve?" *New York Sun,* March 19, 2008.

"Sovereign Wealth Funds Need Not Be Feared," *New York Sun*, March 12, 2008.

"The New Protectionist Doctrine," *New York Sun*, March 5, 2008.

"McCain Stood Up," *New York Sun*, February 22, 2008.

"House Should Pass FISA Reform," *New York Sun*, February 20, 2008.

"Ethanol Is Not the Answer," *New York Sun*, February 13, 2008.

"Increasing Regulation Is Wrong Subprime Move," *New York Sun*, February 7, 2008.

"Monetary Policy: Go It Alone," *New York Sun*, January 31, 2008.

"'Stimulus' Talk Raises Groans Around the World," *New York Sun*, January 23, 2008.

"The Great American Ponzi Scheme," *New York Sun*, January 17, 2008.

"Tilting at Windmills," *New York Sun*, January 9, 2008.

"The Senate Should Slow the Energy Bill," *New York Sun*, December 12, 2007.

"Transparency in Sovereign Wealth Funds, *New York Sun*, December 5, 2007.

"President Disciplines Congress on AMT," *New York Sun*, November 28, 2007.

"AT&T: Beware Reaching Too High for EchoStar," *New York Sun*, November 21, 2007.

"Paulson May Have Overstepped on SIVs," *New York Sun*, November 14, 2007.

"Indemnification Could Send Investors Abroad," *New York Sun*, November 7, 2007.

"The Halloween Treaty: The Law of The Seas," *New York Sun*, October 31, 2007.

"FISA Is the Government's Responsibility, *New York Sun,* October 24, 2007.

"The Paradox of Citgo, an Arm of Venezuela," *New York Sun,* October 17, 2007.

"Why Sprint Needs to Change Pace, *New York Sun,* October 10, 2007.

"What the 3Com Deal Means for the Industry," *New York Sun,* October 3, 2007.

"Foreign Investment Keeps Washington Busy," *New York Sun,* September 26, 2007.

"Spectrum Auction Problems," *New York Sun,* September 17, 2007.

"This September 11, Terrorists Attack Our Computers, *New York Sun,* September 11, 2007.

"The iPhone and the Technology Thieves," *New York Sun*, August 27, 2007.

"Chinese Stock Market Defies Gravity," *New York Sun*, August 20, 2007.

"New FISA Law Is Insufficient Protection for Business," *New York Sun*, August 6, 2007.

"Probe of Amaranth Case Makes Missteps," *New York Sun*, July 31, 2007.

"The Dangers of the Fairness Doctrine," *New York Sun*, July 23, 2007.

"Blocking Foreign Investment," *New York Sun*, July 16, 2007.

"The U.N.'s Problematic 'Global Compact,'" *New York Sun*, July 9, 2007.

"Congressional Subpoenas Hurt Business," *New York Sun*, July 2, 2007.

"Keeping Up with the Joneses on Editorial Independence, *New York Sun*, June 25, 2007.

"Thank Washington for New York's Financial Demise," *New York Sun*, June 18, 2007.

"Grilling a Responsible Commissioner," *New York Sun*, June 11, 2007.

"Don't Mess with Texas Utilities," *New York Sun*, June 4, 2007.

"Bad Medicine: Federal Regulation of Doctors," *New York Sun*, May 21, 2007.

"Punishing the Success of Corporate America," *New York Sun*, May 14, 2007.

"Supreme Court Alters the Patent Landscape," *New York Sun*, May 7, 2007.

"Don't Believe All of the Economic Pessimism," *New York Sun*, April 30, 2007.

"Dismembering Clear Channel," *New York Sun*, April 24, 2007.

"A First Step in Protecting Intellectual Property," *New York Sun*, April 16, 2007.

"Invasion of the Internet Snatchers," *New York Sun,* April 9, 2007.

"National Policy Would Be Bad for Broadband," *New York Sun,* April 2, 2007.

"The Wrong Way to Manage A Merger," *New York Sun,* March 26, 2007.

"'Real Action' Doubtful for Gore," *New York Sun,* March 19, 2007.

"Patriot Act Mistakes Harming Businesses," *New York Sun*, March 12, 2007.

"EU To Litigate of Telecom Regulations," *New York Sun*, March 5, 2007.

"Executive Pay Under Microscope," *New York Sun*, February 20, 2007.

"Long Home to Piracy, China Increases International Patents," *New York Sun*, February 12, 2007.

"Regulation and Journalism," *New York Sun*, February 5, 2007.

"Tragedy of the Space Commons," *New York Sun*, January 29, 2007.

"No Phoenix, AT&T Will Not Dominate," New York Sun, January 22, 2007.

"Whose Network Neutrality?" *New York Sun*, January 15, 2007.

"Government Has No Place in Drug Prices," *New York Sun*, January 8, 2007.

"The Bane of New York," *New York Sun*, December 18, 2006.

"The Drawbacks of Broadcast Regulation," *New York Su*n, December 11, 2006.

"How Global Warming Threatens U.S. Businesses," *New York Sun*, December 4, 2006.

"American Shopping Online Exceeds All Estimates," *New York Sun*, November 27, 2006.

"An American Home Should Be Your Castle," *New York Sun*, November 20, 2006.

"Don't Import Bad Broadband Policies," *New York Sun,* November 13, 2006.

"Stop Taxing Our Children for Our Retirement," *New York Sun,* November 7, 2006.

"E.U. Considers Regulating Content on Internet," *New York Sun*, October 30, 2006.

"M&A Judicial Review In Dire Need of Repair," *New York Sun*, October 23, 2006.

"Puzzling Telecom Merger System Needs Overhaul," *New York Sun*, October 16, 2006.

"On Telecommunications, A Healthy Failure," *New York Sun*, October 9, 2006.

"Keep the United Nations' Hands Off the Internet," *New York Sun*, October 2, 2006.

"Fed Should Hold Its Rate Increases," *New York Sun*, September 25, 2006.

"Unintended Consequences of Sarbanes-Oxley," *New York Sun*, September 18, 2006.

"Broadcasters Must Not Buckle Under Government Pressure," *New York Sun*, September 12, 2006.

"Regulatory Overkill at the FAA," *New York Sun*, August 28, 2006.

"A Successful Private College Ratings System," *New York Sun*, August 21, 2006.

"Business's Role in the War on Terrorism, *New York Sun*, August 14, 2006.

"For Fed, Unemployment is Only Part of Picture," *New York Sun*, August 7, 2006.

"Time to Respond to the First Responders," *New York Sun*, August 1, 2006.

"Is a Satellite Merger in the Stars?" *New York Sun*, July 24, 2006.

"In the Stem Cell Debate, Count Investors Out," *New York Sun*, July 17, 2006.

"An E-Mail Postage System May Stop Spam," *New York Sun*, July 11, 2006.

"A Defeat for Government Meddling," *New York Sun*, June 26, 2006.

"Mishandling Electricity Regulation, *New York Sun*, June 19, 2006.

"The 'Network Neutrality' Battle," *New York Sun*, June 12, 2006.

"Spectrum Is Too Valuable to Give Away," *New York Sun*, May 22, 2006.

"Government Offers Companies and Catch-22," *New York Sun,* May 15, 2006.

"Nothing Rises Forever, Not Even Commodity Prices," *New York Sun,* May 8, 2006.

"When Litigation Goes Too Far," *New York Sun,* May 1, 2006.

"A Tax We Can Live Without," *New York Sun,* April 24, 2006.

"M&A Reviews Must Be More Predictable," *New York Sun*, April 17, 2006.

"Every Day Is Tax Day," *New York Sun*, April 10, 2006.

"The Smoke Signals of Telecom Legislation," *New York Sun*, April 4, 2006.

"The United Nations Tries to Woo Corporate America," *New York Sun,* March 28, 2006.

"FCC Prepares to Auction Large Block of Spectrum," *New York Sun*, March 21, 2006.

"Spitzer's Case Against Entercom," *New York Sun*, March 14, 2006.

"AT&T or Another Telecom Takeover," *New York Sun*, March 7, 2006.

"Follow the British on Energy," *New York Sun*, February 21, 2006.

"Anything But Fair," *New York Sun*, February 14, 2006.

"Policy-Makers Reflect As Telecom Act Turns 10," *New York Sun*, February 7, 2006.

"The Federal Blackberry Problem," *New York Sun*, January 31, 2006.

"Case Study in Bad Policy," *New York Sun*, January 17, 2006.

"America's Real Challenge is Finding 6% Growth," *New York Sun*, January 10, 2006.

"How the White House Defended the Internet," *New York Sun,* January 3, 2006.

"How the Census Bureau Underestimates E-Commerce, *New York Sun,* December 20, 2005,

"In Wireless, South Korea Extends Its Lead," *New York Sun,* December 13, 2005.

"Why A La Carte Is a Good Idea, *New York Sun,* December 6, 2005.

"Broadcast Interference Hurts the Industry," *New York Sun,* November 29, 2005.

"Cisco's Enviable Position," *New York Sun,* November 22, 2005.

"The Budget Quagmire," *New York Sun*, November 15, 2005.

"An Attack on Free Trade," *New York Sun*, November 8, 2005.

"China Makes U.S. Appear the Laggard," *New York Sun*, November 1, 2005.

"FCC's Bold Move on Mergers," *New York Sun*, October 27, 2005.

"Keep the United Nations Away from the Internet," *New York Sun*, October 11, 2005.

"Wireless Industry Elbows Its Way Into Top Five," *New York Sun*, October 4, 2005.

"Public Broadcasting Board Removes Chairman," *New York Sun*, September 27, 2005.

"An Unnecessary Burden on American Taxpayers," *New York Sun*, September 20, 2005.

"Federal Rule Book Threatens Gulf Rebuilding," *New York Sun*, September 13, 2005.

"Lessons From New Orleans," *New York Sun*, September 6, 2005.

"Vioxx Verdict Harms More than Merck," *New York Sun*, August 30, 2005.

"An Inherent Conflict," *New York Sun*, August 23, 2005.

"The Antidote to Regulation: A Code of Conduct," *New York Sun*, August 16, 2005.

"FCC Chairman Gets Credit for DSL Vote," *New York Sun*, August 9, 2005.

"Good For Satellite Radio, Bad for Broadcast," *New York Sun*, August 2, 2005.

"Coddling Our Adversaries, Persecuting Our Friends," *New York Sun*, July 26, 2005.

"The United Nations Strives to Run the Internet," *New York Sun*, July 19, 2005.

"Telecom Mergers Receiving Busy Signal," *New York Sun*, July 12, 2005.

"Brand X Loses Out in Court to Federal Brand of Uniformity," *New York Sun*, June 28, 2005.

"Thrown Back to the '70s on Broadcast Ownership Rules," *New York Sun*, June 21, 2005.

"The Business Campaign Against States Rights," *New York Sun*, June 14, 2005.

"Ignore the Gloom and Doom, the Economy Is Doing Fine," *New York Sun*, June 7, 2005.

"Oui or Non, It's Business As Usual in Europe," *New York Sun*, May 31, 2005.

"Fighting Over Forex Rates Wrong Trade War With China," *New York Sun*, May 24, 2005.

"Get the Government Out of the Programming Business," *New York Sun*, May 17, 2005.

"FCC's 'Broadcast Flag' Won't Faze Digital Pirates," *New York Sun*, May 10, 2005.

"Battle Brews Over Analog," *New York Sun*, May 3, 2005.

"Policing the Budget Busters," *New York Sun*, April 26, 2005.

"Italian Broadband Lesson," *New York Sun*, April 19, 2005.

"Cell-Phone Use in Flight: Science versus Opinion," *New York Sun*, April 12, 2005.

"The Nine Lives of MCI," *New York Sun*, April 5, 2005.

"Intellectual Property Law Deserves More Respect," *New York Sun*, March 29, 2005.

"FCC Needs New Path to 'Deregulation,'" *New York Sun*, March 22, 2005.

"New Chairman to Bring Needed Legal Clarity," *New York Sun*, March 17, 2005.

"Our National Economic Insecurity," *New York Sun*, March 15, 2005.

"The FCC Regulates Truth," *New York Sun*, March 8, 2005.

"The War of Telephone and Cable," *New York Sun*, March 2, 2005.

"The Times Learns About.com," *New York Sun*, February 23, 2005.

"AT&T, MCI: The Spoils of War," *New York Sun*, February 16, 2005.

"Corporate Racketeering In Requiem," *New York Sun*, February 9, 2005.

"Broadcast Ownership Rules Need Review," *New York Sun*, February 2, 2005.

"After Michael Powell, What?" *New York Sun*, January 25, 2005

"FCC's Political Structure Begs for Abuse of Power," *New York Sun*, January 18, 2005.

"Spectrum Licenses' Value Will Increase, *New York Sun*, January 11, 2005.

"Will Wireless Resale Work," *New York Sun*, January 4, 2005.

"Fannie Mae Isn't The Only Target Ripe for Privatization," *New York Sun*, December 28, 2004.

"A Test of Bush's Economic Leadership, *New York Sun*, December 21, 2004.

"Telecom M&A Activity Likely to Increase," *New York Sun*, December 14, 2004.

“Wireless Folly in Philly,” *New York Sun*, December 7, 2004.

“Overhaul USF Phone Tax,” *New York Sun*, November 30, 2004.

“President Bush Needs Resolve on FCC Policy,” *New York Sun*, November 23, 2004.

“Gambling Just the Beginning,” *New York Sun*, November 16, 2004.

“Vonage Casts Its Lot with the FCC,” *New York Sun*, November 9, 2004.

“Election Day Technology Is Vintage 19th Century,” *New York Sun*, November 2, 2004.

“Kerry Has It Wrong on Women’s Pay Gap,” *New York Sun*, October 26, 2004.

“Just When It Seemed the Fairness Doctrine Was Dead,” *New York Sun*, October 19, 2004.

“Archaic Law Hobbles Broadcasters,” *New York Sun*, October 12, 2004.

“America’s Jobs Picture is Bright,” *New York Sun*, October 5, 2004.

“Viacom’s Disorganized Retreat,” *New York Sun*, September 28, 2004.

“Prescription Drug Re-Importation: No Cure for American Health Care,” *New York Sun*, September 21, 2004.

“Refuting the Myth of U.S. Broadband Weakness,” *New York Sun*, September 14, 2004.

“Protecting U.S, Liberties After September 11,” *New York Sun*, September 7, 2004.

“Communications Policy for a Second Bush Term,” *New York Sun*, August 31, 2004.

“Industry’s Intercarrier Proposal Doomed to Failure,” *New York Sun*, August 24, 2004.

“Kerry’s Economic Policy Off Target,” *New York Sun*, August 17, 2004.

“With Oil Nearing $50 a Barrel, Where Are Kerry and Bush?,” *New York Sun*, August 10, 2004.

“Cable-Modem Service and the War on Terror,” *New York Sun*, August 3, 2004.

“The FCC Tries Again on Wholesale Telecommunications,” *New York Sun*, July 27, 2004.

“What Would a John Kerry FCC Look Like?,” *New York Sun*, July 20, 2004.

“Verizon’s Mr. Seidenberg Has a Dilemma,” *New York Sun*, July 13, 2004.

“Look Out: Your Phone Bill May Be a Taxing Problem,” *New York Sun*, July 6, 2004.

"Broadcast Ownership Rules Need a Serious Review," *New York Sun*, June 29, 2004.

"People Meter Invasion," *New York Sun*, June 22, 2004.

"Victory for Incumbents in the Telecom War," *New York Sun*, June 15, 2004.

"The Communications Sector Misses Reagan's Clarity," *New York Sun*, June 8, 2004.

"Global Crossing Rebounds," *New York Sun*, June 1, 2004.

"The Death of Facilities-Based Competition," *New York Sun*, May 25, 2004.

"Bradley Smith Goes to Washington," *New York Sun*, May 18, 2004.

"Nextel's 'Consensus Plan' Is Anything But," *New York Sun*, May 11, 2004.

"Can This Merger Be Saved?" *New York Sun*, May 4, 2004.

## Congressional Testimony

Testimony before the Congressional Joint Economic Committee, "How the Innovation Economy Leads to Growth,' April 25, 2018.

Testimony before the U.S. House of Representatives, Judiciary Committee, Subcommittee on Courts, Commercial and Administrative Law, "Cost-Justifying Regulations: Protecting Jobs and the Economy by Presidential and Judicial Review of Cost and Benefits," May 4, 2011.

Testimony before the U.S. House of Representatives, Committee on Commerce, Subcommittee on Telecommunications, Trade, and Consumer Protection. Hearing on H.R. 3525, the Religious Broadcasting Freedom Act and H.R. 4201, the Noncommercial Broadcasting Freedom of Expression Act of 2000. April 13, 2000.

Testimony Before the U.S. House of Representatives, Committee on Commerce, the Subcommittee on Telecommunications, Trade and Consumer Protection. Hearing on the FCC's Low-Power FM: A Review of the FCC's Spectrum Management Responsibilities and H.R. 3439, the Radio Broadcasting Preservation Act. February 17, 2000.

Testimony Before the U.S. House of Representatives Committee on the Judiciary, Subcommittee on Commercial and Administrative Law Oversight Hearing, Novel Procedures in FCC License Transfer Proceedings. May 25, 1999.

Testimony on the E-rate program at Hearing before the Subcommittee on Oversight of the House Ways and Means Committee. August 4, 1998.

Hearing on FCC Reauthorization before the Subcommittee on Communications of the Senate Committee on Commerce, Science, and Transportation. June 10, 1998.

Hearing on FCC Nomination before the Senate Committee on Commerce, Science, and Transportation. October, 1997.

## Other Government Testimony

Testimony on network neutrality before the Consumer Advisory Committee of the Federal Communications Commission, July 18, 2014.

Testimony on universal service before the Nebraska State Legislature, Transportation and Telecommunications Committee, October 29, 2013.

Testimony before the Public Service Commission of Georgia, Docket 35068, September 10, 2013, February 15, 2013 and June 4, 2013.

Testimony before the Public Service Commission of Georgia, Docket No. 32235-U, August 29, 2011.

Testimony before the Missouri Public Service Commission. Rebuttal Testimony in TC-2007-0341, Socket Telecom, LLC, complainant, v. CenturyTel of Missouri, LLC and Spectra Communications Group, LLC d/b/a CenturyTel, respondents, May 22, 2007. Surrebuttal testimony, June 25, 2007. Oral testimony, July 11, 2007.

Hearing on Application of Cablevision of Southern Connecticut, L.P. for Franchise Renewal, before the Connecticut Department of Public Utility Control, August 14, 2006.

Hearing on Regulated Industries, Antitrust Modernization Commission, December 5, 2005.

Hearing on the Early Reauthorization of the Regulatory Commission of Alaska, before the Senate Judiciary Committee of the Alaska State Legislature, June 12, 2002.

## Amicus Briefs

United States Court of Appeals for the Fifth Circuit, Consumers' Research et al. v Federal Communications Commission, No. 22-60008, Brief of *Amici Curiae* Competitive Enterprise Institute, Free State Foundation, Christopher DeMuth, Harold Furchtgott-Roth, Michael S. Greve, and Randolph J. May in support of Petition for Rehearing En Banc, April 27, 2023.

United States Court of Appeals for the Seventh Circuit, Leinani Deslandes and Stephanie Turner v. McDonald's USA, LLC, et al, Brief for International Center for Law & Economics as Amici Curieae Supporting Appellees, January 10, 2023.

United States Court of Appeals for the Eleventh Circuit, Consumers' Research et al. v Federal Communications Commission, No. 22-13315, Brief of *Amici Curiae* Competitive Enterprise Institute, Free State Foundation, Christopher DeMuth, Harold Furchtgott-Roth, Michael S. Greve, and Randolph J. May in support of Petitioners, November 29, 2022.

United States Court of Appeals for the Fifth Circuit, Consumers' Research et al. v Federal Communications Commission, No. 22-60008, Brief of *Amici Curiae* Competitive Enterprise Institute, Free State Foundation, Christopher DeMuth, Harold Furchtgott-Roth, Michael S. Greve, and Randolph J. May in support of Petitioners, April 18, 2022.

United States Court of Appeals for the Ninth Circuit, ACA Connects et al. v Rob Bonta, No. 21-15430, Brief of Harold Furchtgott-Roth and Kirk R. Arner as *Amici Curiae* in support of Plaintiffs-Appellants'' Petition for Rehearing *En Banc*, February 22, 2022.

Supreme Court of the United States, Google LLC v Oracle LLC, No. 18-956, Brief of *Amici Curiae* Copyright Thought Leaders In Support of Respondent, February 18, 2020.

United States District Court for the District of Columbia, United States of America v. Deutsche Telekom AG et al, No. 1:19-cv-02232-TJK, Harold Furchtgott-Roth's Brief as *Amici Curiae*, January 24, 2020.

United States Court of Appeals for the District of Columbia, No. 18-1051, *Amici Curiae* Brief of the Georgetown Center for Business and Public Policy and Nine Prominent Economists and Scholars in Support of the Respondents, October 18, 2018.

United States Court of Appeals for the District of Columbia, No. 18-5214, Brief *Amici Curiae* of 37 Economists, Antitrust Scholars, and Former Government Antitrust Officials in Support of Appellees and Supporting Affirmance, September 26, 2018.

United States Court of Appeals for the Sixth Circuit, No. 15-3291, Brief of Former FCC Commissioner Harold Furchtgott-Roth and Washington Legal Foundation as *Amici Curiae* in Support of Petitioners, Urging Vacation of Order, September 25, 2015.

United States Court of Appeals for the District of Columbia Circuit, Brief of former Commissioner Harold Furchtgott-Roth and Washington Legal Foundation as *Amici Curiae* in Support of Petitioners, United States Telecom Association et al, On Petitions for Review of an Order of the Federal Communications Commission, August 6, 2015.

Supreme Court of the United States, Brief of former FCC Officials as *Amici Curiae* in Support of Petitioner, Minority Television Project, Inc. v. Federal Communications Commission, et al, On Petition for Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit, April 2014.

## Filed Comments at the FCC

Joint Opposition of T-Mobile US, Inc. and Sprint Corporation, WT Docket 18-197, Appendix J, September 17, 2018.

Expert Report, Structure and Practice of Video Relay Service Program, CG Docket 10-51 and CG Docket 03-123, April 25, 2017.

Expert Report in Lieberman Broadcasting, Inc. and LBI Media Inc. v. Comcast Corporation and Comcast Cable Communications, LLC, MB Docket No. 16-121, File No. CSR-8922-P, April 8, 2016. Reply Report, June 27, 2016.

Declaration, Report No. AUC-97 (Auction 97), File Number 0006670613, May 18, 2015.

"Economic and Regulatory Perspectives on Structuring Designated Entity Programs for Commission Auctions," attached to Comments of U.S. Cellular Corporation, Docket 14-170, May 14, 2015.

"Neutrality in Number Portability Administration," comments filed by Neustar in FCC Dockets 95-116; 07-149; and 09-109, March 12, 2015.

"The Importance of Neutrality in Number Portability Administration," comments filed by Neustar in FCC Dockets 95-116; 07-149; and 09-109, September 13, 2012.

Comments filed in Docket 07-135, November 30, 2010.

Expert Report in Qwest Communications Corporation v. Farmers and Merchants Mutual Telephone Company, File No. EB-07-MD-001, September 1, 2010.

Comments submitted to the FCC, GN Docket Nos. 09-47, 09-51, 09-137 NBP Public Notice #26, December 21, 2009.

Prepared comments for workshop on Media Ownership, MB Docket No. 09-182, November 2, 2009.

Declaration in the Matter of Implementation of Section 224 of the Act; Amendment of the Commission's Rules and Policies Governing Pole Attachments, WC Docket 07-245, March 7, 2008.

Supplemental Declaration in the Matter of Reexamination of Roaming Obligations of Commercial Mobile Radio Service Providers, WT Docket No. 05-265, January 30, 2008.

Supplemental Declaration in the matter of CTIA's Petition for Expedited Declaratory Ruling on Early Termination Fees, WT Docket No. 05-194, December 10, 2007.

"An Economic Review of the Proposed Merger of XM and Sirius," paper submitted in MB Docket 07-57, June 27, 2007.

"Principles for Enhancing Public Safety Telecommunications Capabilities," paper submitted in PS Docket 06-229; WT Dockets 06-150, 06-169, and 96-86, April 5, 2007.

Declaration in the matter of CTIA's Petition for Expedited Declaratory Ruling on Early Termination Fees, WT Docket No. 05-194, June 6, 2006.

Declaration in the Matter of Federal-State Joint Board on Universal Service High Cost Universal Service Support, CC Docket No. 96-45 and WC Docket No. 05-337, March 27, 2006.

Reply Declaration in the Matter of Reexamination of Roaming Obligations of Commercial Mobile Radio Service Providers, WT Docket No. 05-265, January 26, 2006.

Declaration (with Jerry Hausman) in the matter of Special Access Rates for Price Cap Local Exchange Carriers, WC Docket No. 05-25, June 13, 2005.
Reply Declaration (with Jerry Hausman), July 29, 2005.

Declaration in Core Communications, Inc., *et al.,* v. Verizon Maryland, *et al.*, File No. EB-01-MD-007, July 2003.

---

## Other Filed Comments

| | |
|---|---|
| **Filed Comments at the FTC** | Comments of Scholars of Law & Economics and the International Center for Law & Economics<br><br>Comments on Request for Information with Proposal to Strengthen Enforcement Against Illegal Mergers, prepared by Richard Epstein, et al., April 21, 2022. |
| **Filed comments at United Kingdom Intellectual Property Office** | Standard Essential Patents and Innovation: A Call for views, March 1, 2022 |
| **Filed comments at the National Institute of Standards and Technology** | Response to the FR Doc. 2021-24090 (Docket Number 211026-0219), Request for Information on the Study on People's Republic of China (PRC) Policies and Influence in the Development of International Standards for Emerging Technologies, December 6, 2021 |
| **Filed comments at Postal Regulatory Commission** | Comments of Former Utility Regulators, Institutional Cost Contribution, Requirement for Competitive Product, Docket No. 2017-1, January 23, 2017.<br><br>Comments of Former Utility Regulators, Section 701 Report, Docket No. PI2016-3, June 14, 2016. |

| | |
|---|---|
| **Filed comments at Connecticut DPUC** | Statement in DPUC Investigation of the Terms and Conditions Under Which Video Products May Be Offered By Connecticut's Incumbent Local Exchange Carriers, Docket NO. 05-06-12, April 21, 2006. |
| **Filed comments before the Public Utilities Commission of the State of South Dakota** | Testimony on behalf of Northern Valley Communications, LLC, and Sancom Inc., In the matter of Revisions and/or Additions to the Commission's Switched Access Rules Codified in ARSD 20:10:27 through 20:10:29, Docket No. RM05-002, June 2010. |
| **Filed comments at Telecommunications Regulatory Board of Puerto Rico** | Affidavit in Puerto Rico Telephone Company d/b/a Claro TV, Case Num.: JRT-2008-CCG-0002, February 28, 2012.<br><br>Declaration in WorldNet Telecommunications, Inc., Petitioner, v. Puerto Rico Telephone Company, Inc., Defendant, Case Number: JRT-2003-Q-0143, November 8, 2004. Supplementary Declaration, December 21, 2004. |
| **Filed comments at National Association of Securities Dealers** | Expert Report in the Matter of Thomas Weisel Partners, LCC, Case No. EAF 010031. June 6, 2003. |
| **Filed comments at Bermuda Ministry of the Environment, Telecommunications & e-Commerce (METEC)** | "Comments on the Bermuda METEC Regulatory Proposal," comments filed by Bermuda Telephone Company, February 2007. |

## Testimony in Court Proceedings

Expert Report for the Court of Chancery of the State of Delaware, In re Straight Path Communications Inc. Consolidated Stockholder Litigation, C.A. No. 2017-0486-SG, June 30, 2021; Deposition March 15, 2022; Court testimony August 30, 2022.

Expert Report for the United States District Court for the Northern District of Illinois, Eastern Division; Viamedia Inc., v. Comcast Corporation and Comcast Spotlight LP, No. 16 C 5486, October 16, 2017; Rebuttal Report, November 30, 2017; Deposition, January 4, 2018. Supplemental Expert Report, June 21, 2022; Rebuttal Expert Report, September 21, 2022; revision October 24, 2022; deposition October 26, 2022.

Expert Report for the United States District Court for the Middle District of Florida, Tampa Division, UMG Recordings, Inc. et al. v. Bright House Networks, LLC, Case No.: 8:19-cv-00710, September 29, 2021, Rebuttal Report, December 6, 2021, Deposition, December 8, 2021; hearing May 26, 2022.

Expert Report for the United States Bankruptcy Court for the Easter District of Virginia, Richmond Division, Intelsat S.A., et al., Debtors, Chapter 11, Case No. 20-32299 (KLP), October 8, 2021. Deposition, November 21, 2021.

Expert Report for the United States District Court for the District of Colorado, Warner Records, Inc. et al. v. Charter Communications, Inc., Case No.: 1:19-cv-00874, May 27, 2021. Rebuttal Report, June 28, 2021. Supplemental Report, September 3, 2021. Surrebuttal Rebuttal Report, September 3, 2021; Deposition, October 12, 2021.

Expert Report for the Supreme Court of the State of New York, County of New York, Cortlandt Street Recovery Corp., Wilmington Trust Company as Trustee v. David Bonderman et al, Index No. 653357/2011, November 9, 2018; Rebuttal Report, April 12, 2019; Deposition, July 31, 2019.

Expert Report, United Kingdom, High Court of Justice, Chancery Division, Companies Court, Liquidators of Hellas Telecommunications (Luxembourg) II SCA v Apax Partners LLP and others, CR-2011-013638, September 11, 2017; Responsive Report, November 28, 2017; joint memorandum with Richard Feasey, December 20, 2017.

Expert Report, Susan Mojica and Thomas Mojica v. Securus Technologies, in the United States District Court for the Western District of Arkansas, Civil Action No. 14-5258, April 27, 2017. Reply Expert Report, May 22, 2017. Deposition, May 26, 2017. Declaration in Support of Defendant Securus Technologies Inc.'s Motion of Class Decertification, June 8, 2017.

Expert Report for the United States Bankruptcy Court, Southern District of New York, Andrew Lawrence Hosking and Bruce MacKay representatives of Hellas Telecommunications (Luxembourg) II SCA v. TPG Capital Management, L.P., et al, Chapter 15 Case No. 12-10631 (MG), Adversary Proceeding No. 14-01848 (MG), January 25, 2016. Reply Report, May 9, 2016. Deposition, July 13, 2016.

Expert Report for Superior Court of New Jersey, Law Division: Morris County, Musashi, L.L.C. et al v. Virgin Media, Inc., Civil Action No. MRS-L-734-13, May 6, 2016. Deposition, June 1, 2016.

Expert Report for the United States District Court for the District of Maryland, Sky Angel U.S., LLC, v. Discovery LLC et al, No. 8:13-CV-00031-DKC, November 8, 2013. Rebuttal Expert Report, December 20, 2013. Deposition, February 13, 2014; Declaration, March 4, 2014; Declaration, July 15, 2014; Trial testimony, November 13, 2015.

Expert Report for the Supreme Court of the State of New York, Nassau County, John M. Ferolito et al v. AriZona Beverages USA LLC et al, Index No. 12-004058, February 17, 2014; Affidavit March 3, 2014; Rebuttal report March 11, 2014; Deposition March 26, 2014; Affidavit April 21, 2104; Supplemental Expert Report, May 19, 2014; Affidavit/ Second Supplemental Report, May 21, 2014; Third Supplemental Report, May 27, 2014; Fourth Supplemental Report, May 28, 3014; Trial Affidavit, June 23, 2014; Trial Testimony, June 30 and July 1, 2014. Affidavit, September 18, 2014. Affidavit, November 10, 2014; Phase II Report, March 6, 2015.

Expert Report for the United States District Court for the Northern District of Iowa, Community Voiceline, LLC, vs. Great Lakes Communications Corp., Case No.: 12-cv-4048-MWB, August 9, 2013. Affidavit, September 17, 2014.

Declaration for the United States District Court for the Southern District of Iowa, Qwest Communications Company, LLC, Plaintiff, vs. Superior Telephone Cooperative; et al. Defendants. No. 4:07-cv-00078-JEG-RAW, Nov. 6, 2012. Expert Report August 30, 2013.

Rebuttal Report for the United States District Court, for the Southern District of California, North County Communications v. Sprint Communications Company, Case No. 3:09-CV-02685-AJB-WMC, July 26, 2012.

Affidavit for the Supreme Court of the State of New York, Nassau County, Last Time Beverage et al v. F&V Distribution Company and Hornell Brewing, Index No. 01178/00, and J.C. Tea et al v. F&V Distribution Company and Hornell Brewing, Index No. 011933/00, October 4, 2010.

Report for the United States District Court for the Southern District of Iowa, Iowa Network Services Inc., Plaintiff, vs. Sprint Communications Company, et al, Defendants, Civil Action No. 4:10-cv-00102-JEG-RAW, September 28, 2010. Supplemental Expert Report, October 27, 2010. Deposition March 24, 2011.

Deposition for the Superior Court of the State of California in and for the County of Los Angeles, Vietnam Telecom International, Plaintiff, vs. Eddie Inyang et al, Defendants, Case No. BC364137, April 14, 2010 and April 29, 2010. Court testimony, June 10, 2011.

Report for the United States District Court, for the Southern District of New York. Adelphia Recovery Trust, Plaintiff, vs. Bank of America, N.A., et al, Defendants, No. 05 Civ. 9050 (LMM) (RLE), November 18, 2009. Deposition, December 23, 2009.

Deposition for Superior Court of the State of California, Alameda County, Brooke Randolph et al. v. AT&T Wireless Services, Inc. et al, No. RG05193855, June 9, 2009.

Reports filed as exhibits for the United States District Court, for the Western District of Missouri Central Division. CenturyTel of Missouri, L.L.C. and Spectra Communications Group L.L.C. d/b/a CenturyTel v. Missouri Public Service Commission and Socket Telecom, L.L.C. No. 2:08-cv-4106, September 29, 2008.

Report for the United States District Court, for the Southern District of Florida. Howard Morris et al Plaintiffs v. ADT Security Services, Inc., Defendant, Case No. 07-80950-CIV-MIDDLEBROOKS/JOHNSON (as consolidated with cases 07-81074 and 07-81220), March 18, 2008. Deposition, March 27, 2008.

Report for the Court of Chancery of the State of Delaware, In Re: IAC/Interactive Corp, Consolidated C.A. No. 3486-vcl, submitted February 20, 2008. Deposition February 28, 2008.

Report for the United States District Court, for the Eastern District of North Carolina. Bouygues Telecom, S.A. Plaintiff, v. Tekelec, Inc., Respondent, Case No. 4:05 CV 78-FL3, submitted August 11, 2006. Deposition September 14, 2006. Supplemental report submitted October 1, 2006.

Report for the United States District Court, for the Southern District of New York. United States of America ex rel. R.C. Taylor III, Plaintff-Relator v. Mario Gabelli, et al, No. 03 Civ. 8762 (SAS)(GWG), submitted May 2, 2005.

Report for the United States District Court, for the Southern District of New York. Zurich American Insurance Company, Plaintiff, v. Paxson Communications Corporation, Defendant, No. 2003 CV 1503, submitted December 22, 2004. Deposition February 22, 2005.

Deposition for State of Maryland Circuit Court for Montgomery County, Raymond Schettino et al., Plaintiffs, v. Nader Modanlo et al., Defendants, v. Michael Ahan, Third Party Defendant, Docket No. 220156. Deposition September 15, 2004.

Report for Connecticut Superior Court, Complex Litigation Docket, Treasurer of the State of Connecticut, Plaintiff, v. Forstmann Little & Co., Equity Partnership-VI, L.P., et al, Defendants, Docket No. X07-CV-02-0080441-8, submitted January 15, 2004. Deposition on February 4, 2004. Court testimony on June 22-23, 2004.

Report for the United States District Court, for the District of Maryland. Final Analysis Communication Services, Inc., Plaintiff and Counter-Defendant v. General Dynamics Corp., Defendants and Counter-Claimants, Civil Case No. PJM 03-307, submitted January 7, 2004. Supplemental Report submitted June 11, 2004. Deposition on July 2, 2004. Hearing on January 31, 2005; trial August 11, 2005.

Report for the United States District Court, Western District of Kentucky, Louisville Division. Knology, Inc., Plaintiff v. Insight Communications, Co., L.P., *et al* Defendants, Civil Action No. 3:00 CV-723-R, submitted May 8, 2003.

---

## Testimony in Arbitrations

Expert Report, Eletson Holdings Inc. and Eletson Corporation v. Levona Holdings Ltd., JAMS Reference Number 5425000511, January 29, 2023. Second Expert Report, February 19, 2023. Third Expert Report, March 10, 2023. Testimony, May 19, 2023; Fourth Report, August 10, 2023.

Expert witness before the International Chamber of Commerce, International Court of Arbitration, Vietnam Telecom International vs. Sprint Communications Company, L.P., Case No. 17317/VRO, Expert Report, July 6, 2011. Reply Report, September 14, 2011. Reply Expert Report, May 14, 2012.

Expert witness in arbitration between Alaska Communications Systems and GCI Before the Regulatory Commission of Alaska, Pricing of Unbundled Network Elements in Anchorage, U-96-89, February 13, 2003.

Expert witness before the American Arbitration Association, In the Matter Between Paxson Communications Corporation, Claimant, and the National Broadcasting Company, Inc., Respondent, File No. 13199 02680 1, April 17, 2002.

Expert witness before the American Arbitration Association, Beaufort, Inc. (Claimant-Counterclaim-Respondent) v. Wickes Companies - Builders Emporium (Respondent-Counterclaimant).
Case No. 16 T199 00567 92M., 1993.

## FCC Statements

Dissenting Statement, *AT&T Corp. v. Business Telecom, Inc.; Sprint Communications Company, L.P. v. Business Telecom, Inc.*, Memorandum Opinion and Order, File Nos. EB 01-MD-001 & EB-01-MD-002, May 30, 2001.

Dissenting Statement, *Implementation of the Local Competition Provisions in the Telecommunications Act of 1996 and Inter-Carrier Compensation for ISP-Bound Traffic*, Order on Remand and Report and Order, CC Docket Nos. 96-98, 99-68, FCC 01-131. April 27, 2001.

Concurring Statement*, In the Matter of Developing a Unified Intercarrier Compensation Regime*, Notice Of Proposed Rule Making, CC Docket No. 01-92, FCC 01-132, April 27, 2001.

Separate Statement Approving in Part, Dissenting in Part*, In the Matter of Access Charge Reform; Reform of Access Charges Imposed by Competitive Local Exchange Carriers*, Seventh Report And Order And Further Notice Of Proposed Rule Making, CC Docket No. 96-262, FCC 01-146, April 27, 2001.

Separate Statement Concurring in Part and Dissenting in Part, *Applications of Voicestream Wireless Corporation, Powertel Inc. Transferors and Deutsche Telekom AG, Transferee, et al*, IB Docket No. 00-187. April 27, 2001.

Furchtgott-Roth Reacts to Ness Announcement. April 26, 2001.

Concurring Statement, *Application of Verizon New England Inc., et al For Authorization to Provide In-Region, InterLATA Services in Massachusetts*, CC Docket No. 01-9. April 16, 2001.

Discussion of Telecom Issues with Washington, D.C. Seniors' Group AARP Chapter "Man of the Month" Award. April 13, 2001.

Press statement, Reaction to Viacom Stay. April 9, 2001.

Beynon Takes OMB Post; Feder Joins Furchtgott-Roth Team. April 9, 2001.

Commissioner Furchtgott-Roth Praises New FCC Nominees. April 6, 2001.

Separate Statement, *Guidance on the Commission's Case Law Interpreting 18 U.S.C. Section 1464 and Enforcement Policies Regarding Broadcast Indecency*, FCC 01-90, April 6, 2001.
Dissenting Statement*, In the Matter of Requests For Further Extension of the November 1, 2000, Digital Television Construction Deadline*, Order, FCC 01-111, April 5, 2001.

*FCC Statements (Continued)*

Separate Statement, Approving in Part, Dissenting in Part*, In the Matter of Creation of a Low Power Radio Service*, Second Report And Order, MM Docket No. 99-25, RM-9208, RM-9242, FCC 01-100, April 2, 2001.

Press Statement, *The Spectrum Study of the 2500-2690 MHz Band*, Final Staff Report. March 30, 2001.

Dissenting Statement*, In the Matter of Amendment of Part 11 of the Commission's Rules Regarding the Emergency Alert System*, Notice Of Proposed Rule Making, EB Docket No. 01-66, RM-9156, RM-9215, FCC 01-88, March 20, 2001.

Concurring Statement, *Policy and Rules Concerning the International, Interexchange Marketplace, 2000 Biennial Regulatory Review,* IB Docket No. 00-202 , Report and Order, March 16, 2001.

Dissenting Statement*, In the Matter of Applications of Shareholders of CBS Corporation (Transferor) and Viacom, Inc. (Transferee) For Transfer of Control of CBS Corporation and Certain Subsidiaries, Licensees of KCBS-TV, Los Angeles, CA, et al., File Nos. BTCCT-19991116ABA, et al.*, Order, FCC 01-94, March 16, 2001.

Concurring Statement*, In re Application of NBC SUBSIDIARY (WMAQ-TV), INC. File No. BRCT- 970731KQ Facility ID No.47905 For Renewal of License for Station WMAQ-TV, Chicago, Illinois*, Memorandum Opinion And Order, FCC 01-69, rel. March 15, 2001.

Separate Statement, Approving in Part, Dissenting in Part*, In the Matter of Applications for Consent to the Transfer of Control of Licenses and Section 214 Authorizations from MediaOne Group, Inc. Transferor, To AT&T Corp. Transferee*, Erratum to FCC 01-47, Order on Reconsideration, CS Docket No. 99-251, FCC 01-47, March 14, 2001.

Press Statement, *Time Warner Cable Emergency Petition of ABC, Inc. for Declaratory Ruling and Enforcement Order for Violation of Section 76.58 of the Commission's Rules, or in the Alternative For Immediate Injunctive Relief:* Consent Decree Order, DA 01-636, March 9, 2001.

Press Statement, Mass Media Bureau Approval of Various Radio License Transfer Applications. March 12, 2001.

Concurring Statement*, In the Matter of Ameritech Corp., Transferor, And SBC Communications, Inc., Transferee, For Consent to Transfer Control of Corporations Holding Commission Licenses and Lines Pursuant to Sections 214 and 310(d) of the Communications Act and Parts 5, 22, 24, 25, 63, 90, 95 and 101 of the Commission's Rules*, Order, CC Docket No. 98-141, File No. ASD 99-49, FCC 01-82, March 7, 2001.

Separate Statement, *In the Matter of Reexamination of the Comparative Standards for Noncommercial Educational Applicants*, Memorandum Opinion And Order, MM Docket No. 95-31, FCC 01-64, February 28, 2001.
Concurring Separate Statement, *In the Matter of EZ Sacramento, Inc. Licensee of Station KHTK (AM) Sacramento, California, Infinity Broadcasting Corporation of*

*Washington, D.C. Licensee of Station WJFK-FM Manassas, Virginia,* Memorandum Opinion and Order, FCC 01-53. February 20, 2001.

Separate Statement Concurring in Part and Dissenting in Part, *General Communications, Inc. Application for a License to Land and Operate in the United States a Digital Submarine Cable System Extending Between the Pacific Northwest United States and Alaska,* Order on Review, File No. SCL-LIC-19980602-00008. February 2, 2001.

Promotes Beynon and Tramont to New Posts. February 1, 2001.

Separate Statement, Auction of Licenses for the 747-762 and 777-792 MHz Bands Postponed Until September 12, 2001. January 31, 2001.

Declines to Seek Reappointment; Will Serve Until Date Mutually Agreed to with Administration. January 31, 2001.

Dissenting Statement, *Amendment of Part 2 of the Commission's Rules to Allocate the Band 33-36 GHz to the Fixed-Satellite Service for Federal Government Use*, Memorandum Opinion and Order, FCC 01-30, January 26, 2001.

Separate Statement, Approving in Part, Dissenting in Part*, In the Matter of Carriage of Digital Television Broadcast Signals,* Report and Order, FCC 01-22, January 25, 2001.

Praises Powell Selection. January 22, 2001.

Concurring Statement, *2000 Biennial Regulatory Review Spectrum Aggregation Limits for Commercial Mobile Radio Services*, Notice of Proposed Rule Making, WT Docket No. 01-14. January 22, 2001.

Separate Statement, Approving in Part, Dissenting in Part*, In the Matter of Joint Application by SBC Communications Inc., Southwestern Bell Telephone Company, and Southwestern Bell Communications Services, Inc. d/ b/ a Southwestern Bell Long Distance for Provision of In-Region, InterLATA Services in Kansas and Oklahoma*, Memorandum Opinion And Order, CC Docket No. 00-217, FCC 01-29, January 22, 2001.

Statement Concurring in Part and Dissenting in Part, *Applications for Consent to the Transfer of Control of Licenses and Section 214 Authorizations by Time Warner and America Online, Inc., Transferors, to AOL Time Warner, Inc*.; Memorandum, Opinion, and Order, FCC 01-12, January 22, 2001.

Separate Statement, Concurring in Part, Dissenting in Part*, In the Matter of Review of the Commission's Regulations Governing Attribution Of Broadcast and Cable/MDS Interests Review of the Commission's Regulations and Policies Affecting Investment In the Broadcast Industry Reexamination of the Commission's Cross-Interest Policy*, Memorandum Opinion And Order On Reconsideration, MM Docket No. 94-150, MM Docket No. 92-51, MM Docket No. 87-154, FCC 00-438, January 19, 2001.

Dissenting Statement, *In the Matter of Review of the Commission's Regulations Governing Television Broadcasting Television Satellite Stations Review of Policy and Rules*, Memorandum Opinion And Second Order On Reconsideration, MM Docket No. 91-221, MM Docket No. 87-8, FCC 00-431, January 19, 2001.

Separate Statement, Approving in Part, Dissenting in Part*, In the Matter of Review of the Commission's Regulations Governing Attribution Of Broadcast and Cable/MDS Interests; Review of the Commission's Regulations and Policies Affecting Investment In the Broadcast Industry Reexamination of the Commission's Cross-Interest Policy*, Memorandum Opinion And Order On Reconsideration, MM Docket No. 94-150, MM Docket No. 92-51, MM Docket No. 87-154, FCC 01-38, January 19, 2001.

Separate Statement, Concurring in Part and Dissenting in Part, *Review of the Commission's Rules and Policies Affecting the Conversion to Digital Television*, Report and Order, FCC 01-24, January 19, 2001.

Dissenting Statement, *Nondiscrimination in the Distribution of Interactive Television Services Over Cable*, Notice of Inquiry, FCC 01-15, January 18, 2001.

Dissenting Statement, *In the Matter of Implementation of Video Description of Video Programming*, Memorandum Opinion And Order On Reconsideration, MM Docket No. 99-339, FCC 01-7, January 18, 2001.

Separate Statement, *2000 Biennial Regulatory Review*, Report, FCC 00-456, January 17, 2001.

Reaction to DC Circuit Decision Vacating SBC-Ameritech Merger. January 10, 2001.

Dissenting Statement, *In the Matter of Annual Assessment of the Status of Competition in the Market for the Delivery of Video Programming*, Seventh Annual Report, CS Docket No. 00-132, FCC 01-1, January 8, 2001.

Separate Statement, *Federal-State Joint Board on Universal Service referral of the Rural Task Force Report*, Recommended Decision, CC Docket No. 96-45. December 22, 2000.

Dissenting Statement, *Southern Communications Systems, Inc. Request for Limited Rule Waiver to Comply with PCS Installment Payment for C Block License in the Cleveland, TN BTA*, Memorandum Opinion and Order, FCC 00-433, December 21, 2000.

Separate Statement, *Definition of Radio Markets*, Notice of Proposed Rule Making, FCC 00-427, December 13, 2000.

Statement Concurring in Part, Dissenting in Part, *Amendment of Parts 2 and 25 of the Commission's Rules to Permit Operation of NGSO FSS Systems Co-Frequency with GSO and Terrestrial Systems in the Ku-Band Frequency Range; et al*, ET Docket No. 98-206, Report and Order, FCC 00-424, December 8, 2000.

*FCC Statements (Continued)*

Statement Concurring in Part, Dissenting in Part, *Business Discount Plan, Inc.*, Apparent Liability for Forfeiture, Order on Reconsideration, File No. ENF 98-02, NAL/Acct. No. 916EF0004. December 7, 2000.
Separate Statement, *Promoting Efficient Use of Spectrum Through Elimination of Barriers to the Development of Secondary Markets,* Policy Statement, WT/ET Docket No. 00-230, FCC-00-401, December 1, 2000.

Concurring Statement*, In the Matter of Cablevision Systems Corporation Forfeiture Order*, NAL/Acct. No. 012CB0001, FCC 00-410, November 28, 2000.

Separate Statement, *Promoting Efficient Use of Spectrum Through Elimination of Barriers to the Development of Secondary Markets,* Notice of Proposed Rule Making, WT/ET Docket No. 00-230, FCC-00-402, November 27, 2000.

Dissenting Statement, *In the Matter of Review of the Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies and Termination of the EEO Streamlining Proceeding*, Memorandum Opinion And Order, MM Docket No. 98-204, MM Docket No. 96-16, FCC 00-338, November 22, 2000.

Concurring Statement*, In the Matter of DIRECTV v. COMCAST Corporation, COMCAST-SPECTACOR, L.P., COMCAST SPORTSNET Defendants; ECHOSTAR COMMUNICATIONS Corporation, Complainant, v. COMCAST Corporation, COMCAST-SPECTACOR, L.P., COMCAST SPORTSNET Defendants. Application for Review of Orders of the Cable Services Bureau Denying Program Access Complaints*, Memorandum Opinion And Order, CSR 5112-P, CSR 5244-P, FCC 00-404, November 20, 2000.

Separate Statement, *In the Matter of Reallocation of the 216-220 MHz, 1390-1395 MHz, 1427-1429 MHz, 1429- 1432 MHz, 1432-1435 MHz, 1670-1675 MHz, and 2385-2390 MHz, Government Transfer Bands,* Notice Of Proposed Rule Making, FCC 00-395, ET Docket No.00-221, RM-9267, RM-9692, RM-9797, RM-9854, November 20, 2000.

Separate Statement, Concurring in Part, Dissenting in Part*, In the Matter of 1998 Biennial Regulatory Review Spectrum Aggregation Limits for Wireless Telecommunications Carriers,* Memorandum Opinion And Order On Reconsideration, FCC 00-376, WT Docket No. 98-205, November 8, 2000.

Separate Statement, Concurring in Part, Dissenting in Part, *In the Matter of 1998 Biennial Regulatory Review-- Review of Depreciation Requirements for Incumbent Local Exchange Carriers; Ameritech Corporation Telephone Operating Companies' Continuing Property Records Audit, et al.; GTE Telephone Operating Companies Release of Information Obtained During Joint Audit,* Second Report And Order in CC Docket No. 99-137 and Order in CC Docket No. 99-117 and AAD File No. 98-26, FCC 00-396, November 7, 2000.

Dissenting Statement, *BellSouth Corporation*, Order, EB Docket No. EB-00-IH-0134, Acct. No. X32080035, FCC 00-389, November 2, 2000.

Dissenting Statement, *Promotion of Competitive Networks in Local Communications Markets*, First Report and Order and Further Notice of Proposed Rule Making in WT Docket 99-217, Fifth Report and Order and Memorandum Opinion and Order in CC Docket 96-98, and Fourth Report and Order and Memorandum Opinion and Order in CC Docket No. 88-57, FCC 00-366, October 25, 2000.

Separate Statement, *FWCC Request for Declaratory Ruling on Partial-Band Licensing of Earth Stations in the Fixed-Satellite Service that Share Terrestrial Spectrum*, Notice of Proposed Rule Making, IB Docket No. 00-203, RM-9649, FCC 00-369, October 24, 2000.

Call for C Block Delay. October 23, 2000.

Separate Statement, *Vista Services Corporation*, Apparent Liability for Forfeiture, File No. ENF 99-10, October 23, 2000.

Concurring Statement*, In re Application of Multicultural Radio Broadcasting, Inc.(Assignor) and WADO-FM License Corporation (Assignee) For Assignment of License of Station WNWK(FM), Newark, New Jersey, In Re Applications of WADO-AM License Corporation For License to Cover Construction Permit and For Minor Modification of Construction Permit and Extension of Construction Permit and Renewal of License*, Memorandum Opinion And Order And Notice Of Apparent Liability, File No. BALH-971202GX, File No. BLH-970327KA, File No. BMPH-980728IC, File No. BMPH-980728JB, FCC 00-373 October 20, 2000.

Concurring Statement, *2000 Biennial Regulatory Review; Policy and Rules Concerning the International, Interexchange Marketplace,* IB Docket No. 00-202, Notice of Proposed Rule Making, FCC 00-367, October 18, 2000.

Dissenting Statement, *Amendment of Section 19.735-203 of the Commission's Rules Concerning Nonpublic Information*, Order, FCC 00-365, October 18, 2000.

Clarify and Separate Big Government Interest from the Public Interest in the Debate over the Debates. October 12, 2000.

Separate Statement Concurring in Part and Dissenting in Part, *Children's Television Obligations of Digital Television Broadcasters*, Notice of Proposed Rule Making, MM Docket No. 99-360, FCC 00-344, October 5, 2000.

Dissenting Statement, *Extension of the Filing Requirement for Children's Television Programming Reports (FCC Form 398)*, Report and Order and Further Notice of Proposed Rule Making, MM Docket No. 00-44, FCC00-343, October 5, 2000.

Separate Statement Concurring in Part and Dissenting in Part, *Standardized and Enhanced Disclosure Requirements for Television Broadcast Licensee Public Interest Obligations*, Notice of Proposed Rule Making, FCC 00-345, October 5, 2000.

Dissenting Statement, *Repeal or Modification of the Personal Attack and Political Editorial Rules*, Order and Request to Update the Record, MM Docket No. 83-484, FCC 00-360, October 4, 2000.

Dissenting Statement, *Creation of Low Power Radio Service*, Memorandum Opinion and Order on Reconsideration, MM Docket No. 99-25, FCC 00-349, September 28, 2000.

Separate Statement, *Biennial Review 2000 Staff Report Released*, Public Notice, FCC 00-346, September 19, 2000.

Dissenting Statement with Commissioner Gloria Tristani, Cellular Telecommunications Industry Association et al's Request for Delay of the Auction of Licenses in the 747-762 and 777-792 MHz Bands Scheduled for September 6, 2000 (Auction No. 31), Memorandum Opinion, FCC 00-304, September 12, 2000.

Separate Statement, *Public Notice DA 00-49, Auction of C and F Block Broadband PCS Licenses, NextWave Petition for Reconsideration*, Order on Reconsideration, FCC 00-335, September 6, 2000.

Separate Statement Approving in Part and Dissenting in Part, *AMFM Inc./Clear Channel Inc. Transfer of Control*, Memorandum Opinion and Order, FCC 00-296, September 1, 2000.

Joint Statement with Commissioner Susan Ness, *Amendment of Part 15 of the Commission's Rules Regarding Spread Spectrum Devices*, First Report and Order, FCC 00-312, August 31, 2000.

Dissenting Statement, *In the Matter of Western Wireless Corporation Petition for Preemption of Statutes and Rules Regarding the Kansas State Universal Service Fund Pursuant to Section 253 of the Communications Act of 1934*, Memorandum Opinion And Order, File No. CWD 98-90, FCC 00-309, August 28, 2000.

Joint Statement with Commissioner Michael Powell, Approving in Part and Dissenting in Part, *The Establishment of Policies and Service Rules for the Mobile Satellite Service in the 2 GHz Band*, Report and Order, FCC 00-302, IB Docket No. 99-81, August 25, 2000.

Concurring Statement, *Inquiry Concerning the Deployment of Advanced Telecommunications Capability to All Americans in a Reasonable and Timely Fashion, and Possible Steps to Accelerate Such Deployment Pursuant to Section 706 of the Telecommunications Act of 1996*, Second Report, CC Docket No. 98-146, FCC 00-290, August 21, 2000.

Dissenting Statement, *In the Matter of Federal-State Joint Board on Universal Service; Western Wireless Corporation Petition for Preemption of an Order of the South Dakota Public Utilities Commission*, Declaratory Ruling, CC Docket No. 96-45, FCC 00-248, August 10, 2000.

Separate Statement, Approving in Part, Dissenting in Part, *In the Matter of Section 257 Report to Congress Identifying and Eliminating Market Entry Barriers For Entrepreneurs and Other Small Businesses*, Report, FCC 00-279, August 10, 2000.

Separate Statement, Approving in Part, Dissenting in Part, *Applications of Intelsat LLC for Authority to Operate and to Further Construct, Launch and Operate C-band and Ku-band Satellites that Form a Global Communications System in Geostationary Orbit*, File Nos. SAT-A/O-20000119-00002 to SAT-A/O-20000119-00018; et al. Memorandum, Opinion Order and Authorization, FCC 00-287, August 8, 2000.

Joint Statement with Commissioner Michael Powell, Concurring in Part and Dissenting in Part, *Video Description of Video Programming*, MM Docket No. 99-339, Report and Order, FCC 00-258, August 7, 2000.

Concurring Statement, *Amendments to Parts 1, 2, 87, and 101 of the Commission's Rules to License Fixed Services at 24 GHz*, WT Docket No. 99-327, FCC 00-272, August 1, 2000.

Dissenting Statement with Commissioner Gloria Tristani, *Auction of Licenses for the 747-762 and 777-792 MHz Bands Postponed Until March 6, 2001*, Public Notice, FCC 00-282, July 31, 2000.

Concurring Statement, *Lockheed Martin Corporation, COMSAT Government Systems, LLC, and COMSAT Corporation, Applications for Transfer of Control of COMSAT Corporation and Its Subsidiaries, Licensees of Various Satellite, Earth Station Private Land Mobile Ratio and Experimental Licenses, and Holders of International Section 214 Authorizations*, Order and Authorization, FCC 00-277, July 31, 2000.

Separate Statement, Concurring in Part and Dissenting in Part, *Closed Captioning Requirements for Digital Television Receivers Closed Captioning and Video Description of Video Programming, Implementation of Section 305 of the Telecommunications Act of 1996, Video Programming Accessibility*, Report and Order, FCC 00-259, July 31, 2000.

Opening Statement, En Banc Hearing on AOL/Time Warner Merger. July 27, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *Qwest Communications International, Inc., Apparent Liability for Forfeiture*, Consent Decree and Order, File No. ENF-99-11, NAL/Acct. No. 916EF008, July 21, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *Business Discount Plan, Inc. Apparent Liability for Forfeiture*, Order of Forfeiture, FCC 00-239, July 17, 2000.

Separate Statement, *U.S. GPS Industry Council, American Airlines and United Airlines, Consolidated Petition for Reconsideration of Waivers Issued under Deregulated Authority by the Chief, Office of Engineering and Technology*, Order, FCC 00-29, July 14, 2000.

*FCC Statements (Continued)*

Separate Statement Approving in Part, Dissenting in Part, *Assessment and Collection of Regulatory Fees for Fiscal Year 2000*, MD Docket No. 00-58, Report and Order, FCC 00-240, July 10, 2000.

Separate Statement Approving in Part, Dissenting in Part, *Amendment of Section 2.106 of the Commission's Rules to Allocate Spectrum at 2 GHz for Use by the Mobile-Satellite Service*, ET Docket No. 95-18; FCC 00-233, July 3, 2000.

Separate Concurring Statement, *Application by SBC Communications Inc., Southwestern Bell Telephone Company, And Southwestern Bell Communications Services, Inc. d/b/a Southwestern Bell Long Distance Pursuant to Section 271 of the Telecommunications Act of 1996 To Provide In-Region, InterLATA Services In Texas*, Memorandum Opinion and Order, FCC 00-238, June 30, 2000.

Separate Statement Approving in Part, Dissenting in Part, *Federal-State Joint Board on Universal Service,* Recommended Decision, CC Docket No. 96-45, FCC 00J-1, June 30, 2000.

Separate Concurring Statement, *Rulemaking to Amend Parts 1, 2, 21, and 25 of the Commission's Rules to Redesignate the 27.5-29.5 GHz Frequency Band, to Establish Rules and Policies for Local Multipoint Distribution Service and for Fixed Satellite Services*, Third Report and Order and Memorandum Opinion and Order, CC Docket No. 92-297, FCC 00-223, June 26, 2000.

Separate Statement Approving in Part, Dissenting in Part, *Service Rules for the 746-764 and 776-794 MHz Bands, and Revisions to Part 27 of the Commission's Rules; Carriage of the Transmissions of Digital Television Broadcast Stations; Review of the Commission's Rules and Policies Affecting the Conversion to Digital Television;* Memorandum Opinion and Order and Further Notice of Proposed Rulemaking, FCC 00-224, June 22, 2000.

Separate Dissenting Statement, *Review of Commission Consideration of Applications under the Cable Landing License Act*, Notice of Proposed Rule Making, FCC 00-210, June 22, 2000.

Separate Statement Approving in Part, Dissenting in Part, *Redesignation of the 17.7 – 19.7 GHz Frequency Band, Blanket Licensing of Satellite Earth Stations in the 17.7-20.2 GHz and 27.5-30.0 Frequency Bands, and the Allocation of Additional Spectrum in the 17.3-17.8 GHz and 24.75-25.25 GHz Frequency Bands for Broadcast Satellite-Service Use*, IB Docket No. 98-172, RM-9005, RM-9118, Report and Order, FCC 00-212, June 22, 2000.

Dissenting Statement, *TSR Wireless, LLC, et al., Complainants, File Nos. E-98-13, E-98-15 v. U S West Communications, INC., et al., Defendants, File Nos. E-98-16, E-98-17, E-98-18.* Memorandum Opinion And Order, FCC 00-194, June 21, 2000.

Separate Statement, *Amendment of Section 73.658(g) of The Commission's Rules–The Dual Network Rule*, Notice Of Proposed Rule Making, MM Docket No.00-108, FCC 00-213, June 20, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *1998 Biennial Regulatory Review: Review of the Commission's Broadcast Ownership Rules and Other Rules Adopted Pursuant to Section 202 of the Telecommunications Act of 1996,* Biennial Review Report, FCC 00-191, June 20, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *GTE Corporation and Bell Atlantic Corporation, Applications for Transfer of Control of Domestic and International Section 214 and 310 Authorizations and Application to Transfer Control of a Submarine Cable Landing License*, Memorandum Opinion and Order, FCC 00-221, June 16, 2000.

Big Brother is Programming. June 7, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *MCI WorldCom Communications, Inc.*, Order, FCC 00-205, June 6, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *Applications for Consent to the Transfer of Control of Licenses and Section 214 Authorizations from Media One Group, Inc., Transferor, To AT&T Corp., Transferee*, CS Docket No. 99-251, Memorandum Opinion and Order, FCC 00-202, June 5, 2000.

Dissenting Statement, *Implementation of the Local Competition Provisions Of the Telecommunications Act of 1996*, Supplemental Order Clarification, CC Docket No. 96-98, FCC 00-183, June 2, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *Access Charge Reform, Price Cap Performance Review for Local Exchange Carriers, Low-Volume Long Distance Users, Federal-State Joint Board on Universal Service*, Report and Order, CC Docket Nos. 96-262, 94-1, 99-249, 96-45, FCC 00-193, May 31, 2000.
Statement, FCC's Public Forum on Secondary Markets in Spectrum. May 31, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *Applications of Shareholders of CBS Corporation (Transferor) and Viacom, Inc. (Transferee) For Transfer of Control of CBS Corporation and Certain Subsidiaries, Licensees of KCBS-TV, Los Angeles, CA et al.* Memorandum Opinion and Order, FCC 00-155, May 3, 2000.

Separate Statement Approving in Part, Dissenting in Part, *Implementation of the Subscriber Carrier Selection Changes Provisions of the Telecommunications Act of 1996; Policies and Rules Concerning Unauthorized Changes of Consumers' Long Distance Carriers*, First Order on Reconsideration, CC Docket No. 94-129, First Order on Reconsideration, FCC 00-135, May 3, 2000.

Separate Statement, *Auction of Licenses for the 747-762, 777-792 MHz and 700 MHz Bands Postponed Until September 6, 2000*, Public Notice, DA 00-942, May 2, 2000.

Separate Statement, *CALEA Section 103 Compliance and Section 107(c) Petitions,* CC Docket No. 97-213, Public Notice, April 25, 2000.

Separate Statement with Commissioner Gloria Tristani Approving in Part and Dissenting in Part, *Reexamination of the Comparative Standards for Noncommercial Educational Applicants*, MM Docket No. 95-31, Report and Order, FCC 00-120, April 21, 2000.

Dissenting Statement, *Federal-State Joint Board on Universal Service; Division Announces Release of Revised Universal Service Worksheet, FCC Form 457; 1998 Biennial Regulatory Review -- Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Services, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms*, Twenty-First Order On Reconsideration In CC DOCKET NO. 96-45, And Memorandum Opinion & Order In CC DOCKET NOS. 96-45, 97-21, And 98-171, FCC 00-118, April 11, 2000.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Order, CC Docket No. 96-45, FCC 00-125, April 7, 2000.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Twentieth Order on Reconsideration, CC Docket No. 96-45, FCC 00-12, April 7, 2000.

Dissenting Statement, *Joint Petition by 50 Named State Broadcasters Associations for Stay of New Broadcast EEO Rule*, Memorandum Opinion And Order, FCC 00-132, MM Docket Nos. 98-204 and 96-16, April 7, 2000.

Joint Concurring Statement with Commissioner Michael Powell*, Extension of the Filing Requirement For Children's Television Programming Reports (FCC Form 398)*, Notice Of Proposed Rule Making, MM Docket No. 00-44, FCC 00-93, April 6, 2000.

Concurring Statement, *1998 Biennial Regulatory Review-- Review of Depreciation Requirements for Incumbent Local Exchange Carriers; Ameritech Corporation Telephone Operating Companies' Continuing Property Records Audit, et. al.; GTE Telephone Operating Companies Release of Information Obtained During Joint Audit*, Further Notice Of Proposed Rulemaking, CC Docket No. 98-137, CC Docket No. 99-117, AAD File No. 98-26, FCC 00-119, April 3, 2000.

Separate Statement, *Numbering Resource Optimization*, Report And Order And Further Notice Of Proposed Rule Making, CC Docket No. 99-200, FCC 00-104, March 31, 2000.

Separate Statement, *Philippine Long Distance Telephone Company, Complainant v. File No. E-95-29, International Telecom, LTD., D/B/A/ Kallback Direct, Defendant*, Memorandum Opinion And Order, FCC 00-108, March 29, 2000.

Separate Statement, *Philippine Long Distance Telephone Company, Complainant v. File No. E-95-33, USA GLOBAL LINK, INC., Defendant,* Memorandum Opinion And Order On Review, FCC 00-109, March 29, 2000.

Separate Statement Concurring in Part, Dissenting in Part, *Qwest Communications International Inc. and US WEST, Inc. Applications for Transfer of Control of Domestic and International Sections 214 and 310 Authorizations and Application to Transfer*

*Control of a Submarine Cable Landing License*, Memorandum Opinion and Order, FCC 00-91, March 10, 2000.

Separate Statement Approving in Part, Dissenting in Part, *Service Rules for the 746-764 and 776-794 MHz Bands, and Revisions to Part 27 of the Commission's Rules*, WT Docket No. 99-168, Second Report and Order, FCC 00-90, March 9, 2000.

Dissenting Statement, *Joint FCC/FTC Policy Statement for the Advertising of Dial-Around and Other Long Distance Services to Consumers*, Policy Statement, FCC 00-72, March 1, 2000.

Separate Statement, *Cellular Telecommunications Industry Association's Petition for Forbearance From Commercial Mobile Radio Services Number Portability Obligations and Telephone Number Portability*, Order on Reconsideration, WT Docket No. 98-229, CC Docket No. 95-116, FCC 00-47, February 23, 2000.

Concurring Statement, *WXTV License Partnership, G.P. Petition for Special Relief Concerning Carriage of Television Station WXTV, Paterson, New Jersey on Channel 41 on Certain Cablevision Cable Systems in the New York Television Market*, *Order On Reconsideration*, CSR No. 5327-M, FCC 00-48, February 16, 2000.

Separate Statement, *Voicestream Wireless Corporation or Omnipoint Corporation, and Voicestream Wireless Holding Company, Cook Inlet/VS GSM II PCS, LLC or Cook Inlet/VS GSM II PCS, LLC, and various subsidiaries and affiliates of Omnipoint Corporation, and Cook Inlet/VS GSM II PCS, LLC or Cook Inlet/VS GSM III PCS, LLC Application for Consent to Transfer of*

*Control and Assignment of Licenses and Authorizations,* Memorandum Opinion and Order, FCC 00-53, February 15, 2000.

Dissenting Statement, *Review of the Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies and Termination of the EEO Streamlining Proceeding,* MM Dockets Nos. 98-24, 96-16, Report and Order, FCC 00-20, February 3, 2000.

Concurring Statement, *Applications of WQED Pittsburgh (Assignor) and Cornerstone Television, Inc., (Assignee) For Consent to the Assignment of License of Noncommercial Educational Station WQEX(TV), Channel *16, Pittsburgh, Pennsylvania Cornerstone Television, Inc., (Assignor) and Paxson Pittsburgh License, Inc. (Assignee) For Consent to the Assignment of License of Station WPCB-TV, Channel 40, Greensburg, Pennsylvania*; Order on Reconsideration, FCC 00-25, January 28, 2000.

Dissenting Statement, *Creation of Low Power Radio Service*, MM Docket No. 99-25 Report and Order, FCC 00-19, January 27, 2000.

Press Statement on Review of Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies and Termination of the EEO Streamlining Proceeding, MM Docket Nos. 98-24, 96-16. January 20, 2000.

Dissenting Statement, *Implementation of Section 11(c) of the Cable Television Consumer Protection and Competition Act of 1992 Horizontal Ownership Limits*, Order On Reconsideration, MM Docket No. 92-264, FCC 00-12, January 19, 2000.

Dissenting Statement, *Annual Assessment of the Status of Competition in Markets for the Delivery of Video Programming*, Sixth Annual Report, CS Docket No. 99-230, FCC 99-418, January 14, 2000.

Reaction to Nextwave Decision. January 12, 2000.

Separate Statement Approving in Part and Dissenting in Part, *Service Rules for the 746-764 and 776-794 MHz Bands, and Revision to Part 27 of the Commission's Rules*, First Report and Order, WT Docket No. 99-168, FCC 00-5, January 6, 2000.

Dissenting Statement, *1998 Biennial Regulatory Review: Review of Depreciation Requirements for Incumbent Local Exchange Carriers, United States Telephone Association's Petition for Forbearance from Depreciation Regulation of Price Cap Local Exchange Carriers*, Report and Order in CC Docket 98-137, Memorandum Opinion and Order in ASD 98-91, FCC 99-397, December 30, 1999.

Joint Statement with Commissioner Michael Powell Affirming in Part and Dissenting in Part, *Applications of WQED Pittsburgh (Assignor) and Cornerstone Television, Inc., (Assignee) For Consent to the Assignment of License of Noncommercial Educational Station WQEX(TV), Channel *16, Pittsburgh, Pennsylvania Cornerstone Television, Inc., (Assignor) and Paxson Pittsburgh License, Inc. (Assignee) For Consent to the Assignment of License of Station WPCB-TV, Channel 40, Greensburg, Pennsylvania*; Memorandum Opinion and Order, FCC 99-393, December 29, 1999.

Separate Statement, Approving in Part, Dissenting in Part, *In the Matter of Deployment of Wireline Services Offering Advanced Telecommunications Capability*, Order on Remand, CC Docket Nos. 98-147, 98-11, 98-26, 98-32, 98-78, 98-91, FCC 99-413, December 23, 1999.

Press Statement on Application by Bell Atlantic New York for Authorization Under Section 271 of the Communications Act to Provide In-Region, InterLATA Service in the State of New York, CC Docket No. 99-295. December 22, 1999.

Concurring Statement, *Application by Bell Atlantic New York for Authorization Under Section 271 of the Communications Act to Provide In-Region, InterLATA Service in the State of New York*, CC Docket No. 99-295, Memorandum Opinion and Order, FCC 99-404, December 22, 1999.

Separate Statement Concurring in Part, Dissenting in Part, *Public Interest Obligations of TV Broadcast Licensees*, Notice of Inquiry, FCC 99-390, December 20, 1999.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Nineteenth Order on Reconsideration, CC Docket No. 96-45, FCC 99-396, December 17, 1999.

Dissenting Statement, *Rulemaking to Amend Parts 1, 2, 21, and 25 of the Commission's Rules to Redesignate the 27.5-29.5 GHz Frequency Band, to Reallocate the 29.5-30.0 GHz Frequency Band, to Establish Rules and Policies for Local Multipoint Distribution Service and for Fixed Satellite Services*, Sixth Notice of Proposed Rule Making, FCC 99-379, December 13, 1999.

Separate Statement, *Proposed First Quarter 2000 Universal Service Contribution Factor Announced in CC Docket 96-45*, Public Notice, December 13, 1999.

Separate Statement Concurring in Part, Dissenting in Part, *Deployment of Wireline Services Offering Advanced Telecommunications Capability, and Implementation of the Local Competition Provisions of the Telecommunications Act of 1996*, Report and Order, FCC 99-355, December 9, 1999.

Separate Statement, *Revision of the Commission's Rules To Ensure Compatibility with Enhanced 911 Emergency Calling Systems*, Second Memorandum Opinion And Order, CC Docket No. 94-102, RM-8143, FCC 99-352, December 8, 1999.

Separate Statement, *Applications of SatCom Systems Inc., TMI Communications and Company, L.P. and SatCom Systems Inc.*, File No. 647-DSE-P/L-98 et al. November 30, 1999.

Separate Statement, Approving in Part, Dissenting in Part, *Principles for Reallocation of Spectrum to Encourage the Development of Telecommunications Technologies for the New Millennium*, Policy Statement, FCC 99-354, November 22, 1999.

Dissenting Statement, *Request of Lockheed Martin Corporation and Warburg, Pincus & Co.*, Order, FCC 99-346, November 17, 1999.

Dissenting Statement, *Review of the Commission's Regulations Governing Television Broadcasting; Television Satellite Stations Review of Policy and Rules*, Order On

Reconsideration, MM Docket No. 91-221, MM Docket No. 87-8, FCC 99-343, November 10, 1999.

Separate Statement, Concurring in Part, Dissenting in Part, *Implementation of the Local Competition Provisions of the Telecommunications Act of 1996*, Third Report and Order and Fourth Further Notice of Proposed Rulemaking, CC Docket No. 96-98, FCC 99-238, November 5, 1999.

Dissenting Statement, *Trinity Broadcasting of Florida, Inc., Miami, Florida*, MM Docket No. 93-75. November 4, 1999.

Separate Statement, Concurring in Part, Dissenting in Part, *Federal-State Joint Board on Universal Service*, Fourteenth Order on Reconsideration, CC Docket No. 96-45, FCC 99-256, November 3, 1999.

Dissenting Statement, *Federal-State Joint Board on Universal Service Forward-Looking Mechanism for High Cost Support for Non-Rural LECs,* Tenth Report and Order, CC Docket No. 96-45, CC Docket No. 97-160, FCC 99-304, November 2, 1999.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Ninth Report & Order and Eighteenth Order on Reconsideration, CC Docket No. 96-45, FCC 99-306, November 2, 1999.

Separate Statement, *AT&T Corp., British Telecommunications, plc, VLT Co. L.L.C., Violet License Co. LLC, and TNV [Bahamas] Limited Applications for Grant of Section 214 Authority, Modification of Authorizations and Assignment of Licenses in Connection with the Proposed Joint Venture Between AT&T Corp. and British Telecommunications, plc*, Memorandum Opinion and Order, IB Docket No. 98-212, FCC 99-313, October 29, 1999.

Press Statement regarding Common Carrier Bureau's Suspension of AT&T's October 29 Tariff Filing, October 29, 1999.

Separate Statement, Concurring in Part, Dissenting in Part, *Implementation of the Local Competition Provisions in the Telecommunications Act of 1996; Interconnection between Local Exchange Carriers and Commercial Mobile Radio Service Providers*, Order on Reconsideration, CC Docket No. 96-98, CC Docket No. 95-185, FCC 99-266, October 26, 1999.

Press Statement regarding FCC's October 21 Universal Service Orders, October 21, 1999.

Separate Statement Concurring in Part, Dissenting in Part, *Implementation of Section 11(c) of the Cable Television Consumer Protection and Competition Act of 1992, Horizontal Ownership Limits*, MM No. 92-264, Third Report and Order, October 20, 1999.

Separate Statement Concurring in Part, Dissenting in Part, *Implementation of the Cable Television Consumer Protection and Competition Act of 1992, Review of the Commission's Cable Attribution Rules*, CS Docket No. 98-82, Report and Order, Corrected Version, FCC 99-288, October 20, 1999.

Dissenting Statement, *Joint Board on Universal Service*, Memorandum Opinion and Order, CC Docket No.96-45, FCC 99-268, October 8, 1999.
Separate Statement Concurring in Part, Dissenting in Part, *Applications of Ameritech Corp., Transferor, and SBC Communications, Inc., Transferee, For Consent to Transfer Control of Corporations Holding Commission Licenses and Lines Pursuant to Sections 214 and 310(d) of the Communications Act and Parts 5, 22, 24, 25, 63, 90, 95, and 101 of the Commission's Rules*, Memorandum Opinion and Order, FCC 99-279, CC Docket No. 98-141. October 8, 1999.

Separate Statement, Approving in Part, Dissenting in Part, *1998 Biennial Regulatory Review -- Streamlining of Mass Media Applications, Rules, and Processes; Policies and Rules Regarding Minority and Female Ownership of Mass Media Facilities*,

Memorandum Opinion And Order, MM Docket No. 98-43, MM Docket No. 94-149, FCC 99-267, October 6, 1999.

SBC-Ameritech License Transfer Proceeding – Press Statement. October 6, 1999.

Separate Statement Approving in Part, Dissenting in Part, *Non-Accounting Safeguards of Sections 271 and 272 of the Communications Act of 1934, as amended*, Third Order on Reconsideration, CC Docket No. 96-149, FCC 99-242 October 1, 1999.

Separate Statement Approving in Part, Dissenting in Part, *Implementation of Sections 255 and 251(a)(2) of the Communications Act of 1934, as Enacted by the Telecommunications Act of 1996; Access to Telecommunications Service, Telecommunications Equipment and Customer Premises Equipment by Persons with Disabilities*, Report and Order and Further Notice of Inquiry, WT Docket No. 96-198, FCC 99-181, September 29, 1999.

Separate Statement, Approving in Part, Concurring in Part, and Dissenting in Part, *Petition of US WEST Communications, Inc. for a Declaratory Ruling Regarding the Provision of National Directory Assistance Petition of US WEST Communications, Inc. for Forbearance The Use of N11 Codes and Other Abbreviated Dialing Arrangements*, Memorandum Opinion and Order, CC Docket No. 97-172, CC Docket No. 92-105, FCC 99-133, September 27, 1999.

Separate Statement Concurring in Part, Dissenting in Part, *1998 Biennial Regulatory Review – Spectrum Aggregation Limits for Wireless Telecommunications Carriers*, WT Docket No. 98-205, GN Docket No. 93-252, Report and Order, FCC 99-244, September 22, 1999.

Separate Statement, *Direct Access to the INTELSAT System*, IB Docket No. 89-182, File No. 60-SAT-ISP-97, Report and Order, FCC 99-236, September 16, 1999.

Response to Inquiry from Rep. George W. Gekas, Chairman, House Judiciary Subcommittee on Commercial and Administrative Law, Commissioner Furchtgott-Roth Concludes that Schools and Libraries Program Likely Violates Recent D.C. Circuit Non-delegation Doctrine Decision, American Trucking v. EPA. September 16, 1999.

Separate Statement Approving in Part, Dissenting in Part, *Implementation of the Telecommunications Act of 1996; Telecommunications Carriers' Use of Customer Proprietary Network Information and Other Customer Information; Implementation of the Local Competition Provisions of the Telecommunications Act of 1996; Provision of Directory Listing Information under the Telecommunications Act of 1934, As Amended*, Third Report and Order in CC Docket No. 96-115, Second Order on Reconsideration of the Second Report and Order in CC Docket No. 96-98, and Notice of Proposed Rulemaking in CC Docket No. 99-273, FCC-227, September 9, 1999.

Dissenting Statement, *Petition for Reconsideration by People for the American Way and Media Access Project of Declaratory Ruling Regarding Section 312(a)(7) of the Communications Act*, FCC 99-231, September 7, 1999.

Separate Statement Approving in Part and Concurring in Part, *Telecommunications Carriers' Use of Customer Proprietary Network Information and Other Information; Implementation of the Non-Accounting Safeguards of Section 271 and 272 of the Communications Act of 1934, As Amended,* CC Docket Nos. 96-45 and 96-149, Order on Reconsideration and Petitions for Forbearance, FCC 99-223, September 3, 1999.

Separate Statement Approving in Part, Dissenting in Part, *Federal-State Joint Board on Universal Service: Promoting Deployment and Subscribership in Unserved and Underserved Areas, Including Tribal and Insular Areas*, CC Docket No. 96-45, Further Notice of Proposed Rulemaking, FCC 99-204, September 3, 1999.

Separate Statement Approving in Part and Concurring in Part, *Application of ALLTEL Corporation Petition for Waiver of Section 64.41 of the Commission's Rules and Applications for Transfer of Control*; CCB/CPD 99-1, Memorandum Opinion and Order, FCC 99-156, September 3, 1999.

Dissenting Statement, *Petition of Ameritech Corporation for Forbearance from Enforcement of Section 275(a) of the Communications Act of 1934, As Amended*, Memorandum Opinion and Order, CC Docket No. 98-65, FCC 99-215, August 31, 1999.

Separate Statement Approving in Part, Concurring in Part, and Dissenting in Part, *Access Charge Reform, Price Cap Performance Review for Local Exchange Carriers, Interexchange Carrier Purchases of Switched Access Services Offered by Competitive Local Exchange Carriers, Petition of U.S. West Communications, Inc. for Forbearance from Regulation as a Dominant Carrier in the Phoenix, Arizona MSA*, Fifth Report and Order and Further Notice of Proposed Rulemaking, FCC 99-206, August 27, 1999.

Dissenting Statement, *GVNW Inc./Management and Citizens Utilities Company Applications for Review*, Memorandum Opinion and Order, AAD 95-120, FCC 99-198, August 17, 1999.

Separate Statement, *Communique Telecommunications, Inc. d/b/a Logicall Application for Review of the Declaratory Ruling and Order Issued by the Common Carrier Bureau; InterContinental Telephone Corp. Petition for Declaratory Ruling on National Exchange Carrier Association, Inc. Tariff F.C.C. No. 5 Governing Universal Service Fund and Lifeline Assistance Charges*, Memorandum Opinion and Order, FCC 99-80, August 9, 1999.

Dissenting Statement, *Review of the Commission's Regulations Governing Television Broadcasting, MM Docket No. 91-221; and in the Matter of Television Satellite Stations Review of Policy and Rules, MM Docket No. 87-8,* Report and Order, FCC 99-209, August 6, 1999.

Separate Statement Dissenting in Part and Concurring in Part, *Commission's Regulations Governing Attribution of Broadcast and Cable/MDS Interests, MM Docket No. 94-150; Review of the Commission's Regulations and Policies Affecting Investment in the Broadcast Industry, MM Docket No. 92-51; Reexamination of the Commission's*

*Cross-Interest Policy, MM Docket No. 87-154*, Report and Order, FCC 99-207, August 6, 1999.

Separate Statement, *Oncor Communications, Inc.*, File No. ENF 95-04, Memorandum Opinion and Order, August 6, 1999.

Dissenting Statement, *Implementation of Section 309(j) of the Communications Act – Competitive Bidding for Commercial Broadcast and Instructional Television Fixed Service Licenses*, MM Docket No. 97-234, Memorandum Opinion and Order, FCC 99-201, August 5, 1999.

Concurring Statement, *1998 Biennial Regulatory Review --Part 61 of the Commission's Rules and Related Tariffing Requirements; Implementation of Section 402(b)(1)(A) of the Telecommunications Act of 1996*, Report and Order and First Order on Reconsideration, CC Docket No. 98-131, CC Docket No. 96-187, FCC 99-173, August 3, 1999.

Dissenting Statement, *Low-Volume Long-Distance Users*, Notice of Inquiry, CC Docket No. 99-249, FCC 99-168, July 20, 1999.

Separate Statement, Concurring in Part, Dissenting in Part, *Implementation of the Local Competition Provisions of the Telecommunications Act of 1996; Interconnection Between Local Exchange Carriers and Commercial Mobile Radio Service Providers; Area Code Relief Plan for Dallas and Houston, Ordered by the Public Utility Commission of Texas; Administration of the North American Numbering Plan Proposed 708 Relief Plan and 630 Numbering Plan Area Code by Ameritech-Illinois*, First Order on Reconsideration, CC Docket No. 96-98, CC Docket No. 95-185, NSD File No. 96-8, CC Docket No. 92-237, IAD File No. 94-102, FCC 99-170, July 19, 1999.

Dissenting Statement, *Long-Term Number Portability Tariff Filings, Ameritech Operating Companies, GTE System Telephone Companies, GTE Telephone Operating Companies, Pacific Bell, Southwestern Bell Telephone Company*, Memorandum Opinion and Order, CC Docket No. 99-35, FCC 99-158, July 16, 1999.

Separate Statement, *Telephone Number Portability*, Fourth Memorandum Opinion and Order on Reconsideration, CC Docket No. 95-116, RM-8535, FCC 99-151, July 16, 1999.

Dissenting Statement, *Long-Term Number Portability Tariff Filings; U S WEST Communications, Inc. Transmittal Nos. 965, 975, 1002*, Memorandum Opinion and Order, CC Docket No. 99-35, FCC 99-169, July 16, 1999.

Separate Statement, *1998 Biennial Regulatory Review -- Repeal of Part 62 of the Commission's Rules*, Report And Order, CC Docket No. 98-195, FCC 99-163, July 16, 1999.

*FCC Statements (Continued)*

Separate Statement, *Comprehensive Review of the Accounting Requirements and ARMIS Reporting Requirements for Incumbent Local Exchange Carriers: Phase 1*, Notice of Proposed Rulemaking, CC Docket No. 99-253, FCC 99-174, July 14, 1999.

Separate Statement, *1998 Biennial Regulatory Review – Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Services, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms*, CC Docket No. 98-171, Report and Order, FCC 99-175, July 14, 1999.

Separate Statement, *1998 Biennial Regulatory Review -- Review of Accounts Settlement in the Maritime Mobile and Maritime Mobile-Satellite Radio Services and Withdrawal of the Commission as an Accounting Authority in the Maritime Mobile and Maritime Mobile-Satellite Radio Services*, Report And Order And Further Notice Of Proposed Rulemaking, IB Docket No. 98-96, FCC 99-150, July 13, 1999.

Press Statement Opposing Re-Regulation of Long Distance Market. July 9, 1999.

Public Statement, *Joint Application for a License to Land and Operate a Submarine Cable Network Between the United States and Japan*. July 9, 1999.

Separate Statement Concurring in part, Dissenting in part, *Promotion of Competitive Networks in Local Telecommunications Markets*. Notice of Proposed Rulemaking and Notice of Inquiry in WT Docket No. 99-217, and Third Further Notice of Proposed Rulemaking in CC Docket No. 96-98, FCC 99-141, July 7, 1999.

Separate Statement Concurring in part, Dissenting in part, *Petition for Forbearance of the Independent Telephone & Telecommunications Alliance*, Sixth Memorandum Opinion and Order, FCC 99-108, June 30, 1999.

Separate Statement Concurring in part, Dissenting in part, *Independent Telephone & Telecommunications Alliance*, Third Memorandum Opinion and Order, FCC 99-105, June 30, 1999.

Separate Statement, *Amendment of the Commission's Rules to Establish Competitive Service Safeguards for Local Exchange Carrier Provision of Commercial Mobile Radio Services; Implementation of Section 601(d) of the Telecommunications Act of 1996; Petition for Forbearance of the Independent Telephone and Telecommunications Alliance*, First Order On Reconsideration And First Memorandum Opinion And Order, WT Docket No. 96-162, AAD File No. 98-43, FCC 99-102, June 30, 1999.

Proposed SBC-Ameritech Conditions (Joint Press Statement with Commissioner Tristani)., June 30, 1999.

Press Statement regarding Proposed SBC/Ameritech Conditions, June 30, 1999.

Press Statement regarding Reduction in Access Charges, June 30, 1999.

*FCC Statements (Continued)*

Separate Statement, *Application of AirTouch Communications, Inc., Transferor and Vodafone Group, PLC, Transferee for consent to Transfer Control of Licenses and Authorizations*, Memorandum Opinion and Order, DA 99-1200, June 21, 1999.

Separate Statement, *1998 Biennial Regulatory Review -- Amendment of Part 18 of the Commission's Rules to Update Regulations for RF Lighting Devices*, First Report And Order, ET Docket No. 98-42, FCC 99-135, June 16, 1999.

Concurring Statement, *Application of Great Empire Broadcasting, Inc. and Journal Broadcast Corp. for Transfer of Control of Omaha Great Empire Broadcasting, Inc., Licensee of WOW(AM) and WOW(FM), Omaha, Nebraska*, File Nos. BTC-980831GH, BTCH-980831GH, Memorandum Opinion and Order, FCC 99-142, June 11, 1999.

Separate Statement, *Biennial Regulatory Review -- Amendment of Parts 0, 1, 13, 22, 24, 26, 27, 80, 87, 90, 95, 97, and 101 of the Commission's Rules to Facilitate the Development and Use of the Universal Licensing System in the Wireless Telecommunications Services Amendment of the Amateur Service Rules to Authorize Visiting Foreign Amateur Operators to Operate Stations in the United States*, Memorandum Opinion And Order, WT Docket No. 98-20, WT Docket No. 96-188, RM-8677, FCC 99-129, June 9, 1999.

Dissenting Statement, *Changes to the Board of Directors of the National Exchange Carrier Association, Inc.; Federal-State Joint Board on Universal Service*, Fifth Order on Reconsideration in CC Docket No. 97-21, Eleventh Order on Reconsideration in CC Docket No. 96-45, FCC 99-49, May 28, 1999.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Twelfth Order on Reconsideration in CC Docket no. 96-45, FCC 99-121, May 28, 1999.

Press Statement, Universal Service: FCC Votes to Raise E-Rate Tax by $1 Billion: FCC Again Violates Statutory Mandate by Increasing E-Rate Tax While Delaying Implementation of High-Cost Program. May 27, 1999.

Press Statement, Increased Schools and Libraries Tax Will Harm Consumers. May 21, 1999.

Dissenting Statement, *Truth-in-Billing and Billing Format*, [Corrected Version], First Report and Order and Further Notice of Proposed Rulemaking, CC Docket No. 98-170, FCC 99-72, May 11, 1999.

Separate Statement, *Implementation of the Local Competition Provisions in the Telecommunications Act of 1996; Interconnection between Local Exchange Carriers and Commercial Mobile Radio Service Providers, Second Further Notice of Proposed Rulemaking*, CC Docket No. 96-98, CC Docket No. 95-185, FCC 99-70, April 16, 1999.

Joint Separate Statement with Commissioner Michael Powell, Dissenting in part, *Trinity Broadcasting of Florida, Inc., Miami, Florida*, MM Docket No. 93-75, Decision, FCC 98-313, April 15, 1999.

Press statement, Letter From Commissioner Furchtgott-Roth to CEOs of SBC and Ameritech in Response to Chairman's Proposed Process, April 5, 1999, April 5, 1999.

Dissenting Statement, *Additional Information Regarding Broadband PCS Spectrum Included in the Auction Scheduled for March 23, 1999,* Order, FCC 99-56, April 5, 1999.

Separate Statement, *1998 Biennial Regulatory Review -- Testing New Technology*, Policy Statement, CC Docket No. 98-94, FCC 99-53, April 2, 1999.

Dissenting Statement, *Deployment of Wireline Services Offering Advanced Telecommunications Capability*, First Report and Order and Further Notice of Proposed Rulemaking, CC Docket No. 98-147, FCC 99-48, March 31, 1999.

Dissenting Statement, *C-TEC Corporation, Final Resolution of Cable Programming Service Rate Complaints*, Order, FCC 99-63, March 31, 1999.

Dissenting Statement, *Policy and Rules Concerning the Interstate, Interexchange Marketplace ; Implementation of Section 254(g) of the Communications Act of 1934, as amended*, Second Order On Reconsideration And Erratum, CC Docket No. 96-61, FCC 99-47, March 31, 1999.

Dissenting Statement, *1998 Biennial Regulatory Review-- "Annual Report of Cable Television Systems," Form 325, filed pursuant to Section 76.403 of the Commission's Rules*, Report and Order, CS Docket No. 98-61, FCC 99-13, March 31, 1999.

Separate Statement Approving in Part, Dissenting in Part, *Implementation of Cable Act Reform Provisions of the Telecommunications Act*, CS Docket No. 96-95, Report and Order, March 29, 1999.

Joint Dissenting Statement with Commissioner Gloria Tristani, *Request for Extension of the Commission's Initial Non-Delinquency Period for C and F Block Payments*, Memorandum Opinion and Order, FCC 99-62, March 26, 1999.

Dissenting Statement, 1998 Biennial Regulatory Review -- Streamlining of Cable Television Services, Part 76 Public File and Notice Requirements, Report and Order, CS Docket No. 98-132, FCC 99-12, March 26, 1999.

Separate Statement, *Implementation of the Local Competition Provisions of the Telecommunications Act of 1996; Petition of Southwestern Bell Telephone Company, Pacific Bell, and Nevada Bell for Expedited Declaratory Ruling on Interstate IntraLATA Toll, Dialing Parity or, in the Alternative, Various Other Relief*, Order, CC Docket No. 96-98, NSD File No. 98-121, FCC 99-54, March 23, 1999.

Dissenting Statement, *Commonwealth of Virginia State Corporation Commission v. MCI Telecommunications Corporation*, File No. E-99-01, Memorandum Opinion and Order, FCC 99-42, March 22, 1999.

*FCC Statements (Continued)*

Separate Statement, *1998 Biennial Regulatory Review – Review of International Common Carrier Regulations*, Report and Order, FCC 99-51, March 23, 1999.

Separate Statement, Dissenting in Part, *Southwestern Bell Telephone Company's Continuing Property Records Audit*; *In the Matter of US West Telephone Operating Companies' Continuing Property Records Audit; In the Matter of Pacific Bell and Nevada Bell Telephone Companies' Continuing Property Records Audit; In the Matter of Bell Atlantic Telephone Companies' Continuing Property Records Audit; In the Matter of Bell South Telephone Companies' Continuing Property Records Audit; In the Matter of Ameritech Telephone Companies' Continuing Property Records Audit;* Order, ASD File No. 99-22, FCC 99-29, FCC 99-30, FCC 99-31, FCC 99-32, FCC 99-33, FCC 99-34, FCC 99-35, March 12, 1999.

Separate Statement, Dissenting in Part, *In the Matter of Defining Primary Lines*, Report and Order & Further Notice of Proposed Rulemaking, CC Docket No. 97-181, FCC 99-28, March 10, 1999.

Separate Statement, *Computer III Further Remand Proceedings: Bell Operating Company Provision of Enhanced Services and 1998 Biennial Regulatory Review – Review of Computer III and ONA Safeguards and Requirements*, Report and Order, FCC 99-36, March 10, 1999.

Dissenting Statement, *Proposed Second Quarter 1999 Universal Service Contribution Factors*, CC Docket No. 96-45, Public Notice, DA 99-455, March 4, 1999.

Press statement, FCC Effectively Overturns State Decisions; Opens Door For Internet Access Charges; Furchtgott-Roth Denied Commissioner Rights. February 25, 1999.

Press statement, Recommendation of Schools and Libraries Committee of USAC. February 18, 1999.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, CC Docket No. 96-45, Declaratory Ruling, FCC 99-10, February 18, 1999.

Concurring Statement, *Applications for Consent to the Transfer and Control of Licenses and Section 214 Authorization from Tele-Communications, Inc., Transferor, To AT&T Corp., Transferee*, CS Docket No. 98-178, Memorandum Opinion and Order, FCC 99-24, February 17, 1999.

Letter to Cheryl Parrino, President, Universal Service Administrative Company. February 9, 1999.

Separate Statement, *1998 Biennial Regulatory Review -- Elimination of Part 41 Telegraph and Telephone Franks*, Report And Order, CC Docket No. 98-119, FCC 98-344, Report and Order, February 3, 1999.

Dissenting Statement, *Creation of a Low Power Radio Service*, MM Docket No. 99-25, Notice of Proposed Rule Making, FCC 99-6, February 3, 1999.

Separate Statement Dissenting in Part, *Satellite Delivery of Network Signals to Unserved Households for Purposes of the Satellite Home Viewer Act*, Report and Order, FCC 99-14, February 2, 1999.

Separate Statement, *The Deployment of Advanced Telecommunications Capability to All Americans in a Reasonable and Timely Fashion, and Possible Steps to Accelerate Such Deployment Pursuant to Section 706 of the Telecommunications Act of 1996*, Report, FCC 99-5, February 2, 1999.

Separate Statement, *Price Cap Performance Review for Local Exchange Carriers, CC Docket No. 94-1*, Order on Reconsideration, FCC 98-343, January 22, 1999.

Separate Statement, *The Prescription of Revised Percentages of Depreciation pursuant to the Communications Act of 1934, as amended for: Southwestern Bell Telephone*, Memorandum Opinion And Order, FCC 99-1, January 8, 1999.

Separate Statement Approving in Part, Concurring in Part, P*olicy and Rules Concerning the Interstate Interexchange Marketplace Implementation of Section 254(g) of the Communications Act of 1934, as Amended, Petitions for Forbearance*, Memorandum Opinion and Order, FCC 98-347, December 31, 1998.

Separate Statement, *1998 Biennial Regulatory Review -- Amendment of Parts 2, 25 and 68 of the Commission's Rules to Further Streamline the Equipment Authorization Process for GEN Docket No. 98-68 Radio Frequency Equipment, Modify the Equipment Authorization Process for Telephone Terminal Equipment, Implement Mutual Recognition Agreements and Begin Implementation of the Global Mobile Personal Communications by Satellite (GMPCS) Arrangements*, Report and Order, FCC 98-338, December 23, 1998.

Dissenting Statement, *Implementation of the Subscriber Carrier Selection Changes Provisions of the Telecommunications Act of 1996 and Policies and Rules Concerning Unauthorized Changes of Consumers' Long Distance Carriers, CC Docket No. 94-129*, Second Report and Order and Further Notice of Proposed Rule Making, FCC 98-334, December 23, 1998.

Dissenting Statement, *Annual Assessment of the Status of Competition in Markets for the Delivery of Video Programming*, CS Docket No. 98-102, Fifth Annual Report, FCC 98-335, December 23, 1998.

Separate Statement, *Applications for Assignment of Broadband Personal Communications Services Licenses*, Order, FCC 98-301, December 22, 1998.

Separate Report, *Comprehensive Report on FCC's Biennial Review Process Including Suggestions for Year 2000 Review*, December 21, 1998.

Separate Statement, *Business Discount Plan, Inc.,* Notice of Apparent Liability for Forfeiture, Enf No. 98-02, FCC 98-332, December 17, 1998.

*FCC Statements (Continued)*

Separate Statement, *Federal-State Joint Board on Universal Service, Forward-Looking Mechanism for High Cost Support for Non-Rural LECs*; CC Docket Nos. 96-45, 97-160, Order, DA 98-2657, December 17, 1998.

Dissenting Statement, *Proposed First Quarter 1999 Universal Service Contribution Factors and Proposed Action*; CC Docket No. 96-45, Public Notice, December 4, 1998.

Separate Statement, *Beehive Telephone Company, Inc., Beehive Telephone, Inc. Nevada*, Tariff F.C.C. No. 1, Transmittal No. 11, Memorandum Opinion and Order, CC Docket No. 98-108, FCC 98-320, December 1, 1998.

Separate Statement, Dissenting in Part, *In the Matter of Bell Atlantic Telephone Cos., Bell Atlantic Tariff No. 1, Bell Atlantic Transmittal No. 1076; BellSouth Telecommunications, Inc., BellSouth Tariff FCC No. 1, BellSouth Transmittal No. 476; GTE System Telephone Cos., GSTC FCC Tariff No. 1, GSTC Transmittal No. 260; Pacific Bell Telephone Co., Pacific Bell Tariff No. 128, Pacific Bell Transmittal No. 1986*, Memorandum Opinion and Order, CC Docket No. 98-168, CC Docket No. 98-161, CC Docket No. 98-167, CC Docket No. 98-103, FCC 98-317, November 30, 1998.

Separate Statement Dissenting in Part, *1998 Biennial Regulatory Review – Streamlining of Mass Media Applications, Rules, and Processes; Policies and Rules Regarding Minority and Female Ownership of Mass Media Facilities*; MM Docket Nos. 98-43, 91-140, 94-149, Report and Order, November 25, 1998.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Second Recommended Decision, FCC 98J-7, November 25, 1998.

Separate Statement Dissenting in Part, *Implementation of Section 25 of the Cable Television Consumer Protection and Competition Act of 1992, Direct Broadcast Satellite Public Interest Obligations*, MM Docket No. 93-25, Report and Order, FCC 98-307, November 25, 1998.

Press Statement, Schools and Libraries Corporation's First Wave of Commitment Letters, November 23, 1998.

Concurring Statement, *Review of the Commission's Broadcast and Cable EEO Rules and Policies and Termination of the EEO Streamlining Proceeding,* MM Docket Nos. 98-204 and 96-16, Notice of Proposed Rule Making, FCC 98-305, November 20, 1998.

Separate Statement Dissenting in Part, *Implementation of Section 207 of the Telecommunications Act of 1996, Restrictions on Over-the-Air Reception Devices,* Second Report and Order, FCC 98-273, November 20, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Repeal of Part 62 of the Commission's Rules*, Notice of Proposed Rule Making, FCC 98-294, November 17, 1998.

*FCC Statements (Continued)*

Separate Statement, *In the Matters of Changes to the Board of Directors of the National Exchange Carrier Association, Inc., Federal-State Joint Board on Universal Service*, Second Report and Order in CC Docket No. 97-21, Third Order on Reconsideration in CC Docket No. 97-21, Sixth Order on Reconsideration in CC Docket No. 96-45, FCC 98-206, November 17, 1998.

Separate Statement, *Communications Assistance for Law Enforcement Act*, Further Notice of Proposed Rule Making, FCC 98-282, November 5, 1998.

Separate Statement with Commissioner Gloria Tristani, Dissenting in Part*, In the Matter of GTE Telephone Operating Cos., GTOC Tariff No. 1, GTOC Transmittal No. 1148*, Memorandum Opinion and Order, CC Docket No. 98-79, FCC 98-292, October 30, 1998.

Separate Statement Approving in Part, Dissenting in Part, *Forward-Looking Mechanism for High Cost Support for Non-Rural LECs*; CC Docket Nos. 96-45 and 97-160, Fifth Report and Order, FCC 98-279, October 28, 1998.

Separate Statement Approving in Part, Dissenting in Part, *Federal-State Joint Board on Universal Service*; CC Docket No. 96-45, Memorandum Opinion and Order and Further Notice of Proposed Rulemaking, FCC 98-278, October 26, 1998.

Concurring Statement, *Application for Consent to the Transfer of Control of Licenses and Section 214 Authorizations from Southern New England Telecommunications Corporation to SBC Communications, Inc.*; CC Docket No. 98-25, Memorandum Opinion and Order, FCC 98-276, October 23, 1998.

Separate Statement with Commissioner Gloria Tristani, *In the Matter of Reexamination of the Comparative Standards for Noncommercial Educational Applicants*, Further Notice of Proposed Rulemaking, MM Docket No. 95-31, FCC 98-269, October 21, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Amendment of Parts 0, 1, 13, 22, 24, 26, 27, 80, 87, 90, 95, 97, and 101 of the Commission's Rules to Facilitate the Development and Use of the Universal Licensing System in the Wireless Telecommunications Services*, Report and Order, FCC 98-234, October 21, 1998.

Separate Statement, *1998 Biennial Regulatory Review -- 47 C.F.R. Part 90 - Private Land Mobile Radio Services Replacement of Part 90 by Part 88 to Revise the Private Land Mobile Radio Services and Modify the Policies Governing Them and Examination of Exclusivity and Frequency Assignment Policies of the Private Land Mobile Services*, WT Docket No. 98-182, RM-9222, PR Docket No. 92-235, FCC 98-251, October 20, 1998.

Separate Statement, *1998 Biennial Regulatory Review -- Review of Depreciation Requirements for Incumbent Local Exchange Carriers*, Notice of Proposed Rulemaking, CC Docket No. 98-137, FCC 98-170, October 14, 1998.

*FCC Statements (Continued)*

Concurring Statement, *Application of BellSouth Corporation, BellSouth Telecommunications, Inc., and BellSouth Long Distance Inc., for Provision of In-Region, InterLATA Services in Louisiana*; CC Docket No. 98-121, Memorandum Opinion and Order, FCC 98-271, October 13, 1998.
Separate Statement, *Policy and Rules Concerning the Interstate, Interexchange Marketplace, Implementation of Section 254(g) of the Communications Act of 1934, as amended 1998, Biennial Regulatory Review-- Review of Customer Premises Equipment and Enhanced Services Unbundling Rules in the Interexchange, Exchange Access and Local Exchange Markets*, Further Notice of Proposed Rulemaking, CC Docket No. 96-61, CC Docket No. 98-183, FCC 98-258, October 9, 1998.

Joint Separate Statement with Commissioner Michael Powell, *AT&T Corporation, et al. v. Ameritech Corp. et al.*, File Nos. E-98-41 et al., Memorandum Opinion and Order, FCC 98-242, October 7, 1998.

Dissenting Statement, *Prescribing the Authorized Rate of Return for Interstate Services for Local Exchange Carriers*, CC Docket No. 98-166, Notice Initiating a Prescription Proceeding and Notice of Proposed Rulemaking, October 5, 1998.

Concurring Statement, *Suspension of Requirement for Filing of Broadcast Station Annual Employment Reports and Program Reports*, Memorandum Opinion and Order, FCC 98-250, September 30, 1998.

Joint Separate Statement with Commissioner Gloria Tristani, *Petition for Declaratory Ruling and Request for Expedited Action on the July 15, 1997 Order of the Pennsylvania Public Utility Commission Regarding Area Codes 412, 610, 215, and 717; Implementation of the Local Competition Provisions of the Telecommunications Act of 1996*, Memorandum Opinion and Order and Order on Reconsideration, NSD File No. L-97-42, CC Docket No. 96-98, FCC 98-224, September 28, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Services, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms*, Notice of Proposed Rulemaking and Notice of Inquiry, FCC 98-233, September 25, 1998.

Separate Statement, *1998 Biennial Regulatory Review, Amendment of Part 0 of the Commission's Rules to Close the Wireless Telecommunications Bureau's Gettysburg Reference Facility*, Notice of Proposed Rulemaking, WT Docket No. 98-160, FCC 98-217, September 18, 1998.

Separate Statement, *Truth-in-Billing and Billing Format*, Notice of Proposed Rulemaking, FCC 98-232, September 17, 1998.

Separate Statement, *1998 Biennial Regulatory Review--Modifications to Signal Power Limitations Contained in Part 68 of the Commission's Rules*, Notice of Proposed Rulemaking, CC Docket No. 98-163, FCC 98-221, September 16, 1998.

*FCC Statements (Continued)*

Concurring Statement, *Application of WorldCom, Inc. and MCI Communications Corporation for Transfer of Control of MCI Communications Corporation to WorldCom, Inc*.; CC Docket No. 97-211, Memorandum Opinion and Order, FCC 98-225, September 14, 1998.

Concurring Statement, *Petition for the Extension of the Compliance Date under Section 107 of the Communications Assistance for Law Enforcement Act by AT&T Wireless Services, Inc., Lucent Technologies, and Ericsson, Inc.*, Memorandum Opinion and Order, FCC 98-223, September 11, 1998.

Dissenting Statement, *Proposed Fourth Quarter 1998 Universal Service Contribution Factors Announced*; CC Docket No. 96-45, Public Notice, August 18, 1998.

Joint Statement with Commissioner Gloria Tristani, Concurring in Part, Dissenting in Part, *Implementation of Section 309(j) of the Communications Act, -- Competitive Bidding for Commercial Broadcast and Instructional Television Fixed Service Licenses*, MM Docket No. 97-234, GC Docket No. 92-52, GEN Docket No. 90-264, First Report and Order, FCC 98-194, August 18, 1998.

Dissenting Statement, *Cablevision Systems Corporation Resolution of Cable Programming Service Rate Complaints,* Order, FCC-98-193, August 11, 1998.

Separate Statement*, 1998 Biennial Regulatory Review -- Amendment of Part 97 of the Commission's Amateur Service Rules*, Notice of Proposed Rulemaking, WT Docket No. 98-143, RM-9148, RM-9150, RM-9196, FCC 98-183, August 10, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Reform of the International Settlements Policy and Associated Filing Requirements*, Notice of Proposed Rule Making, Notice of Proposed Rule Making, FCC 98-183, August 10, 1998.

Separate Statement Dissenting in Part, *Implementation of the Cable Television Consumer Protect Act of 1992, Petition for Rule Making of Ameritech New Media, Inc., Regarding Development of Competition and Diversity in Video Programming Distribution and Carriage*, Report and Order, FCC 98-189, August 10, 1998.

Concurring Statement*, Application for Review of Ad Hoc Telecommunications Users Committee, California Bankers Clearing House Association, New York Clearing House Association, MasterCard International Incorporated, and VISA, U.S.A., Inc.*, Memorandum Opinion and Order, FCC 98-178, August 7, 1998.

Separate Statement*, 1998 Biennial Regulatory Review -- Part 61 of the Commission's Rules and Related Tariffing Requirements,* Notice of Proposed Rulemaking, CC Docket No. 98-131, FCC 98-164A1, July 24, 1998.

Separate Statement Concurring in Part, Dissenting in Part, *Applications of Radio Sun Group of Texas, Inc., For Renewal of Licenses of Stations*, Memorandum Opinion and Order and Notice of Apparent Liability, FCC 98-171, July 23, 1998.

*FCC Statements (Continued)*

Concurring Statement, *Applications of Teleport Communications Group Inc., Transferor, and AT&T Corp., Transferee,* CC Docket No. 98-24, Memorandum Opinion and Order, FCC 98-169, July 23, 1998.

Separate Statement*, 1998 Biennial Regulatory Review -- Elimination of Part 41 Telegraph and Telephone Franks*, Notice of Proposed Rulemaking, CC Docket No. 98-119, FCC 98-152, July 21, 1998.

Separate Statement, *1998 Biennial Regulatory Review Streamlining of Cable Television Services Part 76 Public File and Notice Requirements*, Notice of Proposed Rulemaking, CS Docket No. 98-132, FCC 98-159, July 20, 1998.

Concurring Statement, *Federal-State Joint Board on Universal Service*, CC Docket No. 96-45, Order and Order on Reconsideration, FCC 98-160, July 17, 1998.

Separate Statement, *1998 Biennial Regulatory Review -- Review of ARMIS Reporting Requirements*, Notice of Proposed Rulemaking, CC Docket No. 98-117, FCC 98-147, July 17, 1998.

Separate Statement, *1998 Biennial Regulatory Review -- Review of Accounts Settlement in the Maritime Mobile and Maritime Mobile-Satellite Radio Services and Withdrawal of the Commission as an Accounting Authority in the Maritime Mobile and the Maritime Mobile-Satellite Radio Services Except for Distress and Safety Communications*, Notice of Proposed Rulemaking, IB Docket No. 98-96, FCC 98-123, July 17, 1998.

Dissenting Statement, *C-TEC Corporation Resolution of Cable Programming Service Rate Complaints,* Order, FCC-98-132, July 15, 1998.

Separate Statement, Common Carrier Bureau Seeks Comment on Administration of Federal Universal Service Support Mechanisms; CC Docket No. 96-45, Public Notice, DA 98-1336, July 15, 1998.

Separate Statement, *1998 Biennial Regulatory Review— Review of International Common Carrier Regulations*, Notice of Proposed Rulemaking, IB Docket No. 98-118, FCC 98-149, July 14, 1998.

Dissenting Statement, *TCI Communications, Inc. Final Resolution of Cable Programming Service Rate Complaints,* Order, FCC-98-125, July 9, 1998.

Dissenting Statement, *TCI Communications, Inc. Final Resolution of Cable Programming Service Rate Complaints,* Order, FCC-98-124, July 9, 1998.

Separate Statement, *Amendment of Rules Governing Procedures to be Followed when Formal Complaints are Filed against Common Carriers*, CC Docket No. 96-238, Second Report and Order, FCC 98-154, July 9, 1998.

*FCC Statements (Continued)*

Dissenting Statement, *Personal Communications Industry Association's Broadband Personal Communications Services Alliance's Petition for Forbearance For Broadband Personal Communications Services, Biennial Regulatory Review - Elimination or Streamlining of Unnecessary and Obsolete CMRS Regulations, Forbearance from Applying Provisions of the Communications Act to Wireless, Telecommunications Carriers, Further Forbearance from Title II Regulation for Certain Types of Commercial Mobile Radio Service Providers, GTE Petition for Reconsideration or Waiver of a Declaratory Ruling*, Memorandum Opinion and Order and Notice of Proposed Rulemaking, WT Docket No. 98-100, GN Docket No. 94-33, MSD-92-14, FCC 98-134, July 2, 1998.

Separate Statement of Chairman Kennard, Commissioner Ness, Commissioner Furchtgott-Roth, and Commissioner Powell, *Entertainment Connections, Inc. Motion for Declaratory Ruling,* Memorandum Opinion & Order, FCC-98-111, June 30, 1998.

Separate Statement, *Implementation of Section 11(c) of the Cable Television Consumer Protection and Competition Act of 1992, Horizontal Ownership Limits*, Second Memorandum Opinion and Order on Reconsideration and Further Notice of Proposed Rulemaking, MM Docket No. 92-264, FCC 98-138, June 26, 1998.

Joint Statement with Commissioner Michael Powell, *Political Editorial and Personal Attack Rules*, Gen. Docket No. 83-484, FCC 98-126, June 22, 1998.

Dissenting Statement, *Federal State Joint Board on Universal Service*, CC Docket No. 96-45, Fifth Order on Reconsideration and Fourth Report and Order, FCC 98-120, June 22, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Review of Accounting and Cost Allocation Requirements, United States Telephone Association Petition for Rule Making*, Notice of Proposed Rulemaking, FCC 98-108, June 17, 1998.

Press Statement, Third Quarter 1998 Universal Service Contribution Factors Revised and Approved, June 12, 1998.

Press Statement, Clarification/Reiteration of “Services” Eligible for Discounts to Schools and Libraries. June 11, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Streamlining of Technical Rules in Parts 73 and 74 of the Commission’s Rules*, Notice of Proposed Rule Making and Order, FCC 98-117, June 11, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Testing New Technology*, Notice of Inquiry, FCC 98-118, June 11, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Conducted Emissions Limits for Equipment Regulated Under Parts15 and 18 of the Commission’s Rules*, Notice of Inquiry, FCC 98-102. June 8, 1998.

Dissenting Statement, *Application of Nationwide Wireless Network Corporation for a Nationwide Authorization in the Narrowband Personal Communications Service*, Memorandum Opinion and Order, FCC 98-94, June 3, 1998.

Press Statement, Saluting AT&T. June 1, 1998.

Press Statement, Endorsement of the Decision of USAC to Appoint Cheryl Parrino as its First Chief Executive Officer. May 21, 1998.

Separate Statement, *Proposed Third Quarter 1998 Universal Service Contribution Factors Announced; Common Carrier Bureau Seeks Comment on Proposed Revisions of 1998 Collection Amounts for Schools and Libraries and Rural Health Care Universal Service Support Mechanisms*; CC Docket No. 96-45. Public Notice, DA 98-856, May 13, 1998.

Separate Statement, *Telephone Number Portability*, Third Report and Order, CC Docket No. 95-116, RM 8535, FCC 98-82, May 12, 1998.

Dissenting Statement, *Report in Response to Senate bill 1768 and Conference Report on HR 3579*, Report to Congress, FCC 98-85, May 8, 1998.

Separate Statement, *1998 Biennial Regulatory Review – "Annual Report of Cable Television System," Form 325, Filed Pursuant to Section 76.403 of the Commission's Rules*, Notice of Proposed Rule Making, FCC 98-79, April 30, 1998.

Separate Statement, *Application of Comsat Corporation Petition Pursuant to Section 10(c) of the Communications Act of 1934, as amended, for Forbearance from Dominant Carrier Regulation and for Reclassification as a Non-Dominant Carrier*, Order and Notice of Proposed Rulemaking, FCC 98-78, April 28, 1998.

Separate Statement, *1998 Biennial Regulatory Review-- Part 76 - Cable Television Service, Pleading and Complaint Rules*, Notice of Proposed Rule Making, FCC 98-68, April 22, 1998.

Separate Statement, *Implementation of Section 255 of the Telecommunications Act of 1996 – Access to Telecommunications Service, Telecommunications Equipment, and Customer Premises Equipment by Persons with Disabilitie*s, Notice of Proposed Rule Making, FCC 98-55, April 20, 1998.

Separate Statement, *Performance Measurements and Reporting Requirements for Operations Support Systems, Interconnection, and Operator Services and Directory Assistance*, CC Docket No. 98-56, Notice of Proposed Rulemaking, FCC 98-72, April 17, 1998.

Separate statement, *1998 Biennial Regulatory Review – Amendment of Parts 2, 25, and 68 of the Commission's Rules to Further Streamline the Equipment Authorization Process for Radio Frequency and Telephone Terminal Equipment and to Implement Mutual Recognition Agreements*, Notice of Proposed Rulemaking, FCC 98-58, April 16, 1998.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Report to Congress, CC Docket No. 96-45, FCC 98-67, April 10, 1998.

Separate Statement, *1998 Biennial Regulatory Review – Amendment of Part 18 of the Commission's Rules to Update Regulations for RF Lighting Devices*, Notice of Proposed Rule Making, FCC 98-53, April 9, 1998.

Separate Statement, 1*998 Biennial Regulatory Review – Streamlining of Mass Media Applications, Rules, and Processes*, Notice of Proposed Rule Making, FCC 98-57, April 3, 1998.

Separate Statement, *1997 Annual Access Tariff Filings*, Memorandum Opinion and Order on Reconsideration, CC Docket 97-149, FCC 98-52, March 31, 1998.

Dissenting Statement, *Toll Free Service Access Codes*, CC Docket No. 95-155, Fourth Report and Order and Memorandum Opinion and Order, FCC 98-48, March 31, 1998.

Statement, Second Quarter 1998 Universal Service Contribution Factors. March 20, 1998.

Separate Statement, *GTE Telephone Operating Companies, Release of Information Obtained During Joint Audit*, Memorandum Opinion and Order, AAD 98-26, FCC 98-34, March 18, 1998.

Concurring Statement, *Southwestern Bell Telephone Company, Tariff F.C.C. No. 73*, Memorandum Opinion and Order on Reconsideration, FCC 98-38, March 13, 1998.

Separate Statement, *1998 Biennial Regulatory Review: Review of the Commission's Broadcast Ownership Rules and Other Rules Adopted Pursuant to Section 202 of the Communications Act*, Notice of Inquiry, FCC 98-37, March 12, 1998.

Separate Statement, *Implementation of Section 551 of the Telecommunications Act of 1996: Video Programming Ratings*, CS Docket No. 97-55, Report and Order, FCC 98-35, March 12, 1998.

Separate Statement, *Proposed Second Quarter 1998 Universal Service Contribution Factors Announced in CC Docket No. 96-45*, Public Notice, DA 98-413, February 27, 1998.

Separate Statement, Approving in Part, Dissenting in Part, *Policies and Rules for the Direct Broadcast Service*, Notice of Proposed Rule Making, FCC 98-26, February 26, 1998.

Separate Statement, *Streamlining Broadcast EEO Rule and Policies, Vacating the EEO Forfeiture Policy Statement and Amending Section 1.80 of the Commission's Rules To Include EEO Forfeiture Guidelines*, Order and Policy Statement, FCC 98-19, February 25, 1998.

Separate Statement Dissenting in Part, *Advanced Television Systems and their Impact upon the Existing Television Broadcast Service,* Memorandum Opinion and Order on Reconsideration of the Sixth Report and Order, FCC 98-24, February 23, 1998.

Letter in Response to Representative John D. Dingell's Recent Inquiry Regarding Free Air Time. February 18, 1998.

Separate Statement Dissenting in Part, *Rule Making to Amend Parts 1, 2, 21, and 25 of the Commission's Rules to Redesignate the 27.5-29.5 GHz Frequency Band, to Reallocate the 29.5-30.0 GHz Frequency Band, To Establish Rules and Policies for Local Multipoint Distribution Service and for Fixed Satellite Services. Petitions for Further Reconsideration of the Denial of Applications for Waiver of the Commission's Common Carrier Point-to-Point Microwave Radio Service Rules*, Third Order on Reconsideration, FCC 98-15, February 11, 1998.

Separate Statement, *Cincinnati Bell Telephone Company, Southwestern Bell Telephone Company, and US WEST Communications, Inc., Prescription of Revised Depreciation Rates*, Memorandum Opinion and Order, FCC 98-11, January 30, 1998.

Separate Statement, *Computer III Further Remand Proceedings: Bell Operating Company Provision of Enhanced Services and 1998 Biennial Regulatory Review – Review of Computer III and ONA Safeguards and Requirements*, Further Notice of Proposed Rule Making, FCC 98- 8, January 30, 1998.

Separate Statement, *Annual Assessment of the Status of Competition in the Markets for the Delivery of Video Programming*, Fourth Annual Report, FCC 97-423, January 13, 1998.

Separate Statement, *Amendment of Part 1 of the Commission's Rules - Competitive Bidding Procedures Allocation of Spectrum Below5 GHz Transferred from Federal Government Use 4660-4685 MHz,* Third Report and Order and Second Further Notice of Proposed Rulemaking, FCC 97-413, December 31, 1997.

Dissenting Statement, *Federal-State Joint Board on Universal Service, Access Charge Reform, Price Cap Review for Local Exchange Carriers, Transport Rate Structure and Pricing, End User Common Line Charge*, Fourth Order on Reconsideration, December 30, 1997.

Separate Statement, *Application of BellSouth Corporation, et al. Pursuant to Section 271 of the Communications Act of 1934, as amended, To Provide In-Region, InterLATA Services In South Carolina*, Memorandum Opinion and Order, FCC 97-418, December 24, 1997.

Separate Statement, *Implementation of the Cable Television Consumer Protection and Competition Act of 1992 Petition for Rulemaking of Ameritech New Media, Inc. Regarding Development of Competition and Diversity in Video Programming Distribution and Carriage, Memorandum Opinion and Order and Notice of Proposed* Rulemaking, FCC 97-415, December 18, 1997.

Dissenting Statement, *Federal-State Joint Board on Universal Service*, Third Order on Reconsideration, FCC 97-411, December 16, 1997.

Concurring Statement, *Southwestern Bell Telephone Company, Tariff F.C.C. No. 73*, Order Concluding Investigation and Denying Application for Review, FCC 97-394, November 14, 1997.

Press Statement, Three Members of Permanent Staff Named. November 12, 1997.

Appendix B

Documents relied upon

**U.S. Code**

47 USC 151, 227, 253, 271, 503, 522, 531, 541, 1006, 1008, 1303, 1304, and 1501.

15 U.S.C. 6101, 6153

**Code of Federal Regulations**

47 CFR 1.80

47 CFR 54.1200

47 CFR 63.1200

47 CFR 64.1200

47 CFR.2309

47 CFR 69.152

47 CFR 64.2305

47 CFR 64.152

47 CFR 51.5

16 CFR 310

2020 version of CFR, Title 47, volume 3.

**U.S. Public Laws**

Communications Act of 1991, Public Law 102-243, STATUTE-105-Pg2394.pdf (govinfo.gov)

Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003, PL 108-187.

Do-Not-Call Implementation Act, Pub. L. 108-10.

**FCC Record and FCC Documents other than enforcement documents**

7 FCC Rcd 8751. See also FCC 92-443.

FCC, Eighth Annual Commercial Mobile Radio Services Competition Report, June 26, 2003, paragraph 145. FCC-03-150A1.pdf

FCC, 16th Mobile Competition Report, released March 21, 2013. FCC-13-34A1 (1).pdf

68 FR 44143. FCC 03-153. Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, Report and Order, CG Docket No. 02-278, released July 3, 2003.

71 FR 25977, May 3, 2006.

77 FR 34246, June 11, 2012.

Stop Unwanted Robocalls and Texts | Federal Communications Commission (fcc.gov).

Call Blocking Tools and Resources | Federal Communications Commission (fcc.gov).

Combating Spoofed Robocalls with Caller ID Authentication | Federal Communications Commission (fcc.gov).

The FCC's Push to Combat Robocalls & Spoofing | Federal Communications Commission.

Enforcement | Federal Communications Commission (fcc.gov).

Unwanted Communications: Robocalls, Caller ID Spoofing, and Do-Not-Call Registry | Federal Communications Commission (fcc.gov).

Telecommunications Consumers Division - Robocall (fcc.gov).

Telecommunications Consumers Division - Do Not Call (fcc.gov).

Telecommunications Consumers Division - Telephone Solicitation (fcc.gov).

Telecommunications Consumers Division - Unsolicited Faxes (fcc.gov).

Telecommunications Consumers Division - Other - TCPA (fcc.gov).

**FTC Documents**

Telemarketing Sales Rule, Final Rule, Federal Trade Commission, 68 Fed. Reg. 4580 Jan. 29, 2003. Federal Register :: Telemarketing Sales Rule.

National Do Not Call Registry,

**Court documents**

First Amended Class Action Complaint

312.1 Cell Phone Reimbursement – Perkins 4851-7499-4122

Deposition of Derek Pardon, September 11, 2020

**FCC Enforcement documents**

See Appendix C

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 8/3/23 | FCC Assesses Nearly $300M Forfeiture for Unlawful Robocalls \| Federal Communications Commission | 1 |
| 8/1/23 | FCC Issues Robocall Cease-and-Desist Letter to One Owl Telecom Inc. \| Federal Communications Commission | |
| 6/7/23 | DOC-394134A1.pdf (fcc.gov) | |
| 6/6/23 | FCC Assesses Over $5M Forfeiture for Unlawful Robocalls \| Federal Communications Commission | 1 |
| 2/15/23 | DOC-391103A1.pdf (fcc.gov) | |
| 1/24/23 | DOC-390811A1.pdf (fcc.gov) | |
| 1/24/23 | FCC Warns Providers About Robocalls from PhoneBurner and MV Realty \| Federal Communications Commission | |
| 1/11/23 | DOC-390624A1.pdf (fcc.gov) | |
| 1/11/23 | DOC-390625A1.pdf (fcc.gov) | |
| 12/23/22 | FCC Proposes Nearly $300M Fine Against Auto Warranty Scam Robocaller \| Federal Communications Commission | |
| 11/10/22 | FCC Issues Robocall Cease-and-Desist Letter to Urth Access \| Federal Communications Commission | |
| 7/14/22 | FCC Proposes $116M Robocall Fine for Toll-Free Traffic Pumping Scheme \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to Call Pipe \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to Fugle Telecom \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to Geist Telecom \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to Global Lynks \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to Mobi Telecom \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to South Dakota Telecom \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to SipKonnect \| Federal Communications Commission | |
| 7/7/22 | FCC Issues Robocall Cease-and-Desist Letter to Virtual Telecom \| Federal Communications Commission | |
| 3/22/22 | FCC Issues Robocall Cease-and-Desist Letter to Airespring \| Federal Communications Commission | |
| 3/22/22 | FCC Issues Robocall Cease-and-Desist Letter to Hello Hello Miami \| Federal Communications Commission | |
| 3/22/22 | https://www.fcc.gov/document/fcc-issues-robocall-cease-and-desist-letter-thinq | |
| 2/22/22 | FCC Proposes $45 Million Fine for Apparently Unlawful Robocalls \| Federal Communications Commission | |
| 2/10/22 | FCC Issues Robocall Cease-and-Desist Letter to Great Choice Telecom \| Federal Communications Commission | |
| 2/10/22 | FCC Issues Robocall Cease-and-Desist Letter to TCA Voip \| Federal Communications Commission | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 10/21/21 | FCC Issues Robocall Cease-and-Desist Letter to Duratel LLC \| Federal Communications Commission | |
| 10/21/21 | FCC Issues Robocall Cease-and-Desist Letter to Primo Dialler LLC \| Federal Communications Commission | |
| 10/21/21 | FCC Issues Robocall Cease-and-Desist Letter to PZ/Illum \| Federal Communications Commission | |
| 8/24/21 | Orders TOC by Paragraph.dot (fcc.gov) | |
| 5/18/21 | FCC Issues Robocall Cease-and-Desist Letter to VaultTel Solutions \| Federal Communications Commission | |
| 5/18/21 | FCC Issues Robocall Cease-and-Desist Letter to Prestige DR VoIP \| Federal Communications Commission | |
| 4/13/21 | FCC Issues Robocall Cease-and-Desist Letter to R Squared Telecom LLC \| Federal Communications Commission | |
| 4/13/21 | FCC Issues Robocall Cease-and-Desist Letter to Tellza \| Federal Communications Commission | |
| 3/18/21 | FCC Issues Robocall Cease-and-Desist Letter to IDT Corporation \| Federal Communications Commission | |
| 3/18/21 | FCC Issues Robocall Cease-and-Desist Letter to Stratics Networks \| Federal Communications Commission | |
| 3/18/21 | FCC Issues Robocall Cease-and-Desist Letter to Icon Global Services \| Federal Communications Commission | |
| 3/18/21 | FCC Issues Robocall Cease-and-Desist Letter to RSCom \| Federal Communications Commission | |
| 3/18/21 | FCC Issues Robocall Cease-and-Desist Letter to Third Rock Telecom \| Federal Communications Commission | |
| 3/18/21 | FCC Issues Robocall Cease-and-Desist Letter to Yodel Technologies \| Federal Communications Commission | |
| 3/18/21 | FCC Fines Telemarketer $225 Million for Spoofed Robocalls \| Federal Communications Commission | 1 |
| 1/14/21 | FCC Fines Robocaller Scott Rhodes Nearly $10M for Illegal Spoofing \| Federal Communications Commission | 1 |
| 11/19/20 | FCC Fines Telemarketer Nearly $10 Million for Spoofed Robocalls \| Federal Communications Commission | 1 |
| 10/28/20 | FCC Fines Arizona Telemarketer $37.5 Million for Spoofing Violations \| Federal Communications Commission | 1 |
| 6/10/20 | FCC Proposes Record $225 Million Fine for 1 Billion Spoofed Robocalls \| Federal Communications Commission | |
| 11/27/19 | D&D Global, Sciarra, Prerecorded Messages Citation \| Federal Communications Commission (fcc.gov) | |
| **12/21/18** | Citation issued to Emanuel Manny Hernandez regarding sending telemarketing text messages to numbers on the Do-Not-Call registry | |
| **9/26/18** | Citation & Order issued to Affordable Enterprises of Arizona, LLC. regarding apparent violation of National Do-Not-Call Rules | |
| **9/26/18** | FCC Fines Robocaller $82 Million for Illegally-Spoofed Calls \| Federal Communications Commission | 1 |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **5/10/18** | FCC Fines Massive Neighbor Spoofing Robocall Operation $120 Million \| Federal Communications Commission | 1 |
| **8/4/17** | Best Insurance Contracts, Inc., and Philip Roesel NAL \| Federal Communications Commission (fcc.gov) | |
| **7/26/17** | FCC Releases Robocall Platform Fine \| Federal Communications Commission | 1 |
| **6/2/17** | FCC Proposes $120M Fine On Robocaller For Illegal Spoofing \| Federal Communications Commission | |
| **1/13/17** | FCC Issues $25,000 Fine For Caller ID Spoofing \| Federal Communications Commission | 1 |
| **9/13/16** | FCC Issues Citation to Manasseh Jordan for Robocalls to Cell Phones \| Federal Communications Commission | |
| **8/2/16** | FCC To Fine Two Men $25,000 Each For Spoofing Caller ID \| Federal Communications Commission | |
| **5/12/15** | DOC-333875A1.pdf (fcc.gov) | |
| **5/4/15** | FCC Cites PoliticalRobocalls.com For Robocalls to Cell Phones \| Federal Communications Commission | |
| **5/4/15** | FCC Cites Phonevite For Robocalls to Cell Phones \| Federal Communications Commission | |
| **3/24/15** | Bureau Cites Robocaller for Failure to Respond to Inquiry \| Federal Communications Commission (fcc.gov) | |
| **5/19/14** | $7,500,000 Consent Decree with Sprint Corporation f/k/a Sprint Nextel Corporation regarding Sprint's compliance with the Company-Specific Do-Not-Call rules | |
| **5/8/14** | FCC to Fine Online Co. $2.9M for Political Robocalls to Cell Phones \| Federal Communications Commission | |
| **3/15/13** | Microsoft Word - 129189 (fcc.gov) | |
| **11/18/11** | Citation issued to PCS, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **11/17/11** | Citation issued to Resort Marketing Group regarding apparent violation of National Do-Not-Call Rules | |
| **11/10/11** | Citation issued to CDS Marketing regarding apparent violation of National Do-Not-Call Rules | |
| **10/21/11** | $400,000 Consent Decree with Sprint Nextel Corporation regarding Sprint's compliance with the Company-Specific Do-Not-Call rules | |
| **2/15/11** | Citation issued to Adobe Air regarding apparent violation of National Do-Not-Call Rules | |
| **10/20/10** | Citation issued to Savantius, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/20/10** | Citation issued to Global Management Advertising LLC regarding apparent violation of National Do-Not-Call Rules | |
| **6/29/10** | $20,000 forfeiture against AZ Prime One Mortgage Corporation regarding violation of the National Do-Not-Call Rules | 2 |
| **11/5/09** | Citation issued to SVM, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **10/1/09** | Citation issued to GlobalReach International Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **8/31/09** | Citation issued to Vic's Mowing & Plumbing regarding apparent violation of National Do-Not-Call Rules | |
| **8/31/09** | Citation issued to Blackstone Lending Group aka 1st Columbia Bank regarding apparent violation of National Do-Not-Call Rules | |
| **8/18/09** | Citation issued to Commerce Planet, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **7/16/09** | Citation issued to Service Experts regarding apparent violation of National Do-Not-Call Rules | |
| **7/13/09** | Citation issued to Alaskan Quality Services regarding apparent violation of National Do-Not-Call Rules | |
| **7/1/09** | Citation issued to Maine Window & Sunroom, Inc. aka True North Home Systems regarding apparent violation of National Do-Not-Call Rules | |
| **7/1/09** | Citation issued to G&C Carpet & Upholstery regarding apparent violation of National Do-Not-Call Rules | |
| **7/1/09** | Citation issued to CIN Productions regarding apparent violation of National Do-Not-Call Rules | |
| **7/1/09** | Citation issued to JMG Distribution aka Kirby Vacuums dba CT Kirby regarding apparent violation of National Do-Not-Call Rules | |
| **6/22/09** | Citation issued to Gold Crown Property Management regarding apparent violation of National Do-Not-Call Rules | |
| **6/22/09** | Citation issued to First Chiropractic regarding apparent violation of National Do-Not-Call Rules | |
| **6/22/09** | Citation issued to Adobe Carpet Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| **6/22/09** | Citation issued to Desert Valley Aire regarding apparent violation of National Do-Not-Call Rules | |
| **6/19/09** | Citation issued to Kids First aka Family Feature Film regarding apparent violation of National Do-Not-Call Rules | |
| **6/19/09** | Citation issued to Atleads, LLC aka Elect Group regarding apparent violation of National Do-Not-Call Rules | |
| **6/16/09** | $10,000 Forfeiture against AZ Prime One Mortgage Corporation regarding violation of the National Do-Not-Call Rules | 1 |
| **6/15/09** | Citation issued to Kevis Rejuvenation regarding apparent violation of National Do-Not-Call Rules | |
| **6/15/09** | Citation issued to Alliance Data Systems regarding apparent violation of National Do-Not-Call Rules | |
| **6/5/09** | Citation issued to Stain Masters regarding apparent violation of National Do-Not-Call Rules | |
| **6/5/09** | Citation issued to Gulf Coast Window Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| **6/5/09** | Citation issued to Vinyl Window Broker, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **6/5/09** | Citation issued to Green Country Exteriors regarding apparent violation of National Do-Not-Call Rules | |
| **6/2/09** | Citation issued to Healstone Investment Real Estate, Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **5/20/09** | Citation issued to Deborah Deiss dba Your Personal Assistant regarding apparent violation of National Do-Not-Call Rules | |
| **5/20/09** | Citation issued to Health Center, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/13/09** | Citation issued to Classic Chevrolet regarding apparent violation of National Do-Not-Call Rules | |
| **5/8/09** | Citation issued to NBTB Travel dba NBTB, Inc. aka Nobody But The Best regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/09** | Citation issued to First National Lending Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/09** | Citation issued to B&J Resort/Worldnet regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/09** | Citation issued to Direct Mortgage Exchange regarding apparent violation of National Do-Not-Call Rules | |
| **4/30/09** | Citation issued to TruGreen Chemlawn regarding apparent violation of National Do-Not-Call Rules | |
| **4/22/09** | Citation issued to Planet Travel regarding apparent violation of National Do-Not-Call Rules | |
| **4/22/09** | Citation issued to C&M Chevrolet & Geo regarding apparent violation of National Do-Not-Call Rules | |
| **4/22/09** | Citation issued to San Diego Door & Window Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **4/21/09** | Citation issued to Coldstream Financial Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **4/21/09** | Citation issued to Health Solutions & Associates, Inc. aka Health Florida regarding apparent violation of National Do-Not-Call Rules | |
| **4/17/09** | Citation issued to Media Synergy Group regarding apparent violation of National Do-Not-Call Rules | |
| **4/15/09** | Citation issued to Cool Air regarding apparent violation of National Do-Not-Call Rules | |
| **4/10/09** | Citation issued to E Marketing Services, Inc. aka EMS regarding apparent violation of National Do-Not-Call Rules | |
| **4/7/09** | Citation issued to First National Lending Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **4/7/09** | Citation issued to B&J Resort/Worldnet regarding apparent violation of National Do-Not-Call Rules | |
| **4/7/09** | Citation issued to Direct Mortgage Exchange regarding apparent violation of National Do-Not-Call Rules | |
| **4/6/09** | Citation issued to Energy Exteriors regarding apparent violation of National Do-Not-Call Rules | |
| **4/6/09** | Citation issued to Atlantic Water Products regarding apparent violation of National Do-Not-Call Rules | |
| **4/2/09** | Citation issued to Investor's Business Daily, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **4/1/09** | Citation issued to The Firm - Loans, Insurance & Investments regarding apparent violation of National Do-Not-Call Rules | |



Confidential

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 4/1/09 | Citation issued to Mohammed Kendesi aka Kendesi Club, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 4/1/09 | Citation issued to Turn Key Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 4/1/09 | Citation issued to Prime Time Window Cleaning Company regarding apparent violation of National Do-Not-Call Rules | |
| 3/26/09 | Citation issued to No Fuss Rental aka Ultimate Pedals regarding apparent violation of National Do-Not-Call Rules | |
| 3/25/09 | Citation issued to Studentcity.com regarding apparent violation of National Do-Not-Call Rules | |
| 3/25/09 | Citation issued to LeadTech, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 3/23/09 | Citation issued to All Natural Carpet Cleaning aka All Natural Cleaning Services regarding apparent violation of National Do-Not-Call Rules | |
| 3/23/09 | Citation issued to Assurance Services regarding apparent violation of National Do-Not-Call Rules | |
| 3/20/09 | Citation issued to Hagler Enterprises, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 3/6/09 | Citation issued to Mac One Group (Travel) regarding apparent violation of National Do-Not-Call Rules | |
| 3/6/09 | Citation issued to CSTR Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 2/18/09 | Citation issued to Imperial Finance regarding apparent violation of National Do-Not-Call Rules | |
| 2/11/09 | Citation issued to Better Business Travel regarding apparent violation of National Do-Not-Call Rules | |
| 2/11/09 | Citation issued to Rose Call Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 2/5/09 | Citation issued to Home Care Remodeling, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 2/2/09 | Citation issued to Omni Financial Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 1/29/09 | Citation issued to Global Time Share Solutions, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 1/23/09 | Citation issued to Federated Payment Systems, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 1/14/09 | Citation issued to All State Products, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 1/14/09 | Citation issued to Market Probe aka Market Horizons regarding apparent violation of National Do-Not-Call Rules | |
| 1/14/09 | Citation issued to Fremont Weed Limited Partnership dba Hogs & Honeys regarding apparent violation of National Do-Not-Call Rules | |
| 1/14/09 | Citation issued to Spyglass Equity Systems regarding apparent violation of National Do-Not-Call Rules | |
| 1/14/09 | Citation issued to DRG Telemarketing regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
| --- | --- | --- |
| 12/29/08 | Citation issued to Citibank aka CitiCards regarding apparent violation of National Do-Not-Call Rules | |
| 12/29/08 | Citation issued to Equity Exterior, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 12/23/08 | Citation issued to Bank One Services Corporation aka First USA Bank One regarding apparent violation of National Do-Not-Call Rules | |
| 12/9/08 | Citation issued to Choice Exploration, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 12/3/08 | Citation issued to Cleaning Experts regarding apparent violation of National Do-Not-Call Rules | |
| 11/25/08 | Citation issued to Reliable Telecard Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 11/25/08 | Citation issued to Reliable Telecard Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 11/21/08 | Citation issued to All Pro Chimney regarding apparent violation of National Do-Not-Call Rules | |
| 11/21/08 | Citation issued to All Pro Chimney regarding apparent violation of National Do-Not-Call Rules | |
| 11/13/08 | Citation issued to Debt Relief Systems, Inc. dba Debt Sytems Relief, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 11/10/08 | Citation issued to A.I. Construction West Florida, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 11/4/08 | Citation issued to Spirit Capitol Group, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/30/08 | Citation issued to Integrity Title Agency, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/30/08 | Citation issued to Integrity Title Agency, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/28/08 | Citation issued to Rockwell Capital Corporation dba Rockwell Financial Group, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/28/08 | Citation issued to Aduddell Group Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 10/28/08 | Citation issued to Rockwell Capital Corporation dba Rockwell Financial Group, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/28/08 | Citation issued to Aduddell Group Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 10/23/08 | Citation issued to Pro Tech Inspection regarding apparent violation of National Do-Not-Call Rules | |
| 10/23/08 | Citation issued to Admiral Air Conditioning regarding apparent violation of National Do-Not-Call Rules | |
| 10/23/08 | Citation issued to GMS, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 10/23/08 | Citation issued to Pro Tech Inspection regarding apparent violation of National Do-Not-Call Rules | |
| 10/16/08 | Citation issued to Dri-Rite Carpet Cleaning regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **10/16/08** | Citation issued to Future Energy Corporation, dba Energy Savers regarding apparent violation of National Do-Not-Call Rules | |
| **10/16/08** | Citation issued to Dri-Rite Carpet Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| **10/16/08** | Citation issued to Future Energy Corporation, dba Energy Savers regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Physician Practice Network aka Practicelink regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Kensington Clock & Watch Repair aka Kensington Clock Repair regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to CNF Enterprises, Inc. dba D & L Distributing regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Centurion Stone regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Timeshare Travels, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Consumer Sales Solutions, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Golden Gate Opera regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Physician Practice Network aka Practicelink regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Kensington Clock & Watch Repair aka Kensington Clock Repair regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to CNF Enterprises, Inc. dba D & L Distributing regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Centurion Stone regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Consumer Sales Solutions, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/9/08** | Citation issued to Golden Gate Opera regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to AGR Group regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to Qayyum, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to Fiber Clean, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to A. Arnold of Texas LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to AGR Group regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to Qayyum, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **10/8/08** | Citation issued to Fiber Clean, Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **10/8/08** | Citation issued to A. Arnold of Texas LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/7/08** | Citation issued to Farmers Insurance of Dublin regarding apparent violation of National Do-Not-Call Rules | |
| **10/7/08** | Citation issued to Business Timeshares By Owner of Daytona Beach regarding apparent violation of National Do-Not-Call Rules | |
| **10/7/08** | Citation issued to Commonwealth Energy Systems, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/7/08** | Citation issued to Farmers Insurance of Dublin regarding apparent violation of National Do-Not-Call Rules | |
| **10/7/08** | Citation issued to Business Timeshares By Owner of Daytona Beach regarding apparent violation of National Do-Not-Call Rules | |
| **10/7/08** | Citation issued to Commonwealth Energy Systems, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **10/2/08** | Citation issued to Clear Creek Consulting regarding apparent violation of National Do-Not-Call Rules | |
| **10/2/08** | Citation issued to Clear Creek Consulting regarding apparent violation of National Do-Not-Call Rules | |
| **10/2/08** | Citation issued to Anne Cristaldi Realtor regarding apparent violation of National Do-Not-Call Rules | |
| **10/2/08** | Citation issued to Four Seasons Home Improvement Co. regarding apparent violation of National Do-Not-Call Rules | |
| **10/2/08** | Citation issued to Blue Fish Commodities, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **10/2/08** | Citation issued to Northeast Funding Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **10/1/08** | Citation issued to Champion Carpet Cleaners regarding apparent violation of National Do-Not-Call Rules | |
| **9/30/08** | Citation issued to Royale Crown Construction regarding apparent violation of National Do-Not-Call Rules | |
| **9/30/08** | Citation issued to West Park Direct regarding apparent violation of National Do-Not-Call Rules | |
| **9/30/08** | Citation issued to Good Faith Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| **9/29/08** | Citation issued to Fenton Motors of El Dorado, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **9/26/08** | Citation issued to Barber Coins and Collectibles regarding apparent violation of National Do-Not-Call Rules | |
| **9/26/08** | Citation issued to Barber Coins and Collectibles regarding apparent violation of National Do-Not-Call Rules | |
| **9/26/08** | $10,000 Forfeiture proposed against Timeshare Register regarding violation of National Do-Not-Call Rules | |
| **9/25/08** | Citation issued to Health Benefits Direct Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **9/25/08** | Citation issued to Health Benefits Direct Corporation regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 9/25/08 | Citation issued to Aqua Clear Systems regarding apparent violation of National Do-Not-Call Rules | |
| 9/23/08 | Citation issued to Leisure Lawn, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/23/08 | Citation issued to Terry L. Caudle regarding apparent violation of National Do-Not-Call Rules | |
| 9/23/08 | Citation issued to Leisure Lawn, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/23/08 | Citation issued to Terry L. Caudle regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/08 | Citation issued to U.S. Bancorp dba U.S. Bancorp Insurance Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/08 | Citation issued to U.S. Bancorp dba U.S. Bancorp Insurance Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/08 | Citation issued to Premier Termite & Pest Control regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/08 | Citation issued to Capital Direct Lending Corporation dba I Capital Direct regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/08 | Citation issued to Vulcan Waterproofing regarding apparent violation of National Do-Not-Call Rules | |
| 9/15/08 | Citation issued to Remax Commercial & Investment Realty regarding apparent violation of National Do-Not-Call Rules | |
| 9/11/08 | Citation issued to Home Center regarding apparent violation of National Do-Not-Call Rules | |
| 9/5/08 | Citation issued to A/C Super Center, LLC dba Expert Techs Air Conditioning & Heating regarding apparent violation of National Do-Not-Call Rules | |
| 9/4/08 | Citation issued to Southern California Construction Consultants aka S CA Construction Consultants regarding apparent violation of National Do-Not-Call Rules | |
| 9/4/08 | Citation issued to Southern California Construction Consultants aka S CA Construction Consultants regarding apparent violation of National Do-Not-Call Rules | |
| 9/4/08 | Citation issued to Cinamour Entertainment, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 9/3/08 | Citation issued to On Assignment, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/3/08 | Citation issued to On Assignment, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/3/08 | Citation issued to Omnis Student Loans regarding apparent violation of National Do-Not-Call Rules | |
| 9/3/08 | Citation issued to Anit-Phone Gurad regarding apparent violation of National Do-Not-Call Rules | |
| 9/2/08 | Citation issued to The Restart Room dba Restart Solutions, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/2/08 | Citation issued to The Restart Room dba Restart Solutions, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/2/08 | Citation issued to Southland, aka Univ. of Phoenix, aka Apollo Group, Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 9/2/08 | Citation issued to Clearview Construction regarding apparent violation of National Do-Not-Call Rules | |
| 9/2/08 | Citation issued to Vitana Financial Group, Inc., dba Direct Satellite Network Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 8/29/08 | Citation issued to University Prep Center regarding apparent violation of National Do-Not-Call Rules | |
| 8/29/08 | Citation issued to Chim Chimney Sweep aka J.N. Chim Chimney Sweep Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 8/29/08 | Citation issued to Cryptosage, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/28/08 | Citation issued to Superior Mortgage Company regarding apparent violation of National Do-Not-Call Rules | |
| 8/27/08 | Citation issued to Chartered Marketing Services, Inc. aka Intersections, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/27/08 | Citation issued to Chartered Marketing Services, Inc. aka Intersections, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/25/08 | Citation issued to Compucredit Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 8/21/08 | Citation issued to Energy Wise Home Improvement Systems regarding apparent violation of National Do-Not-Call Rules | |
| 8/21/08 | Citation issued to Energy Wise Home Improvement Systems regarding apparent violation of National Do-Not-Call Rules | |
| 8/21/08 | Citation issued to Sunland Property Group, LLC aka Sunland Property regarding apparent violation of National Do-Not-Call Rules | |
| 8/21/08 | Citation issued to Ideal Mortgage Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 8/19/08 | Citation issued to 1st Choice Home Improvements regarding apparent violation of National Do-Not-Call Rules | |
| 8/19/08 | Citation issued to 1st Choice Home Improvements regarding apparent violation of National Do-Not-Call Rules | |
| 8/19/08 | Citation issued to Masters Green, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/18/08 | Citation issued to Intersections, Inc. dba Chartered Marketing Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/18/08 | Citation issued to Intersections, Inc. dba Chartered Marketing Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/18/08 | Citation issued to Secured Financial Lending, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 8/18/08 | Citation issued to CT Heating & Maintenance Services regarding apparent violation of National Do-Not-Call Rules | |
| 8/15/08 | Citation issued to Logan Equipment Group regarding apparent violation of National Do-Not-Call Rules | |
| 8/15/08 | Citation issued to Collegiate Carpet Service regarding apparent violation of National Do-Not-Call Rules | |
| 8/14/08 | Citation issued to Strategic Marketing Enterprise regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **8/14/08** | Citation issued to Twin City Home Remodeling regarding apparent violation of National Do-Not-Call Rules | |
| **8/14/08** | Citation issued to Strategic Marketing Enterprise regarding apparent violation of National Do-Not-Call Rules | |
| **8/14/08** | Citation issued to Twin City Home Remodeling regarding apparent violation of National Do-Not-Call Rules | |
| **8/14/08** | Citation issued to Easy Mortgage, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **8/14/08** | Citation issued to Tropical Travel Marketing regarding apparent violation of National Do-Not-Call Rules | |
| **8/14/08** | Citation issued to Arizona Estate Services regarding apparent violation of National Do-Not-Call Rules | |
| **8/14/08** | Citation issued to ECOMMERCE, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **8/13/08** | Citation issued to Oasis Wealth Management, LLC aka Oasis Asset Planning, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **8/11/08** | Citation issued to Mortgage Line Financial Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **8/11/08** | Citation issued to The Carmon Group aka The Carmoon Group regarding apparent violation of National Do-Not-Call Rules | |
| **8/7/08** | Citation issued to Simply The Best Cooling dba Simply The Best Heating & Cooling, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **8/7/08** | Citation issued to Simply The Best Cooling dba Simply The Best Heating & Cooling, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **8/7/08** | Citation issued to ADK Marketing, aka ADK, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **8/7/08** | Citation issued to Fitness World West regarding apparent violation of National Do-Not-Call Rules | |
| **8/6/08** | Citation issued to Total Emedical, Inc., aka Total e-Medical regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to Guitar Center regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to Chimney Sweep regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to Contractors Temporary Employment Service regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to Interstate Gutter Cleaning aka Interstate Gutter Cleaning Protektiv Services regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to Practice Builders, Inc. aka Patient Builders, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to California Mobile Home Services regarding apparent violation of National Do-Not-Call Rules | |
| **8/4/08** | Citation issued to Rescom Mortgage, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **7/31/08** | Citation issued to Custom View Windows & Doors regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 7/16/08 | Citation issued to Integrity Financial Services, Inc. aka IFS Marketing Group regarding apparent violation of National Do-Not-Call Rules | |
| 7/1/08 | Citation issued to Moreno Valley Pontiac GMC, Buick regarding apparent violation of National Do-Not-Call Rules | |
| 6/30/08 | Citation issued to Cannon Remodeling regarding apparent violation of National Do-Not-Call Rules | |
| 6/30/08 | Citation issued to SBA Capital Funding aka The Butler Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 6/26/08 | Citation issued to Construction Concern, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 6/24/08 | Citation issued to Higher Response Marketing, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 6/17/08 | Citation issued to Wachovia - Golden West aka Wachovia Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 6/17/08 | Citation issued to Wachovia - Golden West aka Wachovia Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 6/17/08 | Citation issued to Hobson Air Conditioning & Heating regarding apparent violation of National Do-Not-Call Rules | |
| 6/12/08 | Citation issued to Appointments4You.com aka Rogers Management Group, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 6/11/08 | Citation issued to Nevada State Corporate Network, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 6/11/08 | $20,000 Forfeiture proposed against Timeshare Register regarding violation of National Do-Not-Call Rules | |
| 6/5/08 | Citation issued to Refi-Pal dba American Mortgage Group aka Coactive Financial Corp regarding apparent violation of National Do-Not-Call Rules | |
| 6/4/08 | Citation issued to Total Solutions Group regarding apparent violation of National Do-Not-Call Rules | |
| 5/29/08 | Citation issued to Countrywide Home Loans regarding apparent violation of National Do-Not-Call Rules | |
| 5/29/08 | Citation issued to Countrywide Home Loans regarding apparent violation of National Do-Not-Call Rules | |
| 5/29/08 | Citation issued to BCU Roofing regarding apparent violation of National Do-Not-Call Rules | |
| 5/29/08 | Citation issued to Home Saving Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 5/27/08 | Citation issued to Tri-State Mortgage Consultants, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 5/27/08 | Citation issued to Elite Exteriors, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 5/27/08 | Citation issued to All Seasons Company, Inc. aka All Seasons, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 5/27/08 | Citation issued to T-Bar Resources, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 5/27/08 | Citation issued to Nasca & Company, Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **5/27/08** | Citation issued to Union Federal Mortgage Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **5/23/08** | Citation issued to ALG Capital regarding apparent violation of National Do-Not-Call Rules | |
| **5/23/08** | Citation issued to Capital Business Services aka JNOM, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/13/08** | Citation issued to Redwood Financial, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/13/08** | Citation issued to First Fidelity Mortgage Group, Ltd. regarding apparent violation of National Do-Not-Call Rules | |
| **5/13/08** | Citation issued to Redwood Financial, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/12/08** | Citation issued to Global Contact Services regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to Bristol Windows, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to Senior Advocate Insurance & Financial Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to John Rivera regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to Bristol Windows, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to Senior Advocate Insurance & Financial Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to John Rivera regarding apparent violation of National Do-Not-Call Rules | |
| **5/9/08** | Citation issued to West Interactive Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **5/8/08** | Citation issued to RX Limited regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/08** | Citation issued to Crown Financial Advisory, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/08** | Citation issued to Crown Financial Advisory, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/6/08** | Citation issued to Premier Wholesale Funding regarding apparent violation of National Do-Not-Call Rules | |
| **5/6/08** | Citation issued to MaeSouth.Com regarding apparent violation of National Do-Not-Call Rules | |
| **5/6/08** | Citation issued to Premier Wholesale Funding regarding apparent violation of National Do-Not-Call Rules | |
| **5/5/08** | Citation issued to Construction aka United Builders & Design, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/5/08** | Citation issued to Hobson Air Conditioning & Heating regarding apparent violation of National Do-Not-Call Rules | |
| **5/5/08** | Citation issued to Intero Real Estate/DRES, LLC regarding apparent violation of National Do-Not-Call Rules | |



Confidential

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 5/2/08 | Citation issued to American Call Center Service, Inc. aka AMCCS, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 5/2/08 | $20,000 Forfeiture proposed against AZ Prime One Mortgage Corporation regarding violation of National Do-Not-Call Rules | |
| 5/1/08 | Citation issued to All American Alarms aka ALOL American Alarms regarding apparent violation of National Do-Not-Call Rules | |
| 5/1/08 | Citation issued to CPA Marketing, LLC dba Choose the Degree regarding apparent violation of National Do-Not-Call Rules | |
| 5/1/08 | Citation issued to Worldwidesavers.com regarding apparent violation of National Do-Not-Call Rules | |
| 4/28/08 | Citation issued to D & W Your Heating and Air Conditioning Specialists regarding apparent violation of National Do-Not-Call Rules | |
| 4/25/08 | Citation issued to Northeast Funding Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 4/24/08 | Citation issued to Noon Lawn and Landscape Company regarding apparent violation of National Do-Not-Call Rules | |
| 4/24/08 | Citation issued to OZ Fitness Club regarding apparent violation of National Do-Not-Call Rules | |
| 4/24/08 | Citation issued to American Pacesetters Enterprises, L.L.C. regarding apparent violation of National Do-Not-Call Rules | |
| 4/24/08 | Citation issued to Legacy Entertainment, LLC dba Mantra Entertainment regarding apparent violation of National Do-Not-Call Rules | |
| 4/21/08 | Citation issued to Sierra Air Conditioning and Heating dba Sierra International regarding apparent violation of National Do-Not-Call Rules | |
| 4/21/08 | Citation issued to Freedom Air Conditioning, Plumbing, and Heating regarding apparent violation of National Do-Not-Call Rules | |
| 4/21/08 | Citation issued to Protection Source regarding apparent violation of National Do-Not-Call Rules | |
| 4/11/08 | Citation issued to Feature Films For Families regarding apparent violation of National Do-Not-Call Rules | |
| 4/10/08 | Citation issued to Efinancial, LLC. regarding apparent violation of National Do-Not-Call Rules | |
| 4/9/08 | Citation issued to National heating AC and Plumbing regarding apparent violation of National Do-Not-Call Rules | |
| 4/9/08 | Citation issued to Infinity Financial Consumer Services regarding apparent violation of National Do-Not-Call Rules | |
| 4/3/08 | Citation issued to CY Construction Company regarding apparent violation of National Do-Not-Call Rules | |
| 4/3/08 | Citation issued to Turn Key Solutions, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 4/3/08 | Citation issued to Superior Dectection Systems regarding apparent violation of National Do-Not-Call Rules | |
| 4/2/08 | Citation issued to Galkos Construction, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 3/27/08 | Citation issued to C & J Consulting regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 3/26/08 | Citation issued to Pathway Financial, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 3/25/08 | Citation issued to Southern Green Lawn Care regarding apparent violation of National Do-Not-Call Rules | |
| 3/25/08 | Citation issued to Goldman G M & Assocs. regarding apparent violation of National Do-Not-Call Rules | |
| 3/20/08 | Citation issued to FBK Products LLC regarding apparent violation of National Do-Not-Call Rules | |
| 3/17/08 | Citation issued to Energy Designer Homes Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 3/13/08 | Citation issued to Detroit II Automobiles/Auto Liquidation Center regarding apparent violation of National Do-Not-Call Rules | |
| 3/10/08 | Citation issued to Ready Tool Company regarding apparent violation of National Do-Not-Call Rules | |
| 3/5/08 | Citation issued to Transcoastal Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 2/27/08 | Citation issued to Convergys Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 2/19/08 | Citation issued to The Summit Group of Utah, LLC dba The Success Team regarding apparent violation of National Do-Not-Call Rules | |
| 2/15/08 | $10,000 Forfeiture proposed against AZ Prime One Mortgage Corporation regarding violation of National Do-Not-Call Rules | |
| 2/4/08 | Citation issued to Nelnet Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 1/21/08 | Citation issued to Reader's Choice regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to Accurate Telemessage Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to EverDry Waterproofing regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to Trion Properties IV, LLC aka Wilshire Equity Funding Group, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to State Farm Insurance - Frank Fraulo Agency regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to Pro-Buy Equities Corporation aka Primary Funding Group regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to Patrick J. Foran aka Patk J. Foran regarding apparent violation of National Do-Not-Call Rules | |
| 12/28/07 | Citation issued to Autumn Air Heating & Cooling regarding apparent violation of National Do-Not-Call Rules | |
| 12/27/07 | Citation issued to Korners, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 12/26/07 | Citation issued to Allstate Funding Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 12/21/07 | Citation issued to T-Bar Resources, LLC regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 12/21/07 | Citation issued to Pro Buy Equities dba Primary Funding Group regarding apparent violation of National Do-Not-Call Rules | |
| 12/20/07 | Citation issued to Jemstar Builders, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 12/19/07 | Citation issued to West Interactive Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 12/14/07 | Citation issued to Fidelity National Mortgage Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 12/12/07 | Citation issued to Redwood Financial, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 12/11/07 | Citation issued to First National Warranty, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 12/10/07 | Citation issued to Quality Heating & Air Conditioning Company regarding apparent violation of National Do-Not-Call Rules | |
| 12/10/07 | Citation issued to JMS Enterprises, Inc. of Largo regarding apparent violation of National Do-Not-Call Rules | |
| 12/7/07 | Citation issued to Global Wholesale Lending regarding apparent violation of National Do-Not-Call Rules | |
| 12/6/07 | Citation issued to LPR Capital Corporation aka LPR Capitol Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 12/6/07 | Citation issued to Happy Lawn Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 12/5/07 | Citation issued to Jonathan Miller regarding apparent violation of National Do-Not-Call Rules | |
| 12/3/07 | Citation issued to Maritz, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 12/3/07 | Citation issued to Advanced Physicians Group regarding apparent violation of National Do-Not-Call Rules | |
| 11/19/07 | $20,000 Forfeiture proposed against See Through Windows & Doors LLC regarding violation of National Do-Not-Call Rules | |
| 11/16/07 | Citation issued to Publishers Direct Service regarding apparent violation of National Do-Not-Call Rules | |
| 11/15/07 | Citation issued to Erie Construction Mid - West, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 11/14/07 | Citation issued to Yesco LLC aka Selig Construction regarding apparent violation of National Do-Not-Call Rules | |
| 11/14/07 | Citation issued to Barbara Kiefer regarding apparent violation of National Do-Not-Call Rules | |
| 11/13/07 | Citation issued to Jose L. Ramirez regarding apparent violation of National Do-Not-Call Rules | |
| 11/13/07 | Citation issued to Certified Maintenance Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 11/9/07 | $500,000 Consent Decree with NOS Communications, Inc. concerning National Do-Not-Call Registry rules and requirements | |
| 11/7/07 | Citation issued to American Student Loan Corporation regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 10/30/07 | Citation issued to JDK Services, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/11/07 | Citation issued to Let's Talk Heatlh, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 10/11/07 | Citation issued to Prime One Mortgage Corporation regarding apparent violation of National Do-Not-Call Rules | |
| 10/4/07 | Citation issued to Fidelity Borrowing, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 9/28/07 | Citation issued to Midwest Outdoor Resorts, Inc. aka Rushmore Shadows Resort regarding apparent violation of National Do-Not-Call Rules | |
| 9/28/07 | Citation issued to M & T Holdings LLC dba Premiere Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 9/27/07 | Citation issued to ICT Group, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/27/07 | Citation issued to Best Carpet Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| 9/20/07 | Citation issued to The Hot Lead Company LLC aka My Hot Leads LLC regarding apparent violation of National Do-Not-Call Rules | |
| 9/20/07 | Citation issued to Freedom Air Conditioning, Plumbing, & Heating, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/07 | Citation issued to Davis Painting and Texture Coating dba Davis Home Improvements, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/19/07 | Citation issued to Professional Medical Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 9/18/07 | Citation issued to Supreme Air Systems, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/18/07 | Citation issued to Dial America regarding apparent violation of National Do-Not-Call Rules | |
| 9/18/07 | Citation issued to Trendwest Resorts, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/18/07 | Citation issued to Financial Strategies regarding apparent violation of National Do-Not-Call Rules | |
| 9/13/07 | Citation issued to Mack Diamond Energy, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/12/07 | Citation issued to Merck & Co. Inc., dba Telerx Marketing, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 9/5/07 | Citation issued to Darren Perna regarding apparent violation of National Do-Not-Call Rules | |
| 9/4/07 | Citation issued to World Marketing Alliance dba Prime Time Window regarding apparent violation of National Do-Not-Call Rules | |
| 9/4/07 | Citation issued to Elite Mortgage & Real Estate regarding apparent violation of National Do-Not-Call Rules | |
| 8/28/07 | Citation issued to Adobe Carpet Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| 8/24/07 | Citation issued to Gutter Helmet Of Michigan regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **8/23/07** | Citation issued to Body Awareness, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **8/23/07** | Citation issued to Landmark Merchant Solutions regarding apparent violation of National Do-Not-Call Rules | |
| **8/23/07** | Citation issued to 4 ThisHouse.com regarding apparent violation of National Do-Not-Call Rules | |
| **8/21/07** | Citation issued to Windows Unlimited regarding apparent violation of National Do-Not-Call Rules | |
| **8/21/07** | Citation issued to Summit Financial regarding apparent violation of National Do-Not-Call Rules | |
| **8/21/07** | Citation issued to Paramount Capital regarding apparent violation of National Do-Not-Call Rules | |
| **8/21/07** | Citation issued to Mass Exteriors, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **8/21/07** | Citation issued to Expedia Home Loans regarding apparent violation of National Do-Not-Call Rules | |
| **8/21/07** | Citation issued to Equity Mortgage Funding, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **7/20/07** | Citation issued to Armor Guard Painting and Coating regarding apparent violation of National Do-Not-Call Rules | |
| **7/20/07** | Citation issued to Sunrise Service Association regarding apparent violation of National Do-Not-Call Rules | |
| **7/20/07** | Citation issued to Pacific Coast Carpet Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| **7/20/07** | Citation issued to DCG Home Loans, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to Strategia Marketing, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to Vacation Tours & Travel, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to Kirby Vacuum Company regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to White Glove Duct Cleaning regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to Spotless Carpet Care regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to RL Remodeling, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to Mantra Entertainment regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to John Shields regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to Daniel Hawker dba Anything Goes Hauling Service regarding apparent violation of National Do-Not-Call Rules | |
| **7/18/07** | Citation issued to CTC Marketing regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 7/18/07 | Citation issued to Coldwell Banker Prime Properties regarding apparent violation of National Do-Not-Call Rules | |
| 7/18/07 | Citation issued to Ace Rug and Furniture Cleaning Company, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 7/18/07 | Citation issued to Citicorp Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 7/17/07 | Citation issued to Front Royal Fitness Center regarding apparent violation of National Do-Not-Call Rules | |
| 7/16/07 | Citation issued to Primerica Financial Services regarding apparent violation of National Do-Not-Call Rules | |
| 7/12/07 | Citation issued to Professional Medical Solutions regarding apparent violation of National Do-Not-Call Rules | |
| 7/10/07 | Citation issued to M-Point Mortgage Services, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 7/6/07 | Citation issued to Metro Remodeling regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Mortgage Capital Associates regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to LA Times regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Harden Construction/ THMG Marketing regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Prime Time Lending, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Worldwidesavers Dot Com regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Universal Bancorp regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to National Consumer Services regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Orlando Investments, LLP/ dba Summer Bay Resorts regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Time Share International regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Shawn White regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Arizona Tele Broker dba Broadband Dynamics, LLC regarding apparent violation of National Do-Not-Call Rules | |
| 7/5/07 | Citation issued to Amtec Funding Group aka Novastar Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 7/3/07 | Citation issued to Prime One Mortgage regarding apparent violation of National Do-Not-Call Rules | |
| 7/3/07 | Citation issued to Nu-Look Cleaning & Restoration regarding apparent violation of National Do-Not-Call Rules | |
| 7/3/07 | Citation issued to Global Mortgage Funding, Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **7/2/07** | Citation issued to Esbco Industries regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to Richard Goodale dba Direct Dish Sales regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to Interval Resorts I dba RiverPointe Napa Valley regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to ASAP Restoration regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to All Star Furnace, Duct & Chimney Cleaning Company regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to Statewide Financial Services regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to Original Services, dba Breeders Directory Inc., dba AAA Pets regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to J.P. Morgan Chase Bank regarding apparent violation of National Do-Not-Call Rules | |
| **7/2/07** | Citation issued to Mission Home Loan regarding apparent violation of National Do-Not-Call Rules | |
| **6/29/07** | Citation issued to Gutterguard of SC regarding apparent violation of National Do-Not-Call Rules | |
| **6/27/07** | Citation issued to Capital One Financial regarding apparent violation of National Do-Not-Call Rules | |
| **6/27/07** | Citation issued to Western Filtration, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **6/27/07** | Citation issued to US Gafachi regarding apparent violation of National Do-Not-Call Rules | |
| **6/27/07** | Citation issued to Tele-Ten Marketing regarding apparent violation of National Do-Not-Call Rules | |
| **6/26/07** | Citation issued to Liberty Construction/ Fargo Marketing & Management regarding apparent violation of National Do-Not-Call Rules | |
| **6/26/07** | Citation issued to ALG Capital regarding apparent violation of National Do-Not-Call Rules | |
| **6/26/07** | Citation issued to Microvoice Applications, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **6/26/07** | Citation issued to Residential Lending regarding apparent violation of National Do-Not-Call Rules | |
| **6/25/07** | Citation issued to United Air Temp regarding apparent violation of National Do-Not-Call Rules | |
| **6/22/07** | Citation issued to Equity Freedom Corp. regarding apparent violation of National Do-Not-Call Rules | |
| **6/22/07** | Citation issued to Citizens Community Bank regarding apparent violation of National Do-Not-Call Rules | |
| **6/15/07** | Citation issued to Town and Country Foods regarding apparent violation of National Do-Not-Call Rules | |
| **6/15/07** | Citation issued to Defender Securities aka Defender Security Company regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **6/15/07** | Citation issued to Creative Lending Group regarding apparent violation of National Do-Not-Call Rules | |
| **6/14/07** | Citation issued to American Collegiate Financial Services regarding apparent violation of National Do-Not-Call Rules | |
| **6/12/07** | Citation issued to Timberland Mortgage Services regarding apparent violation of National Do-Not-Call Rules | |
| **6/8/07** | Citation issued to The Smith Company regarding apparent violation of National Do-Not-Call Rules | |
| **6/6/07** | Citation issued to Freedom Cash Financial regarding apparent violation of National Do-Not-Call Rules | |
| **6/5/07** | Citation issued to All Sports & Collectibles aka Warrior Custom Golf regarding apparent violation of National Do-Not-Call Rules | |
| **6/4/07** | Citation issued to Soft Touch regarding apparent violation of National Do-Not-Call Rules | |
| **6/4/07** | Citation issued to Galaxie Lumber regarding apparent violation of National Do-Not-Call Rules | |
| **6/1/07** | Citation issued to Alliance Healthcare LLC regarding apparent violation of National Do-Not-Call Rules | |
| **5/31/07** | Citation issued to Affordable Health Care Solutions regarding apparent violation of National Do-Not-Call Rules | |
| **5/31/07** | Citation issued to AOL Time Warner Inc. (AOL Broadband) regarding apparent violation of National Do-Not-Call Rules | |
| **5/30/07** | Citation issued to Interactive Male regarding apparent violation of National Do-Not-Call Rules | |
| **5/29/07** | Citation issued to Timeshare Register Group, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **5/25/07** | Citation issued to Southwest Mortgage Resources LLC regarding apparent violation of National Do-Not-Call Rules | |
| **5/23/07** | Citation issued to Christopher Conception c/o Johnny Air Cargo regarding apparent violation of National Do-Not-Call Rules | |
| **5/23/07** | Citation issued to Building America regarding apparent violation of National Do-Not-Call Rules | |
| **5/22/07** | Citation issued to Dakota Asset Management dba SMC Direct regarding apparent violation of National Do-Not-Call Rules | |
| **5/16/07** | Citation issued to The Daily News regarding apparent violation of National Do-Not-Call Rules | |
| **5/15/07** | Citation issued to Mar Theatre regarding apparent violation of National Do-Not-Call Rules | |
| **5/14/07** | Citation issued to Metro Marketing regarding apparent violation of National Do-Not-Call Rules | |
| **5/14/07** | Citation issued to Randolph Lee regarding apparent violation of National Do-Not-Call Rules | |
| **5/14/07** | $748,000 Forfeiture issued against Dynasty Mortgage, L.L.C. regarding violation of National Do-Not-Call Rules | 1 |
| **5/10/07** | Citation issued to Dynamak regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **5/10/07** | Citation issued to United Global Technologies, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/10/07** | Citation issued to Fargo Marketing & Management, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/07** | Citation issued to Inphonex.com regarding apparent violation of National Do-Not-Call Rules | |
| **5/7/07** | Citation issued to Touch Asia Outsourcing Solutions, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/3/07** | Citation issued to Regional Telemarketing regarding apparent violation of National Do-Not-Call Rules | |
| **5/2/07** | Citation issued to Care Free Homes, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **5/2/07** | Citation issued to People's Products regarding apparent violation of National Do-Not-Call Rules | |
| **5/2/07** | Citation issued to Prime One Mortgage Corporation regarding apparent violation of National Do-Not-Call Rules | |
| **5/2/07** | Citation issued to Wizard Enterprises, Ltd. regarding apparent violation of National Do-Not-Call Rules | |
| **4/26/07** | Citation issued to Priority Air, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **4/19/07** | Citation issued to Certified Security Systems regarding apparent violation of National Do-Not-Call Rules | |
| **4/19/07** | Citation issued to Charlotte Observer regarding apparent violation of National Do-Not-Call Rules | |
| **4/19/07** | Citation issued to The Painting Pros, LLC regarding apparent violation of National Do-Not-Call Rules | |
| **4/13/07** | Citation issued to Maxim Group regarding apparent violation of National Do-Not-Call Rules | |
| **4/9/07** | Citation issued to Elephant Group Satellite Sales CP regarding apparent violation of National Do-Not-Call Rules | |
| **4/6/07** | Citation issued to Quicken Loans regarding apparent violation of National Do-Not-Call Rules | |
| **4/6/07** | Citation issued to Household International, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **3/2/07** | Citation issued to Five Star Remodeling, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **3/2/07** | Citation issued to Quality Heating & Air Conditioining regarding apparent violation of National Do-Not-Call Rules | |
| **3/2/07** | Citation issued to United Air Temp regarding apparent violation of National Do-Not-Call Rules | |
| **3/2/07** | Citation issued to United Chimney Corp. regarding apparent violation of National Do-Not-Call Rules | |
| **3/1/07** | Citation issued to Columbia House Holdings, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **3/1/07** | Citation issued to Three Brothers Moving & Storage, Inc. regarding apparent violation of National Do-Not-Call Rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| **2/28/07** | Citation issued to Westgate Resorts, Ltd. regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to Graham Heating & Air Conditioning, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to AZ Prime One Mortgage Corp. regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to Care Free Homes, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to Combined Agency, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to Global Alarms, Inc. regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to Great Biz Sites regarding apparent violation of National Do-Not-Call Rules | |
| **2/28/07** | Citation issued to Bankers Life and Casualty Company regarding apparent violation of National Do-Not-Call Rules | |
| **2/27/07** | Citation issued to Evergreen Auto Glass regarding apparent violation of National Do-Not-Call Rules | |
| **2/5/07** | Citation issued to National Consumer Services aka Fidelity Credit Services regarding apparent violation of National Do-Not-Call Rules | |
| **2/5/07** | Citation issued to Federated Merchant Solutions regarding apparent violation of National Do-Not-Call Rules | |
| **11/23/05** | $100,000 Consent Decree with T-Mobile USA, Inc. concerning National Do-Not-Call Registry rules and requirements | |
| **5/3/05** | Citation issued to Direct Merchant's Credit Card Bank, N.A., Phoenix, Arizona for failure to honor the FCC's National Do Not Call rules | |
| **3/11/05** | Citation issued to American Express Company for violation of the FCC National Do-Not-Call Registry rules and requirements | |
| **3/1/05** | $770,000 forfeiture proposed against Dynasty Mortgage, L.L.C. regarding apparent violation of National Do-Not-Call Rules | |
| **1/19/05** | Citation issued to American First Mortgage Company, Anaheim, California for failure to honor the FCC's National Do Not Call rules | |
| **10/27/04** | Citation issued to Equity One, Marlton, New Jersey for failure to honor the FCC's National Do Not Call rules | |
| **9/7/04** | $400,000 Consent Decree with Primus Telecommunications, Inc. concerning National Do-Not-Call Registry rules and requirements | |
| **7/9/04** | $490,000 Consent Decree with A.T.&T. Corp. concerning company-specific Do-Not-Call requirements and related matters | |
| **7/6/04** | Citation issued to BLS Funding, Jericho, New York for failure to honor the FCC's National Do Not Call rules | |
| **7/2/04** | Citation issued to See Through Windows & Doors LLC, Landover and Rockville, Maryland for failure to honor the FCC's National Do Not Call rules | |
| **6/4/04** | Citation issued to Planet Mortgage Corporation, San Diego, California for failure to honor the FCC's National Do Not Call rules | |
| **5/28/04** | Citation issued to Fresh Start Financial, Van Nuys, California for failure to honor the FCC's National Do Not Call rules | |

Appendix C

FCC Enforcement Documents Related to Unwanted Robocalls
(in Reverse Chronological Order)

| Date | Document | Forfeiture |
|---|---|---|
| 5/17/04 | Citation issued to Key Financial Corporation, Largo, Florida for failure to honor the FCC's National Do Not Call rules | |
| 3/31/04 | Citation issued to American Standard Mortgage, Cincinnati, OH for failure to honor the FCC's National Do Not Call rules | |
| 2/12/04 | Citation issued to Mortgage Concepts, Inc., a.k.a. L.M.A. Marketing, Inc., New Smyrna Beach, FL for failure to honor the FCC's National Do Not Call rules | |
| 1/30/04 | Citation issued to L.A.P. Holdings, LLC, a.k.a. First Finance, Tempe, Arizona for failure to honor the FCC's National Do Not Call rules | |
| 1/12/04 | Citation issued to Nations Mortgage, Coral Springs, Florida for failure to honor the FCC's National Do Not Call rules | |
| 12/22/03 | Citation issued to Ban-Cor a.k.a. Ban-Cor Mortgage, Ontario, California for failure to honor the FCC's National Do Not Call rules | |
| 12/22/03 | Citation issued to Cactus Cash, Inc., Phoenix, Arizona for failure to honor the FCC's National Do Not Call rules | |
| 12/22/03 | Citation issued to Debt Masters, Grand Terrace, California for failure to honor the FCC's National Do Not Call rules | |
| 12/22/03 | Citation issued to Dynasty Mortgage, Phoenix, Arizona for failure to honor the FCC's National Do Not Call rules | |
| 12/18/03 | Citation issued to CPM Funding, Inc., Irvine, California, for failure to honor the FCC's National Do Not Call rules | |
| 12/12/03 | Citation issued to Time-Life, Inc., Alexandria, VA for violation of the TCPA and Commission's rules regarding honoring do not call requests and transmitting prerecorded unsolicited advertisements to residential telephone lines | |
| 11/3/03 | $780,000 Forfeiture proposed against AT&T Corporation for apparent violations of the Commission's Company-Specific Do-Not-Call rules. | |
| 10/28/03 | Citation issued to Commercial Consultants, Raleigh, NC for violation of the TCPA and Commission's rules regarding honoring do not call requests and transmitting prerecorded unsolicited advertisements to residential telephone lines | |
| 9/10/03 | Citation issued to Discovery Marketing & Distributing, Inc. for violations of the TCPA and Commission's rules regarding transmitting prerecorded unsolicited advertisements to residential telephone lines and honoring do not call requests | |
| 6/26/03 | Nationwide Do-Not-Call Registry authorized by FCC. Consumers Now Have Easy Option to Eliminate Telemarketing Calls | |



Confidential