# EXHIBIT 12



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL
RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 3492143

I, Aliza Marsh, attest, under penalties of perjury by the laws of the United States of America pursuant to
28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed
by AT&T, and my title is Legal Compliance Analyst.   I am qualified to authenticate the records
attached hereto because I am familiar with how the records were created, managed, stored, and
retrieved.  I state that the records attached hereto are true duplicates of the original records in the
custody of AT&T.  I further state that:

        a.        All records attached to this certificate were made at or near the time of the occurrence of
the matter set forth by, or from information transmitted by, a person with knowledge of those matters,
they were kept in the ordinary course of the regularly conducted business activity of AT&T , and they
were made by AT&T  as a regular practice; and

        b.        Such records were generated by AT&T's electronic process or system that produces an
accurate result, to wit:

        1. The records were copied from electronic device(s), storage medium(s), or file(s) in the
custody of AT&T in a manner to ensure that they are true duplicates of the original records; and

        2. The process or system is regularly verified by AT&T, and at all times pertinent to the
records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules
of Evidence.

*Aliza Marsh*

08-05-2022
Date

**3492143**

07/24/2022

 AT&T

# WIRELESS
# SUBSCRIBER INFORMATION

642522818

### Financial Liable Party

| | |
|---|---|
| **Name:** | DANIEL NORDBERG |
| **Credit Address:** | 176 MAPLE AVE APT 6-37, RUTLAND, MA 01543 |

| | | | |
|---|---|---|---|
| **Customer Since:** | 10/17/2006 | | |
| **Photo ID Type:** | | **Photo ID State:** | |
| **Photo ID Number:** | | | |
| **DOB:** | | **SSN/TaxID/FEIN:** | |

| | | | |
|---|---|---|---|
| **Contact Name:** | | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | | **Contact Work Email:** | |

### Billing Party

| | | | |
|---|---|---|---|
| **Account Number:** | 642522818 | | |
| **Name:** | DANIEL NORDBERG | | |
| **Billing Address:** | 176 MAPLE AVE APT 6-37, RUTLAND, MA 01543 | | |
| **Account Status:** | Active | **Billing Cycle:** | |

### User Information

| | | | |
|---|---|---|---|
| **MSISDN:** | (508) 353-9690 | **IMSI:** | |
| **MSISDN Active:** | 12/07/2006 - 10/21/2011 | | |
| **Name:** | DANIEL NORDBERG | | |
| **User Address:** | 176 MAPLE AVE APT 6-37, RUTLAND, MA 01543 | | |
| **Service Start Date:** | 12/07/2006 | **Dealer Info:** | |
| **Payment Type:** | | | |
| **Contact Name:** | | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | na@na.com | **Contact Work Email:** | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| | |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and
is not for general distribution.