# EXHIBIT 4

QuoteWizard has moved for leave to file this Exhibit under seal.