IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  Case No. 1:19-cv-12235-LTS-PK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DECLARATION OF ANTHONY I. PARONICH**

I, Edward A. Broderick, declare as follows:

1.　　I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, I am competent to testify and make this affidavit on personal knowledge. I am counsel for Plaintiff in the above-referenced action.

2.　　On December 8, 2023, I produced the Amended and Corrected Supplemental Report of Anya Verkhovskaya to counsel for QuoteWizard via email.

3.　　On December 9, 2023 I received an email from Kevin Polansky, counsel for QuoteWizard, asking if it would be possible to move Ms. Verkhovskaya's deposition from Monday December 11, 2023 (the previously scheduled date) to Wednesday December 13, 2023 as he stated "we need more time to digest the revised report."

4.　　That same I day I replied that I could not do the deposition on Wednesday but that I would provide alternate dates.

5.　　Mr. Polansky confirmed that he could depose Ms. Verkhovskaya on December 15, 2023, which he did.

1

2

6. Mr. Polansky questioned Ms. Verkhovskaya extensively about her Amended and Corrected Supplemental Report in her December 15, 2023 deposition.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS THIS 28$^h$ DAY OF FEBRUARY, 2024 IN THE COMMONWEALTH OF MASSACHUSETTS.

/s/ *Anthony I. Paronich*
Anthony I. Paronich