## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH MANTHA on behalf of themselves and others similarly situated, | : : : | |
| Plaintiff, | : : : | Case No. 1:19-cv-12235-LTS |
| v. | : : | **Leave To File Granted on 7/12/2024 ECF #363** |
| QUOTEWIZARD.COM, LLC | : : | |
| Defendant. | : : : | |

### MOTION TO FILE SUPPLEMENTAL AUTHORITY

Plaintiff Joseph Mantha ("Mr. Mantha") submits this notice of supplemental filing to bring to the Court's attention the recent decision from the United States District Court for the District of Maryland in *Bradley v. Dental plans.com,* 2024 U.S.Dist.LEXIS 100550 (June 6, 2024). Plaintiff submits that the decision is relevant to motions now briefed and pending before the Court, specifically relating to the issue as to the requisites of TCPA compliant consent and the application of E-Sign as it relates to TCPA compliant consent. *See ECF ## 339, 340, 348 and 358.* A copy of the opinion is attached. The defendant has not assented to this supplemental filing.

Respectfully Submitted,

Plaintiff, by his attorneys:

*/s/ Matthew P. McCue*
Matthew P. McCue
**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

John W. Barrett
Brian Glasser
**Bailey & Glasser LLP**
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
bglasser@baileyglasser.com

Edward A. Broderick
**Broderick Law, P.C.**
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

Anthony I. Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

Alex M. Washkowitz
**CW Law Group, P.C.**
188 Oaks Road
Framingham, MA 01701
alex@cwlawgrouppc.com

## <u>CERTIFICATION</u>

Plaintiff's counsel have conferred with counsel for QuoteWizard who do not assent to the filing of this supplemental notice.

/s/ Matthew P. McCue
Matthew P. McCue

## **CERTIFICATE OF SERVICE**

I, hereby certify that on July 12, 2024, I served the foregoing through the Court's

CM/ECF system, which sent notice to all counsel of record.

*/s/ Matthew P. McCue*
Matthew P. McCue
