

Kevin P. Polansky
Attorney
T: (617) 217-4720
kevin.polansky@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
One Financial Center
Suite 3500
Boston, MA 02111
T:(617) 217-4700  F:(617) 217-4710
**nelsonmullins.com**

September 5, 2024

**Via Electronic File**

Office of the Clerk
U.S. Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

RE:   Mantha v. QuoteWizard.com, LLC, Case No. 24-8024

Dear Madam Clerk:

      Appellant QuoteWizard.com, LLC submits this supplemental authority letter under Fed. R. App. P. 28(j) to bring pertinent and significant authority to this Court's attention. Specifically, the Eighth Circuit decided *Ford v. TD Ameritrade Holding Corp.*, No. 22-3232, -- F.4th --, 2024 WL 4021358 (8th Cir. Sept. 3, 2024) on September 3, 2023, a matter of days after QuoteWizard filed its Rule 23(f) petition for permission to appeal with this Court. *Ford* also involves an appeal brought under Rule 23(f) challenging class certification. The Eighth Circuit granted the Rule 23(f) petition, and then on the merits of the appeal, reversed and remanded the district court's certification order. As here, one of the chief issues in *Ford* was whether individualized questions of proof defeated the predominance requirement. The Eighth Circuit held that it did. *Ford* is relevant to the arguments QuoteWizard makes on pages 13-21 of its Rule 23(f) petition.

      Very truly yours,

      */s/ Kevin P. Polansky*

      Kevin P. Polansky

cc:   All Counsel of Record (via CM/ECF)