**Court-Ordered Legal Notice**

*This Notice may affect your legal rights. Please read it carefully.*

Important Legal Notice authorized by the United States District Court for the District of Massachusetts about a Class Action Lawsuit.

**Records obtained in this lawsuit show you may have had a telephone number on the National Do Not Call Registry and received text messages promoting QuoteWizard services. As a result, you may be a member of a pending class action lawsuit.**

*Mantha., v. QuoteWizard.com, LLC*

CLASS ACTION ADMINISTRATOR
[ADDRESS]

Notice ID:  NUMBER
*26346402

Postal Service: Please Do Not Mark or Cover Barcode

NAME
ADDRESS
CSZ

*Please visit www.[INSERT WEBSITE].com for additional information.*

Mantha, v. QuoteWizard.com, LLC.  Case No.  1:19-CV-12235-LTS, United States District Court, District of Massachusetts
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE LAWSUIT AND YOUR RIGHTS AS A CLASS MEMBER.*
PLEASE VISIT WWW.**[INSERTWEBSITE]**.COM FOR MORE INFORMATION.

**Nature of the Lawsuit**: In the lawsuit Mantha v. QuoteWizard.com, LLC. ("QuoteWizard"), Plaintiff Joseph Mantha alleges that he and others received multiple telemarketing text messages from entity known as Drips, LLC ("Drips") promoting QuoteWizard services, despite being on the National Do Not Call Registry. The lawsuit claims that, because of these texts, QuoteWizard violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") because it prohibits telemarketing to people on the National Do Not Call Registry.

**Am I A Class Member?** The Class certified by the Court consists of all persons within the United States (a) whose telephone numbers were listed on the Do-Not-Call Registry, and (b) who received more than one telemarketing text within any twelve-month period at any time from Drips, (c) to promote the sale of QuoteWizard goods or services, and (d) whose numbers are included on the Class List.

**You are a class member if:** Your telephone number was on the National Do Not Call Registry for at least 30 days, and you received telemarketing calls from Drips to promote the sale of QuoteWizard goods or services two or more times in a twelve-month period and your number is listed on the Class List.

**Your Options:** If you want to remain a Class member you do not need to do anything now. You can choose to exclude yourself from the class action by **[DATE]**. Instructions on how to exclude yourself are in the Long Form Notice at www.INSERTWEBSITE.com, which also includes more   detailed information about the case.

For more information visit www.**INSERTWEBSITE**.com;
**Do not contact the Court, QuoteWizard, or QuoteWizard's lawyers with questions.**