UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUOTEWIZARD.COM LLC<br><br>Defendant. | CASE NO. 1:19-cv-12235 |

**DEFENDANT'S MOTION TO RE-OPEN DISCOVERY AND FOR LEAVE
TO SERVE LIMITED INTERROGATORIES ON CLASS MEMBERS**

Defendant QuoteWizard.com LLC ("QuoteWizard") hereby moves the Court reopen discovery for the limited purpose of allowing QuoteWizard to serve five narrowly tailored interrogatories on class members. QuoteWizard sets forth the grounds for this motion in the memorandum of law filed contemporaneously herewith.

*Signatures on Following Page*

4915-3542-6823 v.1

                                            Respectfully submitted,

                                            QuoteWizard.com, LLC,
                                            By its attorneys,

                                            */s/ Kevin P. Polansky*
                                            Kevin P. Polansky (BBO #667229)
                                            kevin.polansky@nelsonmullins.com
                                            Nelson Mullins Riley & Scarborough LLP
                                            One Financial Center, Suite 3500
                                            Boston, MA 02109
                                            (t) (617)-217-4700
                                            (f) (617) 217-4710

                                            Ben Sitter (*admitted pro hac vice*)
                                            Ben.sitter@nelsonmullins.com
                                            Nelson Mullins Riley & Scarborough LLP
                                            One PPG Place, Suite 3200
                                            Pittsburgh, PA 15222

Dated: December 17, 2024

## LOCAL RULE 7.1 CERTIFICATION

      I, Kevin P. Polansky, hereby certify that, by telephone conference on Friday, December 13, 2024, Plaintiff's counsel and I conferred in good faith regarding the issues raised by this Motion but we were unable to resolve or narrow the issues.

Dated: December 17, 2024

                                                                               */s/ Kevin P. Polansky*

<u>CERTIFICATE OF SERVICE</u>

      I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: December 17, 2024 | */s/ Kevin P. Polansky*<br>Kevin P. Polansky |