# United States Court of Appeals
## For the First Circuit

_____

No. 24-8024

JOSEPH MANTHA, on behalf of himself and others similarly situated,

Plaintiff - Respondent,

v.

QUOTEWIZARD.COM, LLC,

Defendant - Petitioner.
_____

Before

Montecalvo, Rikelman and Aframe,
<u>Circuit Judges</u>.
_____

**JUDGMENT**

Entered: March 13, 2025

Pursuant to Federal Rule of Civil Procedure 23(f), the defendant-petitioner seeks leave from this court to appeal the district court's grant of class certification. As an initial matter, the motion for leave to file a reply is **GRANTED**, and the court has considered the arguments set out in the tendered reply. We conclude that the requirements for interlocutory review of a class certification ruling have not been met here. See <u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant to Rule 23(f)). Accordingly, the petition for leave to appeal is **DENIED**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kevin Patrick Polansky
Matthew Allen Fitzgerald
Edward A. Broderick

Matthew P. McCue
Anthony Paronich
Alex M. Washkowitz