IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA on behalf of himself and others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | Case No. 1:19-cv-12235-LTS-PK <br> : <br> : |
| QUOTEWIZARD.COM, LLC | : <br> : |
| Defendant. | : <br> : <br> : <br> : |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**

Plaintiff Joseph Mantha moves the Court under Rule 23 of the Federal Rules of Civil Procedure for an order preliminarily approving the parties' Class Action Settlement Agreement and Release. The reasons for granting this motion are explained in the supporting memorandum and exhibits thereto.

A proposed order granting this motion is attached hereto as Exhibit 1.

| Dated: May 22, 2025 | Respectfully Submitted: |
|---|---|
| | */s/ Edward A. Broderick* <br> Edward A. Broderick <br> BRODERICK LAW, P.C. <br> 10 Hillside Avenue <br> Winchester, MA 01890 <br> (617) 738-7080 <br> ted@broderick-law.com |

|  | John W. Barrett<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>(304) 345-6555<br>jbarrett@Sorokinglasser.com<br><br>Matthew P. McCue<br>THE LAW OFFICE OF MATTHEW P. MCCUE<br>1 South Avenue, Suite 3<br>Natick, MA 01760<br>(508) 655-1415<br>mmccue@massattorneys.net<br><br>Anthony Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>anthony@paronichlaw.com<br><br>Alex M. Washkowitz<br>CW LAW GROUP, P.C.<br>160 Speen Street, Suite 309<br>Framingham, MA 01701<br>alex@cwlawgrouppc.com |

**Certificate of Service**

  I hereby certify that on May 22, 2025 I filed the foregoing vias the Court's CM/ECF system which will effect service on all counsel of record.

*Edward A. Broderick*
Edward A. Broderick

Dated: May 22, 2025