IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | Case No. 1:19-cv-12235-LTS-PK |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Anthony I. Paronich, declare under penalty of perjury:

1. I make this declaration in support of Plaintiff's Motion for Award of Attorneys' Fees and Expenses and For a Service Award for the Class Representative. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA. Based on my experience in TCPA class actions, I believe the proposed settlement in this case represents an excellent result for the proposed class and merits final approval by the Court.

3. I have been involved in every stage of representing Plaintiff in this case, from pre-

trial investigation, analysis of Plaintiff's potential claims, and review of documents and discovery responses as well as depositions.

4. My firm and that of my co-counsel have received no payment for fees and costs. Since beginning work on this case in October of 2019 my firm worked with no guarantee of being compensated for its time and efforts. Payment of my fees has always been contingent on successfully obtaining relief for the Plaintiffs and class members. As a result, there was a substantial risk of non-payment, particularly in light of the legal challenges involved in litigating this case. Work on this case has necessarily been to the exclusion of work on other matters that likely would have generated fees. I have also been denied use of the any such fees the course of this case.

5. My firm has spent 1,215 hours prosecuting Plaintiffs' claims. Billed at my hourly rate of $800, my firm's hours yield a lodestar of $972,000. I am familiar with the billing rates for attorneys with similar experience, particularly with expertise in matters arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* and my billing rate is reasonable and is consistent with the rates of attorneys of similar experience and qualification. My firm additionally incurred $73,119.19 in reasonable and necessary expenses in the litigation, including court reporter costs, expert fees, mediator fees, travel expenses, copying expenses and court charges.

## Qualifications of Counsel

6. I am a 2010 graduate of Suffolk Law School. In 2010, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Wisconsin, the Southern District of Indiana, the First Circuit

Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. From time to time, I have appeared in other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

7. I was an associate at Broderick Law, P.C. in Boston, Massachusetts from 2010 through 2016.

8. I was a partner at Broderick & Paronich, P.C. in Boston, Massachusetts from 2016 through 2019.

9. In 2019, I started Paronich Law, P.C., focused on protecting consumers in class action lawsuits.

10. I have been appointed class counsel in more than 45 TCPA cases, including the following:

   i. Desai and Charvat v. ADT Security Services, Inc., USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

   ii. Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

   iii. Charvat v. AEP Energy, Inc., USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

   iv. Bull v. US Coachways, Inc., USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

   v. Smith v. State Farm Mut. Auto. Ins. Co., et. al., USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

   vi. Mey v. Frontier Communications Corporation, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

   vii. Heidarpour v. Central Payment Co., USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

viii. <u>Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc.</u>, USDC, N.D. Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

ix. <u>Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc.</u>, USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

x. <u>In re Monitronics International, Inc.</u>, USDC, N.D.W. Va., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018.

xi. <u>Thomas Krakauer v. Dish Network, L.L.C.</u>, USDC, M.D.N.C., 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.,* 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected *certiorari* of this matter in December of 2019. *See DISH Network L.L.C. v. Krakauer,* 140 S. Ct. 676 (2019).

xii. <u>Charvat v. Carnival Corporation & PLC, et. al.</u>, USDC, ND. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020.

xiii. <u>Loftus v. Sunrun, Inc.</u>, USDC, N.D. Ca.., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted final approval on May 11, 2021.

xiv. <u>Andrew Perrong v. Orbit Energy & Power, LLC,</u> USDC, E.D. PA., Civil Action No. No. 2:21-cv-777. A class settlement of $6,000,000 granted final approval on June 21, 2022.

xv. <u>David Vance, et. al. v. DirecTV, LLC</u>, USDC, N.D. WV., Civil Action No. 5:17-cv-179. A class settlement of $16,850,000 granted final approval on August 24, 2023.

xvi. <u>Berman v. Freedom Financial Network, LLC et al</u>, N.D. CA., Civil Action No. 18-cv-1060. A class action settlement of $9,750,000 granted final approval on February 23, 2024

xvii. <u>Murray v. Grocery Delivery E-Services USA, Inc</u>. D. MA. Civil Action No. 19-cv-12608. A class action settlement of $11,000,000 granted final approval on March 13, 2024.

xviii.   <u>Williams v. Choice Health Insurance LLC,</u> M.D. AL., Civil Action No. 23-cv-292.  A class action settlement of $7,000,000 granted final approval on July 22, 2024

xix.   <u>Smith, et. al. v. Assurance IQ, LLC</u>, Civil Action No. 23-ch-09225 (Ill.). A class action settlement of $21,875,000 granted final approval on September 3, 2024.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS 13th DAY OF JULY IN THE COMMONWEALTH OF MASSACHUSETTS.

*/s/ Anthony I. Paronich*
Anthony I. Paronich