IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MANTHA on behalf of himself and others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | Case No. 1:19-cv-12235-LTS-PK <br> : <br> : |
| QUOTEWIZARD.COM, LLC | : <br> : |
| Defendant. | : <br> : <br> : <br> : |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**

Plaintiff Joseph Mantha moves the Court under Rule 23 of the Federal Rules of Civil Procedure for an order of final approval of the parties' Class Action Settlement Agreement and Release, and approving Plaintiff's Motion for an Award of Attorneys' Fees and Expenses and for a Service Award for the Class Representative (Doc. No. 393). The reasons for granting this motion are explained in the supporting memorandum and exhibits thereto, as well as Doc. No. 393.

A proposed order granting this motion is attached hereto as Exhibit 1.

| Dated: August 20, 2025 | Respectfully Submitted: |
|---|---|
|  | */s/ Edward A. Broderick*<br>Edward A. Broderick<br>BRODERICK LAW, P.C.<br>10 Hillside Avenue<br>Winchester, MA 01890<br>(617) 738-7080<br>ted@broderick-law.com<br><br>John W. Barrett<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>(304) 345-6555<br>jbarrett@Sorokinglasser.com<br><br>Matthew P. McCue<br>THE LAW OFFICE OF MATTHEW P. MCCUE<br>1 South Avenue, Suite 3<br>Natick, MA 01760<br>(508) 655-1415<br>mmccue@massattorneys.net<br><br>Anthony Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>anthony@paronichlaw.com<br><br>Alex M. Washkowitz<br>CW LAW GROUP, P.C.<br>160 Speen Street, Suite 309<br>Framingham, MA 01701<br>alex@cwlawgrouppc.com |

## Certificate of Service

      I hereby certify that on August 20, 2025 filed the foregoing vias the Court's CM/ECF system which will effect service on all counsel of record.

*Edward A. Broderick*
Edward A. Broderick

Dated: August 20, 2025